UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DIAMOND STAFFING SOLUTIONS INC.,

Plaintiff,

v.

DIAMOND STAFFING, INC.,

Defendants.

Civil Action No. 05-40046FDS

## VERIFIED COMPLAINT

### INTRODUCTION

Since May, 2002, plaintiff Diamond Staffing Solutions, Inc. ("Plaintiff") has quickly grown from a start-up business placing personnel in one chain of jewelry stores to a fast-growing business which places temporary and permanent personnel with wholesale and retail establishments in the jewelry industry nationwide. Plaintiff has now provided staffing services to approximately tens of renowned customers under the Diamond Staffing^SM mark (hereinafter "Diamond Staffing^SM") and has been repeatedly profiled in leading jewelry industry publications along with its founder and Chief Executive Officer, Suzanne DeVries.

The Defendant, Diamond Staffing, Inc. ("Defendant") is a company formerly known as Ultimate Personnel. As Plaintiff's business began to blossom in the summer and fall of 2003, Defendant, on information and belief, took note of Plaintiff's success, and, on information and belief, determined to capitalize on Plaintiff's reputation and success by changing its name from Ultimate Personnel to Diamond Staffing, Inc. This

name change is causing substantial confusion in the marketplace, given the identical "Diamond Staffing" name, similar staffing services offered by the companies, and overlapping customer base.

Plaintiff accordingly petitions this Court to enjoin on a preliminary and permanent basis Defendant's service mark infringement, to order impoundment of all infringing items, including labels, brochures, advertisements, and wrappers, and to award Plaintiff damages, including but not limited to damages stemming from Defendant's unfair trade practices.

## JURISDICTION AND VENUE

1.    This Court has federal question jurisdiction over this matter pursuant to 28 U.S.C. §§ 1331 and 1338(a).

2.    Venue is proper in this jurisdiction pursuant to 28 U.S.C. 1391 (b) & (c).

## PARTIES

3.    Plaintiff, Diamond Staffing Solutions, Inc. ("Plaintiff") is a Delaware corporation with a principal place of business at 5 Remington Court, Derry, NH.

4.    Plaintiff is in the business of providing permanent and temporary staffing to retail and wholesale business entities in the jewelry industry.

5.    On information and belief, the Defendant, Diamond Staffing, Inc., is a Massachusetts corporation with a principal place of business at 146 West Boylston Drive, Worcester, MA.

6.    On information and belief, the Defendant is also in the business of providing professional staffing services, to a cross-section of business sectors, including but not limited to companies in the jewelry industry.

## FACTS

7.    Plaintiff first used Diamond Staffing$^{SM}$ in commerce in May 2002, in connection with providing staffing services in the jewelry industry.

8.    When Plaintiff first used Diamond Staffing$^{SM}$ in commerce in May 2002, Defendant's company was known as "Ultimate Personnel."

9.    Upon information and belief, Defendant changed its name from Ultimate Personnel to Diamond Staffing, Inc. in or about November 2003.

10.    In its applications for federal and state trademark recognition of Diamond Staffing$^{SM}$, Defendant has admitted that it first used Diamond Staffing$^{SM}$ on November 8, 2003.

11.    Plaintiff's use of Diamond Staffing$^{SM}$ more than 18 months prior to the first use of the mark by the Defendant gives Plaintiff common law rights to the exclusive use of the mark.

12.    Between May 2002 and November 2003, Plaintiff built substantial goodwill and name recognition for Diamond Staffing$^{SM}$ in the jewelry industry through news articles, stories and profiles published throughout the U.S., sponsorship and attendance at national trade shows, as well as by virtue of the high quality of its professional staffing services. Indeed, Plaintiff's founder and President, Suzanne DeVries ("DeVries") is a contributing writer to the jewelry industry trade magazine *Professional Jeweler* and has been quoted as an industry leader in various other major trade publications such as *JCK* and *In Your Store*. Examples of the goodwill established by Plaintiff prior to the Defendant's first use of Diamond Staffing$^{SM}$ in November 2003 are attached hereto at **Exhibit A**.

13. Moreover, Plaintiff has advertised in print nationally and has been the subject of profiles in a variety of trade publications. Plaintiff and DeVries have also been the subject of testimonials by leaders in the jewelry industry, including but not limited to, Carla Corp., Evan James, and Helzberg Diamonds. As a result of these promotional vehicles, Plaintiff developed extensive goodwill and has established a secondary meaning for Diamond Staffing[SM] to the extent that Plaintiff's services have come to be identified with Diamond Staffing[SM] in the minds of consumers of professional staffing services. Examples of Plaintiff's goodwill and reputation are attached hereto as **Exhibit B**.

14. On December 5, 2003, Plaintiff's prior counsel informed Defendant in writing that Defendant's use of Diamond Staffing[SM] in connection with its staffing services infringed Plaintiff's rights in the mark. Plaintiff's prior counsel demanded that, among other things, Defendant cease and desist from using Diamond Staffing[SM] in connection with staffing services. A copy of the cease and desist letter is attached hereto as **Exhibit C**.

15. On December 23, 2003, Defendant, through counsel, responded to Plaintiff's cease and desist letter by refusing to discontinue its use of the mark. A copy of Defendant's December 23, 2003 response letter is attached hereto as **Exhibit D.**

16. Since Defendant began using Diamond Staffing[SM], Plaintiff has received emails intended for Defendant, and Plaintiff is also aware that Defendant has received customer inquiries intended for Plaintiff. A copy of an email intended for Plaintiff but sent to Defendant by a prospective customer of Plaintiff is attached hereto as **Exhibit E.** Plaintiff has lost business opportunities as a result of this actual confusion.

17.    In September 2004, Plaintiff was named as a defendant in a discrimination action filed with the Massachusetts Commission Against Discrimination (MCAD). The complainant in MCAD action intended to sue Defendant but, due to the similarity of names, the complainant mistakenly sued the wrong party. In October 2004, the complainant amended her MCAD complaint to dismiss Plaintiff and bring charges of discrimination against Defendant. A copy of a letter to the MCAD outlining the complainant's confusion is attached hereto as **Exhibit F**.

18.    Between December 5, 2003 and the filing of this action, Plaintiff's prior counsel contacted Defendant via email and in writing on multiple occasions in attempts to resolve the confusion and reach a business solution. Defendant refuses to cease and desist from using Diamond Staffing$^{SM}$.

19.    After attempts to resolve this trademark dispute without the need for litigation, Plaintiff opposed Defendant's federal trademark registration by filing a Notice of Opposition with the U.S. Patent and Trademark Office's Trademark Trial and Appeal Board on or about November 3, 2004. A copy of Plaintiff's opposition is attached hereto as **Exhibit G**.

20.    As a result of consumer confusion regarding the identities of the parties and as a result of Defendant's conduct, Plaintiff's goodwill and reputation has been misappropriated by Defendant, causing Plaintiff damages as well as substantial harm which cannot adequately be compensated for by monetary damages.

## Count I – Trademark Infringement (15 U.S.C. § 1125(a))

21.     Plaintiff repeats and realleges the allegations contained in paragraphs 1-20, *supra,* as if fully set forth herein.

22.     Plaintiff has used the Diamond Staffing[SM] mark in commerce; the mark, by itself, is not functional in any way; and the mark is distinctive because, at a minimum, it merely suggests the type of services Plaintiff provides.

23.     The Diamond Staffing[SM] mark has also acquired secondary meaning in the minds of consumers in the jewelry industry through Plaintiff's extensive advertising, name recognition and rapidly increasing number of personnel placements.

24.     On information and belief, Defendant has chosen its name with the intention of creating confusion with Plaintiff and to capture goodwill generated by Plaintiff in the temporary and permanent personnel placement industry.

25.     Defendant's provision of services utilizing the name "Diamond Staffing" has caused and is likely to cause confusion, cause mistake, or deceive customers concerning, among other things, the origin, sponsorship or approval of the personnel services being provided.

26.     Plaintiff has suffered, and will continue to suffer, damages as a result of Defendant's conduct, as well as harm which cannot be adequately compensated for by money damages.

## Count II – Impoundment and Destruction (15 U.S.C. § 1118)

27.     Plaintiff repeats and realleges the allegations set forth in Paragraphs 1-26, *supra,* as though fully set forth herein.

28.    Based on Defendant's unlawful activities, Plaintiff understands that Defendant is continuing to infringe Plaintiff's mark. Plaintiff requests that Defendant be required to retrieve and surrender for destruction all labels, signs, prints, packages, wrappers, receptacles, and advertisements in its possession bearing the infringing mark.

Count III - Unfair and Deceptive Acts and Practices (Mass. Gen. Laws ch. 93A)

29.    Plaintiff repeats and realleges the allegations contained in Paragraphs 1-28, supra, as though fully set forth herein.

30.    Plaintiff and Defendant are engaged in the conduct of trade or commerce within the meaning of Mass. Gen. Laws ch. 93A.

31.    Defendant's unfair and deceptive business practices in the conduct of commercial business occur primarily and substantially in Massachusetts.

32.    The foregoing conduct by Defendant constitutes unfair or deceptive acts and practices within the meaning of Mass. Gen. Laws ch. 93A.

33.    Through the unfair and deceptive acts and practices described herein, Plaintiff has been, and continues to be, damaged by Defendant's activities and conduct. Plaintiff has also suffered damage to its reputation and other nonpecuniary harm. Unless Defendant's conduct is enjoined, Plaintiff will continue to suffer irreparable injury that cannot adequately be calculated or compensated for by monetary damages. Accordingly, in addition to damages Plaintiff seeks injunctive relief pursuant to Mass. Gen. Laws ch. 93A, § 11.

34.    By using Diamond Staffing[SM] and/or confusingly similar designations in connection with the sale, offering for sale, and/or advertising of services to the general public, Defendant has intentionally and knowingly violated Plaintiff's rights.

Accordingly, Plaintiff is entitled to a judgment of up to three times its damages, together with reasonable attorneys' fees, pursuant to Mass. Gen. Laws ch. 93A, § 11.

**WHEREFORE,** Diamond Staffing Solutions, Inc. respectfully requests that this Court grant the following relief:

(1)    Preliminary and permanent injunctive relief pursuant to 15 U.S.C. § 1125(c) enjoining Diamond Staffing, Inc. from:

- Offering staffing services under the name "Diamond Staffing" or "Diamond Staffing, Inc.", with or without the $^{SM}$ symbol;

- Offering staffing services under such a name as to falsely relate or connect, or tend to relate or connect, such name to Diamond Staffing Solutions, Inc. or Diamond Staffing$^{SM}$;

- Engaging in any other activity calculated to cause purchasers of services to believe that the staffing services offered by Diamond Staffing, Inc. are actually those of Diamond Staffing Solutions, Inc.;

- Directing Diamond Staffing, Inc. to file with the Court and serve upon Diamond Staffing Solutions, Inc. within thirty days from the service on the defendant of such injunction a report in writing under oath setting forth in detail the manner and form in which the defendant has complied with the injunction;

(2)    Order Defendant to retrieve and surrender for destruction all labels, signs, prints, packages, wrappers, receptacles, and advertisements in its possession bearing the infringing mark;

(3)    Enter judgment in Diamond Staffing Solutions, Inc.'s favor on each of the counts asserted herein and award it damages in an amount to be determined at trial, doubled and trebled where appropriate pursuant to Mass G. L. 93A and/or other applicable law;

(5)    Award Diamond Staffing Solutions, Inc. the costs incurred in bringing this action, including its reasonable attorneys' fees; and

(6)    Award Diamond Staffing Solutions, Inc. such further relief as the Court deems just, proper and equitable.

**DIAMOND STAFFING SOLUTIONS, INC.**

By its attorneys,

Date:  March 10, 2005

Nicholas G. Papastavros (BBO#635742)
Michael L. Cornell (BBO # 651405)
NIXON PEABODY LLP
100 Summer Street
Boston, MA 02110-2131
(617) 345-1000 (telephone)
(617) 345-1300 (facsimile)

## VERIFICATION

I, Suzanne DeVries hereby state under the pains an penalties of perjury that I am the President of Diamond Staffing Solutions, Inc. and that the allegations contained herein are true to the best of my knowledge, except as to those allegations made upon information and belief, and as to those allegations, I believe them to be true.

_____
Suzanne DeVries

Date: 3/10/05

℀JS 44  (Rev. 11/04)

## CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law,  except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

### I. (a)  PLAINTIFFS

Diamond Staffing Solutions, Inc.

### DEFENDANTS

Diamond Staffing, Inc.

**(b)**  County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant  Worcester
(IN U.S. PLAINTIFF CASES ONLY)

NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
LAND INVOLVED.

**(c)**  Attorney's (Firm Name, Address, and Telephone Number)  (617) 345-1000
icholas G. Papastavros  Nixon Peabody LLP
ichael L. Cornell         100 Summer St.
                          Boston, MA 02110

Attorneys (If Known)

### II. BASIS OF JURISDICTION   (Place an "X" in One Box Only)

☐ 1   U.S. Government
         Plaintiff

☒ 3   Federal Question
         (U.S. Government Not a Party)

☐ 2   U.S. Government
         Defendant

☐ 4   Diversity
         (Indicate Citizenship of Parties in Item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff
(For Diversity Cases Only)                        and One Box for Defendant)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☒ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV. NATURE OF SUIT   (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury - | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☒ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Product Liability | ☐ 730 Labor/Mgmt.Reporting | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | | & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 791 Empl. Ret. Inc. | or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **Habeas Corpus:** | Security Act | ☐ 871 IRS—Third Party | ☐ 895 Freedom of Information |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | | 26 USC 7609 | Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 900Appeal of Fee Determinatic |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | | | Under Equal Access |
| | Employment | ☐ 550 Civil Rights | | | to Justice |
| | ☐ 446 Amer. w/Disabilities - | ☐ 555 Prison Condition | | | ☐ 950 Constitutionality of |
| | Other | | | | State Statutes |
| | ☐ 440 Other Civil Rights | | | | |

### V. ORIGIN   (Place an "X" in One Box Only)

☒ 1  Original
        Proceeding

☐ 2  Removed from
        State Court

☐ 3  Remanded from
        Appellate Court

☐ 4  Reinstated or
        Reopened

☐ 5  Transferred from
        another district
        (specify)

☐ 6  Multidistrict
        Litigation

☐ 7  Appeal to District
        Judge from
        Magistrate
        Judgment

### VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
15 USC § 1125

Brief description of cause:
Trademark Infringement

### VII. REQUESTED IN
### COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION
   UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐ Yes   ☒ No

### VIII. RELATED CASE(S)
### IF ANY

(See instructions):   JUDGE _____   DOCKET NUMBER _____

DATE  3|11|05

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

1. Title of case (name of first party on each side only)   Diamond Staffing Solutions, Inc. v.
   Diamond Staffing, Inc.

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet.  (See local rule 40.1(a)(1)).

   | | | |
   |---|---|---|
   | [ ] | I. | 160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT. |
   | [X] | II. | 195, 196, 368, 400, 440, 441-446, 540, 550, 555, 625, 710, 720, 730,   *Also complete AO 120 or AO 121<br>740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.   for patent, trademark or copyright cases |
   | [ ] | III. | 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,<br>315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,<br>380, 385, 450, 891. |
   | [ ] | IV. | 220, 422, 423, 430, 460, 480, 490, 610, 620, 630, 640, 650, 660,<br>690, 810, 861-865, 870, 871, 875, 900. |
   | [ ] | V. | 150, 152, 153. |

3. Title and number, if any, of related cases.  (See local rule 40.1(g)).  If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?

   YES [ ]      NO [X]

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest?   (See 28 USC §2403)

   YES [ ]      NO [X]

   If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?

   YES [ ]      NO [ ]

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?

   YES [ ]      NO [X]

7. Do all of the parties  in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"),  residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).

   YES [X]      NO [ ]

   A.   If yes, in which division do all of the non-governmental parties reside?

   Eastern Division [ ]      Central Division [X]      Western Division [ ]

   B.   If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?

   Eastern Division [ ]      Central Division [ ]      Western Division [ ]

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court?  (If yes, submit a separate sheet identifying the motions)

   YES [ ]      NO [X]

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME   Michael L. Cornell, Esquire
ADDRESS   Nixon Peabody LLP, 100 Summer Street, Boston, MA 02110
TELEPHONE NO.   (617) 345-1000

(CategoryForm.wpd - 2/15/05)

# DAY'S
*Jewelers*

## is Coming to Town, and We're Hiring.

Our new location is at 18 March Avenue in the old Service Merchandise location.
The following positions are currently being filled through Diamond Staffing Solutions:

- Salespeople
- Manager trainees
- Jewelers
- Service Staffers
- Bookkeepers

All inquiries go through Diamond Staffing Solutions.

## 603-437-2629 ◆ Call today!



*diamond*
staffing solutions



Focusing exclusively on the jewelry industry, we are dedicated to matching the best talent with the best jewelers.

Diamond Staffing Solution, Inc.
Phone 603-437-2629  Fax 603-437-6004
email summer@diamondstaffing.com
www.diamondstaffing.com



*diamond*

s t a f f i n g   s o l u t i o n s

## *Day's Schedule for Week of September 14, 2003*

Schedule for Monday September 15, 2003

6:00 PM.   Joan Flynn (JC Penney) 622-1335    Reschedule
8:00 PM.   Steve Vlaches (No)
9:00 PM.   Dan Marten 603-232-4137 (891-1521) Wilson Leather (Show-Maybe)

Tuesday September 16, 2003

10:00 AM.  Aurta (Sears) Yes
12:00 PM.  Jay Fauvel Show Maybe
2:00 PM.   Kathy Flighty (Naser)
4:00 PM.   Stephen Tatro 891-0900 Zales Nashua
6:00 PM.
8:00 PM.


Wednesday:  September 17, 2003

10:00 AM  Pat Webster 625-5898 Naser
Deloris Perros JC Penney
12:00 PM Denise Noyse SMC
3:00 PM   Cori Beldens Cell 264-3969 Home: 425-1784 ☺
5:30 PM Joan Flynn JC Penney
7:00 PM
9:00 PM

Thursday: September 18, 2003
8:00 AM Joe Bodwell (Jeweler)
10:00 AM Man Utah
12:00 PM Eunice (Second Interview)
3:30 Habib
5:00 PM
7:00 PM

Friday: September 19, 2003
8:00 AM Bruce Smith Zales Cell 898-4155 Home 881-5336
10:00 AM
12:00 PM
Call  Michael Hallmark Buffalo New York

Candidates Interviewed and Interested in:

1. Sherry Richards (Service Manager)  Yes*****
2. Steve Vlaches  Furniture store (No)
3. Dan Marden (Wilson Leather)  Maybe
4. Aruta-Sears Yes ****
5. Jay Fauvel Maybe *
6. Bonnie Spencer Yes?
7. Eunice Yes! *****
8. Habib (Jeweler) Yes
9. Deloris Perros Maybe
10.


Possibilities:

1. Audrey Gagne (Office manager) 434-4844
2. Carol Barstowitz 623-2404
3. Karen Groele (Left Message)
4. Caryn Loose (Left message)
5. John Castro (Left Message)
6. Bob Gimmard
7. Janice Dunkin
8.



# DAY'S
## *Jewelers*

is Coming to Town, and We're Hiring.

Our new location is at 18 March Avenue in the old Service Merchandise location.
The following positions are currently being filled through Diamond Staffing Solutions:

- Office Manager
- Service Manager
- Sales Associates
- Service Specialist
- Bench Jewelers

All inquiries go through Diamond Staffing Solutions, Inc. Interviews by appointment only.

## **603-437-2629 ◆ Call today!**



Focusing exclusively on the jewelry
industry, we are dedicated to matching
the best talent with the best jewelers.

Diamond Staffing Solutions, Inc.
Phone: 603-437-2629  Fax: 603-437-6004
email: suzanne@diamondstaffing.com
www.diamondstaffing.com

## *diamond*

s t a f f i n g   s o l u t i o n s

### *Schedule for Week of September 22, 2003*

#### *Monday September 22, 2003*

7:00 PM Carol Bartowitz 623-2404

5:30  PM Dana Depue 429-1948 Cell 493-7464

#### *Tuesday September 23, 2003*

*8:00 Am Katie Felton 673-0698 Cell 289-0995*
*10:00 AM* Johanna (Princess Jewelers) Paperwork
10:00 AM  Lee Silverstein (Part-time) Interview
*10:00 AM* Helene Coulbe (Part time) Paperwork

11:00 AM  Michelle Kapos 603-483-8740 Office Manager

12:00 PM Joe Pilion (Reference from Travis)

2:00 PM Rosie (Service Position)

4:00 PM Grace Jenkins 668-8292 Service

6:00 PM.  Micki Maceachern Zales:  Cell:  661-3012 Home: 753-2134 Zales: 225-2100 Manager

#### *Wednesday September 24, 2003*

8:00 AM Darcy Varny Home:  484-4519 or Cell:  219-3125

11:00 AM Wes Garnett (Works with Travis)

2:00 PM Michael Hallmark Sales  Buffalo New York 716-674-3974

4:00 PM Grace Jenkins (Service Position) 668-8292

6:00 PM. Ellens Sears 232-4584  Service

Thursday: September 25, 2003

10:00 AM.  Tom Johnson 603-753-4531 Jeweler

12:00 Jay Fauvel 603 622-4005 Cell 2nd Interview Sales

2:00 Kent Carlson 603-429-0814 Car Sales and Nice man

To

Kent Carlson 603-429-0814

Leads:

Bill Scott:  429-0070 Beldens

Reed B
Inform

# JCK

# A QUESTION OF ETHICS

## DECO DESIGN

## FINDING AND KEEPING GOOD SALESPEOPLE

## GLOBAL WATCH: CHINA AND DIAMONDS

# Finding Good Salespeople

Many jewelers depend on walk-ins and referrals to find
good salespeople. But 'people shopping' is more effective, say jewelry job recruiters.

BY WILLIAM GEORGE SHUSTER, SENIOR EDITOR



Good help is hard to find, according to the majority of independent jewelers polled nationally by *JCK* in April. Three out of four say that's it tougher now to find good employees, especially salespeople, than just five years ago.

Yet *JCK*'s survey also found that most jewelers wait passively for potential employees to find them, depending on recommendations from others, job seekers who come in, or even hiring their own customers. That strategy is wrong, or at least incomplete, say veteran

jewelry job recruiters Suzanne DeVries, president of Diamond Staffing Solutions, and Dave Richardson, head of the Richardson Resource Group. Both urge jewelers to go "people shopping," rather than hope that good salespeople will walk through their doors.

There are plenty of effective methods for finding good jewelry store employees, especially salespeople, say the experts—and many jewelers surveyed by *JCK* agree. Here's their advice.

**Standard sources.** *JCK*'s survey revealed that jewelers use few of the usual means to find employees. The one most used is the newspaper: One in four (22%) place "Help Wanted" ads in local papers. However, notes Richardson, "Most people who read want ads are already out of work or dissatisfied with what they do"—not necessarily the best groups from which to draw jewelry salespeople.

In addition, a jeweler's ad is only one among hundreds. Both Richardson and DeVries suggest jewelers put their ads on the fashion pages, where they'll get more attention from people a jeweler wants. Another good ad spot is the sports section, especially closer to the holidays when more part-time help is needed.

DeVries advises, "Don't generalize [in the ads]. Be specific about job requirements and salary." Richardson suggests having applicants fax their résumés, rather than reply by phone or come to the store, so the jeweler can review them first.

According to the survey, few independent jewelers make use of organizations or companies that specialize in helping businesses find new employees. Only 3% have used the Gemological Institute of America (GIA) or its Career Fairs—even though, says DeVries, "that's where you'll find the jewelry business

> According to a veteran jewelry job recruiter, "Jewelers should look for salespeople where people really have to sell, and know how to sell."

talent"—and only 1% admit to using an employment agency or search/recruitment firm.

**Casual networking.** An overwhelming number of jewelers (more than 80%) use informal networking and casual—even circumstantial—methods to find potential staffers. Three out of five (59%) polled by *JCK* say they rely on recommendations or referrals from family, friends, staffers, and occasionally "outside" sources (such as suppliers or jewelry



Suzanne DeVries

instructors at local vocational/technical schools).

One in five jewelers (21%) have hired customers, especially repeat customers and those "who love jewelry." But while that has worked for some jewelers, both DeVries and Richardson warn of pitfalls.

"I've seen it work both ways," says DeVries, who has 30 years of jewelry sales and management experience. "Hire a customer as an employee and you lose a customer. Fire that person, and you've lost both a employee and a customer." And Richardson points out, a love of jewelry isn't enough to make someone a great salesperson. "Do they know how to sell jewelry, how to pick up phone and call customers about i he asks. "Do they know how to rep to consumers who say they can jewelry cheaper elsewhere or on Internet? In these competitive tim a jeweler needs good salespeople v do such things. And jewelers often reluctant to fire someone w a former customer—meaning the stuck with someone who's c weight."

Some jewelers say their best I have been "walk-ins"—people were referred to the store or kne reputation and came seeking v Underwood Jewelers in Jackson Fla., has a waiting list of p wanting to work there "becau our reputation," says owne Clayton Bromberg. A St. Loui eler keeps "a file of informati people who come in interest working here" and refers to tl when there's an opening.

**Sales and service.** An easy for salespeople, say some jewe another local jeweler, including pendents, department store mall stores. One in 10 (11' *JCK* they've poached on other ers' territory for their top However, there's a downside



## What are the prerequisites for a sales job in your store?

- High school education **53%**
- Sales experience **41%**
- Prior jewelry business experience **19%**
- College education **10%**
- GIA education **9%**
- Good "people skills" **7%**
- Honesty/integrity **5%**
- Good attitude/personality **5%**
- Intelligent **5%**
- Enthusiasm (outgoing) **3%**
- Good appearance **3%**
- Willing to learn/trainable **3%**
- Loves jewelry **2%**

*Source: JCK Retail Panel, April 2004*

Richardson. A top salesperson recruited from another jeweler may become "a prima donna and difficult to integrate into your store's team."

Far better sources, say DeVries and Richardson, are non-jewelry retailers and service organizations, because their people must be service- and sales-oriented and usually work on commission. "Jewelers should look for salespeople where people really have to sell and know how to sell," says Richardson.

Jon Parker, senior vice president, DJP Executive Search Inc., Virginia Beach, Va., agrees. He says a good hire "could be a salesperson at a cosmetics counter or a bank teller." Other examples include upscale apparel stores like Victoria's Secret, shoe stores, menswear shops, waiters and waitresses, and hotel service desk staffs. Stores that sell eyeglasses and cell phones also are good sources, says DeVries, because their training programs "teach [employees] how to work with customers, add on sales, and do multiple sales."

Key employees of Racine, Wis., jeweler Bill Sustachek include a former travel agent and a one-time waitress. Judy Rusconi, in Eureka, Calif., looks for "anyone patient who's working in a service industry, like retail salespeople, waitresses, or floral designers." Bill Nusser in Iowa City, Iowa, "regularly shops higher-end stores, soliciting salespeople who do extraordinarily well in providing sales and service," while David Mazer in Landenberg, Pa., is "alert for people in retail selling who give superlative service."

"You want a person who understands the business of selling," stresses Richardson. "You can always teach them what they need to know about jewelry."

**Making contact.** When the jeweler finds a prospect, "don't just hand that person your card and say 'Call me sometime,' " Richardson advises. "Introduce yourself, say how impressed you are with how they made a sale or worked with a customer, and ask if he or she has considered a career in selling jewelry.

"Tell him or her where your store is, give your card, and invite the person to come by today when finished work—or make an appointment soon—'so we can talk further about your opportunities.' " Such an approach significantly increases the chances the person will come to see you, Richardson says.

Parker suggests asking some questions on the spot, such as "Are you always this happy? What drives your positive attitude? Why do you like to make others happy?" If the answers indicate a positive outlook on life and not just a one-day occasion for joy, consider pursuing more specific questions such as, "Do you work full- or part-time? Are you in college? What are your thoughts regarding a career? Do you like jewelry? Have you ever thought about a career in jewelry?"

DeVries also suggests "writing a thank-you note to someone who's impressed you, saying, 'It was great meeting you. Let's have lunch and talk further about a career with us in jewelry sales.' That gets you to meet the person again and increases the chances he or she will come to your business."

**Job prerequisites.** What do jewelers look for in a potential jewelry salesperson? Surprisingly, it's education: Three out of five jewelers (59%) polled by *JCK* put a high school diploma or college degree at the top of their list. Professional training, on the other hand, ranks far down the list. Less than one in 10 cite GIA education as a prerequisite, though a few say they enroll salespeople in GIA after they hire them.

Sales experience, though cited by only two out of five (41%), ranks second. Coming in a distant third (19%) is prior jewelry business experience. Characteristics of effective salespeople—for example, good "people skills," an upbeat attitude, enthusiasm—are at the bottom of the list (see chart).

However, according to Richardson

## Are good employees harder to find today than five years ago?

Yes **74%**

No **26%**

*Source: JCK Retail Panel, April 2004*

and DeVries, sales skills, presentation, and good old-fashioned "people skills" should be among the top "must-have" criteria.

"You want someone who focuses on the customer," says DeVries. "Do they greet you within five seconds of entering the store or their section? If they're busy, do they acknowledge you immediately and say, 'I'll be right with you?' If you say, 'I'm just looking,' do they leave you alone—or do they try to get some merchandise into your hands to see, feel, and try on?

"Jewelry retailing is an image business," she continues, "so how does that person dress and present himself or herself? Do they make eye contact? Generally, people won't buy from someone who's sloppy or downbeat. They want someone energetic and passionate about what they're doing."

Richardson adds, "Look, too, at how people relate to customers. Do they have a nice smile? Do they listen? Are they pleasant, outgoing, and know customers' names? In this competitive era, jewelry stores must establish close relationships with customers."

The degree to which someone in a non-jewelry business knows his or her products is important, too, notes DeVries. "I want someone who understands what they're selling and can present it well. If I'm in a shoe store, I want to know why a running shoe is a better buy than competing brands, why it uses the materials it does, and how it affects my running." A salesperson who knows how to present another product can transfer that skill to selling jewelry, she says.

**The right questions.** On-site evaluations are only part of the process in finding potential salespeople. The job interview is important, too—though as *JCK*'s survey found, many jewelers are vague about their criteria.

"You must have a clear idea of what you're looking for," says DeVries. "So, first make a list of your top 10 hiring criteria."

"Don't be dazzled by a candidate with a big smile who's well-dressed," warns Richardson. "Keep in mind in your interview that they must sell you on hiring them."

He also advises having a set of specific questions for job candidates, in addition to a formal job application.

"Many jewelers hire the wrong employees—people who may be nice but can't sell or pull their weight—because they didn't ask the right questions in the job interview," he notes. "Those should be tough, practical questions—not hypothetical ones—that tell you about the person.

"For example, ask about their current job and what two things they would change about it, if they could. Ask about their most difficult sale and how they closed it. Ask them to tell you about their current manager, and how—if they were manager—they would do things differently. Ask about their biggest mistake on the job and what they learned. Ask how they get add-on sales, if they have a 'customer book,' and how often they call customers or invite them in.

"Remember, you want someone who understands this business of selling," says Richardson. "Someone with those skills can always be taught about jewelry."

DeVries also asks candidates about what she calls "clientelling." "I ask them to tell me about customers they turned into repeat customers and how did they that. I ask how often they contact them, what items they buy, and how much they spend. I ask them about their customer lists and how they use them. I ask what drives them as a salesperson. If they don't say 'money'—because making money should drive a salesperson—

then they're not right for the job of salesperson."

**Always looking.** Don't wait until someone leaves to go "people shopping," say the experts. Too many jewelers do that and then hurry to find someone—anyone—to fill a vacancy. "Be continually on the alert for good salespeople for your store," says Richardson. "Always be recruiting, always be looking," adds DeVries. "When someone impresses you, always get their business card or résumé, and keep a bank of information for use when you need it."

Get all the store's employees involved in this ongoing search, says Richardson, who suggests using financial rewards. "Tell them, 'If you recommend someone I hire and they stay with us at least six months, you'll get a $500 bonus plus 1% of their sales for those first six months.' That keeps your staff always looking specifically for people who sell well." ✦



**How do you find your best employees?**

Family members 4%
Internet advertising 1%
GIA 3%
Other *
"Someone impressed me" 9%
Hire from another jeweler 10%
11%
Former customers 21%
A recommendation 59%
Newspaper advertising 22%

*Source: JCK Retail Panel, April 2004*



# Keeping Good Salespeople

Jewelers can take some specific steps to help keep top performers happy on the job.

BY WILLIAM GEORGE SHUSTER, SENIOR EDITOR

Good help is not only hard to find but also hard to keep. Most jewelers (54%) polled in a new *JCK* national survey say they've lost good salespeople in recent years, often for reasons over which the jeweler has no control, such as health or family issues (e.g., having a baby, relocating) or getting a job in another industry. But two out of five (38%) cite two reasons jewelers can control.

Almost one-fifth of jewelers polled said that in the past five years they had fired a good salesperson "for cause." Experts say there are a few ways to prevent such a situation, or at least reduce the chances that it will happen.

One is better scrutiny before hiring, says jewelry job recruiter Suzanne DeVries, president of Diamond Staffing Solutions. She does credit and background checks and drug tests "on every single candidate we interview for our jeweler clients, something all better retailers do. I tell applicants during interviews that we do this and ask their permission. Of course, if they refuse,

that tells you something right there." A number of companies are available to run such checks for jewelers, she says, such as Security Services of America in Raleigh, N.C. Background checks usually take three day and cost about $150 per candidate—"a small investment to avoid a big problem later," DeVries says.

DeVries also advises paying more attention to character—only one in 20 jewelers polled listed "honesty" or "integrity" as a prerequisite for salespeople—and intuition. "If your gut feeling about someone is uncertain, but you hire that person anyway, you'll probably pay for that later," she warns.

To prevent problems, jewelers also must enforce their own polices, says Dave Richardson, head of the Richardson Resource Group. "Any salesperson, no matter how good, is part of a team," Richardson says. "If a top salesperson is often late coming in or makes too many personal calls, many jewelers ignore it because they don't want to lose that person. But when other staff people see that,

they start doing the same things. So the jeweler must bring [the offender] in and say frankly, 'These are our policies, and I need you as a leader in this store to follow them.' "

**Better jobs.** Almost one in six jewelers (18%) have lost good salespeople because they got better jobs at another jeweler. "That's a management problem," Richardson says. "Why would people leave if they're happy working for you? Review your policies."

Develop a compensation structure for great salespeople. Most jewelers don't pay full commission, just flat salary. But good salespeople need to be motivated and paid for what they sell, says Richardson. A "team bonus"—i.e., everyone gets extra money if a store or department quota is met—isn't enough, he says, "because often someone produces 200% to meet the goal while others hold back or don't produce. Good salespeople should be paid for what they do," he says. "That doesn't necessarily mean straight commission, but it does means paying commis-

sions to those who do their jobs well."

DeVries agrees, noting that commissions not only motivate but also spotlight a store's top salespeople, "separating the girls from the women and the boys from the men." She also suggests keeping people happy by paying salaries that are commensurate with or better than those of competitors. "A jeweler should know what the competition is offering," she says.

Give people recognition for their work. A good salesperson wants to be recognized—especially in front of co-workers, says Richardson. Praise should be specific. Don't just say, "Good work," but point out what they do well, such as, "I like the way you made that watch sale by telling him the weight of the watch will help his golf swing," or "I liked the way you helped that man looking at a diamond for an engagement ring come up with new ways to propose." If you pat someone on the back for specific actions, they'll do the same next time for a similar sale—and so will other salespeople who hear your praise.

"Constantly reward top performers with spiffs—dinners out, trips, gift cards, or cash perks," DeVries advises. And show good salespeople you value them and what they do for the business, says Richardson, with a promotion, a title, or additional responsibilities—for example, making them an assistant manager or floor manager. "Employee loyalty is earned; it's not a given," he says. "Give your people reasons to be loyal to you."    ✦

---

## Have you lost good salespeople in the past five years?

Yes   53.9%
No    46.1%

## If yes, why?



Retired/health/family reasons   49.08%

Got job outside jewelry industry   29.30%

Dismissed for cause   19.80%

Better job with another jeweler   17.98%

Moved/spouse transferred   8.49%

Other**   5.62%

* Includes maternity and deaths
** Includes starting own business, hired by GIA, unhappy with job
Source: JCK Retail Panel, April 2004

---

## McTEIGUE
— SINCE 1895 —



DIAMONDS, PRECIOUS STONES & ESTATE JEWELRY

1-800-628-5250    INFO@MCTEIGUE.COM

---

### LUX MILLENNIUM™ The Only True DIAMOND WHITE Light

• 6 Year Warranty
• 4100 & 3100 Color K

Imagine a Light so Pure, so Bright, so White that it adds no color whatsoever. Now Imagine that Light shining on Diamonds and Precious Stones with a luminance so Clear and Intense that their "true beauty" is radiated right in your display case.

That Lighting Technology is Metal Halide and is now available for your Jewelry Store. Safe, Economical, and ready to install into your existing Track Light. Also Available For Recessed Applications.

Seeing is Believing!

Available only from FUTURE DESIGNS by Lohilani

4121 N.W. 27th St., Miami, FL 33142
Tel: (305) 871-8774 • Fax: (305) 871-8786

Ring Precision Set

The Purest White Light Ever Created for Jewelry

Order Today
Call Toll Free
1-800-326-4256
U.S. Patent #6,174,074

# There is No Better Way to Buy DIAMONDS

## 30-50% off RAP
## FREE Next Day Shipping
## 10 Day Memo

*Get to know our expert sales staff to better assist you with your diamond purchase.*



Marlene    Megan    Bob




ext. 107    ext. 126    ext. 110


# RDI DIAMONDS

For the *Right* Diamonds...*Right Here, Right* Now.

## 800-874-8768


### www.rdidiamonds.com

**inyourstore**

# ask instore

ASK EMAIL YOUR QUESTIONS TO ASK@INSTOREMAG.COM

## staff

**It is so tough getting good seasonal help — and every year, we pretty much have to start from scratch finding and training seasonal people. Now that the holidays are over, how can we ensure that the best of this year's seasonal staffers come back to work for us next holiday season?**

Here's one tip: if at all possible, do not let your most valuable short-timers go right after the holidays. January is a critical time to evaluate your staff and start ramping up for Valentine's Day, and to make the most of this important period, you will need all the staffing help you can get, says Suzanne DeVries, president of Diamond Staffing Solutions, Inc.

According to DeVries, January is the time when many unhappy employees start to "look around" for other opportunities. It is also the time when jewelers should be assessing their own staff needs. In doing so, you might discover that your best move is to bring a top seasonal person aboard on a part-time or even a full-time basis.

"If you are carrying any full-time under-performers, take a closer look at your seasonal people," she advises. "You just may find a better performer that is already trained, knows you, your staff and customers, and can hit the ground running."

Meanwhile, with Valentine's Day coming up, retailers should be doing all they can to ensure that business does not drop off right after Christmas. This means advertising and direct mail, tying in special events like remountings and designer trunk shows, and following up with holiday customers to see if there is an opportunity for repeat or add-on business. If you are doing these kinds of things to boost your Valentine's Day sales, you also will need extra staff.

**So the holidays are over and it's time to let go all the seasonal help? Think hard before you say goodbye.**

"A lot of retailers are shell-shocked after the holidays and do not capitalize on Valentine's Day," DeVries observes. "But if you have incorporated it into your business plan and treat it as a major selling season, you can keep your holiday sales momentum going right through February. So do not even think of cutting your seasonal staff before then."

Even after Valentine's Day, retailers should still keep their best seasonal people close at hand. DeVries notes that they can help out on weekends and other peak times during the year; fill in for staffers on vacation; lend extra support for special events, promotions and other selling seasons; make marketing calls to existing customers; and handle other important functions your regular staff may not have time for.

"When I was in retail, we were giving our best seasonal people about 12 hours a week," DeVries recalls. "For most of them, this was a second job, so we used them to help out on weekends. This kept them happy and ensured they were there when we needed them in the fall."



*Please see* **ASK**
*on Page 53*

# the store | managing

YOUR STAFF

# Hiring Winners

*Don't take this process lightly. Sales associates can make or break your business*

BY SUZANNE DEVRIES

Hiring the right people and building a cohesive team are among the most difficult challenges you face. This is more important than ever because the market is ultracompetitive and crowded.

In reality, you can have the most magnificent store with extraordinary merchandise and it won't matter if you don't have people in place who can convey your high service standards. They also must be able to articulately address and overcome objections from educated customers.

Here's how to manage the interview and hiring process to help you find and hire the best jewelry professionals for your business.

## Key Questions

‹ **JOB HISTORY:** Design questions that reveal the candidate's experience, skill base, job and salary history and reasons for leaving his or her previous positions. Other key questions include what the applicant liked most and least about previous positions and mentors, greatest professional successes, greatest professional challenges and how he or she overcame them.

‹ **PRODUCT KNOWLEDGE:** Jewelry customers are far more educated about the product than ever before. Many use the Internet to preshop and educate themselves before ever walking into your store. Therefore, you have to make sure your employees know more about your products than your customers so they can answer questions. To test a job candidate's product knowledge, have him or her "sell" you a diamond or a piece of jewelry.

‹ **SELLING SKILLS:** During the selling process, note whether the candidate included a warm greeting, an expert presentation and an introduction to the store. Did she get the jewelry in your hand to create desire? Did he use a jewelry pad and velvet cloth? Could she tell you specifics about the gem or jewelry? Did he preclose the sale, ask for the sale and look for add-on opportunities? Did she add you to her client book?

‹ **SERVICE:** The objective is to hire sales professionals who have the ability to build relationships with customers, address product questions and follow up with customers to ensure their satisfaction for future business. Your goal is to hire sales professionals who have natural warmth and who care about your customers as much as you do.

‹ **SOLVING PROBLEMS:** Design some problem-solving questions to determine the job candidate's intelligence and common sense in reacting to challenges. This includes role-play to determine how he or she would handle specific challenging situations in your store. Try role-playing the most knowledgeable web-savvy diamond buyer you've encountered and see how the candidate copes.

‹ **MOTIVATION:** Determine what motivates and drives the candidate and what would make him or her love the job – whether earning commissions or adoring jewelry.

‹ **VALUES:** Uncover whether the candidate can embrace your culture and values and mix well with your other team members. Excellent jewelry stores are built on integrity, honesty, a strong work ethic, uncompromising values and dependability. If you compromise in any of these areas when hiring, you set yourself up for disappointment.

‹ **DIRECT QUESTIONS:** Sometimes the simplest and most direct questions yield the most telling information about a candidate. "Why should I hire you?" "Why do you feel you would make a good employee?" The candidate's answers can be revealing and show his or her priorities.

## Sell Your Company

Too often, you forget that just as you are interviewing job candidates, they are interviewing you. A good candidate who understands his or her worth will want to make sure your company is the right "fit."

Talk to the candidate about your company's history, your

goals for the next three to five years, the successes and challenges you have faced over the years, your business philosophy and your ethical standards. Talk about your expert, experienced staff and how you value your employees. Share some anecdotes about their personal successes. The bottom line: when you sell the candidate on the merits of your company, you create the desire for him or her to be part of your team.

## References, Background & Credit Checks

It's easy for an applicant to pad a résumé or hide unfavorable information, so do your due diligence. Always check three to five professional references, even if you're sure you're going to hire the person. Check references the candidate furnishes – which are usually positive – and dig for other references.

Ask references to assess the candidate's performance in such areas as attendance, dependability, responsibility, ability to get along with other staffers and whether the candidate is a team player. Most importantly, ask former managers whether they would rehire this person.

Hire a professional security company that conducts background/credit checks. Set up credit guidelines for what's acceptable and not acceptable for a candidate. If you don't perform these steps, you set yourself up for potential theft.



**Look closely at your job candidate's background to ensure integrity and a good fit with the rest of your staff.**

## Second Interview

Always bring a serious candidate back for a second interview and have another member of your staff interview the candidate too. Your colleague may see something you missed. You'll be surprised at how differently candidates interview the second time around. Now that you're on somewhat more familiar terms, you also may want to consider taking the candidate to lunch so you can see his or her personal side.

## Write a Formal Offer Letter

If all goes well during the previous steps, you should be ready to make the candidate an offer. To avoid possible misunderstandings later, always put the offer in writing. The letter should include starting salary, a description of the benefits program and when the candidate would become eligible, along with his or her starting date. You also might consider hiring a labor attorney to construct a well-written offer letter that will comply with your state's labor laws. ▨

*Suzanne DeVries is president and founder of Diamond Staffing Solutions Inc.,SM a national placement service that focuses exclusively on the jewelry industry. DeVries has 35 years of experience in the retail and wholesale jewelry fields and is affiliated with the American Gem Society. She also is an official sponsor at Couture shows and conferences. Contact her at (877) 396-6377, Suzanne@diamondstaffing.com.*

*diamond*
**staffing solutions**

# Carla Corp. Staffs Up Through Diamond Staffing Solutions, Inc.[SM]

When leading 14-karat-gold jewelry manufacturer Carla Corp. needed to fill several sales positions around the country earlier this year, the company turned to Diamond Staffing Solutions, Inc.[SM] and got phenomenal results.

The East Providence, R.I.-based supplier had used Diamond Staffing Solutions, Inc.[SM] before, so it wasn't a surprise that the company ultimately chose the industry's leading staffing and career consulting firm to fill the critical posts.

"I was trying to fill four sales rep positions and wasn't having much luck," recalled Ron Rappoport, vice president of sales for Carla Corp. "I had never used Diamond Staffing Solutions, Inc.[SM] before, but our president had used them to fill a managerial position. He was very pleased with the results, so he turned them over to me."

Rappoport acknowledged that he first tried some of the more traditional employee search strategies. Job ads placed in regional newspapers in the territories he was trying to fill weren't producing the caliber of candidates he was looking for. Classified ads placed in major industry trade magazines generated zero response. As for the Internet job sites, Rappoport said that, while they may produce hundreds, or even thousands of resumes, "99 percent are meaningless."

When Rappoport finally hooked up with Suzanne DeVries, president and founder of Derry, N.H.-based Diamond Staffing Solutions, Inc.[SM], things immediately began to heat up for Carla Corp. in the job search. "I told Suzanne my needs, we sat down together, and she did a profile of what I needed," he said. "Based on that research, she presented me with four candidates. I interviewed them and made the decision to hire three. I was extremely pleased with the quality of her candidates and her success rate."

The way Rappoport sees it, one main edge that DeVries and Diamond Staffing Solutions, Inc.[SM] has over most of the other staffing agencies is that she deals strictly with the jewelry business. "She doesn't wear nine hats, so she can really focus on this industry," he noted. "With more than 30 years experience working in this industry herself, DeVries has a deep understanding of the business and the unique needs of her jewelry clients."

The bottom line for Rappoport – and Carla Corp. – is that there's no reason to go through the uncertainty and expense of traditional newspaper ads in future job searches when you can utilize the targeted, knowledgeable, hands-on, service-oriented approach to hiring that DeVries and Diamond Staffing Solutions, Inc.[SM] offers.

"Suzanne has been nothing but a pleasure to work with," he said. "She's very accessible, and she's a consummate professional who delivers on what she says she'll do – and in a timely manner. That's very refreshing today."



**Evan James Finds Perfect Store Manager Through Diamond Staffing Solutions, Inc.**[SM]

When Evan James Ltd. Fine Jewelers lost its long-time store manager in the summer of 2004, the owner knew he needed to get a quality replacement – and fast.

"Our old store manager had been with us for 10 years," noted Evan James Deutsch, president of the Brattleboro, Vt.-based jewelry store. "This was a key position for us, and it was critical to find the right person to fill it."

The retailer placed help wanted ads in newspapers and received lots of responses – although none of them seemed to be the right fit. It wasn't until Deutsch saw an ad for **Diamond Staffing Solutions, Inc.**[SM] in a trade magazine that the job search really heated up for his company. "We saw the ad, and realized it made sense to call in an expert. So we contacted **Suzanne DeVries**."

DeVries, the President and Founder of **Diamond Staffing Solutions, Inc.**[SM], met with Deutsch, learned about his company and its specific needs, and went to work seeking the best possible candidate to fill the position. She quickly found the perfect match – and Evan James had a new store manager within six weeks of the old manager's departure.

"Suzanne found us the best store manager we ever had," Deutsch said. "Because of Suzanne, we didn't just fill the position; we upgraded the position. And the irony is that she found us someone who was only 30 miles away."

Deutsch said he was truly impressed with the professionalism, dedication and true concern for the customer displayed by DeVries and her staff.

"Suzanne was just great – she was professional, courteous and easy to work with," he said. "She understood our situation, was sympathetic to our needs and concerns, stayed on top of the situation, and remained very positive and eager to get the position filled."

Deutsch added that he would not hesitate to call on DeVries and **Diamond Staffing Solutions, Inc.**[SM] in the future. Nor would he have any reservations about recommending DeVries and her firm to industry colleagues. "I would use Suzanne again in a minute," he said. "The investment you make in her services is well worth the cost."

---------------------------------------------------------------------------------------------------

*Diamond Staffing Solutions, Inc.*[SM] *is a national placement service that focuses exclusively on the jewelry industry. The firm is dedicated to bringing the best candidates and clients together, and strives to develop long-term relationships based on integrity, honesty, and chemistry.*

*Suzanne DeVries, President and Founder of Diamond Staffing Solutions, Inc.*[SM]*, has over 30 years of experience in the retail and wholesale jewelry fields. Her business has been built on working with the crème de la crème – both clients and candidates. Her knowledge, experience and personalized service appeal to the market's most prestigious leaders. Diamond Staffing Solutions, Inc.*[SM] *works with many of the most successful and exclusive jewelers in the country.*

*Contact: Suzanne DeVries at 877-396-6377, E-mail: Suzanne@diamondstaffing.com*

# *diamond*
## staffing solutions™

"Suzanne has taken a great deal of time to learn about the culture of our organization and understands the skill set that a candidate needs to be successful here. Suzanne represents our company very professionally. She thoroughly pre-screens all candidates before presenting them, and as a result consistently provides quality candidates. Suzanne's response time and work ethic has been unmatched by other firms that we have worked with. It is a pleasure to work with Suzanne and I would recommend the services of Diamond Staffing Solutions$^{SM}$ for your recruiting needs."

- Helzberg Diamonds



staffing solutions

FOR IMMEDIATE RELEASE

## DIAMOND STAFFING SOLUTIONS, INC.ˢᴹ TO ADDRESS STAFFING, COMPETITIVE ISSUES AT COUTURE CONFERENCE

NEW YORK (Aug. 4, 2004) – Diamond Staffing Solutions, Inc.ˢᴹ, the leading placement agency serving the jewelry industry, will address how high-end jewelers should go about "Building the Right Team" in this competitive retail environment, during the Couture Diamond Leadership Conference in New York City on Oct. 13-14.

Diamond Staffing Solutions, Inc.ˢᴹ, a sponsor of the invitation-only Conference, will offer the presentation during a session called "Innovations in Lux Training." The session will be held at the Plaza Hotel on Oct. 14, from 1 p.m. to 2:15 p.m., in the Baroque Room. Diamond Staffing Solutions, Inc.ˢᴹ is one of several firms that will speak at the session. Other speakers include training representatives from the Ritz Carlton hotel chain, Bentley Motors, Hearts on Fire and Tivol Inc.

According to Suzanne DeVries, President and Founder of Diamond Staffing Solutions, Inc.ˢᴹ, her presentation will focus on the concerns of many traditional guild jewelry stores over competing against today's Internet retailers. The key, DeVries stresses, is assembling a strong staff and having them focus on areas of your business where online jewelers can't effectively match up, such as selling unique merchandise, providing well-educated, highly trained salespeople, offering superior customer service, and developing lasting personal relationships with your customers.

"If you have good people around you, and your salespeople are doing the right thing, you really don't have to worry about the Internet or other forms of mass competition," DeVries said. "That's why effective staff placement is so critical. Besides, the person shopping for jewelry on the Internet generally isn't the same person who comes into your store to buy jewelry. You need to focus on your core customers and cultivate them."

Diamond Staffing Solutions, Inc.ˢᴹ is a national placement service that focuses exclusively on the jewelry industry. The firm is dedicated to bringing the best candidates and clients together, and strives to develop long-term relationships based on integrity, honesty, and chemistry.

Suzanne DeVries, President and Founder of Diamond Staffing Solutions, Inc.ˢᴹ, has over 30 years of experience in the retail and wholesale jewelry fields. Her business has been built on working with the crème de la crème – both clients and candidates. Her knowledge, experience and personalized service appeal to the market's most prestigious leaders. Diamond Staffing Solutions, Inc.ˢᴹ works with many of the most successful and exclusive jewelers in the country.

**Contact: Suzanne DeVries at 877-396-6377, E-mail: Suzanne@diamondstaffing.com**



*diamond*

s t a f f i n g   s o l u t i o n s

FOR IMMEDIATE RELEASE

## DIAMOND STAFFING SOLUTIONS, INC.ᔆᴹ ENJOYS HUGE SUCCESS AT ITS FIRST GIA CAREER FAIR

NEW YORK (Aug. 2, 2004) – More jewelry companies and candidates should take advantage of GIA's Jewelry Career Fair, one of the industry's best job networking events, advised Suzanne DeVries, a leading staffing and career consultant to the jewelry industry.

DeVries, the President and Founder of Diamond Staffing Solutions, Inc.ᔆᴹ, the leading placement agency serving the jewelry industry, participated in GIA's 14th annual Jewelry Career Fair in New York City on July 23. This was her first time at the noted event – and DeVries said she came away highly impressed with the fair's organization, professionalism, information, and the quality of its participants.

"The speeches were well organized, the career counseling for candidates was invaluable, and the fair was a great place to network with industry peers and find a job," DeVries noted. "GIA did a phenomenal job planning the event."

According to DeVries, a candidate's ability to network is perhaps the single best indicator of how successful they will be in their job search. That's what makes an event like GIA's Jewelry Career Fair so important. "We didn't really realize how powerful this event was until we participated," she added.

DeVries certainly practices what she preaches. Not only did she network with many of her existing clients at the fair, she also met many potential new clients, and was able to match up a number of companies with top candidates she had just found at the event. And she added a "whole stack of talent" to her firm's database. "We had the busiest table at the fair," she observed. "The fair was a tremendous success for us."

Because of the rousing success that DeVries and her firm enjoyed at the event, she said that Diamond Staffing Solutions, Inc.ᔆᴹ will definitely be participating in GIA's next Jewelry Career Fair on Oct. 15 in Carlsbad, Calif. – as well as other GIA Jewelry Career Fairs in the years to come.

Diamond Staffing Solutions, Inc.ᔆᴹ is a national placement service that focuses exclusively on the jewelry industry. The firm is dedicated to bringing the best candidates and clients together, and strives to develop long-term relationships based on integrity, honesty, and chemistry.

- more -

5 Remington Court. Derry, NH. 03038    603.437.2629 Fax 603.437.6004
E-Mail: Suzanne@diamondstaffing.com   www.diamondstaffing.com



*diamond*

s t a f f i n g   s o l u t i o n s

Suzanne DeVries, President and Founder of Diamond Staffing Solutions, Inc.[SM], has over 30 years of experience in the retail and wholesale jewelry fields. Her business has been built on working with the crème de la crème – both clients and candidates. Her knowledge, experience and personalized service appeal to the market's most prestigious leaders. Diamond Staffing Solutions, Inc.[SM] works with many of the most successful and exclusive jewelers in the country.

**Contact: Suzanne DeVries at 877-396-6377, E-mail: Suzanne@diamondstaffing.com**

# # #



staffing solutions

# JA SHOW PERFECT TIME TO FIND NEW STAFFERS, ACCORDING TO DIAMOND STAFFING SOLUTIONS, INC.$^{SM}$

FOR IMMEDIATE RELEASE

NEW YORK (Aug. 2, 2004) – Events like the recent JA New York Summer Show in New York City can and should be much more than just a venue for buying and selling product. These events also present participating companies with golden networking opportunities that can result in the discovery of their next staff superstars, according to Suzanne DeVries, a leading staffing and career consultant to the jewelry industry.

DeVries, the President and Founder of Diamond Staffing Solutions, Inc.$^{SM}$, the leading placement agency serving the jewelry industry, points to her own company's tremendous success at the JA Show, July 25-28, as an indicator of how shows and other events can lead jewelers to find that "perfect employee."

First of all, Diamond Staffing Solutions, Inc.$^{SM}$ participated in GIA's 14th annual Jewelry Career Fair, held just prior to the JA Show on July 23. DeVries, a first-time participant in the fair, noted that there was tremendous interest in her services at the event, with her firm networking with existing clients, making countless new contacts, matching companies and candidates on the spot, and also setting up numerous appointments over the next few days at the JA Show.

During the show itself, Diamond Staffing Solutions, Inc.$^{SM}$ sponsored a luncheon at the Couture Club on July 25 that featured an economic forecast by Steve Forbes, president/CEO of Forbes, Inc. and editor-in-chief of *Forbes* magazine. Although only 100 guests were initially expected, 250 couture jewelers and other industry professionals attended, making the event a tremendous networking success. DeVries also utilized the Couture Club as a "home base" for meeting with new contacts and matching up top candidates with prospective employers.

"We hooked up a number of candidates with clients who were looking for sales reps and other positions to fill," DeVries said. "I was literally getting ready to leave the show, and in the 11th hour, I came across a candidate moving back here from Taiwan who was the perfect match for a client looking for a product developer."

The phenomenal demand for DeVries' services at the JA Show clearly illustrates that jewelry professionals who aren't thinking "outside the box" and using these types of events as a job network/career center are missing out on a valuable industry resource.

- more -



"If you want to pore over dozens of unknown resumes, your best bet is to post a job ad on a job site," DeVries said. "But at an event like the JA Show, candidates and prospective employers can actually meet and network in a neutral industry setting. This is a perfect venue for Diamond Staffing Solutions, Inc.$^{SM}$, because we make it a point to visit businesses and really get to know our clients and their needs. We'll find you 2-3 great candidates, and you *will* get a match."

Diamond Staffing Solutions, Inc.$^{SM}$ is a national placement service that focuses exclusively on the jewelry industry. The firm is dedicated to bringing the best candidates and clients together, and strives to develop long-term relationships based on integrity, honesty, and chemistry.

Suzanne DeVries, President and Founder of Diamond Staffing Solutions, Inc.$^{SM}$, has over 30 years of experience in the retail and wholesale jewelry fields. Her business has been built on working with the crème de la crème – both clients and candidates. Her knowledge, experience and personalized service appeal to the market's most prestigious leaders. Diamond Staffing Solutions, Inc.$^{SM}$ works with many of the most successful and exclusive jewelers in the country.

**Contact: Suzanne DeVries at 877-396-6377, E-mail: Suzanne@diamondstaffing.com**

# # #

# DALY, CROWLEY & MOFFORD, LLP

275 TURNPIKE STREET - SUITE 101
CANTON, MASSACHUSETTS 02021-2354

TELEPHONE: 781-401-9988    FACSIMILE: 781-401-9966

KERMIT ROBINSON
DAVID W. ROUILLE
ROBERT V. KLAUZINSKI

CHRISTOPHER S. DALY
JUDITH C. CROWLEY
DONALD F. MOFFORD
PAUL D. DURKEE

www.dc-m.com

OF COUNSEL:
RICHARD M. SHARKANSKY
CATHY L. PETERSON

Via Certified Mail No.: 7002 2410 0002 6786 5484
Return Receipt Requested
December 5, 2003

President
Diamond Staffing, Inc.
146 West Boylston Drive
Worcester, MA  01606-2799

Re:   Diamond Staffing Trademark Controversy
      Our File No.: DIAM-002MUS

Dear Sir or Madam:

This firm represents Diamond Staffing Solutions, Inc., of Derry, New Hampshire in its trademark matters. In that capacity, we have been authorized to notify you that a serious matter of trademark infringement has occurred as result of your use of the mark DIAMOND STAFFING in connection with your recruiting services.

Since at least May 6, 2002, Diamond Staffing Solutions, Inc has used the mark DIAMOND STAFFING in conjunction with providing professional staffing services. Diamond Staffing Solutions, Inc. has developed significant goodwill associated with its DIAMOND STAFFING mark throughout the United States, and the mark is well-known to the consuming public as a source identifier for those services.

We are aware that you recently began using the identical mark DIAMOND STAFFING in conjunction with identical services. Your use of the identical mark for identical services is bound to cause confusion, mistake, and deception of the consuming public as to the source of your client's services. Customers and potential customers will believe that your client's services emanate from, or are licensed or approved by, Diamond Staffing Solutions, Inc. The plethora of e-mail Diamond Staffing Solutions, Inc has been receiving is demonstrating the likelihood of confusion by the public. Any dissatisfaction with your client's services will reflect upon and irreparably damage our client's hard-won reputation embodied in its DIAMOND STAFFING mark.

DALY, CROWLEY & MOFFORD, LLP

Diamond Staffing, Inc
146 West Boylston Drive
Worcester, MA 01606-2799
December 5, 2003
Page 2

Your use of the DIAMOND STAFFING mark constitutes, *inter alia*, a blatant infringement of Diamond Staffing Solutions, Inc's trademark rights under state law, and a clear violation of Section 43(a) of the Lanham Act. As you surely know, by reason of its illegal actions, you could be subject to an injunction against further use of the mark, liability to Diamond Staffing Solutions, Inc for damages and profits resulting from the infringement, and costs and attorney's fees incurred in halting that infringement.

Diamond Staffing, Inc. is willing, however, to resolve this matter amicably on the following terms: You must promptly confirm in writing: (1) that you will take *immediate* steps to discontinue use of the DIAMOND STAFFING mark in connection with staffing services (2) that you will not hereafter use a mark confusingly similar to Diamond Staffing Solutions Inc's DIAMOND STAFFING mark, and (3) that you will immediately file a change of name for your incorporation. Diamond Staffing Solutions, Inc. will, in turn, sign a mutual release that will exempt you from liability for past infringement of the DIAMOND STAFFING mark.

If you do not agree to these terms, Diamond Staffing Solutions, Inc. will take legal action to enforce its rights in the DIAMOND STAFFING mark, and will seek all injunctive and monetary relief to which it is entitled.

Please contact me with in the next ten (ten) business days to advise as to your intentions.

This letter is written without prejudice to my client's legal rights and remedies, all of which are specifically reserved.

Very truly yours,

Donald F. Mofford
dfm@dc-m.com

DFM/pam
cc: Ms. Suzanne DeVries
Q:\diam-002mus\ltr to pres diamond staffing, inc.doc

02/03/2005   16:12   7814019966



THE HARBOR LAW GROUP

48 Maple Avenue • Shrewsbury, MA 01545 • Phone (508) 842-9244 • Fax (508) 842-9311 • www.harborlaw.com

Sent via facsimile (781) 401-9966
and regular mail

December 23, 2003

Donald F. Mofford, Esq.
Daly, Crowley & Mofford, LLP
275 Turnpike Street – Suite 101
Canton, Massachusetts 02021-2354

Re:   Diamond Staffing, Inc.
      Your File No. DIAM-002MUS

Dear Mr. Mofford:

This firm represents Diamond Staffing, Inc. of Worcester, Massachusetts. This is in response to your letter of December 5, 2003 regarding your client's claim of alleged trademark infringement.

Our client has applied for Federal Trademark protection (Serial # 78326647), which was filed on November 12, 2003, as well as received State Trademark protection (#63699) on the mark "Diamond Staffing" Before using the name and applying for protection a diligent search was conducted on the Patent and Trademark Office's database for any federally protected use of the mark "Diamond + Staffing" and no live mark was found. A similar search was conducted with the Massachusetts Secretary of State's office. An Internet search to determine if there was common law usage found several similar marks, including Diamond Medical Staffing, supporting the medical industry, and Diamond Staffing Solutions, Inc., servicing the jewelry industry exclusively. A more recent search reveals that your client, Diamond Staffing Solutions, Inc. filed for trademark protection after our client, on November 20, 2003.

You indicate in your letter that our client is in violation by using the mark "Diamond Staffing." in conjunction with identical services as your client's. I respectfully maintain that this, in fact, is not the case. According to your client's own website, Diamond Staffing Solutions, Inc. deals **exclusively** in the recruitment and placement of personnel for the jewelry and diamond business. Our client, Diamond Staffing, Inc., is **not a** service provider exclusively to the jewelry business. Your client's use of the word "Diamond" in his mark certainly does not constitute a strong trademark. His use is

arguably descriptive, thereby rendering his mark weak in terms of meeting trademark requirements.

The "plethora" of email your client claims to have received were, most likely, not business related, but quasi-internal "friendly" but misdirected messages due to incorrectly addressed email by some individuals connected with Diamond Staffing, Inc. In fact, on or about mid-November, when Ken Peterson (representing your client) called, he indicated that his company provided staffing to the jewelry industry exclusively. His only objection was to the verbiage, "cutting edge solution." We concluded our conversation amicably and I stated that if my client did use the phrase we would omit it from any further documentation. This usage, however, did not appear on my client's website, nor is it the exact phrase used on your client's website. I expected the matter to be resolved and was surprised to have received your letter.

We do not believe that our client is in violation of the Lanham Act. Neither the marks nor the services are identical. In fact, as the principal registrant of the mark, we believe that our client has prior constructive use rights to the mark under the law, and that our client's mark is stronger.

Our client, Diamond Staffing, Inc., is also very willing to resolve this matter amicably. We suggest that you call this office so that we may explore a fair and practical solution that will meet the needs of both our clients.

I look forward to hearing from you.

Sincerely,

Mary Casey,
Managing Attorney

MCC: ah

## Suzanne Devries, President

**From:** Mark L. Olsen [mlolsen@kirchnercorp.com]
**Sent:** Friday, February 11, 2005 4:36 PM
**To:** suzanne@diamondstaffing.com
**Subject:** FW: Kirchner Corporation

Suzanne:

Thanks for taking time to talk with me.
Mark

**From:** Mark L. Olsen
**Sent:** Friday, February 11, 2005 12:10 PM
**To:** 'info@diamondstaffinginc.com'
**Subject:** Kirchner Corporation

Suzanne DeVires:

I was given your company as well as your name by Brian Flemming of the Carla Corporation.
Kirchner Corporation, located in Minneapolis, MN. has been manufacturing jewelry since 1901.
We are looking for our line to be represented on the West Coast of the United States.

I would like to get information on how your company could help us in our search for sales reps and your fees.
Thank you

Mark Olsen
Kirchner Corporation
National sales Manager
1000 Boone Ave N #900
Minneapolis, MN 55427
763-546-5440
E-mail: mlolsen@kirchnercorp.com

The information contained in this email is legally privileged and confidential information for the sole use of the intended recipient. Any use, distribution, transmittal or retransmittal of information contained in this email by persons who are not intended recipients may be a violation of law and is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.

# Rainer, Walsh & O'Connor, LLP
### Attorneys at Law
## 60 Veteran of Foreign Wars Parkway
## Revere, Massachusetts 02151

Telephone (781) 289-7900
Facsimile    (781) 485-0624
Toll Free    (800) 451-2220
www.rainerlaw.com

Robert K. Rainer
Thomas F. Walsh
Christopher S. O'Connor
Daniel C. Federico
Edwin W. Darrett III
Ryan J. Matthews
Michael Antoniello, M. D.
Ronald H. Rainer (Retired)

October 27, 2004

Mass Commission Against Discrimination
Attn: Carolyn Packard
One Ashburton Place
Boston, MA 02108

Re:   Yolanda Wilder vs. Fast Lanes, Mass. Turnpike Authroity, Diamond Staffing
      Solutions, and Transcorp, Inc.
      MCAD Docket No.: 04-BEM-02800

Dear Ms. Packard

It has come to my attention that we have filed the charge in the above referenced matter with the wrong address for Diamond Staffing. Apparently, there are two companies named Diamond Staffing which are currently embroiled in a licensing dispute. On our charge we provided the address of Diamond Staffing in Derry New Hampshire which staffs jewelry stores. My client alleges sexual harassment against Diamond Staffing located at 146 West Boylston Drive in Worcester, MA which staffs offices. My client has never worked in a jewelry store, clearly we have provided the wrong address.

Please advise as to how I can properly correct this misunderstanding. Thank you for your attention to this matter.

Best wishes,

Ryan J. Matthews

Cc:   Vaughn Tamzarian, Esq.
      53 Bay Street
      Manchester, NH 03104-3005

02/03/2005   16:17   8784935566                              PAGE   06/40
Page 1 of 2

USPTO. ESTTA. Receipt



**United States Patent and Trademark Office**

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help



*Electronic System for Trademark Trials and Appeals*

# Receipt

Your submission has been received by the USPTO.
The content of your submission is listed below.
You may print a copy of this receipt for your records.

ESTTA Tracking number: **ESTTA18604**

Filing date:                     **11/03/2004**

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD

## Notice of Opposition

Notice is hereby given that the following party opposes registration of the indicated application.

### Opposer Information

| Name | Diamond Staffing Solutions, Inc | | |
|---|---|---|---|
| Entity | Corporation | Citizenship | Delaware |
| Address | 5 Remington Court<br>Derry, NH 03038<br>UNITED STATES | | |

| Attorney information | Donald F. Mofford<br>Daly, Crowley & Mofford, LLP<br>275 Turnpike Street - Suite 101<br>Canton, MA 02021-2310<br>UNITED STATES<br>dfm@dc-m.com, pam@dc-m.com Phone:781-401-9988 x13 |
|---|---|

### Applicant Information

| Application No | 78326647 | Publication date | 10/05/2004 |
|---|---|---|---|
| Opposition Filing Date | 11/03/2004 | Opposition Period Ends | 11/04/2004 |

USPTO. ESTTA. Receipt

| Applicant | Diamond Staffing, Inc.<br>146 West Boylston Drive<br>Worcester, MA 01609<br>UNITED STATES |
|---|---|

### Goods/Services Affected by Opposition

Class 035. First Use: 20031108First Use In Commerce: 20031108
All goods and sevices in the class are opposed, namely: Employment hiring, recruiting, placement and staffing services

| Attachments | Opposition in text form.txt ( 2 pages )<br>Exhibits.pdf ( 6 pages ) |
|---|---|

| Signature | //signed// |
|---|---|
| Name | Donald F. Mofford |
| Date | 11/03/2004 |

### Return to ESTTA home page   Start another ESTTA filing

| .HOME | INDEX| SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT

opposition in text form.txt

The grounds for opposition are as follows:

1. Opposer has used the mark DIAMOND STAFFING, in connection with professional staffing services prior to any use of the DIAMOND STAFFING mark by Applicant.

2. Opposer is using and intends to continue to use the above mark in connection with the goods described in Paragraph 1 above.

3. Through news articles, stories and profiles published throughout the United States, and by virtue of the high quality of its professional staffing services, Opposer has garnered a valuable reputation for its DIAMOND STAFFING mark. See Exhibits A-F.

4. Through the above means, Opposer has developed extensive goodwill throughout the United States with respect to its DIAMOND STAFFING mark.

5. As a result of the above uses, Opposer has become identified with the mark DIAMOND STAFFING in the minds of consumers, and has developed substantial common law rights in the mark.

6. Applicant filed Application Serial No. 78/326,647 on November 12, 2003 seeking to register the mark DIAMOND STAFFING as a service mark in International Class 35 for use with Employment hiring, recruiting, placement and staffing services.

7. Priority is not an issue. While Applicant filed Application Serial No. 78/326,647 as an actual use application on November 12, 2003 claiming a date of first use of November 8, 2003, Opposer has been using the mark DIAMOND STAFFING in commerce since at least as early as May 6, 2002 as evidenced in Opposer's trademark application Serial No. 78/331,011 filed on November 20, 2003. Opposer's use of the mark DIAMOND STAFFING thus clearly precedes any use by Applicant.

8. The mark proposed for registration by Applicant in Application Serial No. 78/326,647 is identical in appearance, connotation, sound and commercial impression to the marks used by Opposer in connection with its services, described in Paragraph 1 above.

9. Upon information and belief, Applicant's services that are the services recited in Application Serial No. 78/326,647 are advertised and provided in similar channels of trade and to similar customers as Opposer's services.

10. Applicant's use of the mark DIAMOND STAFFING in connection with the services recited in Application Serial No. 78/326,647 interferes with Opposer's use of its DIAMOND STAFFING mark and is likely to cause the public to believe that the services of Applicant originate with Opposer, or that Applicant is owned or controlled by or in some manner affiliated or associated with Opposer, or vice versa, and is otherwise likely to cause confusion, cause mistake or deceive as to the source of such services.

11. Any defect, inadequacy or deficiency found in Applicant's services marketed under the DIAMOND STAFFING mark would reflect negatively upon and seriously injure the reputation and goodwill associated with the services marketed by Opposer and provided in connection with its DIAMOND STAFFING mark.

12. If Applicant is permitted to register the DIAMOND STAFFING mark for its services, as specified in the application herein

Page 1

Opposition in text form.txt

opposed, such use and registration would result in a likelihood of confusion in the trade by reason of the similarity between Applicant's DIAMOND STAFFING mark and Opposer's marks, thereby damaging and injuring Opposer. Any such likelihood of confusion may result in the loss of business to Opposer. Furthermore, any defect, objection, or fault found with Applicant's services marketed under the DIAMOND STAFFING mark may reflect upon and injure the reputation which Opposer has established for its goods and services in association with Opposer's marks.

13. If Applicant is granted a registration based on Application Serial No. 78/326,647, Applicant would thereby obtain at least a prima facie exclusive right to use the DIAMOND STAFFING mark in connection with staffing services. Any such registration would be a source of damage and injury to Opposer and its customers.

WHEREFORE, Opposer requests that Application Serial No. 78/326,647 be rejected, that no registration be issued thereon to Applicant, that registration of the mark DIAMOND STAFFING for the services specified therein be denied and refused, and that this opposition be sustained in favor of Opposer.

Instore Magazine - Advertiser Links

**Cassa Ciemme**
New York, NY, USA
Tel: (877) 398-9666
Fax: (212) 840-5680
URL: http://www.cmahendra.com
Details: Cassa Ciemme is a diamond wholesaler company that was formed in 1974. After years of growth, the company became a DTC sightholder in 1991. As a preferred client of the DTC, Cassa Ciemme has a consistent supply of "conflict free", top-quality diamonds.

**crown diamond**
Atlanta, GA, USA
Tel: (404) 266-2818
Email: beth@crowndiamond.com
URL: http://ww.crowndiamond.com
Details: Doron Franco created Crown Diamond in 1987 to integrate Internet technology with business practices rooted in the traditional diamond industry. Inventory ranges from one-grainers to diamonds over 10 carats.

**David W. Richardson**
Scottsdale, AZ, USA
Tel: (800) 338-5831
Email: info@jewelrysalestraining.com
URL: http://www.jewelrysalestraining.com
Details: David W. Richardson, CSP, international award-winning professional business presenter, brings his 20 years of real world jewelry sales and management experience to your company and aims his proven tactics, strategies, and best practices directly at your bottom line.

**Diamond Staffing Solutions**
Derry, NH, USA
Tel: (603) 437-2629
Email: Suzanne@DiamondStaffing.com
URL: http://www.DiamondStaffing.com
Details: Suzanne DeVries, president of Diamond Staffing Solutions, has over thirty years of staffing experience in all areas of the retail and wholesale jewelry industry. Diamond Staffing Solutions, Inc. also features individualized markets searches, security and background checks, personality profiling and fixed-fee schedules that ensure across the board quality service.

**Gemex systems**
Mequon, WI, USA
Tel: (888) 292-1191
Email: gemex@gemex.com
URL: http://www.gemex.com
Details: GemEx produces the Brilliance Scope (TM) and the Light Performance (TM) Report. The GemEx Report has been proven to dramatically increase diamond sales in chain stores and independent jewelers by making Light Performance (TM) the primary buying criteria for the customer.

**GIA**
Carlsbad, CA, USA
Tel: (760) 603-4001
Email: eduinfo@gia.edu
URL: http://www.gia.edu
Details: Since 1931, GIA has translated its expert knowledge of diamonds and gemstones into the most respected education available in the industry. The Institute's world-renowned curriculum is developed to help jewelers and their customers deal in a mutually assured spirit of professionalism and trust, while its gemological research and

11/1/2004

Case 4:05-cv-40046-FDS    Document 1-10    Filed 03/14/2005    Page 6 of 10    PAGE    11/40
02/03/2005  16:17  781-401-9366    DCM FINED    Page 6 of 15

GFeNEWS Jewelry Industry    'ne

*Exhibit B*

 **First National**
Merchant Solutions

First National.
Providing the best payment
solutions to the jewelry industry.

---

## Ten Staffing Tips Part 1 of 2

 Maintaining a solid selling and managerial staff is absolutely one of the most challenging
opportunities that jewelers face every day. So how do you find and maintain your greatest
asset — your people? Listed below are the ten staffing tips, which will help save your store
potentially thousands of dollars.

1. Build staffing needs into your business plan. Your staffing needs and their associated
cost, including your time for recruitment and turnover cost, should be part of your yearly
business plan. Each position turned over in your store will cost you between 1.5 and 3
times the salary to replace. 80% of turnover is due to "bad hiring," so having good recruit
strategies are essential.

- 2. Make recruiting a part of your weekly "to do" list. Recruiting should also be part of your daily routine.
You should always have your eyes peeled for good talent. You've heard the term "Always be selling." N
add, "Always be recruiting."

- 3. Plan well in advance for Christmas, Mother's Day and Valentine's Day. These are the times when you
need additional staff, so do not fool yourself into thinking that you can hire qualified jewelry selling staff
and train them in a month. Budget for more positions, and allow a few months for training, and company
culture adjustments. This way you will not be left stranded during your most critical times of the year.

- 4. Offer recruiting bonuses to employees. Offer incentives and contests to encourage current employees
to recruit and you will be surprised at how many potential employees will be found. Make your incentives
generous enough to motivate your employees. If you are unsure of what to offer, ask your team how mu
they feel would be fair. You may want to offer additional incentives for the "most recruits in a month" as
well.

- 5. Keep employees involved in the process. Send your sales people out in teams, preferably male-fema
to shop your competition. Devise a report form and a scoring system on elements including customer
service, greeting, sales techniques, and product knowledge. Ask your team whom they would hire and
why. Discussing the findings at meetings helps your employees gauge their own strengths and provides
way for them and for you to determine your business's staffing needs. This saves you time in recruiting
right people and cuts down on hiring mistakes.

**Suzanne DeVries,**
President
Diamond Staffing Solutions



Have a question for Suzie? CLICK HERE or call 877.396.6377

DIAMONDSTAFFING.COM »

---

11/1/2004

GFeNEWS Jewelry Industry   ne

*Exhibit C*

## Diamond Staffing - JCK Invitation

**Diamond Staffing Solutions To Offer Free Staffing Consultations in Las Vegas Jun 4-8.**



Derry, N.H. - April 1, 2004 – Diamond Staffing Solutions Inc. will be offering free half-hou staffing consultations in Las Vegas on Friday, June 4, Saturday, June 5 and Sunday, Jur 6. Limousine transportation will be provided from the Sands Convention Center to Diamo Staffing's luxurious business conference location, allowing jewelers a respite from the jewelry show and a place to focus exclusively on staffing concerns.

*"We want to make this a place where jewelers can come to put their feet up, have a cappuccino or San Pellegrino, and relax,"* says Suzanne DeVries, President of Diamond Staffing Solutions Inc. *"We're excited to be in Las Vegas, and we are prepared to help everyone, from small independents to large jewelry companies."*

Diamond Staffing Solutions is a national placement service that focuses exclusively on the jewelry industry and dedicated to bringing clients the best talent in the industry. Consultations will be by appointment only. To facilit the consultations, jewelers can choose to fill out a questionnaire prior to meeting with Diamond Staffing Solutio This will help identify and prioritize the most important staffing challenges and enable jewelers to make the mo of the consultation.

To set up a consultation or for more information on services, including store visits, **contact Diamond Staffing Solutions, Inc.** at 603.437.2629 or E-MAIL **CLICK HERE.**

**Suzanne DeVries,**
President
Diamond Staffing Solutions

Have a question for Suzie? **CLICK HERE** or call 877.396.6377



**DIAMONDSTAFFING.COM**

**CLICK HERE TO PRINT ARTICLE »**



**Jeweler Profit - Tip # 5 - Part 2 of 2**

11/1/2004

Exhibit D

# Modern Jeweler



**Opportunity is never lost. It's just found by someone else.**

We've found great jewelry talent. Take the opportunity to hire them. Don't let your competition get the advantage.

● Sales Reps and Bench Jewelers Needed

Call Diamond Staffing Solutions today to learn about more opportunities in the jewelry industry.

**MARCH 2004**



**Goals for 2004:**

☑ ...
☑ Increase Sales Volume by 15%
☑ ...
☑ ...
☑ ...
☐ **Hire additional staff to ensure goals are met!**

Make Diamond Staffing solutions part of your New Year's resolution. We'll help you set the best ideas so you will reach and exceed your goals.

**Call us today for your personal in-store consultation.**

www.diamondstaffing.com

**FEBRUARY 2004**



**Your Jewelry Staffing Source for the Holidays.**

Focusing exclusively on the jewelry industry, we are dedicated to matching the best talent with the best jewelers.

● Many executive and management positions available.

**Call Suzanne DeVries today.**

www.diamondstaffing.com

**OCTOBER 2003**

Exhibit E





AUGUST 2003



SEPTEMBER 2003



OCTOBER 2003

EXHIBIT F

# National Jeweler



**Your Jewelry Staffing Source.**

Focusing exclusively on the jewelry industry, we are dedicated to matching the best talent with the best jewelers.

Many executive and management positions available.

**Please call today.**

Diamond Staffing Solutions Inc.
Phone 508-482-0359 Fax 508-482-0361
www.diamondstaffing.com

**AUGUST 1, 2003**



**The success of any good business is its people.**

Do you have the right people in place for your holiday season? Diamond Staffing Solutions can help.

**Call Suzanne today and check out our new web site!**

Diamond Staffing Solutions Inc.
Phone 508-482-0359 Fax 508-482-0361
and Attention Jewelers: www.diamondstaffing.com

**SEPTEMBER 1, 2003**



**Let us show you how we are different...**

We confidently place jewelry professionals in positions that maximize their talents and give employers an immediate asset to their business.

Please contact Suzanne today.
Phone 508-482-0359 Fax 508-482-0361

Be sure to check out our new web site!
www.diamondstaffing.com

**OCTOBER 1, 2003**