◈AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

Diamond Staffing Solutions, Inc.

V.

Diamond Staffing, Inc.

## SUMMONS IN A CIVIL ACTION

CASE NUMBER:

**05-40046 FDS**

TO: (Name and address of Defendant)

Diamond Staffing, Inc.
146 West Boylston Drive
Worcester, MA 01609

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael L. Cornell, Esq.
Nixon Peabody LLP
100 Summer Street
Boston, MA 02110
(617) 345-1000

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**SARAH A. THORNTON**

CLERK

_____    March 17, 2005
(By) DEPUTY CLERK              DATE

79365

I hereby certify and return that today, April 21, 2005, I served a true and attested copy of the within Summons together with a copy of the complaint; Civil Action Cover Sheet, Category Sheet and Exhibits A-G in this action upon the within named Diamond Staffing Inc., by giving in hand to Laura Bernadone, Manager and Agent in Charge. Said service was effected at: Diamond Staffing Inc., 146 West Boylston Drive, Worcester, MA 01609.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information is true and correct. Executed on April 21, 2005.

Dennis Mahoney, Constable
& Disinterested Person over Age 18

Service & Travel:$98.00

**Butler and Witten**
Boston, MA
(617) 325-6455