UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIAMOND STAFFING SOLUTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> DIAMOND STAFFING, INC., <br><br> Defendant. | Civil Action No. 05-40046-FDS |

**PLAINTIFF DIAMOND STAFFING SOLUTIONS, INC.'S
EMERGENCY MOTION FOR EXPEDITED DISCOVERY**

Plaintiff Diamond Staffing Solutions, Inc. ("Diamond Staffing Solutions[SM]"), through its counsel, hereby moves this Court to enter an order expediting discovery in this case in anticipation of a Motion for Preliminary Injunction Diamond Staffing Solutions[SM] intends to file. More specifically, Diamond Staffing Solutions[SM] requests that this Court compel Defendant Diamond Staffing, Inc. ("DSI") to:

- answer and respond to Plaintiff's First Set of Interrogatories and First Request for Production of Documents, within ten (10) days of the date of service, or no later than May 9, 2005; and

- produce one or more individuals to testify as to matters known or reasonably available to DSI, pursuant to Fed. R. Civ. P. 30(b)(6), within twenty-one (21) days of the date of service, or no later than May 20, 2005 (presuming DSI's full response to written discovery requests in a timely fashion).

As set forth in greater detail in the memorandum of law filed herewith, and the exhibits appended thereto, "good cause" for Diamond Staffing Solutions'[SM] request for expedited discovery exists in this case as: (1) Diamond Staffing Solutions[SM] should be able to establish that it is likely to succeed on the merits of its trademark infringement claim, and that it will incur irreparable injury in the absence of injunctive relief; (2) expedited discovery comports with the

administration of justice, considering (among other things) that Diamond Staffing Solutions'[SM] requested discovery is narrowly tailored to the particular elements of its trademark infringement claim; and (3) expedited discovery will not pose any undue hardship on DSI, particularly considering that significant correspondence has been exchanged on these issues between the parties and considering that DSI has already collected and presented its reply to a number of Diamond Staffing Solutions'[SM] contentions in trademark office filings.

WHEREFORE, Diamond Staffing Solutions[SM] respectfully requests this Court to:

(1) Enter an Order compelling DSI to respond to Diamond Staffing Solutions'[SM] written discovery requests by May 9, 2005 and produce one or more individuals to testify as to matters known or reasonably available to DSI, pursuant to Fed. R. Civ. P. 30(b)(6), by May 20, 2005; and

(2) Grant all other such relief that this Court deems necessary and just.

### L.R. 7.1 CONFERENCE

Counsel for the Plaintiff, Gina M. McCreadie, certifies that she attempted to confer with counsel for the Defendant, Robert Meltzer, in good faith on April 29, 2005 in an attempt to resolve or narrow the issues in dispute.

### REQUEST FOR ORAL ARGUMENT

Pursuant to L.R. 7.1(D), counsel for Diamond Staffing Solutions[SM] requests that a hearing be scheduled on the instant motion as soon as is practicable, as it believes that such a hearing would assist the Court in resolving the issues before it.

                    **DIAMOND STAFFING SOLUTIONS, INC.**

                    By its attorneys,

                    /s/ Gina M. McCreadie
                    Nicholas G. Papastavros (BBO#635742)
                    Michael L. Cornell (BBO # 651405)
                    Gina M. McCreadie (BBO # 661107)
                    NIXON PEABODY LLP
                    100 Summer Street
                    Boston, MA 02110-2131
                    (617) 345-1000 (telephone)
                    (617) 345-1300 (facsimile)

Date: April 29, 2005