UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIAMOND STAFFING SOLUTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> DIAMOND STAFFING, INC., <br><br> Defendant. | Civil Action No. 05-40046-FDS |

**DIAMOND STAFFING SOLUTIONS, INC.'S**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Local Rule 7.3, Plaintiff Diamond Staffing Solutions, Inc. hereby submits its corporate disclosure statement and states:

Plaintiff does not have any parent corporations and no publicly held company owns 10% or more of Plaintiff's stock.

**DIAMOND STAFFING SOLUTIONS, INC.**

By its attorneys,

　/s/ Gina M. McCreadie　
Nicholas G. Papastavros (BBO#635742)
Michael L. Cornell (BBO # 651405)
Gina M. McCreadie (BBO # 661107)
NIXON PEABODY LLP
100 Summer Street
Boston, MA 02110-2131
(617) 345-1000 (telephone)
(617) 345-1300 (facsimile)

Date: April 29, 2005