CERTIFICATE OF COMPLIANCE WITH L.R. 7.1(a)(2)

I, Robert N. Meltzer, certify that on Monday, May 2, 2005, I contacted counsel for the Plaintiff, Gina M. McCreadie, and informed her of the filing of this motion. I had previously informed Plaintiff's counsel that I believed this suit to be frivolous. Notwithstanding that each party has fully expressed its opinion on the relative merits of the case, the parties have been unable to narrow the issues.

                                                Respectfully Submitted,
                                                **Diamond Staffing, Inc.**
                                                By its attorneys,

                                                _____
                                                Robert N. Meltzer, BBO #564745
                                                P.O. Box 1459
                                                Framingham, MA 01701
                                                Phone: (508) 872-7116

Dated: May 5, 2005