CERTIFICATE OF COMPLIANCE WITH L.R. 7.3

Diamond Staffing, Inc. is a non-governmental corporate party which does not have a parent company or a 10% stock ownership by any publicly held company

Respectfully Submitted,<br>
**Diamond Staffing, Inc.**<br>
By its attorney,<br>
<br>
_____<br>
Robert N. Meltzer, BBO #564745<br>
P.O. Box 1459<br>
Framingham, MA 01701<br>
Phone: (508) 872-7116

Dated: May 5, 2005