IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIAMOND STAFFING SOLUTIONS INC )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>DIAMOND STAFFING, INC )<br>)<br>Defendant ) | CIVIL ACTION NO:05-40046-FDS |

AFFIDAVIT OF ANNIE MOORE IN SUPPORT OF THE DEFENDANT'S MOTION
TO DISMISS FOR FAILURE TO STATE A CLAIM

I hearby swear or say under penalty of perjury:

1. I, Annie Moore, am the Director of Professional Placement at Diamond Staffing, Inc.

2. I have personal knowledge of the facts of the case.

3. In August or September of 2004 I received an email from a company in Chicago looking for sales reps for several of their growing territories. I called the company and spoke to the gentleman handling the positions and upon speaking with him, learned that he had intended for the order to go to Diamond Staffing, specifically a Suzanne DeVires in New Hampshire who handles placements specifically for the Jewelry Industry.

4. I explained to the gentleman that I was not the person he should be speaking with and that I would get the information to Suzanne DeVires and she could follow up with him and take care of his order.

5. Immediately after I phoned Suzanne DeVires and let her know of the company and the gentleman looking for sales reps. I gave to her all the information I had, the company name, the contact name and the phone number.

6. She asked me if I had ever received other orders for her. I told her no, this was the first time.

7. I asked her if she had ever received orders for me and she said no. She thanked me for calling her and giving her the information on the order. I wished her good luck in filling the positions.

Signed under pains and penalty of perjury this 6th day of May 2005.


_____
Annie Moore