IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIAMOND STAFFING SOLUTIONS INC ) <br> ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> DIAMOND STAFFING, INC ) <br> ) <br> Defendant ) | CIVIL ACTION NO:05-40046-FDS |

AFFIDAVIT OF MARK DONABEDIAN IN SUPPORT OF THE DEFENDANT'S
MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM

I hearby swear or say under penalty of perjury:

1. I, Mark Donabedian, am the Director of Operations at Diamond Staffing, Inc.

2. I have personal knowledge of the facts of the case.

3. I have been employed with Diamond Staffing Inc since it's inception.

4. As part of my position, I oversee all aspects of Information technology for the company. It was brought to my attention that some emails that were trying to be sent to our organization was actually being routed to a company called Diamond Staffing in New Hampshire.

5. Through investigation, I found out that the people who were sending us emails had left of the inc. in Diamond Staffing. For example they were sending as diamondstaffing.com vs. diamondstaffinginc.com. The owner of Diamond Staffing in New Hampshire had her email server setup to accept all emails/email addresses even if the name on the email was not valid to her domain.

6. In other words, people were not confused about the identity of the two companies; Diamond Staffing Solution, Inc. had simply failed to properly configure its systems administration in order to facilitate the correct direction of mail.

7. Diamond Staffing Solutions, Inc. was asked to put a filter on the server to block any non-valid emails as is custom in e-mail communications and it declined to do so.

Sworn under the pains and penalties of perjury this 6th day of May, 2005

_____
Mark Donabedian