IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIAMOND STAFFING SOLUTIONS INC ) <br> ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> DIAMOND STAFFING, INC ) <br> ) <br> Defendant ) | CIVIL ACTION NO:05-40046-FDS |

AFFIDAVIT OF MARY C. CASEY, ESQ. IN SUPPORT OF THE DEFENDANT'S
MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM

1. I, Mary C. Casey, from The Harbor Law Group, am counsel to Diamond Staffing, Inc. I was also counsel to Ultimate Personnel, Ltd.

2. I have personal knowledge of the facts of the case.

3. Diamond Staffing was incorporated in Massachusetts on September 16, 2003. The company proposed several names. All of the names they proposed I checked the Patent and Trademark Office and the Secretary of State office in Massachusetts to see if the name was taken. Several names were eliminated because they would have infringed on a registered trademark or the name had been taken in Massachusetts.

4. Diamond Staffing was not a registered mark and there were no applications for registration in process. There had been a company named Diamond Staffing Services, Inc. in Massachusetts but it had been dissolved March 25, 2002. I called my client and told them the name "Diamond Staffing" was available.

5. Once my client started using the name we filed for federal registration November 12, 2003 of the mark and state registration on December 3, 2003 and were granted state registration on December 10, 2003.

Signed under pains and penalty of perjury this 5th day of May 2005.

Mary C. Casey, Esq.
Managing Attorney
HARBOR LAW GROUP