IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| DIAMOND STAFFING SOLUTIONS INC ) | | |
| ) | | |
| Plaintiff ) | | |
| ) | | |
| v. ) | CIVIL ACTION NO:05-40046-FDS | |
| ) | | |
| DIAMOND STAFFING, INC ) | | |
| ) | | |
| Defendant ) | | |

AFFIDAVIT OF FRANCIS VACCARO IN SUPPORT OF THE DEFENDANT'S
MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM

I hearby swear or say under penalty of perjury:

1. I, Francis Vaccaro, am the President of Diamond Staffing, Inc.

2. I have personal knowledge of the facts of the case.

3. Diamond Staffing was incorporated in Massachusetts on September 16, 2003 to provide temporary employees.

4. I started Ultimate Personnel, Ltd in May of 2001. We changed our name and signed an agreement (the contents of which are confidential) and started a new business in November of 2003. At that time we had offices in Worcester, Somerville, Clinton, Milford, and Elizabeth, New Jersey.

5. Before selecting our name we proposed several names to our attorney who checked the names on various databases to determine whether the names were available and free for our use. She approved our usage of Diamond Staffing

following her due diligence investigation. Because we intended to engage in rapid growth and brand marketing, it was important for us to pick a name that was not previously subject to trademark protection by another company.

6. Diamond Staffing currently has 10 locations: 3 in New Jersey and 7 in Massachusetts. The offices are in Worcester, Clinton, Somerville, Chelmsford, Milford, Canton, Webster. The New Jersey offices are in Plainfield, Perth Amboy and Elizabeth. The company anticipates substantial growth in the coming years.

7. Our sales for 2004 totaled $21,000,000 and our projected sales for 2005 are $35,000,000.

8. We currently have between 1400 -1600 people on our payroll weekly.

9. We have 350 clients who use our services.

10. Last year we spent $84,000 dollars on advertising. Our advertising dollars are often spent on advertising in the Worcester Telegram and Gazette, the Lowell Sun, Boston Globe, and the Boston Herald. Much of our growth is directly attributable to our advertising and marketing throughout the Commonwealth since the founding of the company. We have a substantial amount of money invested in the name and the continuing use of the name.

11. We do not service the jewelry industry. We have never placed a candidate in a jewelry position either as a temporary or a permanent placement.

12. We currently do not have any offices in New Hampshire.

13. I was surprised by the statement made by the Plaintiff that this company has been sued for discrimination. I don't know why the Plaintiff has said this, since it isn't true, or why it would matter.

Signed under pains and penalty of perjury this 6th day of May 2005.

_____
Francis Vaccaro