UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIAMOND STAFFING SOLUTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> DIAMOND STAFFING, INC., <br><br> Defendant. | Civil Action No. 05-40046-FDS |

**PLAINTIFF DIAMOND STAFFING SOLUTIONS, INC.'S ASSENTED-TO MOTION FOR LEAVE TO SUBMIT A REPLY BRIEF IN FURTHER SUPPORT OF ITS EMERGENCY MOTION FOR EXPEDITED DISCOVERY**

Pursuant to Local Rule 7.1(B)(3), Plaintiff Diamond Staffing Solutions, Inc. ("Diamond Staffing Solutions$^{SM}$"), through its counsel, hereby requests leave of Court to submit a Reply Brief in further support of its Emergency Motion for Expedited Discovery. As grounds for this Motion, plaintiff submits that the Reply is designed to address the legal and factual mischaracterizations raised by Defendant Diamond Staffing, Inc. ("DSI") in *Defendant's Opposition to Plaintiff's Motion for Expedited Discovery*. The undersigned represents that DSI's counsel has assented to the relief requested in this Motion.

WHEREFORE, Diamond Staffing Solutions$^{SM}$ respectfully requests this Court to:

(1)   Grant Diamond Staffing Solutions$^{SM}$ leave of Court to submit a reply brief; and

(2)   Grant all other such relief that this Court deems appropriate and just.

> Respectfully submitted,
>
> **DIAMOND STAFFING SOLUTIONS, INC.**
>
> By its attorneys,
>
> /s/ Gina M. McCreadie
> Nicholas G. Papastavros (BBO#635742)
> Michael L. Cornell (BBO # 651405)
> Gina M. McCreadie (BBO # 661107)
> NIXON PEABODY LLP
> 100 Summer Street
> Boston, MA 02110-2131
> (617) 345-1000 (telephone)
> (617) 345-1300 (facsimile)

Date: May 9, 2005

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by hand) on May 9, 2005.

/s/ Gina McCreadie