UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIAMOND STAFFING SOLUTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> DIAMOND STAFFING, INC., <br><br> Defendant. | Civil Action No. 05-40046-FDS |

## MOTION TO IMPOUND PLAINTIFF DIAMOND STAFFING SOLUTIONS, INC'S REPLY BRIEF AND AFFIDAVIT OF SUZANNE DEVRIES

Pursuant to Local Rule 7.2, Plaintiff Diamond Staffing Solutions, Inc. ("Diamond Staffing Solutions[SM]"), through its counsel, respectfully requests this Court to impound the Affidavit of Suzanne DeVries ("DeVries Affidavit") and Diamond Staffing Solutions'[SM] reply brief in response to Defendant Diamond Staffing, Inc.'s ("DSI") opposition to Diamond Staffing Solutions'[SM] motion to expedite discovery ("Reply Brief") which were filed with this Court on Monday, May 9, 2005.

As grounds for this motion, Diamond Staffing Solutions[SM] states that the DeVries Affidavit and the Reply Brief contain sensitive and confidential client references to Diamond Staffing Solutions'[SM] clients, the disclosure of which was necessary to support its motion for expedited discovery. Notwithstanding such disclosure, Diamond Staffing Solutions'[SM] client information must be kept confidential to protect both the privacy of Diamond Staffing Solutions'[SM] clients and the client relationships Diamond Staffing Solutions[SM] has developed. As such, Diamond Staffing Solutions'[SM] client information should remain confidential and should not be made available for inspection or use by the public. Accordingly, Diamond

Staffing Solutions<sup>SM</sup> requests that this Court impound the DeVries Affidavit and the Reply Brief. Diamond Staffing Solutions<sup>SM</sup> proposes that the impounding Order be lifted only upon further order of the Court, and that the papers be kept in the Clerk's nonpublic information file during any post-impoundment period.

WHEREFORE, Diamond Staffing Solutions<sup>SM</sup> respectfully requests this Court to:

(1) Impound the Affidavit of Suzanne DeVries and Diamond Staffing Solutions'<sup>SM</sup> Reply Brief; and

(2) Grant all other such relief that this Court deems appropriate and just.

Respectfully submitted,

**DIAMOND STAFFING SOLUTIONS, INC.**

By its attorneys,

/s/ Gina M. McCreadie
Nicholas G. Papastavros (BBO#635742)
Michael L. Cornell (BBO # 651405)
Gina M. McCreadie (BBO # 661107)
NIXON PEABODY LLP
100 Summer Street
Boston, MA 02110-2131
(617) 345-1000 (telephone)
(617) 345-1300 (facsimile)

Date: May 11, 2005

## L.R. 7.1 CONFERENCE

Counsel for the Plaintiff, Gina M. McCreadie, certifies that she attempted to confer with counsel for the Defendant, Robert Meltzer, in good faith on May 10, 2005 in an attempt to resolve or narrow the issues in dispute.