UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DIAMOND STAFFING SOLUTIONS, INC.,

Plaintiff,

v.

DIAMOND STAFFING, INC.,

Defendant.

Civil Action No. 05-40046-FDS

## SECOND AFFIDAVIT OF SUZANNE DEVRIES

I, Suzanne DeVries, depose and say as follows:

1.    Attached hereto as Exhibit 1 are true and accurate copies of documentation relating to my placement of a candidate at a Whitehall Jewelers store in Braintree, Massachusetts in May of 2002, including an invoice to Whitehall; the text of a listing placed on www.monster.com; and an invoice from www.monster.com .

2.    Attached hereto as Exhibit 2 are true and accurate copies of e-mails sent to the plaintiff which were intended for the defendant.

3.    Attached hereto as Exhibit 3 is a true and accurate copy of an e-mail I received from Mark Olson of Kirschner Corporation in Minnesota, attaching an e-mail originally sent to the defendant but intended for the plaintiff.

4.    Attached hereto as Exhibit 4 is a true and accurate copy of an MCAD Complaint served on Diamond Staffing Solutions[SM] but intended for Diamond Staffing, Inc.

Signed under the pains and penalties of perjury this 20<sup>th</sup> day of May, 2005.

Suzanne DeVries



# Diamond Staffing Solutions

5 Remington Court
Derry, New Hampshire  03038
603/437-2629 fax 603/437-6004

**Invoice No.    2002-0002**

## *INVOICE*

**Customer**

| | |
|---|---|
| Name | Whitehall Jewelers |
| Address | 155 North Wacker Drive |
| City | Chicago     State IL     ZIP 60606 |
| Attention | Edward Dean |

| | |
|---|---|
| Date | 5/19/2002 |
| Order No. | |
| Rep | |
| FOB | |

| Qty | Description | Unit Price | TOTAL |
|---|---|---|---|
| 1 | Jewelry Manager Placement, Charles Harding, for the Braintree, MA, store | $4,000.00 | $4,000.00 |

| | |
|---|---|
| SubTotal | $4,000.00 |
| Shipping & Handling | $0.00 |
| Taxes        State | |
| **TOTAL** | $4,000.00 |

**Payment Details**

- ○ Cash
- ◉ Check
- ○ Credit Card

Name Diamond Staffing Solutions Inc.
CC #
Expires

Office Use Only

*Terms: Payable Net 10*

*Staffing Problems? We have the Solution!*

**Papastavros, Nicholas**

---

**From:** Suzanne Devries, President [suzanne@diamondstaffing.com]
**Sent:** Thursday, May 19, 2005 8:49 PM
**To:** Papastavros, Nicholas
**Subject:** JM GA.doc 5-13-02.doc Braintree noted!

## Jewelry Managers needed Immediately!!

One of the nation's oldest and most respected jewelers is looking for a Jewelry Manager in Atlanta, Georgia. This individual will be responsible for:

1. Driving daily business
2. Managing a 1 to 1.5 million-dollar store
3. Managing 5-7 employees
4. Maintaining company goals for service plans and credit applications
5. Insuring the continued success of special events
6. Dressing and conducting yourself in a professional manner at all times

Your salary range will be between $35 and $45K plus generous bonus structure as well as a 401K plan, full insurance benefits, and stock options. The successful candidate will be put on the fast track program for future promotions.

Additional Jewelry Manager positions are also available in Braintree, MA, Southern New Hampshire, Meriden, CT, North Carolina, Omaha, NB, Detroit, MI, Sioux City, IA, and Des Moines, IA.

If you possess a TRUE passion for the jewelry business, and feel that you are dedicated enough to take on the challenge of running a million plus dollar operation, please e-mail your word resume to:

suzanne@diamondstaffing.com

Credit checks will be conducted on every applicant presented, those with poor credit need not apply.

Monster Helzberg and Whitehall 5-13-02

**Solution Developed For :**

**Diamond Staffing Solutions**



**monster**®

never settle™

| Date | 5/1/2002 | Sales Rep | Kathleen Gilroy |
|---|---|---|---|

| Quote # | 1-3S3IRL | Quote Valid From | 05/01/2002 |
|---|---|---|---|

| Rev # | 1 | Quote Valid Thru | 05/31/2002 |
|---|---|---|---|

**Purchaser:**
Suzanne DeVries
Diamond Staffing Solutions
5 Remington Ct
Derry, NH 03038 USA
(603) 437-8038

diamondsolutions@hotmail.com

**Bill To:**
Suzanne DeVries
Diamond Staffing Solutions
5 Remington Ct
Derry, NH 03038 USA

| Product | Part # | Units | Period | Comments |
|---|---|---|---|---|
| Buy 3 Get 1 Free Job Postings (client posts jobs) | 41111-000-4FOR3 | 4 | | |

**Total Investment:**     **$915.00**

```
                          Fraud mail.txt
        cc:
        Subject:          Coaches List from last Thursday...pls send me
corrections...D


Distribution List Name:           St Mary Coaches

Members:

Bill Sex                 billsex@townisp.com
Bob Carter               bcarter53@charter.net
Bob McCarthy         RMMcCDMD@aol.com
Chris Palermo          ckpalermo@townisp.com
Dan Cobb               dcobb@townisp.com
Fran Ursoleo            f.ursoleo@att.net
Frank Vacarro          fvaccaro@aol.com Frankv@diamondstaffing.com
Jack Evans              jevans@yankeealliance.com
Jack Genco             jack.genco@us.interfaceinc.com
Jack McGinnis         jamj1234@aol.com
Jeff Forts                 tjk2@townisp.com
Jen Dufault             nif014@aol.com
Jim Cody                jcody@cardinaldirections.com
Kevin Lemire           Kevin_Lemire@putnam.com
Lyon                      stephen.lyon@abbott.com
Jim Marine             Jim.Marine@hp.com
Mike Giordano        giordanofive@aol.com
Mike Nelson           Mike.Nelson@sun.com
Ralph Santoro         gms961@aol.com
Steve Black             sblack@ozdevelopment.com
Tony Teebagy         blessingway@townisp.com



From:   Zlata Klevanski [zlata_klevanski@yahoo.com]
Sent:   Monday, December 01, 2003 1:00 PM
To:     suzanne@diamondstaffing.com
Subject:        Current opening

Hello,
I'm a jeweler, specializing in hand engraving, looking
for a job. Attached is my resume. Please contact me if
you have opening.

Regards,

Zlata.


_____
Do you Yahoo!?
Free Pop-Up Blocker - Get it now
http://companion.yahoo.com/From:     Maruthi [Maruthi@Recruiters365.com]
Sent:   Thursday, December 11, 2003 11:45 AM
To:     Suzanne@diamondstaffing.com
Subject:        Senior Oracle Apps consultant with over 16 years of Experience is
available for projects immediately.

Hi Suzanne DeVries,

Recruiters365 is a global IT Consulting and eServices Company which provides
Consulting services, Permanent Hire/Contract-to-Hire placement services and
Offsite/Outsourcing Fixed-Price Project Solutions.
                          Page 19
```

Fraud mail.txt

Please let us know of any open requirement.

Here is the brief Profile of Highly Qualified and Experienced consultant RAMESH
TALASILA , who is available for your projects immediately

- Over 16 years of functional experience with accounting background includes full
life cycle, analysis, design, implementation, testing, data modeling and data
architecture with extensive work experience in Oracle and Oracle ERP Applications
in Multi org, Multi currency, Globalization, Localization, Government financials.
From last 8 years working in Oracle (ERP) like Core financials, Supply chain
modules, CRM tools. Participated or led Analysis, Testing, and Customization for
Oracle Financials implementations. Ability to handle complex customizations in
diversified areas including data conversions, custom interfaces and integration and
have extensive experience in Oracle Financials, 10.7,11.03 and 11i, as well as
significant knowledge of Oracle Data Warehouse and Discoverer.
- Extensive Experience with Developing User Specific Training Materials and
Conducting Training Classes
- Extensive Experience Working With the Full Cycle implementation for Both Private
Industry and the Public Sector
- Extensive Experience with Data Conversion and Interfaces To and From Outside
Systems
- Strong quantitative, analytical, problem solving and process redesign skills with
international experience in business process reviews, gap analysis and system
implementations

Oracle Apps 10.x,11and 11i

Functional Exp.

Fit/Gap Analysis

Set Ups

User training

Post Production Support

TECHNICAL ENVIRONMENT

APPLICATIONS : Oracle ERP 10.7, 11.3,11i (A/P, G/L, A/R, F/A, O/M, INV self-service
and P/Omodules), ADI, Oracle Warehouse, Oracle Discoverer, CRM Tools.
DBMS        : Oracle V8, Oracle V7
Oracle Tools : Sql*Loader, Sql*Plus 3.3, 3.2,Oracle Discoverer 4i, 3i,ADE, EDI,
Oracle Express, Oracle Reports 6i, 2.5, 2.0 Oracle Forms 6i, 4.5, 3.0,Oracle
Financial Analyzer 6.2
OPERATING SYSTEMS: AIX 4.2,Sun Solaris, SCO UNIX, HP-UX, Windows 2000, Windows
98,Windows 95, MS/DOS, UNIX
LANGUAGE : PL/SQL, SQL, C
HARDWARE : Sun, IBM RS/6000, IBM PC and compatibles
SOFTWARE : Microsoft Office, Microsoft Access, and TOAD
OTHERS   : In depth knowledge of the underlying tables of the General Ledger,
Accounts Receivable Accounts Payable, Inventory, Purchase, Order Entry, Project
Accounting, Open Interfaces, integration and reconciliation.

PROFESSIONAL EXPERIENCE

GE Power Systems NY
Jun 2003 to Present
Functional Analyst

CMS, MARYLAND
FEB 2003 to Jun 2003

Page 20

Fraud mail.txt

Functional Consultant/ Business Analyst

BP Solar, Maryland
Jun 2002 to FEB 2003
Senior Functional consultant

Juniper Networks, San Jose, CA
Mar 2002 to May 2002
Functional Analyst

GE Capital, Cincinnati, OH
Aug 2001 To Mar 2002
Functional consultant

BAE SYSTEMS, Nashua, NH.
Feb 2001 To July 2001
Functional consultant

Equal footing, Reston, VA.
Functional Analyst
Oct 2000 To Jan 2001

Wake County Public School System, Raleigh NC
Jan 2000 To Sep 2000
Functional lead

Greater Orlando Aviation Authority, Orlando, FL.
Aug 1999 To Dec1999
Senior Functional Consultant

AT&T, Orlando, FL.
Sep 1998 ⬜ July 1999
Senior Functional consultant

Minute Maid Company, Houston TX
Feb 1998 To Aug1998
Oracle functional consultant

Natco Pharma
June 1987 to Jan 1998

EDUCATION

- PG Course on applied computer sciences
- C.P.A, Chartered Accountant
- MS in Commerce

For further information please contact me via email at Maruthi@Recruiters365.com or
call me at 1-302-998-1110 X 2913 Look forward to hear from you soon,


Thanks and Regards,

Maruthi
Business Development Manager
Recruiters365
Phone:302-998-1110 X 2913
Fax:214-291-2520
E-mail:Maruthi@Recruiters365.com
http://www.Recruiters365.com


Note: You are receiving this e-mail because we feel you are a likely prospect for

Fraud mail.txt

Recruiters365. To be removed click here
http://63.246.181.241/roptimus.asp?id=Suzanne@DiamondStaffing.com

From:    patrogan@mail.com
Sent:    Wednesday, January 07, 2004 8:00 AM
To:      suzanne@diamondstaffing.com
Subject:         Resume of Patrick Rogan: Software Engineer, Web Developer

Dear Sir / Madam:

During the last 6 years as a Sr. Systems Engineer for Lycos I have
performed many roles including Top-Level Developer, Operational
Administrator, Technical Manager, and International Trainer and
Liaison.

I am experienced in planning, developing, and maintaining complex,
scalable, and robust data driven systems on a global scale.

I was the primary developer of several major data-driven web based
interfaces to Lycos' multi-terabyte Reporting data warehouse. These
systems are used internationally by internal Lycos staff and external
clients such as AT&T, Microsoft, and Netscape.

I have expertise in user interface design, information architecture
and web-based application development, including CGI programming and
HTML authoring.

You can see examples of my work by visiting:

    http://patrogan.com/portfolio

I am internationally recognized as a superior technical trainer, and
as an accomplished documentation author with strong graphic design and
illustration skills.

I have also been a Systems Administrator for several Solaris, Tru64
(Digital Unix), Linux, Macintosh, and Windows 2000 servers running
mission critical systems.

Below is my resume in text format, if you require a version in Word or
Acrobat format, please visit:

    http://patrogan.com/resume

I would be very pleased if you contacted me for an interview.

Patrick Rogan
(781) 883-8198
patrogan@mail.com

====================================================


Patrick Rogan
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
187 Great Rd, Apt C10
Acton, MA 01720

Phone: (781) 883-8198
Email: patrogan@mail.com
Web:   http://www.patrogan.com/portfolio

Page 22

Fraud mail.txt

Personal Summary
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
Senior Systems Engineer with 8 years of experience as a top-level
developer, operational administrator, and technical manager.
Experienced in planning, developing, and maintaining complex data
driven systems on a global scale. An expert in user interface design,
information architecture and web-based application development,
including CGI programming and HTML authoring. Internationally
recognized as a superior technical trainer. Accomplished documentation
author with strong graphic design and illustration skills.


Technical Expertise
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
Operating Systems
UNIX: Linux, Digital Unix (DUX, Tru64), Solaris, AIX, Darwin
Windows: 95, NT, 2000, XP
Mac OS: 9, X

Programming Languages
Perl, C, C++, Java, SQL, Javascript (JScript), Bash, Kshell, VB Script

Environments & Applications
Apache, IIS, CGI, HTML, DHTML, XML, CSS, CVS, Perforce, Brio, ODBC,
Oracle, Redbrick, Big Brother, Larrd, MS Office, Lotus Notes, Emacs,
Photoshop, Flash


Employment History
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
Lycos                                              1996 - 2002
Sr. Systems Engineer

Key member of team primarily responsible for creating, enhancing, and
maintaining the Enterprise Reporting System. Instrumental in
collecting raw usage data from thousands of webservers worldwide,
processing that data into a multi terabyte data warehouse, and
providing comprehensive access to that information for both internal
and external clients. Successfully planned and executed several major
information architecture projects as the primary developer.
( See http://www.patrogan.com/portfolio )

Developing Streamlined User Interfaces for Information Access
----------------------------------------------------------------------
*> Lincoln: Conceptualized and developed during my first year at Lycos
   as a method of providing Product and Ad Managers direct access to
   the reporting system data. This system implemented an easy to use
   "wizard" like interface. Its flexible design allowed the code to
   easily adapt to a complete replacement of the back-end number
   crunching system and was used in production for over four years by
   both internal and external clients. The entire reporting system
   eventually became known as "Lincoln".

*> Sanphord: Developed a database driven web-based inventory (asset)
   management system. Capitalized upon the groundwork from the Lincoln
   project, creating a greatly enhanced application development
   environment foundation - as well as a fully functional inventory
   system. This application contained advanced search, visualization,
   and data entry functionality.

*> Jefferson: Developed an enhanced second-generation reporting
   interface based on feedback and usability studies of the original
   Lincoln system. Several aspects of the Lincoln interface were
                              Page 23

Fraud mail.txt

improved while keeping the overall nature of the user interaction relatively consistent. This interface was developed but never implemented due to shifting priorities.

*> Saber: Designed a third-generation reporting interface for our new data warehouse environment, building upon design work for Jefferson and usability studies of the data warehouse system's existing bare-bones interface. This interface evolved into an extensible portal for integrating various heterogeneous reporting tools from around the Lycos worldwide network. The redesign also vastly improved the presentation and usability of the existing system. This system is in use today across the Lycos network.

*> Executive Dashboards: Brio was used to create several "dashboards" or graphical summaries of important business metrics. I consulted on this project, lending my extensive knowledge and experience of HCI, user interface design, and computer usability.

International Support and Training
-----------------------------------------
*> Traveled to Tokyo, Toronto, and Germany on multiple occasions for Lycos-Japan, Bell Sympatico, and Bertelsmann, respectively, to personally install reporting systems, including components I developed.

*> Trained those companies' engineers, directors, and business managers on the operation and maintenance of the reporting system.

*> Additionally trained reporting engineers from Bertelsmann, Lycos-Singapore, and Lycos-Japan locally in Boston and Pittsburgh.

*> Assisted international partners with the daily operations of their reporting system installations during initial training periods.

*> Provided 24/7 telephone support and training for international partners in crisis situations.

*> Proactively assumed responsibility of the daily operations of the Lycos-Japan Reporting system to correct operational problems and ensure 100% uptime.

Developing Infrastructure
-----------------------------------------
*> Developed and maintained multiple generations of the reporting subsystem for collecting log data from web servers using a proven methodology that scaled to handle thousands of downloads, daily, in a heterogeneous worldwide network.

*> Analyzed and repaired security holes in our proprietary log file transfer server, usually within 24 hours of detection.

*> Championed the use of a third-party data visualization tool, Brio, by creating specialized data visualization tools for various internal customers.

*> Identified the need for enhanced monitoring for the reporting system and developed those tools with the help of open source projects such as Big Brother and Larrd.

*> Lead developer on several major projects, listed above.

*> Created and maintained essential utilities used by both the Reporting Group and by other departments.

Page 24

Fraud mail.txt

*> Developed a low-level module for the Apache web server to allow
   authentication on multiple web servers with a single login.

*> Contributed to the design and enhancement of reporting system
   components developed by other members of the team.

Maintaining Infrastructure
----------------------------------------
*> Instrumental in integrating an externally designed data warehouse
   system into the existing reporting environment.

*> Integrated multiple additional reporting systems, worldwide, into
   the new data warehouse.

*> Monitored, troubleshot and automated the collection of hundreds of
   Gigabytes of raw usage data on an hourly basis.

*> Directly managed and maintained the access of the Reporting system
   to outside customers, such as Microsoft, Sprint, AT&T.

*> Developed and administered mission critical applications, running
   on Apache and Netscape Enterprise web servers.

*> Worked directly with end users to answer questions, resolve issues,
   and gather requirements.

*> Interfaced with other departments to obtain resolution on external
   technical issues.

*> Administered several Digital Unix (now HP) AlphaServer 8400 servers
   as well as Linux, Windows and Macintosh systems.

*> Performed raw data integrity audits and automated the validation of
   daily reports.

*> Created detailed documentation of the Reporting group's products,
   procedures, and requirements for multiple audiences.

*> Actively maintained several documentation web servers, providing an
   interface for accessing documentation 24/7.


Electrical and Computer Engineering Facilities, CMU       1994 - 1996
Cluster Manager, User Consultant, Webmaster

Responsible for the hiring, scheduling, and financial planning of User
Consultants for computer cluster. Directly supported ECE staff on
Macintosh and UNIX platforms. Streamlined the school's official web
site increasing utility for both faculty and students.


Pittsburgh Supercomputing Center                          1995
Assistant System Administrator

Developed a module for an open source search engine to quickly catalog
and search through an individual's accumulated UNIX based email on
their desktop computer.


Internet Securities, Inc.                                 1994 - 1995
Consultant

                              Page 25

Fraud mail.txt
Performed web authoring and programming for website providing emerging
markets information and other financial news to businesses in
Europe. Maintained Macintosh systems locally and internationally.


Open Source Projects and Contributions
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
Gimp                                                                    1997

Contributed to the design of the user interface by suggesting
guidelines for streamlining the image manipulation program's controls
and creating a set of modern and standardized icons for its
palettes. The Gimp exists today on every major computing platform and
is an essential tool for web developers.


ASClock                                                                1998

Helped create and guide the development of this desktop clock
application, which is found in every installation of Linux as part of
the Gnome desktop.  This was a default component of the Gnome desktop
environment for several years.


FatCat                                                                 2003

A cross-platform utility written in 100% pure Java that scans image
collections for duplicate and near duplicate images by examining the
features that make up the images. It can automatically quarantine
duplicate images, similar to the way virus detection utilities
work. It performs other useful functions for working with image
collections.


Talking Clock                                                          2003

A clock utility that speaks the time aloud at user defined intervals
instead of displaying it on the screen. The animated avatar that
delivers the time can be optionally hidden.  This utility is written
in JavaScript for the Konfabulator application environment.


Magic Space Bus                                                        2003

A utility that scans a hard drive or directory and presents a graph of
the size of each file and folder within.  The graph is presented in a
window on the desktop and is automatically updated at regular
intervals. This utility is written in JavaScript and Bash for the
Konfabulator application environment.


iParty                                                                 2003

An application that displays an interactive view of a music player's
playlist using album cover images in a similar manner to Microsoft's
Media Center.  This information is presented in a display that can
intelligently scale from full screen to palette size. This application
is written in JavaScript and AppleScript for the Konfabulator
application environment.


Education
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

Fraud mail.txt

FS 647  Crime Scene Investigation
FS 654  Crime Investigation Analysis: Profiling.
FS 662  Supervised Graduate Project, Master Thesis "Integration of Molecular Pathology to Modern Forensic Medicine and Autopsy"
FS 644  Forensic Toxicology
FS 652  Forensic Anthropology

5/2001 Grand Canyon University US-AZ-Phoenix
Bachelor's Degree
Bachelors of Arts in Biochemistry
Dean's List 1998-2001
Cum Laude
Education: Curriculum Vitae
In Chemistry:
-General Chemistry (with 2 semesters Laboratory experience)
-Organic Chemistry (with 2 semesters Laboratory experience)
-Analytical Chemistry (with 1 semester Laboratory experience)
-Biochemistry (with 1 semester Laboratory experience)
-Research: Teaching Chemistry
-Independent Undergraduate Research: Biochemistry Spring 2001
In Biology:
-General Biology (with 2 semesters Laboratory experience)
-Genetics (with 1 semester Laboratory experience)
-Physiology (with 1 semester Laboratory experience)
-Cell Biology
-Pathophysiology
In Mathematics:
-College Pre-calculus
-Calculus with Analytical Geometry One
-General Physics (with 2 semesters Laboratory experience)
-Statistics
-MathCAD
General Studies:
-Microsoft Access
-Microsoft Excel
-Advanced Microsoft Word
-Christian Theology and Bible
-French 101-102
-French 201-202
-Public Speaking
-Advanced Composition
-Science Communications I
-Playwriting

AFFILIATIONS
7/2003 - Present United States Achievement Academy Nominated Member
2/2003 - Present American Academy of Forensic Sciences Member-Student
3/2000 - 7/2000 Phoenix Children's Hospital Volunteer
8/1998 - 5/2001 Alpha Kappa Elipson Pre-Medical Student Club Member
8/1998 - Present Dean's List Member
8/1997 - 5/1998 Food Not Bombs Volunteer
8/1997 - 5/1998 Young Democrats Club Member
8/1995 - Present National Forensic Society Member

From:  tania leonian [tanil@charter.net]
Sent:  Wednesday, January 21, 2004 10:14 AM
To:    Suzanne@Diamondstaffing.com

Fraud mail.txt

Subject:          position

To Whom It May Concern:<?xml:namespace prefix = o ns = "urn:schemas-microsoft-com:office:office" />


I have more than 8 years of experience, working for some of the most prestigious companies in the Silicon Valley, such as NASA and the Radio Astronomy Laboratory in California. I have worked as a Senior Software Engineer, Project Manager, Support Engineer and Information Systems administration. I've participated in the development of many applications from design to commercial release.


Please review my enclosed resume. I have a rare combination of excellent interpersonal skills and technical expertise. I am open to any type of position that utilizes my skills and is a good fit for your organization.


Best regards,


Tania Leonian


Here is my resume:


Tania Leonian


<?xml:namespace prefix = st1 ns = "urn:schemas-microsoft-com:office:smarttags" />423 Waldo Ave. #202

Pasadena, CA 91101

Phone: (626) 796-3374

Cell: (415) 786-1324

Email: tanil@charter.net

tleonian@alum.calberkeley.org


I have more than 8 years of experience, working for some of the most prestigious companies in the Silicon Valley, such as NASA and the Radio Astronomy Laboratory in California. I have worked as a Senior Software Engineer, Project Manager, Support Engineer and Information Systems administration. I've participated in the development of many applications from design to commercial release. I have excellent interpersonal skills


EDUCATION:

Fraud mail.txt

UC Berkeley, Berkeley, California
                5/94

B.S. Degree: Physics (engineering)


Complementary courses

Programming courses, Visual Basic, C++, Java, LISP, UNIX, MUMPS programming
language, electrical engineering, foreign language, astronomy


EXPERIENCE:


Solutions Engineer/Project Manager - Workshare, San Francisco, California - 2/12/02
to 4/30/03

Pre-sales engineering support for document comparison and collaboration software.
Research and analysis for issues in the areas of installation, integration,
configuration, workflow analysis and functionality of software. Duties also include
technical training and project management as well as managing client information in
Siebel CRM application, Livelink project management software


Sr. Software Engineer - IDX Corporation, San Francisco, California        7/16 -
11/30/01

Code fixes in MUMPS language for IDX products, specialized in the scheduling
application; including reporting bugs and updating central database


Responsibilities included problem solving, technical troubleshooting, programming
using MUMPS, DBMS, lotus notes, Vantive case-tracking application


Support Engineer - Informative Inc., San Francisco, California
10/99-7/3/2001

Worked as a project manager, managing the beta release of new product, provide
technical support, development assistance.


Responsibilities included problem solving, technical troubleshooting, programming
using ASP, C++, Perl, Visual Basic, database analysis using SQL, training.


NASA-SETI Institute, California
            3/96-4/98

Worked as a public information specialist, participated in the development of a
web-based application. The application was intended as a public interface with the
scientific search for extraterrestrial intelligence.

Page 31

Fraud mail.txt

Radio Astronomy Laboratory - Hat Creek Radio Observatory, California  7/94-1/95

Worked as a Junior Specialist managed and performed preparation and installation of
radio telescope receiving dishes; duties included operation of mechanical and
electronic equipment and precision work to .003"; also manufactured and installed
sheet metal insulation panels according to chief mechanical engineer's
specifications.


Contracting work - Bay Area - 1995 to 96, 1998 to 1999

Designed and built relational database in Access; online form design using Visual
Basic, javascript, ASP, create and run reports using SQL for Oracle database


SKILLS:


Software development

Visual C++, Visual Basic, Visual InterDev, C++, Java, Fortran, UNIX, LISP

Internet development

Visual InterDev 6.0, Active Server Pages (ASP), SQL 7.0, Java script, VB script,
Corel Draw, Adobe Illustrator.

Database development

MS-SQL, Access, FoxPro

Operating System Used

NT, MS-Win, UNIX, VAX, MS-DOS


PERSONAL:

California State Champion Spelling, fluency in Spanish, some French, Russian and
German, interest in comparative religions, artistic ability




From:    information [info@skettle-pictures.com]
Sent:    Monday, January 26, 2004 10:17 AM
To:      suzanne@diamondstaffing.com
Subject:      Resume

Dear Suzanne,
        I'm an information security consultant and in need of a job ASAP. Any
job will do for now to keep me taking care of my family. Attached is my current
resume.
Thanks.
Abban Aggrey

## Suzanne Devries, President

**From:** Mark L. Olsen [mlolsen@kirchnercorp.com]
**Sent:** Friday, February 11, 2005 4:36 PM
**To:** suzanne@diamondstaffing.com
**Subject:** FW: Kirchner Corporation

Suzanne:

Thanks for taking time to talk with me.
Mark

---

**From:** Mark L. Olsen
**Sent:** Friday, February 11, 2005 12:10 PM
**To:** 'info@diamondstaffinginc.com'
**Subject:** Kirchner Corporation

Suzanne DeVires:

I was given your company as well as your name by Brian Flemming of the Carla Corporation.
Kirchner Corporation, located in Minneapolis, MN. has been manufacturing jewelry since 1901.
We are looking for our line to be represented on the West Coast of the United States.

I would like to get information on how your company could help us in our search for sales reps and your fees.
Thank you

Mark Olsen
Kirchner Corporation
National sales Manager
1000 Boone Ave N #900
Minneapolis, MN 55427
763-546-5440
E-mail: mlolsen@kirchnercorp.com

The information contained in this email is legally privileged and confidential information for the sole use of the intended recipient. Any use, distribution, transmittal or retransmittal of information contained in this email by persons who are not intended recipients may be a violation of law and is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.



| TO: | FROM: |
|---|---|
| Attorney Vaughn Tamzarian | *Suzanne DeVries / Lucy Darling* |
| **COMPANY:** | **DATE:** 1/24/05 |
| **FAX NUMBER:** 603-666-0505 | **TOTAL NO. OF PAGES INCLUDING COVER:** 21 |
| **PHONE NUMBER:** 603-669-1550 | **SENDER'S REFERENCE NUMBER:** |
| **RE:** *MCAD Document* | **YOUR REFERENCE NUMBER:** |

## *CONFIDENTIAL*

Vaughn,

As discussed with Suzanne, the document from MCAD follows. If you have any questions, you can reach Suzanne at 877-396-6377 or on her cell #: 603-490-8833.

Thanks very much.

Lucy

Lucy Darling
Diamond Staffing Solutions, Inc.

**The Commonwealth of Massachusetts**
**Commission Against Discrimination**
**One Ashburton Place , Boston, MA 02108**
**Phone:  (617) 994-6000 Fax:  (617) 994-6024**

10/18/2004

Diamond Staffing Solutions, Inc.
Attn: Director of Human Resources
5 Remington Court
Derry, NH 03038

RE: Yolanda  Wilder  vs. Fast Lanes, Massachusetts
Turnpike Authority, Diamond Staffing Solutions, Inc.
MCAD Docket Number: 04BEM02800
EEOC/HUD Number: 16CA402705

Dear Respondent:

Please be advised that the Massachusetts Commission Against Discrimination (MCAD) has received the above referenced complaint of discrimination which alleges that you have committed an act of discrimination.  A copy of that complaint is enclosed.

State law requires the Commission to impartially review the allegations in that complaint.  The Commission has assigned one of its staff, Carolyn Packard, to investigate the complaint.  This MCAD investigator will keep the parties informed of developments arising from that investigation.

State law requires that you submit a formal written answer to the complaint in the form of a Position Statement.  This written answer should be submitted to MCAD Investigator within twenty-one (21) days of receipt of this notification.  In addition, the Position Statement **must be signed under the pains and penalties of perjury.**  A copy must also be forwarded to the Complainant at the address listed on the enclosed complaint.  Failure to file an answer or Motion for a More Definite Statement within the prescribe time may result in sanctions being imposed in accordance with 804 CMR 1.16. These sanctions may include but are not limited to:

   a.  allegations in the complaint being  taken as  established for the purposes of the case in  accordance with  the claims of the Complainant;
   b.  a waiver by Respondent of  the right  to have  the Commission conduct  further  investigation, determine whether  there  is probable cause and/or make conciliation efforts;
   c.  your being barred from  introducing any  and all  evidence at the public hearing;
   d.  your being barred from  introducing designated  matters into evidence at the public hearing;
   e.  your being barred from presenting any and all defenses at the public hearing; and,
   f.  your  being barred from opposing  designated claims or supporting designated defenses at the public hearing.

Please note that you must include in the Position Statement one of the following statements:

I am (or Respondent is) represented by an attorney in this matter.
                      -OR-
I am (or Respondent is) not represented by an attorney in this matter.

Failure to submit an accurate statement may result in adverse action being taken against you as the Respondent. Please note that if your representational situation changes, you must notify the Commission immediately.

In order to reduce the time necessary to investigate and resolve complaints of discrimination, the MCAD schedules an Investigative Conference with the parties shortly after the complaint is filed. Information about that Conference is included with this notice.

An Investigative Conference regarding the above complaint will be held at the Commission's Offices, One Ashburton Place , Boston, MA, at 09:00 AM on 01/12/05. You are required to attend this Conference.

One important purpose of this Conference will be to determine whether the parties are willing to consider a rapid, informal and voluntary resolution of this dispute. The Commission encourages such resolutions as an alternative to the often lengthy and expensive litigation process.

If you have any questions pertaining to the Investigative Conference, please contact Carolyn Packard at (617) 994-6100.

Sincerely,

Carolyn Packard
Investigator

Cc:

MCAD Docket Number 04BEM02800, Serve Respondent – With Investigative Conference

# EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

| | |
|---|---|
| Fast Lanes<br>Attn: Director of Human Resources<br>145 Havre Street<br>Boston, MA 02128 | Person Filing Charge:   Yolanda Wilder<br>This Person (Check One):  ( ) Claims to be aggrieved<br>   ( ) Is filing on behalf of<br>Date of Alleged Violation:  06/30/04 |

Fast Lanes
Attn: Director of Human Resources
145 Havre Street
Boston, MA 02128

Person Filing Charge:  Yolanda Wilder
This Person (Check One):
( ) Claims to be aggrieved
( ) Is filing on behalf of

Massachusetts Turnpike Authority
Attn: Director of Human Resources
10 Park Plaza
Suite 4160
Boston, MA 02116

Date of Alleged Violation:
Place of Alleged Violation:
EEOC Charge Number:  16CA402705
MCAD Docket Number:  04BEM02800

Diamond Staffing Solutions, Inc.
Attn: Director of Human Resources
5 Remington Court
Derry, NH 03038

---

NOTICE OF CHARGE OF DISCRIMINATION WHERE AN FEP AGENCY WILL INITIALLY PROCESS (See Attached Information Sheet For Additional Information)

You are hereby notified that a charge of employment discrimination under
    [ ] Title VII of the Civil Rights Act of 1964
    [ ] The Age Discrimination in Employment Act of 1967 (ADEA)
    [ ] The Americans Disabilities Act (ADA)
Has been received by
[ ]   The EEOC and sent for initial processing to   <u>MCAD</u>
                                         (FEP Agency)
[ ]   <u>The Mass. Commission Against Discrimination</u>
     (FEP) Agency and sent to the EEOC for dual filing purposes.

While the EEOC has jurisdiction (upon the expiration of any deferral requirements if this is a Title VII or ADA Charge) to investigate this charge, EEOC may refrain from beginning an investigation and await the issuance of the Agency's final findings and orders. These final findings and orders will be given weight by EEOC in making its own determination as to whether or not reasonable cause exists to believe that the allegations made in the charge are true.

You are therefore encouraged to cooperate fully with the Agency. All facts and evidence provided by you to the Agency in the course of its proceedings will be considered by the Commission when it reviews the Agency's final findings and orders. In many instances the Commission will take no further action, thereby avoiding the necessity of an investigation by both the Agency and the Commission. This likelihood is increased by your active cooperation with the Agency.

[X]   As a party to the charge, you may request that EEOC review the final decision and order of the above named Agency. For such a request to be honored, you must notify the Commission in writing within 15 days of your receipt of the Agency's issuing a final finding and order. If the agency terminates its proceedings without issuing a final finding and order, you will be contacted further by the Commission. Regardless of whether the Agency or the Commission processes the charge, the Recordkeeping and Non-Retaliation provisions of Title VII and the ADEA as explained on the second page of this form apply.

<u>For further correspondence on this matter, please use the charge number(s) shown.</u>

EEOC Charge Number 16CA402705, EEOC Transmittal Letter to Respondent

[ ]   An Equal Pay Act Investigation (29 U.S.C 206(d) will be conducted by the Commission concurrently with the Agency's investigation of the charge.

[X]   Enclosure: Copy of the Charge

| Basis of Discrimination | | | | |
|---|---|---|---|---|
| ( ) Race | ( ) Color | ( ) Sex | ( ) Religion | ( ) National Origin |
| ( ) Age | ( ) Disability | ( ) Retaliation | ( ) Other | |

Circumstances of alleged violation:
SEE ENCLOSED COPY OF THE CHARGE OF DISCRIMINATION (or EEOC FORM 5)

| Date | Type Name/Title of Authorized EEOC Official | Signature |
|---|---|---|
| 10/18/2004 | Robert L. Sanders, Director | |

EEOC Charge Number 16CA402705, EEOC Transmittal Letter to Respondent

### The Commonwealth of Massachusetts
### Commission Against Discrimination
### One Ashburton Place , Boston, MA 02108
### Phone:  (617) 994-6000 Fax:  (617) 994-6024

MCAD DOCKET NUMBER: 04BEM02800          EEOC/HUD CHARGE NUMBER:  16CA402705
FILING DATE: 09/27/04                   VIOLATION DATE:  06/30/04

Name of Aggrieved Person or Organization:
Yolanda  Wilder
75 Coleman Street
Apartment 1
Boston, MA 02125
Primary Phone: (617)825-2259 ext. _____

Named is the employer, labor organization, employment agency, or state/local government agency who discriminated against me:
Fast Lanes
Attn: Director of Human Resources
145 Havre Street
Boston, MA 02128


Massachusetts Turnpike Authority
Attn: Director of Human Resources
10 Park Plaza
Suite 4160
Boston, MA 02116


Diamond Staffing Solutions, Inc.
Attn: Director of Human Resources
5 Remington Court
Derry, NH 03038


No. of Employees:          25+

Work Location: East Boston, MA

Cause of Discrimination based on:
Sex, Female.

**The particulars are:**
I, Yolanda  Wilder, the Complainant believe that I  was discriminated against by Fast Lanes, Massachusetts Turnpike Authority, Diamond Staffing Solutions, Inc., on the basis of Sex. This is in violation of M.G.L. 151B Section 4 Paragraph 1 and 16A and Title VII.


See Attached



MCAD Docket Number 04BEM02800, Complaint

# Rainer, Walsh & O'Connor, LLP
## *Attorneys at Law*
# 60 Veteran of Foreign Wars Parkway
# Revere, Massachusetts 02151

041302800

Robert K. Rainer
Thomas F. Walsh
Christopher S. O'Connor
Daniel C. Federico
Edwin W. Barrett, III
Ryan J. Matthews
Michael Antoniello, M. D.
Ronald H. Rainer (Retired)

Telephone  (781) 289-7900
Facsimile      (781) 485-0624
Toll Free      (800)-451-2220
www.rainerlaw.com

September 24, 2004

RECEIVED
SEP 2 7 2004
COMMISSION AGAINST
DISCRIMINATION

Mass Commission Against Discrimination
One Ashburton Place
Boston, MA 02108

Re:    <u>Yolanda Wilder vs. Fast Lanes, Mass. Turnpike Authroity, Diamond Staffing
Solutions, and Transcorp, Inc.</u>

Dear Sir/Madam:

Enclosed please find the following documents for your review in the above-referenced matter:

* Notice of Appearance;
* Charge of Discrimination.

Kindly file in your usual manner.

Thank you for your attention to this matter.

Best wishes,

Ryan J. Matthews

RJM/kam
Enclosure

# CHARGE OF DISCRIMINATION
## MASSACHUSETTS COMMISSION AGAINST DISCRIMINATION AND EEOC

**MCAD NUMBER:**
**EEOC NUMBER:**

**NAME OF AGGRIEVED PERSON OR ORGANIZATION**

Yolanda Wilder
75 Coleman Street
Apartment #1
Dorchester, MA 02125

**NAME OF RESPONDENT:**

Fast Lanes
145 Havre Street
East Boston, MA

Massachusetts Turnpike Authority
10 Park Plaza, Suite 4160
Boston, MA 02116
Diamond Staffing Solutions, Inc.
5 Remington Court
Derry, NH 03038

## APPEARANCE OF COUNSEL

I appear as attorney for Complainant in the above named complaint.

Dated: September 24, 2004

Ryan J. Matthews
B.B.O. #654798
RAINER, WALSH & O'CONNOR
60 V.F.W. Parkway
Revere, MA 02151
(617)289-7900

## AMENDED CHARGE OF DISCRIMINATION
## MASSACHUSETTS COMMISSION AGAINST DISCRIMINATION

FEPA NUMBER:                          FILING DATE:
EEOC NUMBER:                          VIOLATION DATE: 5/20/04-6/30/04

NAME OF AGGRIEVED PERSON OR
ORGANIZATION:                         Yolanda Wilder
                                      75 Coleman Street
                                      Apartment #1
                                      Dorchester, MA 02125

TELEPHONE NUMBER(S):                  (617) 825-2259

NAME OF RESPONDENTS:                  Fast Lanes
                                      145 Havre Street
                                      East Boston, MA

                                      Massachusetts Turnpike Authority
                                      10 Park Plaza
                                      Suite 4160
                                      Boston, MA 02116

                                      Diamond Staffing Solutions, Inc.
                                      5 Remington Court
                                      Derry, NH 03038

NUMBER OF EMPLOYEES:                  50+

CAUSE OF DISCRIMINATION
BASED ON:                             Sex/Gender
                                      Hostile Work Environment
                                      Sexual Harassment
                                      Constructive Discharge

THE PARTICULARS ARE:

1.  In approximately March of 2004, I applied to work as a temporary employee placed by Diamond Staffing Solutions, Inc.

2.  In late May of 2004 I was approached by Gene Laravey from Diamond Staffing Solutions.

3.  Laravey informed me that he had secured an interview at Fast Lanes a division of the Massachusetts Turnpike Authority.

4.  Shortly thereafter, I interviewed with Ron Hill of Fast Lanes at their Harve Street location in East Boston.

5.  After the interview, I received a phone call from Laravey who informed me that I had been offered the job.

6.  The terms of my employment, as explained to me, stated that I was to begin work as a temporary employee working forty hours a week for the first three months. After three months I was to be hired on full time by Fast Lanes.

7.  Immediately and throughout the time I worked at the Harve Street location I was subjected to gender discrimination due to sexual harassment.

8.  In particular, I was subjected to the sexual harassment and repeated unwanted touchings of my supervisor, Ron Hill.

9.  On my first day of employment with Fast Lanes, which I believe to have been Friday May 28, 2004, I was using the credit card machine when the manager, Ron Hill, approached me from behind and smacked my buttocks.

10. When lunch time came on Friday May 28, 2004 Hill was insistent that he take me out to lunch despite my repeated denials of his offer. I resorted to a lunch from the concession stands.

11. On the second day I went to work, I was seated in the confined vault area changing into my work shoes when Mr. Hill approached and stood over me. Hill told me there was something in my hair and forced my head towards his penis.

12. After this incident I learned from the other coworkers in the office that Hill had acted in the same manner towards the other temporary employees who were sent to Fast Lanes by Diamond Staffing.

13. On or about June 1, 2004, while I was working at my computer, Hill approached me from behind and proceeded to rub his penis on my shoulder.

14. I informed him that this was an unwanted touching and exited the office area.

15. Upon speaking with a coworker, Andrea Cornelus, I learned that the other temporary employees who experienced this treatment and complained were fired by Hill.

16. After my conversation with Ms. Corneilus, I was working at my desk and Hill approached attempting to give me a hug. I tried to pull away, but he forcibly hugged me. After this harmful and offensive touching, I immediately exited the office.

17. Upon exiting the office, I spoke with a worker at the parent company, Massachusetts Turnpike Authority. This worker saw that I was visibly shaken after having been molested by Hill. He advised me to call the Massachusetts State Troopers which I did.

18. State Trooper Arthur Dekoy came to the office and took my statement and the statement of Ms. Corneilus.

19. After the trooper had taken our statements, I contacted Gener Laravey at Diamond Staffing Solutions.

20. Upon hearing what happened and how I was treated, Laravey exclaimed: "You got to be fucking kidding me, we were just in a meeting with another girl about that."

21. Laravey then arranged a meeting with Shelia LNU and Rocco LNU who were Hill's supervisor. After this meeting Hill was fired.

22. Subsequent to my employment at Fast Lanes, Ron Hill was formerly charged with sexual assault and battery.

23. I found Hill's repeated unwanted touchings to be harmful and offensive.

24. Hill's treatment of me created a hostile work environment which I feel Diamond Staffing knew or should have known existed before sending me to work for Fast Lanes.

25. Upon my return to work, I was never apologized to and made to feel like Hill's firing was my fault.

26. Furthermore, I was told by Rocco LNU that my job was merely temporary contrary to earlier assertions that I would be hired as a full time employee after a ninety day period.

27. I was also told by Ms. Cornelius that "they would really crack down on me now."

28. Later that month my drawer was short one dollar and eighty cents ($1.80).

29. On this day, Gene Laravey came into the office to discuss my short drawer.

30. This was extremely embarrassing to me as Laravey would rarely ever visit the workplace.

31. Laravey discussed the drawer being short with me, and I mentioned to him that I did not feel comfortable in the workplace and that I was considering putting in my two week notice.

32. When I mentioned the prospect of leaving the office Laravey exhibited his enthusastic support of my leaving.

33. I found my treatment after Hill's termination to be insulting and offensive and designed to create a hostile work environment.

34. Based on personal knowledge, information and belief similar complaints have been made against Ron Hilll.

35. Based on personal knowledge, information and belief the above named Respondents did not investigate earlier complaints nor was Hill subjected to any disciplinary actions based on earlier complaints.

36. Based on personal knowledge, information and belief, the discriminatory activities that I have experienced consist of sexual harassment and discrimination based on gender and sex.

37. The environment at the Harve Street location was so severe that I felt I had no other recourse than to resign my position.

38. As a result, I have experienced emotional distress and associated symptoms, including anxiety attacks, difficulty sleeping, a general feeling of worthlessness and embarrassment as a result of the sexual harassment, discrimination and mistreatment.

I ALSO WANT THIS CHARGE FILED WITH EEOC:  YES

I WILL ADVISE THE AGENCIES IF I CHANGE MY ADDRESS OR TELEPHONE NUMBER AND I WILL COOPERATE FULLY WITH THEM IN THE PROCEEDING OF MY CHARGE IN ACCORDANCE WITH THEIR PROCEDURES.

I SWEAR OR AFFIRM THAT I HAVE READ THIS COMPLAINT AND THAT IT IS TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

*Yolanda Wilder*

(YOLANDA WILDER, COMPLAINANT)

SWORN TO AND SUBSCRIBED BEFORE ME THIS _23_ DAY OF _Sept_ , 2005

NOTARY PUBLIC: _____

MY COMMISSION EXPIRES: _3-13-09_