UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIAMOND STAFFING SOLUTIONS, INC.<br><br>Plaintiff,<br><br>v.<br><br>DIAMOND STAFFING, INC.,<br><br>Defendant. | Civil Action No. 05-40046-FDS |

**DIAMOND STAFFING SOLUTIONS'
EMERGENCY MOTION TO COMPEL PRODUCTION OF DOCUMENTS**

Pursuant to Fed. R. Civ. P. 26, 34 and 37, Diamond Staffing Solutions℠ respectfully requests this Court to compel Diamond Staffing, Inc. ("DSI") to produce all documents, particularly e-mails and other documents maintained on its computer system, that are responsive to Diamond Staffing Solutions℠' Amended First Set of Request For Production of Documents, Nos. 5 and 6. As grounds for this Motion, Diamond Staffing Solutions℠ relies upon and incorporates herein the memorandum of law filed herewith, and the Exhibits attached thereto.

WHEREFORE, Diamond Staffing Solutions℠ respectfully requests this Court to: (1) grant its Emergency Motion to Compel Production of Documents, and/or (2) grant such additional and/or alternative relief as the Court deems just and appropriate.

**L.R. 7.1 Conference**

Counsel for the plaintiff, Nicholas G. Papastavros, certifies that he conferred with counsel for the defendant, Robert Meltzer, in a good faith attempt to resolve or narrow the issues

in dispute presented by this Motion.  <u>See</u> Exhibits 7 and 8 appended to accompanying memorandum.

                                DIAMOND STAFFING SOLUTIONS, INC.

                                By its attorneys,

                                <u>/s/ Michael L. Cornell</u>
                                Michael L. Cornell, BBO #651405
                                Nicholas G. Papastavros, BBO #635742
                                NIXON PEABODY LLP
                                100 Summer Street
                                Boston, MA  02110
Dated: June 9, 2005                (617) 345-1000