**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

_____
                                                          )
**DIAMOND STAFFING SOLUTIONS, INC.,** )
                                                          )
               **Plaintiff,**                             )
                                                          )          **05-40046-FDS**
               **v.**                                     )
                                                          )
**DIAMOND STAFFING, INC.,**                  )
                                                          )
               **Defendant.**                             )
_____)

**ORDER ON PLAINTIFF'S EMERGENCY MOTION TO COMPEL AND**
**DEFENDANT'S CROSS-MOTION FOR PRODUCTION**

**SAYLOR, J.**

      Currently pending before the Court are a motion by the plaintiff, Diamond Staffing

Solutions, Inc., to compel production of documents and a cross-motion by the defendant,

Diamond Staffing, Inc., for an "appropriate response" to its request for production of documents.

      Plaintiff has moved for order compelling defendant to produce "all documents,

particularly e-mails and other documents maintained on its computer system, that are responsive

to Diamond Staffing Solutions' Amended First Set of Request [*sic*] For Production of

Documents, Nos. 5 and 6."  Based on the representations set forth in defendant's opposition, it

appears that there are no relevant documents in defendant's possession, custody, or control.

Therefore, plaintiff's motion to compel is hereby DENIED WITHOUT PREJUDICE to its

renewal under appropriate circumstances.

      Defendant's motion is based upon plaintiff's alleged failure to comply with the

requirement of Fed. R. Civ. P. 34(b) to "produce [documents] as they are kept in the usual course

of business or . . . organize and label them to correspond with the categories in the request."  It

appears from the materials submitted with defendant's motion that plaintiff has provided a

spreadsheet identifying various categories of documents, which appears to provide identifying

information as to the documents.  If defendant believes that this information is inadequate under

Rule 34, it shall confer in good faith with plaintiff in an attempt to resolve the matter without

court action pursuant to Fed. R. Civ. P. 37.  Defendant's motion is therefore DENIED

WITHOUT PREJUDICE to its renewal if such good-faith efforts should fail.

**So Ordered.**

  /s/ F. Dennis Saylor IV
F. Dennis Saylor IV
United States District Judge

Dated: June 17, 2005