UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DIAMOND STAFFING SOLUTIONS, INC.

                              Plaintiff,

             v.                        Civil Action No. 05-40046-FDS

DIAMOND STAFFING, INC.,

                              Defendant.

## JOINT MOTION TO EXTEND DEADLINES

The plaintiff, Diamond Staffing Solutions, Inc. $^{SM}$ and the defendant, Diamond Staffing, Inc. ("DSI") respectfully move this Court for a brief two (2) week extension of time for briefing and arguing motions for preliminary injunction in the above-captioned matter, without prejudice to either party or their arguments on the merits, as follows:

| Issue | Original Deadline | Requested Extension |
|---|---|---|
| Deadline for Filing Motions for Preliminary Injunction, with supporting papers | Friday, June 24, 2005 | Friday, July 8, 2005 |
| Deadline for Filing Oppositions to Motions for Preliminary Injunction, with supporting papers | Friday, July 1, 2005 | Friday, July 15, 2005 |
| Hearing on Motions for Preliminary Injunction | Thursday, July 7, 2005 | Wednesday, July 27, 2005[1] |

As grounds for this Motion, the parties state as follows:

---

[1] This date reflects the availability of counsel and the parties based on summer vacation schedules.

BOS1503217.1

1. Diamond Staffing Solutions, Inc.<sup>SM</sup> is a small company whose President, Suzanne DeVries, is integral to the issues underlying this dispute. Ms. DeVries' mother was recently admitted to intensive care in a hospital in Sacramento, California, necessitating the suspension of Ms. DeVries' deposition last week. It is currently believed that Ms. DeVries' mother has suffered a series of strokes, and it is unclear whether or not she will survive. Accordingly, Ms. DeVries is presently (i) in California with her ill mother, (ii) unavailable for the completion of her deposition, (iii) unable to assist in conjunction with the compilation of factual information and her affidavit (as well as affidavits from her industry contacts and individuals whom she understands have been confused by the similarity in the parties' names) and (iv) unable to assist with briefing in conjunction with motions for preliminary injunction.

2. Counsel for the plaintiff has learned that Ms. DeVries is not expected to return to New Hampshire until the middle of next week (on or about June 29, 2005) at the earliest.

3. Moreover, discovery disputes came to light during the deposition of Mary Casey last Friday, June 17, 2005 which the parties will need the Court's assistance in resolving. The parties agree that this dispute should be resolved by the Court prior to the time when motions must be filed, and understand that the Court is unavailable to adjudicate this dispute this week.

4. With a brief two-week extension of the existing deadlines, the parties hope that the medical situation of Ms. DeVries mother stabilizes sufficiently for her to return from California and complete her deposition, and allow the Court to resolve the pending discovery dispute involving Ms. Casey's deposition.

WHEREFORE, the parties respectfully request this Court to extend the preliminary injunction deadlines, as set forth above; and/or grant such other relief as the Court deems just and appropriate.

| DIAMOND STAFFING SOLUTIONS, INC. | DIAMOND STAFFING, INC. |
|---|---|
| By its attorneys, | By its attorneys, |
| /s/ Nicholas G. Papastavros | /s/Robert N. Meltzer_by N.G.P. |
| Nicholas G. Papastavros, BBO #635742 | Robert N. Meltzer, BBO #564745 |
| NIXON PEABODY LLP | P.O. Box 1459 |
| 100 Summer Street | Framingham, MA 01701 |
| Boston, MA 02110 | (508) 872-7116 |
| (617) 345-1000 | |

Dated: June 21, 2005