UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIAMOND STAFFING SOLUTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> DIAMOND STAFFING, INC., <br><br> Defendant. | Civil Action No. 05-40046-FDS |

**DIAMOND STAFFING SOLUTIONS' EMERGENCY MOTION FOR ENTRY OF SANCTIONS AND/OR TO COMPEL RESPONSES TO DEPOSITION QUESTIONS**

Pursuant to Fed. R. Civ. P. 37(b)(2), plaintiff Diamond Staffing Solutions[SM] respectfully moves this Court to enter the following relief:

- An Order (i) establishing that DSI acted in bad faith when it adopted its name in 2003 with knowledge of the existence of Diamond Staffing Solutions[SM], or (ii) precluding DSI from contesting that it acted in bad faith when it adopted its name (see Fed. R. Civ. P. 37(b)(2)(A) & (B)); and

- An Order compelling DSI and/or Ms. Casey to pay the expenses relating to this matter, including expenses and attorneys' fees relating to the June 17, 2005 deposition of Mary Casey and the compilation of the instant Motion; or, in the alternative,

- An Order (i) compelling Ms. Casey to answer all questions relating to the selection of the name "Diamond Staffing, Inc." for the new company in 2003 (including all communications with DSI and the questions bulleted on pp. 4-5 of the Memorandum of Law), and (ii) compelling Ms. Casey and/or DSI to pay the expenses relating to this matter, including expenses and attorneys' fees relating to the June 17 deposition and the instant Motion.

As grounds for this Motion, Diamond Staffing Solutions[SM] relies upon and incorporates herein the memorandum of law filed herewith, and the Exhibits attached thereto.

BOS1504697.1

WHEREFORE, Diamond Staffing Solutions[sm] respectfully requests this Court to: (1) grant its Emergency Motion for Entry of Sanctions and/or to Compel Responses to Deposition Questions, and/or (2) grant such additional and/or alternative relief as the Court deems just and appropriate.

### L.R. 7.1 Conference

Counsel for the Plaintiff, Nicholas G. Papastavros, certifies that he conferred with counsel for the Defendant, Robert Meltzer, in a good faith attempt to resolve or narrow the issues in dispute presented by this Motion.

DIAMOND STAFFING SOLUTIONS, INC.

By its attorneys,

/s/ Nicholas G. Papastavros_____
Michael L. Cornell, BBO #651405
Nicholas G. Papastavros, BBO #635742
NIXON PEABODY LLP
100 Summer Street
Boston, MA  02110
(617) 345-1000

Dated: June 24, 2005