UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIAMOND STAFFING SOLUTIONS, INC.,<br><br>          Plaintiff,<br><br>v.<br><br>DIAMOND STAFFING, INC.,<br><br>          Defendant. | Civil Action No. 05-40046-FDS |

**PLAINTIFF DIAMOND STAFFING SOLUTIONS, INC.'S MOTION FOR LEAVE TO FILE REPLY BRIEF IN FURTHER SUPPORT OF ITS <u>EMERGENCY MOTION FOR EXPEDITED DISCOVERY</u>**

Plaintiff Diamond Staffing Solutions, Inc. ("Diamond Staffing Solutions[SM]") hereby moves this Court, pursuant to L.R. 7.1(B)(3), for leave to file the enclosed reply brief, which is submitted in further support of Plaintiff's Emergency Motion for Entry of Sanctions And/Or To Compel Responses To Deposition Questions. Diamond Staffing Solutions[SM] is submitting its reply brief principally to counter certain factual misstatements and mischaracterizations set forth in Defendant Diamond Staffing, Inc.'s ("DSI") Opposition to Diamond Staffing Solutions'[SM] Motion.

### L.R. 7.1 CONFERENCE

Counsel for Diamond Staffing Solutions[SM], Nicholas G. Papastavros, certifies that he attempted to confer with counsel for DSI, Robert Meltzer, on July 1, 2005 and July 5, 2005 in an attempt to resolve or narrow the issues presented by this Motion and the reply brief. Mr. Papastavros' phone calls were not returned by Mr. Meltzer, and given the time-sensitive nature of

this proceeding Diamond Staffing Solutions[SM] believed it important to submit these materials to the Court expeditiously.

WHEREFORE, Diamond Staffing Solutions[SM] respectfully requests this Court to grant it leave to file the enclosed reply brief.

                                        DIAMOND STAFFING SOLUTIONS, INC.

                                        By its attorneys,

                                        /s/  Nicholas G. Papastavros_____
Nicholas G. Papastavros (BBO#635742)
Michael L. Cornell (BBO # 651405)
Gina M. McCreadie (BBO # 661107)
NIXON PEABODY LLP
100 Summer Street
Boston, MA 02110-2131
(617) 345-1000 (telephone)
(617) 345-1300 (facsimile)

Date:  July 5, 2005