UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DIAMOND STAFFING SOLUTIONS, INC.,

Plaintiff,

v.                                                    Civil Action No. 05-40046-FDS

DIAMOND STAFFING, INC.,

Defendant.

## PLAINTIFF'S ASSENTED-TO MOTION FOR LEAVE TO SUBMIT MEMORANDUM IN EXCESS OF TWENTY PAGES

Pursuant to Local Rule 7.1(B)(4), Plaintiff Diamond Staffing Solutions[SM] requests leave to submit a memorandum in excess of twenty (20) pages. Diamond Staffing Solutions[SM] seeks to leave to file an approximately 29-page memorandum in support of its Motion for Preliminary Injunction. Counsel for the Defendant, Diamond Staffing, Inc. ("DSI") has assented to this Motion. As grounds for its Motion, Diamond Staffing Solutions[SM] states the following:

1.     The events giving rise to Diamond Staffing Solution'[SM] Motion for Preliminary Injunction involve a long and detailed chronology of events relevant to the eight-factor test employed by courts in the First Circuit for determining trademark infringement. Specifically, there have been numerous instances of customer confusion between Diamond Staffing Solutions[SM] and DSI, which for the purposes of a preliminary injunction, are directly relevant to whether or not the Plaintiff has a likelihood of success on the merits of its underlying claim.

WHEREFORE, Diamond Staffing Solutions[SM] requests that the Court grant it leave to file an approximately 29-page memorandum in support of its Motion for Preliminary Injunction.

BOS1508133.1

DIAMOND STAFFING SOLUTIONS, INC.

By its attorneys,

Nicholas G. Papastavros (BBO#635742)
Michael L. Cornell (BBO # 651405)
Gina M. McCreadie (BBO # 661107)
NIXON PEABODY LLP
100 Summer Street
Boston, MA 02110-2131
(617) 345-1000 (telephone)
(617) 345-1300 (facsimile)

Date: July 8, 2005

## LOCAL RULE 7.1(A)(2) CERTIFICATION

Counsel for Plaintiff Diamond Staffing Solutions, Inc. certifies that they have conferred with counsel for Defendant Diamond Staffing, Inc. in a good faith attempt to resolve or narrow the issues and that counsel for Defendant Diamond Staffing, Inc. assents to this Motion.

Michael L. Cornell

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for Defendant by electronic service on July 8, 2005.

Michael L. Cornell

- 2 -