UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIAMOND STAFFING SOLUTIONS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>DIAMOND STAFFING, INC.,<br><br>Defendant. | Civil Action No. 05-40046-FDS |

**PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION**

Pursuant to Fed. R. Civ. P. 65(a), Plaintiff Diamond Staffing Solutions, Inc. respectfully requests that this Court issue a preliminary injunction against Defendant Diamond Staffing, Inc. ("DSI"), enjoining DSI, its officers, agents, servants, employees, and attorneys, and those persons in active concert or participation with them, from:

- Offering staffing services under the name "Diamond Staffing" or "Diamond Staffing, Inc.", with or without the $^{SM}$ symbol;

- Offering staffing services under such a name as to falsely relate or connect, or tend to relate or connect, such name to Diamond Staffing Solutions, Inc. or Diamond Staffing$^{SM}$; and

- Engaging in any other activity calculated to cause purchasers of services to believe that the staffing services offered by Diamond Staffing, Inc. are actually those of Diamond Staffing, Inc.

Plaintiff also requests that the Order:

- Direct DSI to file with the Court and serve upon Diamond Staffing Solutions, Inc. within thirty days from the service on the Defendant of such injunction a report in writing under oath setting forth in detail the manner and form in which the Defendant has complied with the injunction; and

- Direct DSI to retrieve and surrender for destruction all labels, signs, prints, packages, wrappers, receptacles, and advertisements in its possession bearing the infringing mark.

BOS1507962.1

As grounds for this Motion, Diamond Staffing Solutions, Inc. relies upon and incorporates herein the memorandum of law filed herewith, and the Exhibits attached thereto.

**WHEREFORE**, Plaintiff, Diamond Staffing Solutions, Inc. respectfully requests that this Court enter an Order:

A. Enjoining the Defendant, Diamond Staffing, Inc. and its officers, agents, employees, attorneys, successors, assigns, members, and all persons acting in concert or participation with them from using the mark Diamond Staffing$^{SM}$ or any confusingly similar mark, in connection with the sale, offering for sale, distribution, promotion, and/or advertisement of goods and/or services to the general public;

B. Enjoining the Defendant, Diamond Staffing, Inc. and its officers, agents, employees, attorneys, successors, assigns, members, and all persons acting in concert or participation with them from continuing to use the domain name www.diamondstaffinginc.com; and

C. Granting other such relief as the Court deems fair and just.

DIAMOND STAFFING SOLUTIONS, INC.

By its attorneys,

_____
Nicholas G. Papastavros (BBO#635742)
Michael L. Cornell (BBO # 651405)
Gina M. McCreadie (BBO # 661107)
NIXON PEABODY LLP
100 Summer Street
Boston, MA 02110-2131
(617) 345-1000 (telephone)
(617) 345-1300 (facsimile)

Date: July 8, 2005

## LOCAL RULE 7.1(A)(2) CERTIFICATION

Counsel for Plaintiff Diamond Staffing Solutions, Inc. certifies that they conferred with counsel for Defendant Diamond Staffing, Inc. in a good faith attempt to resolve or narrow the issues presented in this Motion and was unable to do so.

*/s/ Michael L. Cornell*

Michael L. Cornell

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for Defendant by electronic service on July 8, 2005.

*/s/ Michael L. Cornell*

Michael L. Cornell