UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DIAMOND STAFFING SOLUTIONS, INC.,

Plaintiff,

v.

DIAMOND STAFFING, INC.,

De fendant.

Civil Action No. 05-40046-FDS

## THIRD AFFIDAVIT OF SUZANNE DEVRIES

I, Suzanne DeVries, depose and say as follows:

1.     I am an adult resident of the State of New Hampshire, and make this Affidavit based upon my own knowledge. This Affidavit is made in support of Plaintiff's Motion for Preliminary Injunction. I have personal knowledge of the facts set forth in this Affidavit, and would be competent to testify thereto.

2.     I am the founder and President of Diamond Staffing Solutions,$^{SM}$ a company located at 5 Remington Court, Derry, New Hampshire.

3.     I founded Diamond Staffing Solutions$^{SM}$ in May 2002. Since the time of its founding, Diamond Staffing Solutions$^{SM}$ has focused on placing candidates in employment opportunities with Diamond Staffing Solutions'$^{SM}$ clients, principally in the jewelry and giftware businesses. Diamond Staffing Solutions$^{SM}$ has used the "Diamond Staffing Solutions$^{SM}$" and "Diamond Staffing$^{SM}$" service marks (collectively, the "Marks") in commerce since May 2002.

4.     Diamond Staffing Solutions'$^{SM}$ client base includes a number of regional and national fine jewelry retailers and wholesalers. From its beginnings in 2002, when its first two

clients were Helzberg Diamonds (a jewelry retailer with approximately 260 stores throughout the United States) as well as Whitehall Jewelers (a jewelry retailer with approximately 386 stores in 38 states across the United States)[1], Diamond Staffing Solutions[SM] developed a national reputation by the time the defendant, Diamond Staffing, Inc. ("DSI") commenced doing business under that name in the fall of 2003. During this period of time, Diamond Staffing Solutions[SM] placed a number of candidates with Whitehall, Helzberg and other regional and national jewelry retailers.

5.    Between May 2002 and the time when DSI commenced doing business under that name in November, 2003, Diamond Staffing Solutions[SM] conducted significant business involving the Commonwealth of Massachusetts. Among other things, Diamond Staffing Solutions[SM] (i) searched for and placed a candidate at Whitehall Jewelers' Braintree, MA store, netting $4,000.00; (ii) conducted significant searches for the jewelry stores Helzberg Diamonds was planning on opening in Massachusetts, including contacting numerous jewelry industry personnel; (iii) conducted a significant search for a candidate for Whitehall's Attleboro, MA store; (iv) searched for candidates for Joel McFadden Designs in Greenfield, MA and Plante Jewelers in Swansea, MA; (v) was contacted to assist with placement for McTeigue and McCeland in Lee, Massachusetts; and (v) placed listings seeking candidates for its clients' Massachusetts-based operations on www.monster.com.

6.    Between May 2002 and the time when DSI commenced doing business under that name in the fall of 2003, Diamond Staffing Solutions[SM] advertised in a number of industry trade publications disseminated in Massachusetts and around the country, including *Jewelers Circular*

---

[1] This information was taken from these entities' websites, www.helzberg.com and www.whitehalljewelers.com .

*Keystone* ("JCK"), *Modern Jeweler*, *National Jewelers*, and *Professional Jewelers*. Diamond Staffing Solutions[SM] has also advertised in a regionally distributed newspaper seeking candidates for a client, and has advertised in trade publications *InStore Magazine*, *Luxury and Couture*. A representative sampling of Diamond Staffing Solutions'[SM] advertisements are attached hereto as Exhibit 1.

7.     I am also quoted quite frequently in articles in the above-referenced periodicals, and have written articles for certain of them. I currently write monthly articles for *National Jewelers*, *Professional Jewelers* and *InStore Magazine*.

8.     In May of 2003, I attended what I believe to be the most prominent jewelry trade show in the nation, the JCK Las Vegas trade show, on behalf of Diamond Staffing Solutions[SM]. At that show, I disseminated a number of business cards and brochures, and had meetings with a number of retail and wholesale jewelry executives, in an attempt to further enhance the reputation of the company. Diamond Staffing Solutions[SM] experienced considerable growth in its business and reputation in the months following this trade show. (I also attended the JCK show in 2004 and 2005). In July, 2004, Diamond Staffing Solutions[SM] sponsored a luncheon for Steve Forbes at the J.A. Show in New York City.

9.     In 2004, Diamond Staffing Solutions[SM] incurred approximately $ 75,000 in advertising and promotional expenditures to build its name and reputation, following on the heels of additional expenditures in 2002 and 2003. In 2005, Diamond Staffing Solutions[SM] anticipates spending approximately $100,000 in advertising and promotional expenditures.

10.     Diamond Staffing Solutions'[SM] advertising, promotion and delivery of quality services to its clients has resulted in its considerable growth as a company over the past several

years, and the development of a national reputation and significant goodwill. Today, Diamond Staffing Solutions[SM] has approximately sixty clients, with which it anticipates placing upwards of 75 to 100 candidates this year. In addition to Helzberg, Diamond Staffing Solutions[SM] provides jewelry and luxury staffing services to J.C. Penney, Sterling Jewelers (with over 1,000 stores coast-to-coast, including the Kay Jewelers chain), Borsheim's Jewelers, Tiny Jewelbox, London Jewelers and Swarovski AG. Diamond Staffing Solutions[SM] has also contracted with Tiffany's.

11.    Our reputation has begun to transcend the jewelry industry. The staffing services Diamond Staffing Solutions[SM] recently started providing to Swarovski AG include searches for personnel in the area of giftware, for example.

12.    Moreover, in an effort to continually build on Diamond Staffing Solutions'[SM] goodwill and reputation, I am extremely circumspect about the clients Diamond Staffing Solutions[SM] works with. On a number of occasions, I have turned down business from retailers with poor reputations or whose business practices I have concerns about.

13.    Since the fall of 2003, Diamond Staffing Solutions'[SM] employees have received numerous e-mails from candidates which were intended for DSI but were instead misdirected to our attention, as well as misdirected communications from DSI internal employees, and misdirected communications involving DSI bank statements and documents with social security numbers of DSI employees. See Exhibit 2 attached hereto.

14.    Moreover, I am now aware of a number of instances in which clients or candidates were confused as a result of the parties' overlapping usage of the Marks, including the following: Mark Olsen from Kirschner Corporation of Minneapolis, Minnesota (see Exhibit 3

attached hereto); John Joseph from Josephs Jewelers of West Des Moines, Iowa; and several candidates who filled out feedback forms on Diamond Staffing Solutions'[SM] website actually intended for DSI, including Wilhelmina Miller, a woman who had previously physically entered into a DSI office in Elizabeth, New Jersey (see Exhibit 4 attached hereto).

15.    In or about September, 2004, Diamond Staffing Solutions[SM] was served with a Complaint filed before the Massachusetts Commission Against Discrimination.  The Complaint was intended for DSI and references Gene Laravee, who I understand to be a DSI employee.  A true and accurate copy of that Complaint is attached hereto as Exhibit 5.

16.    I also understand that my colleague Lucy Darling received a phone call from a Massachusetts Department of Transitional Assistance employee complaining about the conduct of a DSI employee in late June of this year.

17.    The following illustrates the development of Diamond Staffing Solutions'[SM] reputation, branding and sales between May 2002 and November 8, 2003 in the Commonwealth of Massachusetts and elsewhere.  For example,

- in the Spring of 2002, I placed a candidate at a Whitehall Jewelers store in Braintree, Massachusetts after posting a listing on Monster.com.  In conjunction with this placement and searches for Helzberg Diamonds, I made the following marketing and/or business calls:

  Kay Jewelers South Shore Plaza, Braintree, MA

  Filenes, South Shore Plaza, Braintree, MA

  Whitehall & Co. 250 Granite St., Braintree, MA

  Sears, Granite St., Braintree, MA

  Zales, South Shore Plaza, Braintree, MA

John Grant, Scituate, MA

Sean Spingler, Somerville, MA

Zales, Cape Cod Mall, Hyannis, MA

Zales, North Dartmouth Mall, New Bedford, MA

Zales, Emerald Square Mall, North Attleboro, MA

Zales, 1775 Washington St., Hanover, MA

Zales, 1277 Broadway, Saugus, MA

Zales, Natick Mall, Natick, MA

Zales, 601 Donald J. Lynch Blvd., Marlborough, MA

Zales, Greendale Mall, Worcester, MA

Zales, 685 Southbridge, Auburn, MA

Belden Jewelers, Natick Mall, Natick, MA

- in July and August, 2002, I made marketing and/or business calls to each of the following existing or prospective clients in Massachusetts:

    Kay Jewelers, Greendale Mall, Worcester, MA

    Bailey Banks and Biddle Fine Jewelers, 100 Huntington, Boston, MA

- in January 2003, I made marketing and/or business calls to the best of my recollection to a prospective job candidate in Lawrence, Massachusetts

- in February 2003, I made marketing and/or business calls to the best of my recollection to prospective job candidates in Acton, Brockton, and Cambridge, Massachusetts

- in September 7, 2003, I placed an advertisement on Monster.com for a position in Greenfield, MA, which I eventually filled for McFadden Jewelers.

- on October 29, 2003, I placed an advertisement on Monster.com for a position in Swansea, MA, which I eventually filled for Plante Jewelers.

- During the months of October and November, 2003, I placed multiple telephone calls to McFadden Jewelers in Greenfield, MA and Plante Jewelers in Swansea, MA in connection with filling the positions advertised on Monster.com described above.

This list is not intended to be all-inclusive of my business and marketing activities in Massachusetts for the period May 2002 through November 2003. During the period May 2002 – November 2003, I placed numerous calls to existing and prospective clients and candidates in MA, placed multiple advertisements on Monster.com for positions in MA, and filled or attempted to fill staffing vacancies for clients in Massachusetts. In short, Diamond Staffing Solutions[SM] has continued to conduct business in Massachusetts since May 2002.

18.   A significant percentage of the candidates Diamond Staffing Solutions[SM] places with its clients are involved with sales or retail positions, and are not educated beyond high school.

Signed under the pains and penalties of perjury this 8th day of July, 2005.

Suzanne DeVries

# EXHIBIT 1



Case 4:06-cv-01040-FDS    Document 43    Filed 07/30/2008    Page 10 of 20

# Fashion MANNUSCRIPT ™

an insider review of the apparel industry    www.mannpublications.com    April 2005    $6.00

# THE RESNICK DRUCKMAN GROUP LLC

**JOSEPH FERRONE, STUART FEUERSTEIN, JEFFREY RESNICK, BERNARD SILVER, BARRY RESNICK, ROBERT GOLDSTEIN AND ANDREW MARTIN**

DSS 000020

[ ALSO FEATURED IN THIS ISSUE: CARASAN  .  BUTTER NYC  .  A NOSE FOR CLOTHES  J. GERARD  .  CARILYN VAILE  .  !IT JEANS  .  NEW ERA CAP  .  AQUASWIMWEAR ]



# STILE ASSOCIATES

## NEW YORK    LOS ANGELES    SAN DIEGO    MIAMI



# CUSTOM BROKERS

*Celebrating Our 35th Anniversary*

# LOGISTICS

## IMPORT & EXPORT

- **Customs and Trade Compliance**
- **Consultation Financing & Letters of Credit**
- **Supply Chain Analysis**
- **Global Warehousing** "Pick-and-Pack" & "Garment-on-Hanger"
- **Global Freight Management**
- **"Internet Tracking" From Supplier to You**
- **Global Cargo Neutralization**
- **Drop Shipment Control**

# 1-888-STILE IT    WWW.STILEINTL.COM

DSS 000021

# Gambino Medical & Science Foundation Golf Outing

The Gambino Medical & Science Foundation held their annual golf outing at Meadowbrook Country Club. This event generates the lion's share of revenue for the Foundation, and this year's event was its largest turnout yet.



Jeff Mann, Ron Newman, Mickey Palin and Jerry Wolkoff



Greg Sinatro, Tucker Sinatro, Tim Sinatro and Gary Sinatro



Bobby Mann, David Mann, Mickey Palin, and Jeff Mann



Joe Roehrig, Andrew Rotondi, Art Conway and friend of the GMSF



Bobby Glick, Steve Goldman, Michael Miller and Ned Stiener



Mike Weisberg, Paul Brezinski, Tommy Gambino, Jr., Marty Pitiger, Brian Wallach and Tom Gambino, Sr.



Gabe Hakim, Evan Rosen, Jay Rosen and Thomas Gambino Jr.



Evan Rosen, Thomas Gambino, Sr., Jay Rosen, Tommy Gambino, Jr. and Lenny Rosen



Bradley Diamond, Joe Dominick, Liza Diamond, and Mike Sedransk



Carl Gambino, Artie Ziluck, and Gary Stein



Jim Penson, Stan Wawszonek, George Horowitz and Seth Horowitz



Howard Rosenbloom, Bobby Klein, Alan Cohen and Sy Garfinkel

DSS 000022



Ron Robbins, Michael DePiazza, Anthony Ciavaglia and Raymond Kim



David Mann, Attilio Petrocelli, Steven Schnurmacher and Bobby Mann



Howard Roney, Evan Rosen, Jay Rosen and Gabe Hakim



Marty Pitiger, Thomas Gambino, Jr., Carl Gambino and Andrew Rotondi



Carl Gambino, Thomas Gambino, Sr. and Ralph Nappi



Brian Wallach and Joe Killeen



Leif Arntzen, Andrew Rotondi, Seth Weisberg, and Mike Weisberg



Thomas Gambino, Sr. and Donna Zavattieri



Rich Cotler, Tom Gambino, Sr. and Steve Lieberman



Andrew Rotondi, Steve Lieberman and Bobby Glick



Grant Greenspan, Steve Kaufman, Mitchell Cooperstock and Mark Schoen



Thomas Gambino, Sr. and Bobby Glick

DSS 000023

# American ORT Jewelry Industry Chapter Annual Tribute Dinner



Dan Kisch, Instore Magazine; Phyllis Bergman, Mercury Ring Corp.; Marvin Beasley & Jeffrey Comment, Helzberg Diamonds; and Michael Kaplan, RocketRedBox

The Jewelry Industry Chapter of American ORT presented Jeffrey W. Comment, Chairman and CEO of Helzberg Diamonds, with the "ORT Community Achievement Award" at its tribute dinner held in his honor—just two days before his untimely death. Over 300 people attended the dinner, which was held at the Grand Hyatt Hotel in New York City.

Dinner Co-chairmen were H. Marvin Beasley of Helzberg Diamonds, Jacques Roisen of Kwiat Roisen & Ferman and Samual Sandberg of Sandberg & Sikorski Corp. Dinner Vice-Chairmen were Israel Ashkenazy of Jewel America, Inc., Eric Austein of Leo Schachter & Co., Inc. and Efraim Grinberg of Movado Group, Inc. As he has done so ably in past years, Dan Kisch of Instore Magazine served as Journal Chairman.

For more information on the American ORT Jewelry Industry Chapter, please contact Gary Perl, Chapter Director, at 212-353-5822 or gary@aort.org.



Israel Ashkenazy, Zvi & Rachel Wertheimer, Jewel America Inc.; and Ofer Azrielant, Andin Intl.



Marvin Beasley, Helzberg Diamonds; Phyllis Bergman, Mercury Ring Corp.; Matthew Runci, Jewelers of America; and Victor Weinman, Design Works Jewelry Group



Ira Bergman, M. Fabrikant & Sons, and Marvin Beasley, Helzberg Diamonds



Alan Flyer, Martin Flyer Inc., and Dan Kisch, Instore Magazine



Lawrence Grunstein, Citizen Watch Co.; Mort Weisenfeld; and Randi Shinske, EBEL USA



Jeffrey Comment, Helzberg Diamonds; Dov Biton, L.I.D. Diamond Manufacturers; and Debbie Azar, EGL USA



Standing: Sharrie Woodring, EGL USA; Richard Grosbard, M&J Grosbard; and Mark Gershburg, European Gemological Lab; Seated: Debbie Azar, EGL USA; Sharon Kelly, E.F.D.; Abhay Jhaveri, SDC Design; Craig Chinsky, Sol Savransky Diamonds; and Lynn Ramsey, Lynn A. Ramsey



Dick Greenwood, A.F. Greenwood & Co.; Tim Murphy, Modern Jeweler; John Politi, American Assay & Gemological Office; and Tom Heyman, Oscar Heyman & Brothers



Monique Shire Slap and Maurice Shire

DSS 000024

r

rp.
ael
ric
nd
nc.
rs,
as

an

ase

at




Standing: Eli Galicki, Myron Toback; Steven Liebman, Imperial Deltah; John Politi, American Assay & Gemological Office; Terry Chandler, Diamond Council of America; and Rachel & Ben Rosin; Seated: Suzanne DeVries & Kirsten Darrow, Diamond Staffing Solutions

Stephen Liebman, Imperial Deltah; Jeff Fischer, Fischer Brothers Diamonds; Donna Borelli, JCK; Steven Kaiser, Kaiser Time; and Tom Heyman, Oscar Heyman & Brothers

Eric Austein, Leo Schacter & Co., and Anna Martin, ABN AMRO Bank





Dionne Kenyon,, Jewelers Board of Trades, and Michael Kaplan, RocketRedBox

Rachel & Ben Rosin, and Nancy Robey, VNU, Inc.

Alan Flyer, Designs by Martin Flyer; Monique Shire Slap; and Josh Kaufman, Designs by Martin Flyer





Dov
and

Alan Cohen, Mark Slap & Jeff Weinman, Tache Jewelry

Dick Greenwood, A.F. Greenwood & Co.; John Politi, American Assay & Gemological Office; Rachel Rosin; and Terry Chandler, Diamond Council of America

Joel Schechter, Honora Industries Inc.; Ross Markman, Suberi Brothers; and Victor Weinman, Design Works Jewelry Group





Anna Martin, ABN AMRO Bank, and Martha & Jeffrey Comment, Helzberg Diamonds

Dov Biton, L.I.D. Ltd.; Mark Slap, Tache Diamonds Intl.; Scott Wanstrath, L.I.D. Ltd.

Timothy Murphy, Modern Jeweler; Mort Weisenfeld, Dan Kisch, Instore Magazine; and David Ramirez, Diamond Promotion Service

**DSS 000025**

# professional Jeweler

MAY

## THE SMART READ

# Older Boomers

*Marketing to the Leading Edge*

## Harris Jeweler
### Creating a Store Experience

## Cover Your Assets
### Keep Good Employee Records

Charles, the Prince of Wales, and his new wife, the former Camilla Parker Bowles, represent the behavior of many older Boomers – they still care about love and romance. Remember this when selling jewelry to affluent 50-somethings.

*www.professionaljeweler.com*

DSS 000026

# THE "I Love You Day & Night"™ COLLECTION

*For those who don't say it often enough*

"I Love You Day & Night"™ is a registered trademark owned exclusively by Esslinger & Co.

To see the complete collection, call for a brochure.



**✿ Esslinger & Co.**

1-800-328-0205 • fax: 1-800-548-9304

# New! FREE CATALOG



**Hallock Coin Jewelry**

Call: (800) 854-3232

Fax: (714) 635-8247

# the store | managing

YOUR STAFF

## Cover Your Assets
*Keep good employee records*

BY SUZANNE DEVRIES

In our litigation-happy world, it's often easier to hire than to fire. This may be hard for you to swallow, considering all the effort and preparation you put into the hiring process, including job advertising, interviews, background and credit checks. Nonetheless, it's true.

I can't tell you how many times I've heard jewelers take the hard-line stance that "I make the decisions about hiring and firing and that's that." But the reality is, unless you keep detailed files on a problem employee, cutting them loose can land you in court facing a wrongful termination lawsuit.

The instances of an employer terminating an employee and then being sued – and subsequently losing a costly judgment due to a lack of proper documentation of the employee's poor performance – are all too frequent. It becomes a "he said, she said" situation, and you can be sure the employee has been well-coached by an attorney to document your shortcomings as an owner or manager to create a damaging case against you. That is why you should protect yourself by keeping a detailed file on every employee from Day 1.

This means keeping *everything* on file – from the hiring stage on – including résumés, job applications and background and credit-check results. It's also a good idea to take notes when speaking with references and keep these on file as well. Document and save all job-performance reviews. Also any conversation related to job performance should be documented. Of course, any warnings issued for sub-par performance or "fireable" offenses, such as leaving a show case open, should be put in writing and included in the file. Have the employee sign and date these documents as they are recorded to further protect yourself.

Employment laws are different in every state. It's critical to have an experienced labor attorney guide you through "the right way" to terminate an employee in your state.

Have a clear, specific policy in your employee hand-

**DSS 000027**

book about what type of behavior/performance is expected and what will not be tolerated – along with the consequences of violating the policy. This includes listing all actions you consider "fireable" offenses, so there are no misunderstandings if they do occur.

If you have documented everything, you have done due diligence in learning your state's labor laws and your policy is clearly spelled out in the employee handbook, don't hesitate to fire a bad employee.

A problem employee can cost you in terms of lost sales and customers; poor customer service; poisoning other staff members with his/her attitude; bad-mouthing you and your store to coworkers, customers and suppliers; undermining your authority; and hurting your good name and reputation. Don't be fooled into thinking you can rehabilitate him or her. Just cut your losses and move on.

### Document everything from the hiring stage forward – from résumés and applications to background and credit checks, from performance reviews to reprimands

The longer you wait to terminate a bad employee, the harder it will be in the end. You'll end up spending more time dealing with the employee and trying to undo any damage caused than tending to your business. Even worse, you will give that employee time to spread a cancerous attitude throughout your organization, turn other workers against you and destroy company morale and productivity. Keep in mind your delay in firing a bad employee gives that person time to build a legal case against you for wrongful termination.

When it comes to protecting yourself and your jewelry business from vengeful employees in the courtroom, the bottom line is document, document, document. ☑

*Suzanne DeVries is president and founder of Diamond Staffing Solutions Inc., a national placement service exclusively for the jewelry industry. Contact her at (877) 396-6377, Suzanne@diamondstaffing.com.*

**THE LIGHT UP YOUR TORCH TOUR PRESENTS "THE INNOVATORS" JCK SHOW LAS VEGAS**
(ETS) BOOTH 62004
14KW PD SOLDER 14K & 18K PD ALLOY
14K PINK EXTREME EASY SOLDER
SUPERSONIC & DOC'S CASTING INVESTMENT
PLUS KRAFTWERKS GIVEAWAY!
DROP YOUR CARD FOR YOUR CHANCE TO WIN!!
**Precious Metals West / Fine Gold**
Refiners and Fabricators To The Trade
608 So. Hill St. #407 Los Angeles, CA 90014
WWW.PMWEST.US
(800)999-PLAT  (213)689-4872  Fax (213)689-1684
Daniel@preciousmetalswest.com  www.thekraftwerks.com



**VINTAGE-STYLE WEDDING BANDS AND ENGAGEMENT RINGS**

**S Sheldon Speyer Platinum**

(718) 401-7410 Fax (718) 401-9465
Custom design available

**WWW.SHELDONSPEYERPLATINUM.COM**
Las Vegas Antique Show, June 2-5, 2005 Booth #130
JA New York, July 31-August 3, 2005 Booth #970

DSS O 00028

Published by
Reed Business Information.

# JCK

The Jewelry Industry's First Voice

A QUESTION OF

# ETHICS

DECO DESIGN
FINDING AND KEEPING GOOD SALESPEOPLE
GLOBAL WATCH: CHINA AND DIAMONDS

DSS 000029

# Finding Good Salespeople

Many jewelers depend on walk-ins and referrals to find good salespeople. But 'people shopping' is more effective, say jewelry job recruiters.

BY WILLIAM GEORGE SHUSTER, SENIOR EDITOR



Good help is hard to find, according to the majority of independent jewelers polled nationally by *JCK* in April. Three out of four say that's it tougher now to find good employees, especially salespeople, than just five years ago.

Yet *JCK*'s survey also found that most jewelers wait passively for potential employees to find them, depending on recommendations from others, job seekers who come in, or even hiring their own customers. That strategy is wrong, or at least incomplete, say veteran

DSS 000030

jewelry job recruiters Suzanne DeVries, president of Diamond Staffing Solutions, and Dave Richardson, head of the Richardson Resource Group. Both urge jewelers to go "people shopping," rather than hope that good salespeople will walk through their doors.

There are plenty of effective methods for finding good jewelry store employees, especially salespeople, say the experts—and many jewelers surveyed by *JCK* agree. Here's their advice.

**Standard sources.** *JCK*'s survey revealed that jewelers use few of the usual means to find employees. The one most used is the newspaper: One in four (22%) place "Help Wanted" ads in local papers. However, notes Richardson, "Most people who read want ads are already out of work or dissatisfied with what they do"—not necessarily the best groups from which to draw jewelry salespeople.

In addition, a jeweler's ad is only one among hundreds. Both Richardson and DeVries suggest jewelers put their ads on the fashion pages, where they'll get more attention from people a jeweler wants. Another good ad spot is the sports section, especially closer to the holidays when more part-time help is needed.

DeVries advises, "Don't generalize [in the ads]. Be specific about job requirements and salary." Richardson suggests having applicants fax their résumés, rather than reply by phone or come to the store, so the jeweler can review them first.

According to the survey, few independent jewelers make use of organizations or companies that specialize in helping businesses find new employees. Only 3% have used the Gemological Institute of America (GIA) or its Career Fairs—even though, says DeVries, "that's where you'll find the jewelry business

> According to a veteran jewelry job recruiter, "Jewelers should look for salespeople where people really have to sell, and know how to sell."

talent"—and only 1% admit to using an employment agency or search/recruitment firm.

**Casual networking.** An overwhelming number of jewelers (more than 80%) use informal networking and casual—even circumstantial—methods to find potential staffers. Three out of five (59%) polled by *JCK* say they rely on recommendations or referrals from family, friends, staffers, and occasionally "outside" sources (such as suppliers or jewelry



Suzanne DeVries

instructors at local vocational/technical schools).

One in five jewelers (21%) have hired customers, especially repeat customers and those "who love jewelry." But while that has worked for some jewelers, both DeVries and Richardson warn of pitfalls.

"I've seen it work both ways," says DeVries, who has 30 years of jewelry sales and management experience. "Hire a customer as an employee, and you lose a customer. Fire that person, and you've lost both an employee and a customer." And as Richardson points out, a love of jewelry isn't enough to make someone a great salesperson. "Do they know how to sell jewelry, how to pick up a phone and call customers about it?" he asks. "Do they know how to reply to consumers who say they can get jewelry cheaper elsewhere or on the Internet? In these competitive times, a jeweler needs good salespeople who do such things. And jewelers are often reluctant to fire someone who's a former customer—meaning they're stuck with someone who's dead weight."

Some jewelers say their best hires have been "walk-ins"—people who were referred to the store or knew its reputation and came seeking work. Underwood Jewelers in Jacksonville, Fla., has a waiting list of people wanting to work there "because of our reputation," says owner C. Clayton Bromberg. A St. Louis jeweler keeps "a file of information of people who come in interested in working here" and refers to the file when there's an opening.

**Sales and service.** An easy source for salespeople, say some jewelers, is another local jeweler, including independents, department stores, and mall stores. One in 10 (11%) tell *JCK* they've poached on other jewelers' territory for their top people. However, there's a downside, warns



Major
From
India
state-o
studde

DSS 000031



## What are the prerequisites for a sales job in your store?

- **High school education** 53%
- **Previous sales experience** 41%
- Prior jewelry business experience 19%
- College education 10%
- GIA education 9%
- Good "people skills" 7%
- Honesty/integrity 5%
- Good attitude/personality 5%
- Intelligent 5%
- Enthusiasm (outgoing) 3%
- Good appearance 3%
- Willing to learn/trainable 3%
- Loves jewelry 2%

*Source: JCK Retail Panel, April 2004*

Richardson. A top salesperson recruited from another jeweler may become "a prima donna and difficult to integrate into your store's team."

Far better sources, say DeVries and Richardson, are non-jewelry retailers and service organizations, because their people must be service- and sales-oriented and usually work on commission. "Jewelers should look for salespeople where people really have to sell and know how to sell," says Richardson.

Jon Parker, senior vice president, DJP Executive Search Inc., Virginia Beach, Va., agrees. He says a good hire "could be a salesperson at a cosmetics counter or a bank teller." Other examples include upscale apparel stores like Victoria's Secret, shoe stores, menswear shops, waiters and waitresses, and hotel service desk staffs. Stores that sell eyeglasses and cell phones also are good sources, says DeVries, because their training programs "teach [employees] how to work with customers, add on sales, and do multiple sales."

Key employees of Racine, Wis., jeweler Bill Sustachek include a former travel agent and a one-time waitress. Judy Rusconi, in Eureka, Calif., looks for "anyone patient who's working in a service industry, like retail salespeople, waitresses, or floral designers." Bill Nusser in Iowa City, Iowa, "regularly shops higher-end stores, soliciting salespeople who do extraordinarily well in providing sales and service," while David Mazer in Landenberg, Pa., is "alert for people in retail selling who give superlative service."

"You want a person who understands the business of selling," stresses Richardson. "You can always teach them what they need to know about jewelry."

**Making contact.** When the jeweler finds a prospect, "don't just hand that person your card and say 'Call me sometime,'" Richardson advises. "Introduce yourself, say how impressed you are with how they made a sale or worked with a customer, and ask if he or she has considered a career in selling jewelry.

"Tell him or her where your store

### Are good employees harder to find today than five years ago?

Yes **74%**

No **26%**

*Source: JCK Retail Panel, April 2004*

is, give your card, and invite the person to come by today when finished work—or make an appointment soon—'so we can talk further about your opportunities.'" Such an approach significantly increases the chances the person will come to see you, Richardson says.

Parker suggests asking some questions on the spot, such as "Are you always this happy? What drives your positive attitude? Why do you like to make others happy?" If the answers indicate a positive outlook on life and not just a one-day occasion for joy, consider pursuing more specific questions such as, "Do you work full- or part-time? Are you in college? What are your thoughts regarding a career? Do you like jewelry? Have you ever thought about a career in jewelry?"

DeVries also suggests "writing a thank-you note to someone who's impressed you, saying, 'It was great meeting you. Let's have lunch and talk further about a career with us in jewelry sales.' That gets you to meet the person again and increases the chances he or she will come to your business."

**Job prerequisites.** What do jewelers look for in a potential jewelry salesperson? Surprisingly, it's education: Three out of five jewelers (59%) polled by *JCK* put a high school diploma or college degree at the top of their list. Professional training, on the other hand, ranks far down the list. Less than one in 10 cite GIA education as a prerequisite, though a few say they enroll salespeople in GIA after they hire them.

Sales experience, though cited by only two out of five (41%), ranks second. Coming in a distant third (19%) is prior jewelry business experience. Characteristics of effective salespeople—for example, good "people skills," an upbeat attitude, enthusiasm—are at the bottom of the list (see chart).

However, according to Richardson

DSS 000032




and DeVries, sales skills, presentation, and good old-fashioned "people skills" should be among the top "must-have" criteria.

"You want someone who focuses on the customer," says DeVries. "Do they greet you within five seconds of entering the store or their section? If they're busy, do they acknowledge you immediately and say, 'I'll be right with you?' If you say, 'I'm just looking,' do they leave you alone—or do they try to get some merchandise into your hands to see, feel, and try on?

"Jewelry retailing is an image business," she continues, "so how does that person dress and present himself or herself? Do they make eye contact? Generally, people won't buy from someone who's sloppy or downbeat. They want someone energetic and passionate about what they're doing."

Richardson adds, "Look, too, at how people relate to customers. Do they have a nice smile? Do they listen? Are they pleasant, outgoing, and know customers' names? In this competitive era, jewelry stores must establish close relationships with customers."

The degree to which someone in a non-jewelry business knows his or her products is important, too, notes DeVries. "I want someone who understands what they're selling and can present it well. If I'm in a shoe store, I want to know why a running shoe is a better buy than competing brands, why it uses the materials it does, and how it affects my running." A salesperson who knows how to present another product can transfer that skill to selling jewelry, she says.

**The right questions.** On-site evaluations are only part of the process in finding potential salespeople. The job interview is important, too—though as *JCK*'s survey found, many jewelers are vague about their criteria.

"You must have a clear idea of what you're looking for," says DeVries. "So, first make a list of your top 10 hiring criteria."

"Don't be dazzled by a candidate with a big smile who's well-dressed," warns Richardson. "Keep in mind in your interview that they must sell you on hiring them."

He also advises having a set of specific questions for job candidates, in addition to a formal job application.

"Many jewelers hire the wrong employees—people who may be nice but can't sell or pull their weight—because they didn't ask the right questions in the job interview," he notes. "Those should be tough, practical questions—not hypothetical ones—that tell you about the person.

"For example, ask about their current job and what two things they would change about it, if they could. Ask about their most difficult sale and how they closed it. Ask them to tell you about their current manager, and how—if they were manager—they would do things differently. Ask about their biggest mistake on the job and what they learned. Ask how they get add-on sales, if they have a 'customer book,' and how often they call customers or invite them in.

"Remember, you want someone who understands this business of selling," says Richardson. "Someone with those skills can always be taught about jewelry."

DeVries also asks candidates about what she calls "clientelling." "I ask them to tell me about customers they turned into repeat customers and how did they that. I ask how often they contact them, what items they buy, and how much they spend. I ask them about their customer lists and how they use them. I ask what drives them as a salesperson. If they don't say 'money'—because making money should drive a salesperson—

then they're not right for the job of salesperson."

**Always looking.** Don't wait until someone leaves to go "people shopping," say the experts. Too many jewelers do that and then hurry to find someone—anyone—to fill a vacancy. "Be continually on the alert for good salespeople for your store," says Richardson. "Always be recruiting, always be looking," adds DeVries. "When someone impresses you, always get their business card or résumé, and keep a bank of information for use when you need it."

Get all the store's employees involved in this ongoing search, says Richardson, who suggests using financial rewards. "Tell them, 'If you recommend someone I hire and they stay with us at least six months, you'll get a $500 bonus plus 1% of their sales for those first six months.' That keeps your staff always looking specifically for people who sell well." ✦



How do you find your best employees?

- A recommendation **59%**
- Newspaper advertising **22%**
- Former customers **21%**
- Hire from another jeweler **11%**
- "Someone impressed me" **10%**
- Other * **9%**
- Family members **4%**
- GIA **3%**
- Internet advertising **1%**

Source: JCK Retail Panel, April 2004

DSS 000033

**Special 16-Page Supplement on the Latest Technology for Jewelers**

# Instore

## THE MAGAZINE FOR THE AMERICAN JEWELRY STORE OWNER

STRATEGIC FEATURE

OULD A RADICAL STRATEGY
ALLED 'EDGECRAFT' BE THE
EMEDY FOR YOUR BLAH BUSINESS?

# ON THE
# EDGE

ENCHMARKS

# SPREAD THE LOVE
TAILERS' BEST VALENTINE'S DAY PRINT ADS

ESIGN FEATURE

# SHINE ON
OT DIAMOND JEWELRY DESIGNS BY PRICE POINT

*********************************AUTO**3-DIGIT 030
VOL.4 ISS.1    V1414                              PLT 3

SUZANNE DEVRIES
Diamond Staffing Solutions
5 REMINGTON CT.
DERRY                NH  03038-4862

PRSRT STD
US Postage
Paid
Pontiac IL
Permit No.243

DSS 000034

# There is No Better Way to Buy DIAMONDS



## 30-50% off RAP
## FREE Next Day Shipping
## 10 Day Memo

*Get to know our expert sales staff to better assist you with your diamond purchase.*

| Marlene | Megan | Bob |
|---------|-------|-----|
|  | | |
| ext. 107 | ext. 126 | ext. 110 |



## RDI DIAMONDS

For the *Right* Diamonds...*Right* Here, *Right* Now.

# 800-874-8768

### www.rdidiamonds.com



*in your store*

# ask instore

EMAIL YOUR QUESTIONS TO ASK@INSTOREMAG.COM

## staff

**It is so tough getting good seasonal help — and every year, we pretty much have to start from scratch finding and training seasonal people. Now that the holidays are over, how can we ensure that the best of this year's seasonal staffers come back to work for us next holiday season?**

Here's one tip: if at all possible, do not let your most valuable short-timers go right after the holidays. January is a critical time to evaluate your staff and start ramping up for Valentine's Day, and to make the most of this important period, you will need all the staffing help you can get, says Suzanne DeVries, president of Diamond Staffing Solutions, Inc.

According to DeVries, January is the time when many unhappy employees start to "look around" for other opportunities. It is also the time when jewelers should be assessing their own staff needs. In doing so, you might discover that your best move is to bring a top seasonal person aboard on a part-time or even a full-time basis.

"If you are carrying any full-time under-performers, take a closer look at your seasonal people," she advises. "You just may find a better performer that is already trained, knows you, your staff and customers, and can hit the ground running."

Meanwhile, with Valentine's Day coming up, retailers should be doing all they can to ensure that business does not drop off right after Christmas. This means advertising and direct mail, tying in special events like remountings and designer trunk shows, and following up with holiday customers to see if there is an opportunity for repeat or add-on business. If you are doing these kinds of things to boost your Valentine's Day sales, you also will need extra staff.

**So the holidays are over and it's time to let go all the seasonal help? Think hard before you say goodbye.**

"A lot of retailers are shell-shocked after the holidays and do not capitalize on Valentine's Day," DeVries observes. "But if you have incorporated it into your business plan and treat it as a major selling season, you can keep your holiday sales momentum going right through February. So do not even think of cutting your seasonal staff before then."

Even after Valentine's Day, retailers should still keep their best seasonal people close at hand. DeVries notes that they can help out on weekends and other peak times during the year; fill in for staffers on vacation; lend extra support for special events, promotions and other selling seasons; make marketing calls to existing customers; and handle other important functions your regular staff may not have time for.

"When I was in retail, we were giving our best seasonal people about 12 hours a week," DeVries recalls. "For most of them, this was a second job, so we used them to help out on weekends. This kept them happy and ensured they were there when we n e e d e d them in the fall."



*Please see* **ASK** *on Page 53*

DSS 000035

*my* **your** store

*Frederic Duclos*
silver and gold extraordinaire
est. 1984

# ASK

*Continued from Page 52*

## *marketing*

**I have been getting many local high schools coming by for ads for yearbooks, band club books, etc. Is this a waste of my money?**

Yes, it is ... most of the time. Of course, there can be exceptions. According to Ellen Fruchtman of Fruchtman Marketing, "Local high school sports teams, band clubs, and yearbook ads can take a chunk out of what is normally a very tight advertising budget." If you want to participate anyway, Fruchtman recommends setting up a budget for these types of "donations" at the beginning of the year. "These ads are primarily for good will rather than good marketing," she says. Fruchtman adds that you should consider advertising only in those high school publications that cover the region where your primary customer base lives.

Furthermore, she states that the price could be worth it if the solicitor is the child of a good customer. In that case, "the cost of the $50 ad is well worth the benefit of a future sale." But don't rush your decision. "Tell the solicitor that your marketing firm handles all of these decisions (even if you don't have one!) so that you have time to review the proposal," says Fruchtman. "We provide our jewelry clients a donation request form that all solicitors must fill out and submit before any decisions are made. This should include information about the organization; how it will be distributed; who attends the event; costs etc. It applies to many of these types of requests.

By all means, if you do decide to run an ad in any of these publications, try and address the audience with something clever. It's bad enough that it's not money very well spent. You might as well attempt to get *someone's* attention."

## *marketing*

**I'm looking to do a customer survey the right way. When is a good time of the year? What are some good questions to ask? How about incentives — what are good giveaways to offer respondents?**

For many jewelers, customer feedback is the most precious commodity in the world. Ellen Fruchtman of Fruchtman Marketing says that while formal, in-depth research studies are best left to professional research firms, a simple and basic program can be administered from your local business with a little thought. She suggests you begin by narrowing your focus. What are the one or two key issues you really need information on? "Asking too many questions and submitting a complex survey to your customers will net a small return," she warns. Fruchtman advises that you ask no more than 20 simple, multiple-choice questions.

You can have success with surveys pretty much any time of the year, she says, but stay away from busy times such as the holidays and summer vacation months. "January and February are probably better times, and most customers will understand that you're trying to start out the New Year with some new information!" says Fruchtman.

*Please see* **ASK** *on Page 55*

Freshwater Pearls

See our entire collection at JANY Booth 511-513

Innovative sterling concepts for today's women

Call for our free catalog
(866) 898-3636
www.fredericduclos.com



## LINETIME

**WHAT TO SAY AND WHEN TO SAY IT**

A male customer is in your store for the first time and is shopping for a gift. (He can be either by himself, or with his wife.) Before he leaves, you lean over and whisper in a *faux*-conspiratorial manner:

**"Just remember ... if you get in trouble with your wife, *I* can get you out of it."**

**WHY?** It's an obvious joke, but you know what? The first time he *does* get in trouble with his wife, you'll end up being one of the first people he thinks of.

SOURCE: *David Siskin*
*Carigem International; Cape Coral, FL*

DSS 000036

# instore

## ASK

*Continued from Page 55*

For a better response rate, make sure you include an incentive. Let customers know what they will receive when they return the survey — or better yet, send along a nice gift certificate requiring no minimum purchase. Finally, Fruchtman notes that if you have to choose, it is far more important to survey customers who haven't been to your store in a while than those who frequent you often.

## *legal*

**What's the difference between a ™ symbol and the ® ? Are there any advantages to trademarking my store name, tag line, or maybe even a jewelry design?**

Follow closely now, as Ryan Shelton, a commercial litigation attorney at Akin Gump, Strauss Hauer & Feld, lays out the details. Says Shelton: "If a jeweler wants to protect, say, the name of their store, or the name of a particular piece of jewelry that only they offer, it may be advisable to register a trademark for that name". Shelton says a trademark is any "word, name, symbol or device" (called a "sign") that is sufficiently distinctive to distinguish the goods or services of one source from that of another. Shelton adds that "you and your store do have certain common law rights to your intellectual property, including trademarks, without going through *any* formal registration process."

A ™ trademark notation after a sign does not entitle you to any rights, but it does put other potential users on notice that you may intend to *assert* whatever trademark rights you might have in the sign. It is not necessary to register with the United States Patent & Trademark Office (PTO) to win a trademark infringement case.

On the other hand, an ® symbol says that you have registered your trademark with the PTO. Registering a trademark with the PTO offers you several protections, although it does not actually give you any additional substantive rights. Shelton explains: "Most importantly, whether bringing or defending against an infringement claim, if the mark is registered, the court will presume: 1) the registered mark is valid; 2) that the registrant owns the mark; and 3) that the registrant has the exclusive right to use the registered mark in commerce. The evidence must be fairly convincing to overcome these presumptions."

Additionally, the registrant is entitled to obtain an injunction against anyone anywhere in the United States who begins using the same, or a confusingly similar, mark. This is true even if the other user did not actually know that the registrant had filed to protect that mark.

You can get more information on making an official filing online at http://www.uspto.gov/. Although the filing fee is only around $250, the process of getting a federally registered trademark can be lengthy. So jewelers should do it "only when they feel that there is a clear advantage in preventing others from using the same, or a confusingly similar, sign," says Shelton.

**HAVE A QUESTION YOU'D LIKE ANSWERED?**
Send it to us at ask@instoremag.com and we'll pass it on to our experts.

**DSS 000037**

# Better than Closeouts!

Remounted secondary-market diamonds.
Way below wholesale!

## Call Us For
## Your Loose Diamond Requests!







**WORLDWIDE DIAMOND CO.**

607 South Hill St. #811 Los Angeles, CA 90014
Phone: 213-622-2191  Fax: 213-622-2196  Email: wwdiamond@earthlink.net

**Visit wwdiamond.com** for more selections. **Call 800-764-4367**
**See us in Tucson at GLDA, Star Pass Marriott**



# professional

# Jeweler

**FEBRUARY 2005**

**THE SMART READ**

## Gen Y
### Targeting tomorrow's buyers

## BRIDAL
### The latest product trends

## GEMOLOGY
### An amazing new polishing process

Seventh Anniversary Issue!

Donald Trump Jr. and his future bride , Vanessa Haydon, show off "The Ring." Story on p. 38.

*www.professionaljeweler.com*

DSS  000038

# the store | managing

YOUR STAFF

## Hiring Winners

*Don't take this process lightly. Sales associates can make or break your business*

BY SUZANNE DEVRIES

Hiring the right people and building a cohesive team are among the most difficult challenges you face. This is more important than ever because the market is ultracompetitive and crowded.

In reality, you can have the most magnificent store with extraordinary merchandise and it won't matter if you don't have people in place who can convey your high service standards. They also must be able to articulately address and overcome objections from educated customers.

Here's how to manage the interview and hiring process to help you find and hire the best jewelry professionals for your business.

### Key Questions

◇ **JOB HISTORY:** Design questions that reveal the candidate's experience, skill base, job and salary history and reasons for leaving his or her previous positions. Other key questions include what the applicant liked most and least about previous positions and mentors, greatest professional successes, greatest professional challenges and how he or she overcame them.

◇ **PRODUCT KNOWLEDGE:** Jewelry customers are far more educated about the product than ever before. Many use the Internet to preshop and educate themselves before ever walking into your store. Therefore, you have to make sure your employees know more about your products than your customers so they can answer questions. To test a job candidate's product knowledge, have him or her "sell" you a diamond or a piece of jewelry.

◇ **SELLING SKILLS:** During the selling process, note whether the candidate included a warm greeting, an expert presentation and an introduction to the store. Did she get the jewelry in your hand to create desire? Did he use a jewelry pad and velvet cloth? Could she tell you specifics about the gem or jewelry? Did he preclose the sale, ask for the sale and look for add-on opportunities? Did she add you to her client book?

◇ **SERVICE:** The objective is to hire sales professionals who have the ability to build relationships with customers, address product questions and follow up with customers to ensure their satisfaction for future business. Your goal is to hire sales professionals who have natural warmth and who care about your customers as much as you do.

◇ **SOLVING PROBLEMS:** Design some problem-solving questions to determine the job candidate's intelligence and common sense in reacting to challenges. This includes role-play to determine how he or she would handle specific challenging situations in your store. Try role-playing the most knowledgeable web-savvy diamond buyer you've encountered and see how the candidate copes.

◇ **MOTIVATION:** Determine what motivates and drives the candidate and what would make him or her love the job – whether earning commissions or adoring jewelry.

◇ **VALUES:** Uncover whether the candidate can embrace your culture and values and mix well with your other team members. Excellent jewelry stores are built on integrity, honesty, a strong work ethic, uncompromising values and dependability. If you compromise in any of these areas when hiring, you set yourself up for disappointment.

◇ **DIRECT QUESTIONS:** Sometimes the simplest and most direct questions yield the most telling information about a candidate. "Why should I hire you?" "Why do you feel you would make a good employee?" The candidate's answers can be revealing and show his or her priorities.

### Sell Your Company

Too often, you forget that just as you are interviewing job candidates, they are interviewing you. A good candidate who understands his or her worth will want to make sure your company is the right "fit."

Talk to the candidate about your company's history, your

**DSS 000039**

goals for the next three to five years, the successes and challenges you have faced over the years, your business philosophy and your ethical standards. Talk about your expert, experienced staff and how you value your employees. Share some anecdotes about their personal successes. The bottom line: when you sell the candidate on the merits of your company, you create the desire for him or her to be part of your team.

### References, Background & Credit Checks

It's easy for an applicant to pad a résumé or hide unfavorable information, so do your diligence. Always check three to five professional references, even if you're sure you're going to hire the person. Check references the candidate furnishes – which are usually positive – and dig for other references.

Ask references to assess the candidate's performance in such areas as attendance, dependability, responsibility, ability to get along with other staffers and whether the candidate is a team player. Most importantly, ask former managers whether they would rehire this person.

Hire a professional security company that conducts background/credit checks. Set up credit guidelines for what's acceptable and not acceptable for a candidate. If you don't perform these steps, you set yourself up for potential theft.



Look closely at your job candidate's background to ensure integrity and a good fit with the rest of your staff.

### Second Interview

Always bring a serious candidate back for a second interview and have another member of your staff interview the candidate too. Your colleague may see something you missed. You'll be surprised at how differently candidates interview the second time around. Now that you're on somewhat more familiar terms, you also may want to consider taking the candidate to lunch so you can see his or her personal side.

### Write a Formal Offer Letter

If all goes well during the previous steps, you should be ready to make the candidate an offer. To avoid possible misunderstandings later, always put the offer in writing. The letter should include starting salary, a description of the benefits program and when the candidate would become eligible, along with his or her starting date. You also might consider hiring a labor attorney to construct a well-written offer letter that will comply with your state's labor laws. ▣

*Suzanne DeVries is president and founder of Diamond Staffing Solutions Inc.,[SM] a national placement service that focuses exclusively on the jewelry industry. DeVries has 35 years of experience in the retail and wholesale jewelry fields and is affiliated with the American Gem Society. She also is an official sponsor at Couture shows and conferences. Contact her at (877) 396-6377, Suzanne@diamondstaffing.com.*

**DSS 000040**

# the store | managing

YOUR STAFF

# Hiring Winners

*Don't take this process lightly. Sales associates can make or break your business*

BY SUZANNE DEVRIES

Hiring the right people and building a cohesive team are among the most difficult challenges you face. This is more important than ever because the market is ultracompetitive and crowded.

In reality, you can have the most magnificent store with extraordinary merchandise and it won't matter if you don't have people in place who can convey your high service standards. They also must be able to articulately address and overcome objections from educated customers.

Here's how to manage the interview and hiring process to help you find and hire the best jewelry professionals for your business.

## Key Questions

- **JOB HISTORY:** Design questions that reveal the candidate's experience, skill base, job and salary history and reasons for leaving his or her previous positions. Other key questions include what the applicant liked most and least about previous positions and mentors, greatest professional successes, greatest professional challenges and how he or she overcame them.

- **PRODUCT KNOWLEDGE:** Jewelry customers are far more educated about the product than ever before. Many use the Internet to preshop and educate themselves before ever walking into your store. Therefore, you have to make sure your employees know more about your products than your customers so they can answer questions. To test a job candidate's product knowledge, have him or her "sell" you a diamond or a piece of jewelry.

- **SELLING SKILLS:** During the selling process, note whether the candidate included a warm greeting, an expert presentation and an introduction to the store. Did she get the jewelry in your hand to create desire? Did he use a jewelry pad and velvet cloth? Could she tell you specifics about the gem or jewelry? Did he preclose the sale, ask for the sale and look for add-on opportunities? Did she add you to her client book?

- **SERVICE:** The objective is to hire sales professionals who have the ability to build relationships with customers, address product questions and follow up with customers to ensure their satisfaction for future business. Your goal is to hire sales professionals who have natural warmth and who care about your customers as much as you do.

- **SOLVING PROBLEMS:** Design some problem-solving questions to determine the job candidate's intelligence and common sense in reacting to challenges. This includes role-play to determine how he or she would handle specific challenging situations in your store. Try role-playing the most knowledgeable web-savvy diamond buyer you've encountered and see how the candidate copes.

- **MOTIVATION:** Determine what motivates and drives the candidate and what would make him or her love the job – whether earning commissions or adoring jewelry.

- **VALUES:** Uncover whether the candidate can embrace your culture and values and mix well with your other team members. Excellent jewelry stores are built on integrity, honesty, a strong work ethic, uncompromising values and dependability. If you compromise in any of these areas when hiring, you set yourself up for disappointment.

- **DIRECT QUESTIONS:** Sometimes the simplest and most direct questions yield the most telling information about a candidate. "Why should I hire you?" "Why do you feel you would make a good employee?" The candidate's answers can be revealing and show his or her priorities.

## Sell Your Company

Too often, you forget that just as you are interviewing job candidates, they are interviewing you. A good candidate who understands his or her worth will want to make sure your company is the right "fit."

Talk to the candidate about your company's history, your

DSS 000001

goals for the next three to five years, the successes and challenges you have faced over the years, your business philosophy and your ethical standards. Talk about your expert, experienced staff and how you value your employees. Share some anecdotes about their personal successes. The bottom line: when you sell the candidate on the merits of your company, you create the desire for him or her to be part of your team.

## References, Background & Credit Checks

It's easy for an applicant to pad a résumé or hide unfavorable information, so do your due diligence. Always check three to five professional references, even if you're sure you're going to hire the person. Check references the candidate furnishes — which are usually positive — and dig for other references.

Ask references to assess the candidate's performance in such areas as attendance, dependability, responsibility, ability to get along with other staffers and whether the candidate is a team player. Most importantly, ask former managers whether they would rehire this person.

Hire a professional security company that conducts background/credit checks. Set up credit guidelines for what's acceptable and not acceptable for a candidate. If you don't perform these steps, you set yourself up for potential theft.

## Second Interview

Always bring a serious candidate back for a second interview and have another member of your staff interview the candidate too. Your colleague may see something you missed. You'll be surprised at how differently candidates interview the second time around. Now that you're on somewhat more familiar terms, you also may want to consider taking the candidate to lunch so you can see his or her personal side.

## Write a Formal Offer Letter

If all goes well during the previous steps, you should be ready to make the candidate an offer. To avoid possible misunderstandings later, always put the offer in writing. The letter should include starting salary, a description of the benefits program and when the candidate would become eligible, along with his or her starting date. You also might consider hiring a labor attorney to construct a well-written offer letter that will comply with your state's labor laws. ∎



**Look closely at your job candidate's background to ensure integrity and a good fit with the rest of your staff.**

*Suzanne DeVries is president and founder of Diamond Staffing Solutions Inc.,SM a national placement service that focuses exclusively on the jewelry industry. DeVries has 35 years of experience in the retail and wholesale jewelry fields and is affiliated with the American Gem Society. She also is an official sponsor at Couture shows and conferences. Contact her at (877) 396-6377, Suzanne@diamondstaffing.com.*

DSS 000002

# EXHIBIT 2

Fraud mail.txt

cc:
    Subject:       Coaches List from last Thursday...pls send me corrections...D


Distribution List Name:      St Mary Coaches

Members:

| | |
|---|---|
| Bill Sex | billsex@townisp.com |
| Bob Carter | bcarter53@charter.net |
| Bob McCarthy | RMMcCDMD@aol.com |
| Chris Palermo | ckpalermo@townisp.com |
| Dan Cobb | dcobb@townisp.com |
| Fran Ursoleo | f.ursoleo@att.net |
| Frank Vacarro | fvaccaro@aol.com Frankv@diamondstaffing.com |
| Jack Evans | jevans@yankeealliance.com |
| Jack Genco | jack.genco@us.interfaceinc.com |
| Jack McGinnis | jamj1234@aol.com |
| Jeff Forts | tjk2@townisp.com |
| Jen Dufault | nif014@aol.com |
| Jim Cody | jcody@cardinaldirections.com |
| Kevin Lemire | Kevin_Lemire@putnam.com |
| Lyon | stephen.lyon@abbott.com |
| Jim Marine | Jim.Marine@hp.com |
| Mike Giordano | giordanofive@aol.com |
| Mike Nelson | Mike.Nelson@sun.com |
| Ralph Santoro | gms961@aol.com |
| Steve Black | sblack@ozdevelopment.com |
| Tony Teebagy | blessingway@townisp.com |


From:    Zlata Klevanski [zlata_klevanski@yahoo.com]
Sent:    Monday, December 01, 2003 1:00 PM
To:    suzanne@diamondstaffing.com
Subject:    Current opening

Hello,
I'm a jeweler, specializing in hand engraving, looking for a job. Attached is my resume. Please contact me if you have opening.

Regards,

Zlata.


_____

Do you Yahoo!?
Free Pop-Up Blocker - Get it now
http://companion.yahoo.com/From:    Maruthi [Maruthi@Recruiters365.com]
Sent:    Thursday, December 11, 2003 11:45 AM
To:    Suzanne@diamondstaffing.com
Subject:    Senior Oracle Apps consultant with over 16 years of Experience is available for projects immediately.

Hi Suzanne DeVries,

Recruiters365 is a global IT Consulting and eServices Company which provides Consulting services, Permanent Hire/Contract-to-Hire placement services and Offsite/Outsourcing Fixed-Price Project Solutions.

Fraud mail.txt

Please let us know of any open requirement.

Here is the brief Profile of Highly Qualified and Experienced consultant RAMESH TALASILA , who is available for your projects immediately

- Over 16 years of functional experience with accounting background includes full life cycle, analysis, design, implementation, testing, data modeling and data architecture with extensive work experience in Oracle and Oracle ERP Applications in Multi org, Multi currency, Globalization, Localization, Government financials. From last 8 years working in Oracle (ERP) like Core financials, Supply chain modules, CRM tools. Participated or led Analysis, Testing, and Customization for Oracle Financials implementations. Ability to handle complex customizations in diversified areas including data conversions, custom interfaces and integration and have extensive experience in Oracle Financials, 10.7,11.03 and 11i, as well as significant knowledge of Oracle Data Warehouse and Discoverer.
- Extensive Experience with Developing User Specific Training Materials and Conducting Training Classes
- Extensive Experience Working With the Full Cycle implementation for Both Private Industry and the Public Sector
- Extensive Experience with Data Conversion and Interfaces To and From Outside Systems
- Strong quantitative, analytical, problem solving and process redesign skills with international experience in business process reviews, gap analysis and system implementations

Oracle Apps 10.x,11and 11i

Functional Exp.

Fit/Gap Analysis

Set Ups

User training

Post Production Support

TECHNICAL ENVIRONMENT

APPLICATIONS : Oracle ERP 10.7, 11.3,11i (A/P, G/L, A/R, F/A, O/M, INV self-service and P/Omodules), ADI, Oracle Warehouse, Oracle Discoverer, CRM Tools.
DBMS         : Oracle V8, Oracle V7
Oracle Tools : Sql*Loader, Sql*Plus 3.3, 3.2,Oracle Discoverer 4i, 3i,ADE, EDI, Oracle Express, Oracle Reports 6i, 2.5, 2.0 Oracle Forms 6i, 4.5, 3.0,Oracle Financial Analyzer 6.2
OPERATING SYSTEMS: AIX 4.2,Sun Solaris, SCO UNIX, HP-UX, Windows 2000, Windows 98,Windows 95, MS/DOS, UNIX
LANGUAGE : PL/SQL, SQL, C
HARDWARE : Sun, IBM RS/6000, IBM PC and compatibles
SOFTWARE : Microsoft Office, Microsoft Access, and TOAD
OTHERS   : In depth knowledge of the underlying tables of the General Ledger, Accounts Receivable Accounts Payable, Inventory, Purchase, Order Entry, Project Accounting, Open Interfaces, integration and reconciliation.

PROFESSIONAL EXPERIENCE

GE Power Systems NY
Jun 2003 to Present
Functional Analyst

CMS, MARYLAND
FEB 2003 to Jun 2003

Page 20

Fraud mail.txt

Functional Consultant/ Business Analyst

BP Solar, Maryland
Jun 2002 to FEB 2003
Senior Functional consultant

Juniper Networks, San Jose, CA
Mar 2002 to May 2002
Functional Analyst

GE Capital, Cincinnati, OH
Aug 2001 To Mar 2002
Functional consultant

BAE SYSTEMS, Nashua, NH.
Feb 2001 To July 2001
Functional consultant

Equal footing, Reston, VA.
Functional Analyst
Oct 2000 To Jan 2001

Wake County Public School System, Raleigh NC
Jan 2000 To Sep 2000
Functional lead

Greater Orlando Aviation Authority, Orlando, FL.
Aug 1999 To Dec1999
Senior Functional Consultant

AT&T, Orlando, FL.
Sep 1998 ▯ July 1999
Senior Functional consultant

Minute Maid Company, Houston TX
Feb 1998 To Aug1998
Oracle functional consultant

Natco Pharma
June 1987 to Jan 1998

EDUCATION

- PG Course on applied computer sciences
- C.P.A, Chartered Accountant
- MS in Commerce

For further information please contact me via email at Maruthi@Recruiters365.com or
call me at 1-302-998-1110 X 2913 Look forward to hear from you soon,


Thanks and Regards,

Maruthi
Business Development Manager
Recruiters365
Phone:302-998-1110 X 2913
Fax:214-291-2520
E-mail:Maruthi@Recruiters365.com
http://www.Recruiters365.com


Note: You are receiving this e-mail because we feel you are a likely prospect for

Fraud mail.txt

Recruiters365. To be removed click here
http://63.246.181.241/roptimus.asp?id=Suzanne@DiamondStaffing.com

From:    patrogan@mail.com
Sent:    Wednesday, January 07, 2004 8:00 AM
To:      suzanne@diamondstaffing.com
Subject:        Resume of Patrick Rogan: Software Engineer, Web Developer

Dear Sir / Madam:

During the last 6 years as a Sr. Systems Engineer for Lycos I have
performed many roles including Top-Level Developer, Operational
Administrator, Technical Manager, and International Trainer and
Liaison.

I am experienced in planning, developing, and maintaining complex,
scalable, and robust data driven systems on a global scale.

I was the primary developer of several major data-driven web based
interfaces to Lycos' multi-terabyte Reporting data warehouse. These
systems are used internationally by internal Lycos staff and external
clients such as AT&T, Microsoft, and Netscape.

I have expertise in user interface design, information architecture
and web-based application development, including CGI programming and
HTML authoring.

You can see examples of my work by visiting:

       http://patrogan.com/portfolio

I am internationally recognized as a superior technical trainer, and
as an accomplished documentation author with strong graphic design and
illustration skills.

I have also been a Systems Administrator for several Solaris, Tru64
(Digital Unix), Linux, Macintosh, and Windows 2000 servers running
mission critical systems.

Below is my resume in text format, if you require a version in Word or
Acrobat format, please visit:

       http://patrogan.com/resume

I would be very pleased if you contacted me for an interview.

Patrick Rogan
(781) 883-8198
patrogan@mail.com

=====================================================


Patrick Rogan
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
187 Great Rd, Apt C10
Acton, MA 01720

Phone: (781) 883-8198
Email: patrogan@mail.com
Web:   http://www.patrogan.com/portfolio

Page 22

Fraud mail.txt

## Personal Summary
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
Senior Systems Engineer with 8 years of experience as a top-level
developer, operational administrator, and technical manager.
Experienced in planning, developing, and maintaining complex data
driven systems on a global scale. An expert in user interface design,
information architecture and web-based application development,
including CGI programming and HTML authoring. Internationally
recognized as a superior technical trainer. Accomplished documentation
author with strong graphic design and illustration skills.


## Technical Expertise
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
Operating Systems
UNIX: Linux, Digital Unix (DUX, Tru64), Solaris, AIX, Darwin
Windows: 95, NT, 2000, XP
Mac OS: 9, X

Programming Languages
Perl, C, C++, Java, SQL, Javascript (JScript), Bash, Kshell, VB Script

Environments & Applications
Apache, IIS, CGI, HTML, DHTML, XML, CSS, CVS, Perforce, Brio, ODBC,
Oracle, Redbrick, Big Brother, Larrd, MS Office, Lotus Notes, Emacs,
Photoshop, Flash


## Employment History
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~                    1996 - 2002
Lycos
Sr. Systems Engineer
Key member of team primarily responsible for creating, enhancing, and
maintaining the Enterprise Reporting System. Instrumental in
collecting raw usage data from thousands of webservers worldwide,
processing that data into a multi terabyte data warehouse, and
providing comprehensive access to that information for both internal
and external clients. Successfully planned and executed several major
information architecture projects as the primary developer.
( See http://www.patrogan.com/portfolio )

Developing Streamlined User Interfaces for Information Access
---------------------------------------------------------------------
*> Lincoln: Conceptualized and developed during my first year at Lycos
   as a method of providing Product and Ad Managers direct access to
   the reporting system data. This system implemented an easy to use
   "wizard" like interface. Its flexible design allowed the code to
   easily adapt to a complete replacement of the back-end number
   crunching system and was used in production for over four years by
   both internal and external clients. The entire reporting system
   eventually became known as "Lincoln".

*> Sanphord: Developed a database driven web-based inventory (asset)
   management system. Capitalized upon the groundwork from the Lincoln
   project, creating a greatly enhanced application development
   environment foundation - as well as a fully functional inventory
   system. This application contained advanced search, visualization,
   and data entry functionality.

*> Jefferson: Developed an enhanced second-generation reporting
   interface based on feedback and usability studies of the original
   Lincoln system. Several aspects of the Lincoln interface were
                              Page 23

Fraud mail.txt

improved while keeping the overall nature of the user interaction relatively consistent. This interface was developed but never implemented due to shifting priorities.

*> Saber: Designed a third-generation reporting interface for our new data warehouse environment, building upon design work for Jefferson and usability studies of the data warehouse system's existing bare-bones interface. This interface evolved into an extensible portal for integrating various heterogeneous reporting tools from around the Lycos worldwide network. The redesign also vastly improved the presentation and usability of the existing system. This system is in use today across the Lycos network.

*> Executive Dashboards: Brio was used to create several "dashboards" or graphical summaries of important business metrics. I consulted on this project, lending my extensive knowledge and experience of HCI, user interface design, and computer usability.

International Support and Training
-----------------------------------------
*> Traveled to Tokyo, Toronto, and Germany on multiple occasions for Lycos-Japan, Bell Sympatico, and Bertelsmann, respectively, to personally install reporting systems, including components I developed.

*> Trained those companies' engineers, directors, and business managers on the operation and maintenance of the reporting system.

*> Additionally trained reporting engineers from Bertelsmann, Lycos-Singapore, and Lycos-Japan locally in Boston and Pittsburgh.

*> Assisted international partners with the daily operations of their reporting system installations during initial training periods.

*> Provided 24/7 telephone support and training for international partners in crisis situations.

*> Proactively assumed responsibility of the daily operations of the Lycos-Japan Reporting system to correct operational problems and ensure 100% uptime.

Developing Infrastructure
-----------------------------------------
*> Developed and maintained multiple generations of the reporting subsystem for collecting log data from web servers using a proven methodology that scaled to handle thousands of downloads, daily, in a heterogeneous worldwide network.

*> Analyzed and repaired security holes in our proprietary log file transfer server, usually within 24 hours of detection.

*> Championed the use of a third-party data visualization tool, Brio, by creating specialized data visualization tools for various internal customers.

*> Identified the need for enhanced monitoring for the reporting system and developed those tools with the help of open source projects such as Big Brother and Larrd.

*> Lead developer on several major projects, listed above.

*> Created and maintained essential utilities used by both the Reporting Group and by other departments.

Page 24

Fraud mail.txt

*> Developed a low-level module for the Apache web server to allow
   authentication on multiple web servers with a single login.

*> Contributed to the design and enhancement of reporting system
   components developed by other members of the team.

Maintaining Infrastructure
------------------------------------
*> Instrumental in integrating an externally designed data warehouse
   system into the existing reporting environment.

*> Integrated multiple additional reporting systems, worldwide, into
   the new data warehouse.

*> Monitored, troubleshot and automated the collection of hundreds of
   Gigabytes of raw usage data on an hourly basis.

*> Directly managed and maintained the access of the Reporting system
   to outside customers, such as Microsoft, Sprint, AT&T.

*> Developed and administered mission critical applications, running
   on Apache and Netscape Enterprise web servers.

*> Worked directly with end users to answer questions, resolve issues,
   and gather requirements.

*> Interfaced with other departments to obtain resolution on external
   technical issues.

*> Administered several Digital Unix (now HP) AlphaServer 8400 servers
   as well as Linux, Windows and Macintosh systems.

*> Performed raw data integrity audits and automated the validation of
   daily reports.

*> Created detailed documentation of the Reporting group's products,
   procedures, and requirements for multiple audiences.

*> Actively maintained several documentation web servers, providing an
   interface for accessing documentation 24/7.


Electrical and Computer Engineering Facilities, CMU        1994 - 1996
Cluster Manager, User Consultant, Webmaster

Responsible for the hiring, scheduling, and financial planning of User
Consultants for computer cluster. Directly supported ECE staff on
Macintosh and UNIX platforms. Streamlined the school's official web
site increasing utility for both faculty and students.


Pittsburgh Supercomputing Center                           1995
Assistant System Administrator

Developed a module for an open source search engine to quickly catalog
and search through an individual's accumulated UNIX based email on
their desktop computer.


Internet Securities, Inc.                                  1994 - 1995
Consultant

Page 25

Fraud_mail.txt

● Performed web authoring and programming for website providing emerging
markets information and other financial news to businesses in
Europe. Maintained Macintosh systems locally and internationally.

Open Source Projects and Contributions
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
Gimp                                                              1997

Contributed to the design of the user interface by suggesting
guidelines for streamlining the image manipulation program's controls
and creating a set of modern and standardized icons for its
palettes. The Gimp exists today on every major computing platform and
is an essential tool for web developers.

ASClock                                                          1998

Helped create and guide the development of this desktop clock
application, which is found in every installation of Linux as part of
the Gnome desktop.  This was a default component of the Gnome desktop
environment for several years.

FatCat                                                           2003

A cross-platform utility written in 100% pure Java that scans image
collections for duplicate and near duplicate images by examining the
features that make up the images. It can automatically quarantine
● duplicate images, similar to the way virus detection utilities
work. It performs other useful functions for working with image
collections.

Talking Clock                                                    2003

A clock utility that speaks the time aloud at user defined intervals
instead of displaying it on the screen. The animated avatar that
delivers the time can be optionally hidden.  This utility is written
in JavaScript for the Konfabulator application environment.

Magic Space Bus                                                  2003

A utility that scans a hard drive or directory and presents a graph of
the size of each file and folder within.  The graph is presented in a
window on the desktop and is automatically updated at regular
intervals. This utility is written in JavaScript and Bash for the
Konfabulator application environment.

iParty                                                           2003

An application that displays an interactive view of a music player's
playlist using album cover images in a similar manner to Microsoft's
Media Center.  This information is presented in a display that can
intelligently scale from full screen to palette size. This application
is written in JavaScript and AppleScript for the Konfabulator
application environment.

● Education
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

Fraud mail.txt

FS 647  Crime Scene Investigation
FS 654  Crime Investigation Analysis: Profiling.
FS 662  Supervised Graduate Project, Master Thesis "Integration of Molecular
Pathology to Modern Forensic Medicine and Autopsy"
FS 644  Forensic Toxicology
FS 652  Forensic Anthropology

5/2001 Grand Canyon University US-AZ-Phoenix
Bachelor's Degree
Bachelors of Arts in Biochemistry
Dean's List 1998-2001
Cum Laude
Education: Curriculum Vitae
In Chemistry:
-General Chemistry (with 2 semesters Laboratory experience)
-Organic Chemistry (with 2 semesters Laboratory experience)
-Analytical Chemistry (with 1 semester Laboratory experience)
-Biochemistry (with 1 semester Laboratory experience)
-Research: Teaching Chemistry
-Independent Undergraduate Research: Biochemistry Spring 2001
In Biology:
-General Biology (with 2 semesters Laboratory experience)
-Genetics (with 1 semester Laboratory experience)
-Physiology (with 1 semester Laboratory experience)
-Cell Biology
-Pathophysiology
In Mathematics:
-College Pre-calculus
-Calculus with Analytical Geometry One
-General Physics (with 2 semesters Laboratory experience)
-Statistics
-MathCAD
General Studies:
-Microsoft Access
-Microsoft Excel
-Advanced Microsoft Word
-Christian Theology and Bible
-French 101-102
-French 201-202
-Public Speaking
-Advanced Composition
-Science Communications I
-Playwriting

AFFILIATIONS
7/2003 - Present United States Achievement Academy Nominated Member
2/2003 - Present American Academy of Forensic Sciences Member-Student
3/2000 - 7/2000 Phoenix Children's Hospital Volunteer
8/1998 - 5/2001 Alpha Kappa Elipson Pre-Medical Student Club Member
8/1998 - Present Dean's List Member
8/1997 - 5/1998 Food Not Bombs Volunteer
8/1997 - 5/1998 Young Democrats Club Member
8/1995 - Present National Forensic Society Member

From:    tania leonian [tanil@charter.net]
Sent:    Wednesday, January 21, 2004 10:14 AM
To:      Suzanne@Diamondstaffing.com
                                        Page 29

Fraud mail.txt

Subject:          position

To Whom It May Concern:<?xml:namespace prefix = o ns =
"urn:schemas-microsoft-com:office:office" />


I have more than 8 years of experience, working for some of the most prestigious
companies in the Silicon Valley, such as NASA and the Radio Astronomy Laboratory in
California. I have worked as a Senior Software Engineer, Project Manager, Support
Engineer and Information Systems administration. I've participated in the
development of many applications from design to commercial release.


Please review my enclosed resume. I have a rare combination of excellent
interpersonal skills and technical expertise. I am open to any type of position
that utilizes my skills and is a good fit for your organization.


Best regards,


Tania Leonian


Here is my resume:


Tania Leonian

<?xml:namespace prefix = st1 ns = "urn:schemas-microsoft-com:office:smarttags"
/>423 Waldo Ave. #202

Pasadena, CA 91101

Phone: (626) 796-3374

Cell: (415) 786-1324

Email: tani1@charter.net

tleonian@alum.calberkeley.org


I have more than 8 years of experience, working for some of the most prestigious
companies in the Silicon Valley, such as NASA and the Radio Astronomy Laboratory in
California. I have worked as a Senior Software Engineer, Project Manager, Support
Engineer and Information Systems administration. I've participated in the
development of many applications from design to commercial release. I have
excellent interpersonal skills


EDUCATION:

Fraud mail.txt

UC Berkeley, Berkeley, California
5/94

B.S. Degree: Physics (engineering)


Complementary courses

Programming courses, Visual Basic, C++, Java, LISP, UNIX, MUMPS programming
language, electrical engineering, foreign language, astronomy


EXPERIENCE:


Solutions Engineer/Project Manager - Workshare, San Francisco, California - 2/12/02
to 4/30/03

Pre-sales engineering support for document comparison and collaboration software.
Research and analysis for issues in the areas of installation, integration,
configuration, workflow analysis and functionality of software. Duties also include
technical training and project management as well as managing client information in
Siebel CRM application, Livelink project management software


Sr. Software Engineer - IDX Corporation, San Francisco, California          7/16 -
11/30/01

Code fixes in MUMPS language for IDX products, specialized in the scheduling
application; including reporting bugs and updating central database


Responsibilities included problem solving, technical troubleshooting, programming
using MUMPS, DBMS, lotus notes, Vantive case-tracking application


Support Engineer - Informative Inc., San Francisco, California
10/99-7/3/2001

Worked as a project manager, managing the beta release of new product, provide
technical support, development assistance.


Responsibilities included problem solving, technical troubleshooting, programming
using ASP, C++, Perl, Visual Basic, database analysis using SQL, training.


NASA-SETI Institute, California
3/96-4/98

Worked as a public information specialist, participated in the development of a
web-based application. The application was intended as a public interface with the
scientific search for extraterrestrial intelligence.

Page 31

Fraud mail.txt

Radio Astronomy Laboratory - Hat Creek Radio Observatory, California  7/94-1/95

Worked as a Junior Specialist managed and performed preparation and installation of
radio telescope receiving dishes; duties included operation of mechanical and
electronic equipment and precision work to .003"; also manufactured and installed
sheet metal insulation panels according to chief mechanical engineer's
specifications.


Contracting work - Bay Area - 1995 to 96, 1998 to 1999

Designed and built relational database in Access; online form design using Visual
Basic, javascript, ASP, create and run reports using SQL for Oracle database


SKILLS:


Software development

Visual C++, Visual Basic, Visual InterDev, C++, Java, Fortran, UNIX, LISP

Internet development

Visual InterDev 6.0, Active Server Pages (ASP), SQL 7.0, Java script, VB script,
Corel Draw, Adobe Illustrator.

Database development

MS-SQL, Access, FoxPro

Operating System Used

NT, MS-Win, UNIX, VAX, MS-DOS


PERSONAL:

California State Champion Spelling, fluency in Spanish, some French, Russian and
German, interest in comparative religions, artistic ability




From:    information [info@skettle-pictures.com]
Sent:    Monday, January 26, 2004 10:17 AM
To:      suzanne@diamondstaffing.com
Subject:        Resume

Dear Suzanne,
         I'm an information security consultant and in need of a job ASAP. Any
job will do for now to keep me taking care of my family. Attached is my current
resume.
Thanks.
Abban Aggrey                        Page 32

# EXHIBIT 3

## Suzanne Devries, President

**From:**    Mark L. Olsen [mlolsen@kirchnercorp.com]
**Sent:**    Friday, February 11, 2005 4:36 PM
**To:**      suzanne@diamondstaffing.com
**Subject:** FW: Kirchner Corporation

Suzanne:

Thanks for taking time to talk with me.
Mark

---

**From:** Mark L. Olsen
**Sent:** Friday, February 11, 2005 12:10 PM
**To:** 'info@diamondstaffinginc.com'
**Subject:** Kirchner Corporation

Suzanne DeVires:

I was given your company as well as your name by Brian Flemming of the Carla Corporation.
Kirchner Corporation, located in Minneapolis, MN. has been manufacturing jewelry since 1901.
We are looking for our line to be represented on the West Coast of the United States.

I would like to get information on how your company could help us in our search for sales reps and your fees.
Thank you

Mark Olsen
Kirchner Corporation
National sales Manager
1000 Boone Ave N #900
Minneapolis, MN 55427
763-546-5440
E-mail: mlolsen@kirchnercorp.com

The information contained in this email is legally privileged and confidential information for the sole use of the intended recipient. Any use, distribution, transmittal or retransmittal of information contained in this email by persons who are not intended recipients may be a violation of law and is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.



EXHIBIT
Moore    9

PMC 6-1-05

3/10/2005

# EXHIBIT 4



```
-----Original Message-----
From: Diamond Staffing Contact Form [mailto:jemw2323@aol.com]
Sent: Thursday, October 21, 2004 5:40 PM
To: suzanne@diamondstaffing.com; dh@cvwp.com; ray@cvwp.com
Subject: Contact Request
```

Below is the result of your feedback form.  It was submitted by
Diamond Staffing Contact Form (jemw2323@aol.com) on Thursday, October 21, 2004 at 18:39:46
-----------------------------------------------------------------

name: Wilhelmina Miller

address: 615 Chandler Ave.

city: Linden

state: NJ

zip: 07036

phone: (908) 486-8555

how_did_you_hear_about_us: Walk-in

best_time_to_contact: 8AM-12PM

comments: I came into the Elizabeth office & I was told that I could fill out an
application online but I can't locate it on your website. Can you PLEASE e-mail one to me.
Thank You ! PLEASE reply ASAP.

-----------------------------------------------------------------

1



```
-----Original Message-----
From: Diamond Staffing Contact Form [mailto:TVelez824@aol.com]
Sent: Wednesday, May 05, 2004 1:10 PM
To: suzanne@diamondstaffing.com; dh@cvwp.com; ray@cvwp.com
Subject: Contact Request


Below is the result of your feedback form.  It was submitted by
Diamond Staffing Contact Form (TVelez824@aol.com) on Wednesday, May 5, 2004 at 14:10:17
------------------------------------------------------------------------

name: Tony Velez

address: 8608 21st Ave

city: Brooklyn

state: NY

zip: 11214

phone: 718-265-1485

how_did_you_hear_about_us: internet

best_time_to_contact: 4PM - 8PM

comments: Does your firm have any local contacts or flag ship offices in the NY/NJ area
that would be able to assist me in my search for a new position (Sales, Sales Manager,
Inside Sales, etc.)?  I would also like to send my background to you, please let me know
who best to forward it to.
Regards,
Tony Velez


------------------------------------------------------------------------
```

1



```
-----Original Message-----
From: Diamond Staffing Contact Form [mailto:shaysuaga@yahoo.com]
Sent: Thursday, June 09, 2005 4:11 PM
To: request@diamondstaffing.com; dh@cvwp.com; ray@cvwp.com
Subject: Contact Request


Below is the result of your feedback form.  It was submitted by
Diamond Staffing Contact Form (shaysuaga@yahoo.com) on Thursday, June 9, 2005 at 17:10:31
------------------------------------------------------------------------

name: sheila

address: jarman

city: providence

state: RI

zip: 02907

phone: 4012738449

how_did_you_hear_about_us: NA

best_time_to_contact: 8AM-12PM

comments: i have been trying to contact thr rhode office for a while now in regards to a
job and no one has contacted me i would like to get some feed back instead of me calling
all of the time. thank you

------------------------------------------------------------------------
```

DSS 000765

# EXHIBIT 5

**The Commonwealth of Massachusetts**
**Commission Against Discrimination**
**One Ashburton Place , Boston, MA 02108**
**Phone:  (617) 994-6000 Fax:  (617) 994-6024**

10/18/2004

Diamond Staffing Solutions, Inc.
Attn: Director of Human Resources
5 Remington Court
Derry, NH 03038

RE: Yolanda  Wilder   vs. Fast Lanes, Massachusetts
Turnpike Authority, Diamond Staffing Solutions, Inc.
MCAD Docket Number:  04BEM02800
EEOC/HUD Number: 16CA402705

Dear Respondent:

Please be advised that the Massachusetts Commission Against Discrimination (MCAD) has received the
above referenced complaint of discrimination which alleges that you have committed an act of
discrimination.  A copy of that complaint is enclosed.

State law requires the Commission to impartially review the allegations in that complaint.  The
Commission has assigned one of its staff,  Carolyn Packard, to investigate the complaint.  This MCAD
investigator will keep the parties informed of developments arising from that investigation.

State law requires that you submit a formal written answer to the complaint in the form of a Position
Statement.  This written answer should be submitted to MCAD Investigator within twenty-one (21) days of
receipt of this notification.  In addition, the Position Statement **must be signed under the pains and
penalties of perjury**.  A copy must also be forwarded to the Complainant at the address listed on the
enclosed complaint.  Failure to file an answer or Motion for a More Definite Statement within the prescribe
time may result in sanctions being imposed in accordance with 804 CMR 1.16.  These sanctions may
include but are not limited to:

   a.   allegations in the complaint being taken as  established for the purposes of the case in  accordance
        with  the claims  of the Complainant;
   b.   a waiver by Respondent of  the right  to have  the Commission conduct  further  investigation,
        determine whether  there  is probable cause and/or make conciliation efforts;
   c.   your being barred from  introducing any  and all  evidence at the public hearing;
   d.   your being barred from  introducing designated  matters into evidence at the public hearing;
   e.   your being barred from presenting any and all defenses at the public hearing; and,
   f.    your  being  barred from opposing  designated claims or supporting designated defenses at the
        public hearing.

Please note that you must include in the Position Statement one of the following statements:

I am (or Respondent is) represented by an attorney in this matter.
                          -OR-
I am (or Respondent is) not represented by an attorney in this matter.

Failure to submit an accurate statement may result in adverse action being taken against you as the
Respondent. Please note that if your representational situation changes, you must notify the Commission
immediately.

MCAD Docket Number 04BEM02800, Serve Respondent – With Investigative Conference

In order to reduce the time necessary to investigate and resolve complaints of discrimination, the MCAD schedules an Investigative Conference with the parties shortly after the complaint is filed. Information about that Conference is included with this notice.

An Investigative Conference regarding the above complaint will be held at the Commission's Offices, One Ashburton Place, Boston, MA, at 09:00 AM on 01/12/05. You are required to attend this Conference.

One important purpose of this Conference will be to determine whether the parties are willing to consider a rapid, informal and voluntary resolution of this dispute. The Commission encourages such resolutions as an alternative to the often lengthy and expensive litigation process.

If you have any questions pertaining to the Investigative Conference, please contact Carolyn Packard at (617) 994-6100.

Sincerely,

Carolyn Packard
Investigator

Cc:

MCAD Docket Number 04BEM02800, Serve Respondent – With Investigative Conference

# EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

Fast Lanes
Attn: Director of Human Resources
145 Havre Street
Boston, MA 02128

Massachusetts Turnpike Authority
Attn: Director of Human Resources
10 Park Plaza
Suite 4160
Boston, MA 02116

Diamond Staffing Solutions, Inc.
Attn: Director of Human Resources
5 Remington Court
Derry, NH 03038

Person Filing Charge:
This Person (Check One):

Date of Alleged Violation:
Place of Alleged Violation:
EEOC Charge Number:
MCAD Docket Number:

Yolanda Wilder
( ) Claims to be aggrieved
( ) Is filing on behalf of
06/30/04

16CA402705
04BEM02800

---

NOTICE OF CHARGE OF DISCRIMINATION WHERE AN FEP AGENCY WILL INITIALLY PROCESS (See Attached Information Sheet For Additional Information)

You are hereby notified that a charge of employment discrimination under
      [ ] Title VII of the Civil Rights Act of 1964
      [ ] The Age Discrimination in Employment Act of 1967 (ADEA)
      [ ] The Americans Disabilities Act (ADA)
Has been received by
[ ]   The EEOC and sent for initial processing to   MCAD
                                             (FEP Agency)

[ ]   The Mass. Commission Against Discrimination
      (FEP) Agency and sent to the EEOC for dual filing purposes.

While the EEOC has jurisdiction (upon the expiration of any deferral requirements if this is a Title VII or ADA Charge) to investigate this charge, EEQC may refrain from beginning an investigation and await the issuance of the Agency's final findings and orders. These final findings and orders will be given weight by EEOC in making its own determination as to whether or not reasonable cause exists to believe that the allegations made in the charge are true.

You are therefore encouraged to cooperate fully with the Agency. All facts and evidence provided by you to the Agency in the course of its proceedings will be considered by the Commission when it reviews the Agency's final findings and orders. In many instances the Commission will take no further action, thereby avoiding the necessity of an investigation by both the Agency and the Commission. This likelihood is increased by your active cooperation with the Agency.

[X]   As a party to the charge, you may request that EEOC review the final decision and order of the above named Agency. For such a request to be honored, you must notify the Commission in writing within 15 days of your receipt of the Agency's issuing a final finding and order. If the agency terminates its proceedings without issuing a final finding and order, you will be contacted further by the Commission. Regardless of whether the Agency or the Commission processes the charge, the Recordkeeping and Non-Retaliation provisions of Title VII and the ADEA as explained on the second page of this form apply.

For further correspondence on this matter, please use the charge number(s) shown.

EEOC Charge Number 16CA402705, EEOC Transmittal Letter to Respondent

[ ]  An Equal Pay Act Investigation (29 U.S.C 206(d) will be conducted by the Commission concurrently with the Agency's investigation of the charge.

[X]  Enclosure: Copy of the Charge

| Basis of Discrimination | | | | |
|---|---|---|---|---|
| ( ) Race | ( ) Color | ( ) Sex | ( ) Religion | ( ) National Origin |
| ( ) Age | ( ) Disability | ( ) Retaliation | ( ) Other | |

Circumstances of alleged violation:
SEE ENCLOSED COPY OF THE CHARGE OF DISCRIMINATION (or EEOC FORM 5)

| Date | Type Name/Title of Authorized EEOC Official | Signature |
|---|---|---|
| 10/18/2004 | Robert L. Sanders, Director | |

**The Commonwealth of Massachusetts**
**Commission Against Discrimination**
**One Ashburton Place , Boston, MA 02108**
**Phone:  (617) 994-6000 Fax:  (617) 994-6024**

---

MCAD DOCKET NUMBER: 04BEM02800          EEOC/HUD CHARGE NUMBER: 16CA402705
FILING DATE: 09/27/04                            VIOLATION DATE: 06/30/04

---

Name of Aggrieved Person or Organization:
Yolanda Wilder
75 Coleman Street
Apartment 1
Boston, MA 02125
Primary Phone: (617)825-2259 ext. _____

---

Named is the employer, labor organization, employment agency, or state/local government agency who discriminated
against me:
Fast Lanes
Attn: Director of Human Resources
145 Havre Street
Boston, MA 02128


Massachusetts Turnpike Authority
Attn: Director of Human Resources
10 Park Plaza
Suite 4160
Boston, MA 02116


Diamond Staffing Solutions, Inc.
Attn: Director of Human Resources
5 Remington Court
Derry, NH 03038


No. of Employees:        25+

Work Location: East Boston, MA

---

Cause of Discrimination based on:
Sex, Female.

---

**The particulars are:**
I, Yolanda  Wilder, the Complainant believe that I  was discriminated against by Fast Lanes, Massachusetts Turnpike
Authority, Diamond Staffing Solutions, Inc., on the basis of Sex. This is in violation of M.G.L. 151B Section 4 Paragraph 1
and 16A and Title VII.

---

See Attached


MCAD Docket Number 04BEM02800, Complaint

# Rainer, Walsh & O'Connor, LLP
## *Attorneys at Law*
# 60 Veteran of Foreign Wars Parkway
## Revere, Massachusetts  02151

04130280̄0̄

Robert K. Rainer
Thomas F. Walsh
Christopher S. O'Connor
Daniel C. Federico
Edwin W. Barrett, III
Ryan J. Matthews
Michael Antoniello, M. D.
Ronald H. Rainer (Retired)

Telephone  (781) 289-7900
Facsimile      (781) 485-0624
Toll Free         (800)-451-2220
www.rainerlaw.com

September 24, 2004

RECEIVED
SEP 27 2004
COMM. ON AGAINST
DISCRIMINATION

Mass Commission Against Discrimination
One Ashburton Place
Boston, MA 02108

Re:   **Yolanda Wilder vs. Fast Lanes, Mass. Turnpike Authroity, Diamond Staffing**
      **Solutions, and Transcorp, Inc.**

Dear Sir/Madam:

Enclosed please find the following documents for your review in the above-referenced matter:

- Notice of Appearance;
- Charge of Discrimination.

Kindly file in your usual manner.

Thank you for your attention to this matter.

Best wishes,

Ryan J. Matthews

RJM/kam
Enclosure

# CHARGE OF DISCRIMINATION
## MASSACHUSETTS COMMISSION AGAINST DISCRIMINATION
## AND EEOC

MCAD NUMBER:

EEOC NUMBER:

## NAME OF AGGRIEVED PERSON OR ORGANIZATION

Yolanda Wilder
75 Coleman Street
Apartment #1
Dorchester, MA 02125

## NAME OF RESPONDENT:

Fast Lanes
145 Havre Street
East Boston, MA

Massachusetts Turnpike Authority
10 Park Plaza, Suite 4160
Boston, MA 02116
Diamond Staffing Solutions, Inc.
5 Remington Court
Derry, NH 03038

## APPEARANCE OF COUNSEL

I appear as attorney for Complainant in the above named complaint.

Dated: September 24, 2004

Ryan J. Matthews
B.B.O. #654798
RAINER, WALSH & O'CONNOR
60 V.F.W. Parkway
Revere, MA 02151
(617)289-7900

## AMENDED CHARGE OF DISCRIMINATION
### MASSACHUSETTS COMMISSION AGAINST DISCRIMINATION

FEPA NUMBER:                    FILING DATE:
EEOC NUMBER:                    VIOLATION DATE: 5/20/04-6/30/04

NAME OF AGGRIEVED PERSON OR
ORGANIZATION:
                                Yolanda Wilder
                                75 Coleman Street
                                Apartment #1
                                Dorchester, MA 02125

TELEPHONE NUMBER(S):            (617) 825-2259

NAME OF RESPONDENTS:            Fast Lanes
                                145 Havre Street
                                East Boston, MA

                                Massachusetts Turnpike Authority
                                10 Park Plaza
                                Suite 4160
                                Boston, MA 02116

                                Diamond Staffing Solutions, Inc.
                                5 Remington Court
                                Derry, NH 03038

NUMBER OF EMPLOYEES:            50+

CAUSE OF DISCRIMINATION
BASED ON:
                                Sex/Gender
                                Hostile Work Environment
                                Sexual Harassment
                                Constructive Discharge

THE PARTICULARS ARE:

1. In approximately March of 2004, I applied to work as a temporary employee placed by Diamond Staffing Solutions, Inc.

2. In late May of 2004 I was approached by Gene Laravey from Diamond Staffing Solutions.

3. Laravey informed me that he had secured an interview at Fast Lanes a division of the Massachusetts Turnpike Authority.

4. Shortly thereafter, I interviewed with Ron Hill of Fast Lanes at their Harve Street location in East Boston.

5. After the interview, I received a phone call from Laravey who informed me that I had been offered the job.

6. The terms of my employment, as explained to me, stated that I was to begin work as a temporary employee working forty hours a week for the first three months. After three months I was to be hired on full time by Fast Lanes.

7. Immediately and throughout the time I worked at the Harve Street location I was subjected to gender discrimination due to sexual harassment.

8. In particular, I was subjected to the sexual harassment and repeated unwanted touchings of my supervisor, Ron Hill.

9. On my first day of employment with Fast Lanes, which I believe to have been Friday May 28, 2004, I was using the credit card machine when the manager, Ron Hill, approached me from behind and smacked my buttocks.

10. When lunch time came on Friday May 28, 2004 Hill was insistent that he take me out to lunch despite my repeated denials of his offer. I resorted to a lunch from the concession stands.

11. On the second day I went to work, I was seated in the confined vault area changing into my work shoes when Mr. Hill approached and stood over me. Hill told me there was something in my hair and forced my head towards his penis.

12. After this incident I learned from the other coworkers in the office that Hill had acted in the same manner towards the other temporary employees who were sent to Fast Lanes by Diamond Staffing.

13. On or about June 1, 2004, while I was working at my computer, Hill approached me from behind and proceeded to rub his penis on my shoulder.

14. I informed him that this was an unwanted touching and exited the office area.

15. Upon speaking with a coworker, Andrea Cornelus, I learned that the other temporary employees who experienced this treatment and complained were fired by Hill.

16. After my conversation with Ms. Corneilus, I was working at my desk and Hill approached attempting to give me a hug. I tried to pull away, but he forcibly hugged me. After this harmful and offensive touching, I immediately exited the office.

17. Upon exiting the office, I spoke with a worker at the parent company, Massachusetts Turnpike Authority. This worker saw that I was visibly shaken after having been molested by Hill. He advised me to call the Massachusetts State Troopers which I did.

18. State Trooper Arthur Dekoy came to the office and took my statement and the statement of Ms. Corneilus.

19. After the trooper had taken our statements, I contacted Gener Laravey at Diamond Staffing Solutions.

20. Upon hearing what happened and how I was treated, Laravey exclaimed: "You got to be fucking kidding me, we were just in a meeting with another girl about that."

21. Laravey then arranged a meeting with Shelia LNU and Rocco LNU who were Hill's supervisor. After this meeting Hill was fired.

22. Subsequent to my employment at Fast Lanes, Ron Hill was formerly charged with sexual assault and battery.

23. I found Hill's repeated unwanted touchings to be harmful and offensive.

24. Hill's treatment of me created a hostile work environment which I feel Diamond Staffing knew or should have known existed before sending me to work for Fast Lanes.

25. Upon my return to work, I was never apologized to and made to feel like Hill's firing was my fault.

26. Furthermore, I was told by Rocco LNU that my job was merely temporary contrary to earlier assertions that I would be hired as a full time employee after a ninety day period.

27. I was also told by Ms. Cornelius that "they would really crack down on me now."

28. Later that month my drawer was short one dollar and eighty cents ($1.80).

29. On this day, Gene Laravey came into the office to discuss my short drawer.

30. This was extremely embarrassing to me as Laravey would rarely ever visit the workplace.

31. Laravey discussed the drawer being short with me, and I mentioned to him that I did not feel comfortable in the workplace and that I was considering putting in my two week notice.

32. When I mentioned the prospect of leaving the office Laravey exhibited his enthusastic support of my leaving.

33. I found my treatment after Hill's termination to be insulting and offensive and designed to create a hostile work environment.

34. Based on personal knowledge, information and belief similar complaints have been made against Ron Hilll.

35. Based on personal knowledge, information and belief the above named Respondents did not investigate earlier complaints nor was Hill subjected to any disciplinary actions based on earlier complaints.

36. Based on personal knowledge, information and belief, the discriminatory activities that I have experienced consist of sexual harassment and discrimination based on gender and sex.

37. The environment at the Harve Street location was so severe that I felt I had no other recourse than to resign my position.

38. As a result, I have experienced emotional distress and associated symptoms, including anxiety attacks, difficulty sleeping, a general feeling of worthlessness and embarrassment as a result of the sexual harassment, discrimination and mistreatment.

I ALSO WANT THIS CHARGE FILED WITH EEOC:     YES

I WILL ADVISE THE AGENCIES IF I CHANGE MY ADDRESS OR TELEPHONE NUMBER AND I WILL COOPERATE FULLY WITH THEM IN THE PROCEEDING OF MY CHARGE IN ACCORDANCE WITH THEIR PROCEDURES.

I SWEAR OR AFFIRM THAT I HAVE READ THIS COMPLAINT AND THAT IT IS TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

*Yolanda Wilder*

(YOLANDA WILDER, COMPLAINANT)

SWORN TO AND SUBSCRIBED BEFORE ME THIS 23 DAY OF _Sept_ , 2005

NOTARY PUBLIC: _____

MY COMMISSION EXPIRES: __3-13-09__