UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DIAMOND STAFFING SOLUTIONS, INC.,

Plaintiff,

v.

DIAMOND STAFFING, INC.,

Defendant.

Civil Action No. 05-40046-FDS

## AFFIDAVIT OF KATHLEEN A. GILROY

I, Kathleen A. Gilroy, under oath, depose and say as follows:

1.    I am an adult resident of the Commonwealth of Massachusetts, and make this Affidavit based upon my own knowledge.  This Affidavit is made in support of Plaintiff's Motion for Preliminary Injunction.  I have personal knowledge of the facts set forth in this Affidavit, and would be competent to testify thereto.

2.    I am currently an Internet Recruitment Consultant for Monster.com, Inc. ("Monster"), located at 5 Clock Tower Place, Suite 500, Maynard, MA 01754.

3.    I have been employed by Monster as an Internet Recruitment Consultant for approximately five (5) years.  During this time, I have been the account representative for Diamond Staffing Solutions℠ and Suzanne DeVries.

4.    Monster offers a free service allowing job-seekers to search job postings on www.monster.com.   Job-seekers may target certain geographic areas when conducting their job searches.

5.    Monster offers the following services for prospective employers:

a) <u>Advertisement Postings</u>:  For each advertisement that a prospective employer would like to post, the prospective employer must select a geographic target area. Employers are charged flats rates for each posting, with only one selected targeted geographic area per posting.  The standard length that a posting remains on www.monster.com is sixty (60) days.

b) <u>Access to Resume Database</u>: Employers can also purchase access to Monster's resume database.  Access to the resume database generally lasts for one (1) year from the receipt of payment, and costs can range from $5,700 - $8,900.

6.     Defendant Diamond Staffing, Inc. ("DSI") purchased access to Monster's resume database on March 17, 2004, for one (1) year for $7,650.00.  Defendant renewed this annual contract on March 9, 2005, for $8,010.

7.     Attached hereto as Exhibit 1 is a true and accurate copy of a report showing annual resume database activity for DSI.  The report in my estimation shows moderate to above average usage on the part of DSI.

8.     Attached hereto as Exhibit 2 is a true and accurate copy of a  DSI job posting on Monster from March, 2005.

9.     Since commencing operations in 2002, Diamond Staffing Solutions<sup>SM</sup> has placed over 100 postings and invested approximately $17,000.00 in postings on Monster.  Diamond Staffing Solutions<sup>SM</sup> placed 15 postings in 2002, 28 postings in 2003, 45 postings in 2004 and is on track to place more than 70 postings in 2005.

10.     Attached hereto as Exhibit 3 is a true and accurate copy of a report evidencing the job postings and advertisements for Diamond Staffing Solutions<sup>SM</sup> on Monster from May, 2002 to June, 2005.  As is apparent from the report, the majority of the Diamond Staffing Solutions'<sup>SM</sup>

job postings during this time fell under the category of "Retail/Wholesale," which potentially covers a very wide range of industries.

      11.    Between May, 2002 and October 31, 2003, Diamond Staffing Solutions[SM] placed the following postings targeting candidates for positions in Massachusetts:

      (a)    a May 2, 2002 posting for an opportunity in "Boston South", Massachusetts;

      (b)    a September 7, 2003 posting for an opportunity in "Western/Springfield", Massachusetts;

      (c)    an October 26, 2003 posting for an opportunity in "Boston South", Massachusetts; and

      (d)    an October 29, 2003 posting for an opportunity in Boston, Massachusetts.

See Exhibit 3 attached hereto.

      12.    Moreover, certain of Diamond Staffing Solutions'[SM] other postings during this period of time seek candidates for positions in Massachusetts.  See, e.g., September 7, 2003 posting for ostensibly a Georgia opportunity, but the description reads:  "EXPERIENCED bench jewelers needed in AZ, GA, MA, NH, and ME."

      13.    Based on my observation over the past several years, Diamond Staffing Solutions'[SM] business has grown exponentially over this period of time.

Signed under he pains and penalties of perjury this 7th day of July, 200.;.

Kathleen A. Gilroy

# EXHIBIT 1

| Username | Companyname | Licensesused | Companycode | Year | Month | Monthname | License Dateexpires | Recruiter Dateexpired | Firstname | Lastname |
|---|---|---|---|---|---|---|---|---|---|---|
| xdiastaffx02 | Diamond Staffing Inc. | 329. | xdiastaffx | 2004 | 3 | March | 03/18/05 09:00 AM | 03/18/06 12:00 AM | Julian | Ochoa |
| xdiastaffx02 | Diamond Staffing Inc. | 379. | xdiastaffx | 2004 | 4 | April | 03/18/05 09:00 AM | 03/18/06 12:00 AM | Julian | Ochoa |
| xdiastaffx02 | Diamond Staffing Inc. | 258. | xdiastaffx | 2004 | 5 | May | 03/18/05 09:00 AM | 03/18/06 12:00 AM | Julian | Ochoa |
| xdiastaffx02 | Diamond Staffing Inc. | 79. | xdiastaffx | 2004 | 6 | June | 03/18/05 09:00 AM | 03/18/06 12:00 AM | Julian | Ochoa |
| xdiastaffx02 | Diamond Staffing Inc. | 226. | xdiastaffx | 2004 | 7 | July | 03/18/05 09:00 AM | 03/18/06 12:00 AM | Julian | Ochoa |
| xdiastaffx02 | Diamond Staffing Inc. | 232. | xdiastaffx | 2004 | 8 | August | 03/18/05 09:00 AM | 03/18/06 12:00 AM | Julian | Ochoa |
| xdiastaffx02 | Diamond Staffing Inc. | 252. | xdiastaffx | 2004 | 9 | September | 03/18/05 09:00 AM | 03/18/06 12:00 AM | Julian | Ochoa |
| xdiastaffx02 | Diamond Staffing Inc. | 220. | xdiastaffx | 2004 | 10 | October | | | Julian | Ochoa |
| xdiastaffx02 | Diamond Staffing Inc. | 177. | xdiastaffx | 2004 | 11 | | | | Julian | Ochoa |
| xdiastaffx02 | Diamond Staffing Inc. | 301. | xdiastaffx | 2004 | 12 | | | 0 AM | Julian | Ochoa |
| xdiastaffx02 | Diamond Staffing Inc. | 213. | xdiastaffx | 2005 | 1 | | | 0 AM | Julian | Ochoa |
| xdiastaffx02 | Diamond Staffing Inc. | 356. | xdiastaffx | 2005 | 2 | | | 0 AM | Julian | Ochoa |
| xdiastaffx02 | Diamond Staffing Inc. | 380. | xdiastaffx | 2005 | 3 | | | 0 AM | Julian | Ochoa |
| xdiastaffx02 | Diamond Staffing Inc. | 232. | xdiastaffx | 2005 | 4 | | | 0 AM | Julian | Ochoa |
| xdiastaffx02 | Diamond Staffing Inc. | 605. | xdiastaffx | 2005 | 5 | | | 0 AM | Julian | Ochoa |
| xdiastaffx02 | Diamond Staffing Inc. | 725. | xdiastaffx | 2005 | 6 | | | 0 AM | Julian | Ochoa |
| xdiastaffx02 | Diamond Staffing Inc. | 878. | xdiastaffx | 2005 | 6 | | | 0 AM | Julian | Ochoa |

# EXHIBIT 2



Click here to see all "Diamond Staffing Inc." opportunities

**Fax:** 908-353-4499
**Phone:** 908-353-3399
**Email:** jochoa@diamondstaffinginc.com
**Contact:** Julian Ochoa
**Company:** Diamond Staffing Inc.

**Contact Information**

APPLY NOW
Send this Job to a Friend

**Job Description**

Freight Supervisor-Hands On.
Airports-Certified Fork Lift-Res.
Saturday-Bilingual English-Spa.

...ar with Airlines and
...iver routes-Tuesday thru

**Freight Supervisor**

| | |
|---|---|
| **Company:** | Diamond Staffing Inc. |
| **Location:** | Carlstadt, NJ 07072 |
| **Salary/Wage:** | 13.00 - 16.00 USD /hour full benefits after 90 days |
| **Job Category:** | Supply Chai... |
| **Career** | |
| **Status:** | Full Time, Temporary/Contract/Project, Employee |
| **...rience:** | 1+ to 2 Years |
| **...vel:** | High School or equivalent |

APP

using Apply Now. Learn more.

# EXHIBIT 3

**Diamond Staffing Inc.**

| Username | Year | Monthname | Licensesused |
|---|---|---|---|
| **xdiastaffx02** | | | |
| | **2004** | | |
| | | March | 329 |
| | | April | 379 |
| | | May | 258 |
| | | June | 79 |
| | | July | 226 |
| | | August | 232 |
| | | September | 252 |
| | | October | 220 |
| | | November | 177 |
| | | December | 301 |
| | **2005** | | |
| | | January | 213 |
| | | February | 356 |
| | | March | 612 |
| | | April | 605 |
| | | May | 725 |
| | | June | 878 |
| **xdiastaffx02 Total** | | | **5,842** |
| **Grand Total** | | | **5,842** |

**Diamond Staffing Solutions**

| Year | Month | Number Posted |
|---|---|---|
| 2002 | | |
| | May | 3 |
| | Jul | 3 |
| | Aug | 4 |
| | Sep | 2 |
| | Oct | 3 |
| 2003 | | |
| | Jan | 1 |
| | Feb | 3 |
| | Mar | 3 |
| | May | 2 |
| | Jul | 2 |
| | Aug | 2 |
| | Sep | 4 |
| | Oct | 6 |
| | Nov | 3 |
| | Dec | 2 |
| 2004 | | |
| | Jan | 4 |
| | Feb | 1 |
| | Mar | 2 |
| | Apr | 7 |
| | May | 14 |
| | Jun | 2 |
| | Jul | 3 |
| | Aug | 3 |
| | Sep | 1 |
| | Oct | 2 |
| | Nov | 1 |
| | Dec | 5 |
| 2005 | | |
| | Jan | 2 |
| | Mar | 7 |
| | Apr | 12 |
| | May | 3 |
| | Jun | 12 |
| **Grand Total** | | **124** |

DSS 000784

DSS 000785

Diamond Staffing Solutions

| Username xdiamondssxnh | Year | Month | Day Posted | Job Title | Job Hits | Job Apps | E-mail Apps |
|---|---|---|---|---|---|---|---|
| | 2002 | | | | | | |
| | | May | | | | | |
| | | | 2-May | Jewelry Managers needed IMMEDIATELY!! | 494 | 19 | 0 |
| | | | 19-May | Do you have a passion for Jewelry? | 1,455 | 25 | 0 |
| | | | 26-May | We are looking for "Triple A" jewelry managers! Are you in the "Top Ten"? | 857 | 48 | 0 |
| | | May Total | | | 2,806 | 92 | 0 |
| | | Jul | | | | | |
| | | | 2-Jul | We are looking for outstanding | 1,315 | 39 | 0 |
| | | | 19-Jul | Exceptional Jewelry Managers Only For Georgia | 568 | 19 | 0 |
| | | | 28-Jul | Immediate opening for a SMART Smart Card Manager in the Los Angeles area | 423 | 18 | 0 |
| | | Jul Total | | | 2,306 | 76 | 0 |
| | | Aug | | | | | |
| | | | 7-Aug | Executive Director of Marketing and Sales | 658 | 6 | 0 |
| | | | 12-Aug | We are looking for Fine Jewelry Managers, Assistant Managers, and District Managers for Chicago | 484 | 23 | 0 |
| | | | 27-Aug | Regional Fine Jewelry Directors needed Nation Wide: | | | |
| | | | 29-Aug | Regional Fine Jewelry Directors needed Nation Wide: | 739 | 21 | 0 |
| | | Aug Total | | | 1,881 | 50 | 0 |
| | | Sep | | | | | |
| | | | 12-Sep | Are you a Jewelry Manager Superstar? | 617 | 18 | 0 |
| | | | 25-Sep | TOP TALENT Jewelry managers only click here! | 244 | 4 | 0 |
| | | Sep Total | | | 861 | 22 | 0 |
| | | Oct | | | | | |
| | | | 22-Oct | Energetic Jewelry manager needed for Long Island and Gilroy CA. | 191 | 6 | 0 |
| | | | 23-Oct | What kind of Jewelry Standards do you maintain? | 829 | 16 | 0 |
| | | | 27-Oct | Ambitious, Savvy, Bright, Aggressive.... Is this you? Are you management material? | 1,164 | 66 | 0 |
| | | Oct Total | | | 2,184 | 88 | 0 |
| | 2003 | | | | | | |
| | | Jan | | | | | |
| | | | 11-Jan | Great Leaders Needed!! | 1,198 | 33 | 0 |

DSS 000786

xdiamondssxnh

2003

| Month / Date | Description | | | |
|---|---|---|---|---|
| Jan | | | | |
| Jan Total | | 1,198 | 33 | 0 |
| Feb | | | | |
| 8-Feb | Needed!!! Jewelry Managers who are Great Leaders, Talented Teachers, and Gifted Motivators | 1,029 | 39 | 0 |
| 20-Feb | Regional Fine Jewelry Managers needed for the West and South Western United States: CA, WA, and AZ | 266 | 13 | 0 |
| Feb Total | | 1,295 | 52 | 0 |
| Mar | | | | |
| 6-Mar | Are you looking for a Jewelry career or a job? Jewelry management career seekers only we need you!! | 455 | 25 | 0 |
| 19-Mar | Regional Fine Jewelry Managers needed for the West and South Western United States: CA, WA, and AZ | 384 | 16 | 0 |
| | Are you an ideal cut Jewelry Manger? | 37 | 1 | 0 |
| Mar Total | | 876 | 42 | 0 |
| May | | | | |
| 26-May | Are you willing to train for your Regional career? Regional Manager trainees needed for CA, WA stat | 1,117 | 32 | 0 |
| | Embark on a new Jewelry career by joining one of the best! | 1,121 | 15 | 0 |
| May Total | | 2,238 | 47 | 0 |
| Jul | | | | |
| 10-Jul | Good jobs are a dime a dozen...Great careers are not. Career seekers only click here! | 1,441 | 30 | 0 |
| 13-Jul | Good jobs are a dime a dozen...Great careers are not. Career seekers only click here! | 568 | 6 | 0 |
| Jul Total | | 2,009 | 36 | 0 |
| Aug | | | | |
| 17-Aug | "Leaders keep their eye on the horizon, not just on the bottom line." Good jobs are a dime a dozen...Great careers are not. Career seekers only click here! | 354 | 4 | 0 |
| | | 813 | 7 | 0 |
| Aug Total | | 1,167 | 11 | 0 |
| Sep | | | | |
| 7-Sep | EXPERIENCED bench jewelers needed in AZ, GA, MA, NH, and ME. Experienced Full and Part time Sales Professionals needed for Western Massachusetts. Experienced Graduate Gemologist (G.G.'S) needed for Savannah, GA. Jewelry Manager needed for Chandler AZ. | 379 | 6 | 0 |
| | | 455 | 6 | 0 |
| | | 301 | 2 | 0 |
| | | 742 | 6 | 0 |
| Sep Total | | 1,877 | 20 | 0 |
| Oct | | | | |
| 19-Oct | Experienced Director of Product Development | 2,232 | 13 | 0 |
| 21-Oct | | | | 0 |

DSS 000787

xdiamondssxnh

**2003**

| | Date | Description | | | |
|---|---|---|---|---|---|
| Oct | 21-Oct | EXPERIENCED bench jewelers needed in Amarillo Texas and Savannah GA. | 267 | 3 | 0 |
| | 26-Oct | Experienced Graduate Gemologist Needed! | 362 | 2 | 0 |
| | 29-Oct | EXPERIENCED bench jewelers needed in TX, MA, GA., | 456 | 7 | 0 |
| | | Experienced Graduate Gemologist (G.G.'S) needed for Boston Ma. | 313 | 3 | 0 |
| Oct Total | | | 3,630 | 28 | 0 |
| Nov | 3-Nov | Experienced Jewelry Marketing Manager | 536 | 6 | 0 |
| | 4-Nov | General Manager/Controller needed for high end jewelry retailer: | 1,045 | 19 | 0 |
| | | Experienced Jewelry Marketing Manager | 0 | 0 | 0 |
| Nov Total | | | 1,581 | 25 | 0 |
| Dec | 27-Dec | Experienced Director of Graphic Design Looking for a golden opportunity with one of the most respected gold companies in the world? Exper | 1,623 | 41 | 0 |
| | | | 666 | 6 | 0 |
| Dec Total | | | 2,289 | 47 | 0 |

**2004**

| | Date | Description | | | |
|---|---|---|---|---|---|
| Jan | 1-Jan | Golden Sales opportunities for 2004!! Sail your way into a new sales opportunity for 2004! | 765 | 17 | 0 |
| | 2-Jan | | 674 | 13 | 0 |
| | 18-Jan | EXPERIENCED bench Jeweler needed for Massachusetts and Arkansas | 601 | 7 | 0 |
| | | Experienced Jewelry Marketing Manager | 835 | 15 | 0 |
| Jan Total | | | 2,875 | 52 | 0 |
| Feb | 3-Feb | Fine Jewelry Super Seller Needed! | 543 | 8 | 0 |
| Feb Total | | | 543 | 8 | 0 |
| Mar | 7-Mar | Experienced Jewelry Sales Manager and Jewelry Selling Pros needed for one of St. Louis's finest! Looking for a golden opportunity with one of the most respected gold companies in the world? Exper | 352 | 8 | 0 |
| | | | 525 | 8 | 0 |
| Mar Total | | | 877 | 16 | 0 |
| Apr | 3-Apr | Experienced Managers, Assistant Managers and Sales professionals needed for our NEW store openings! | 645 | 30 | 0 |
| | 24-Apr | Are you willing to train for a Regional managers career? Experienced Sales Manager needed for Couture retailer in Naples FL.. There are only a hand full of golden opportunities that come along in life.....this may be one of them | 1,035 | 29 | 0 |
| | | | 643 | 18 | 0 |
| | | | 1,024 | 14 | 0 |

DSS 007788

xdiamondssxnh  2004  Apr

| Month | Date | Description | | | |
|---|---|---|---|---|---|
| May | 25-Apr | Are you willing to train for a Regional managers career? | 740 | 27 | 0 |
| | | Inside Jewelry sales computer geek needed! | 1,024 | 24 | 0 |
| | | Looking for a new and exciting jewelry career? Click here...the possibilities are endless!! | 402 | 11 | 0 |
| Apr Total | | | 5,513 | 153 | 0 |
| May | 13-May | Are you willing to train for a Regional managers career? | | | |
| | 14-May | Are you willing to train for a Regional managers career? | 1,306 | 29 | 0 |
| | | Experienced Managers, Assistant Managers and Sales professionals needed for our NEW store openings! | 348 | 14 | 0 |
| | | Experienced Sales Manager needed for Couture retailer in Naples FL. | 607 | 6 | 0 |
| | | Inside Jewelry sales computer geek needed! | 422 | 7 | 0 |
| | | Looking for a new and exciting jewelry career? Click here...the possibilities are endless!! | 403 | 13 | 0 |
| | | There are only a hand full of golden opportunities that come along in life.... this may be one of them | 414 | 4 | 0 |
| May Total | | | 3,500 | 73 | 0 |
| Jun | 22-Jun | Experienced Jewelry Marketing Manager | 444 | 9 | 1 |
| | 27-Jun | Fine Jewelry Sales Manager and Sales Professionals needed for high-end luxury retailer in Chicago! | 894 | 48 | 9 |
| Jun Total | | | 1,338 | 57 | 10 |
| Jul | 13-Jul | Jewelry Managers Needed for NB and Iowa! | 376 | 10 | 0 |
| | 18-Jul | Attention Jewelry Professionals! Diamond Staffing Solutions will be at the GIA Career Fair, July 25! | 341 | 5 | 3 |
| | | Experienced Jewelry Manager needed for small independent jeweler in beautiful Vermont! | 365 | 7 | 1 |
| Jul Total | | | 1,082 | 22 | 4 |
| Aug | 9-Aug | Attention!! If you are a high-end jewelry "Selling Superstar," this is the opportunity of a lifetime | 275 | 5 | 0 |
| | 22-Aug | Calling all veteran jewelry merchandisers: We need a "Pro" for one of the best! | 333 | 6 | 0 |

DSS 000789

xdiamondssxnh



| 2004 | | | | |
|---|---|---|---|---|
| Aug | | | | |
| 22-Aug | Fine Jewelry Sales Manager and Sales Professionals needed for high-end luxury retailer in Chicago! | 608 | 11 | 0 |
| Aug Total | | 608 | 11 | 0 |
| Sep | | | | |
| 9-Sep | Experienced Graduate Gemologist Needed | 356 | 1 | 0 |
| Sep Total | | 356 | 1 | 0 |
| Oct | | | | |
| 2-Oct | Looking for a new and exciting jewelry career? Click here...the opportunities are endless!! | 434 | 19 | 0 |
| | Regional Jewelry Managers needed for Seattle WA, and Southern Ca. | 362 | 14 | 1 |
| Oct Total | | 796 | 33 | 1 |
| Nov | | | | |
| 1-Nov | Experienced Graduate Gemologist (G.G.) needed for Detroit, MI and Greenwich, CT. | 211 | 3 | 0 |
| Nov Total | | 211 | 3 | 0 |
| Dec | | | | |
| 4-Dec | Director of Jewelry Repair needed for one of the "Nation's Finest." | 370 | 12 | 1 |
| | Experienced General Managers needed for three of the nation's finest Couture Jewelers. | 277 | 14 | 0 |
| | Regional Jewelry Managers needed for Seattle WA, and Southern Ca. | 473 | 19 | 8 |
| 27-Dec | Veteran jewelry merchandisers wanted for one of the best! | 441 | 7 | 3 |
| 29-Dec | Experienced Buyer needed for an upscale fine jeweler! | 623 | 12 | 2 |
| Dec Total | | 2,184 | 64 | 14 |
| 2005 | | | | |
| Jan | | | | |
| 5-Jan | Experienced Bench Jewelers Needed! | 405 | 13 | 0 |
| 25-Jan | Jewelry experts in high demand! | 611 | 10 | 1 |
| Jan Total | | 1,016 | 23 | 1 |
| Mar | | | | |
| 29-Mar | Experienced and entry level bench jewelers needed! | 676 | 10 | 1 |
| 30-Mar | National Sales Manager Needed For A Fine Jeweler | 845 | 52 | 16 |
| | Experienced Regional Managers Needed! | 728 | 25 | 4 |
| | General Sales Manager Needed! | 1,047 | 18 | 2 |
| | Jewelry Selling Superstars Needed! | 488 | 15 | 3 |
| 31-Mar | Here it is, the new and exciting jewelry career you've been looking for! | 723 | 21 | 4 |
| Mar Total | | 4,507 | 141 | 30 |
| Apr | | | | |
| 1-Apr | National Sales Manager Needed For A Fine Jeweler | | | |

DSS 000790



**xdiamondssxnh**

**2005**

| | | | | |
|---|---|---|---|---|
| **Apr** | 13-Apr | Experienced and entry level bench jewelers needed! | | | |
| | | Here it is...the new and exciting jewelry career you've been looking for! | | | |
| | | Jewelry Selling Superstars Needed! | | | |
| | | National Sales Manager Needed For A Fine Jeweler | | | |
| | 22-Apr | Experienced Regional Managers Needed! | | | |
| | | General Sales Manager Needed! | | | |
| | 25-Apr | Watch Guru/Department Manager needed for Colorado, Rochester, and Philadelphia | 371 | 5 | 2 |
| | | Fine Jewelry Field Support Manager | 611 | 21 | 3 |
| | | Fine Jewelry Trainer | 1,167 | 36 | 12 |
| | 26-Apr | Fine Jewelry Sales Manager + Sales Pros needed for NJ, PA, AK, MI, NC, CO, NV, AZ, NY, OK, and NE | 348 | 17 | 3 |
| | 27-Apr | Fine Jewelry Trainer | | | |
| **Apr Total** | | | 2,497 | 79 | 20 |
| **May** | 16-May | Diamond Super Sellers Needed! | 371 | 12 | 1 |
| | 24-May | Experienced Fine Jewelry Regional Support Managers Needed! | 237 | 12 | 6 |
| | | Fine Jewelry Field Support Manager | 527 | 4 | 2 |
| **May Total** | | | 1,135 | 28 | 9 |
| **Jun** | 3-Jun | Diamond Super Sellers Needed! | | | |
| | | Experienced and entry level bench jewelers needed! | | | |
| | | Experienced Fine Jewelry Regional Support Managers Needed! | | | |
| | | Experienced Regional Managers Needed! | | | |
| | | Fine Jewelry Field Support Manager | | | |
| | | Fine Jewelry Sales Manager + Sales Pros needed for NJ, PA, AK, MI, NC, CO, NV, AZ, NY, OK, and NE | | | |
| | | Fine Jewelry Trainer | | | |
| | | General Sales Manager Needed! | | | |
| | | Jewelry Selling Superstars Needed! | | | |
| | | National Sales Manager Needed For A Fine Jeweler | | | |
| | | Watch Guru/Department Manager needed for Colorado, Rochester, and Philadelphia | | | |
| **Jun Total** | | | | | |
| **xdiamondssxnh Total** | | | 57,236 | 1,433 | 89 |
| **Grand Total** | | | 57,236 | 1,433 | 89 |

Monster Board Job Report with Views and Apps

Diamond Staffing Solutions

Please note: This portion of the file shows ALL jobs posted by company (single and re-newed) with Apps and views. Apps and Views are attached to Jobid which means if job has been re-newed it will have same number of apps and views as first posting of this

124 Number of Billable Jobs Posted: xdiamondssx

| Jobid | Username | First Posting | Date Active or Renewed | Date Expires | Jobtitle | Jobrefcode | State/Province | City | Category | Distinct Monster Core Job | Distinct Monster Core Job | Jobemail Apps | Custom Apps | Body email clicks | Profile Clicks | Other Clicks |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 14735735 | xdiamondssxnh | 5/2/2002 | 5/2/2002 | 7/1/2002 | Jewelry Managers needed IMMEDIATELY!! | | Massachusetts | Boston South | Retail/Wholesale | 494 | 19 | 0 | | | | |
| 14876188 | xdiamondssxnh | 5/19/2002 | 5/19/2002 | 7/18/2002 | Do you have a passion for Jewelry? | | Georgia | Atlanta | Retail/Wholesale | 1455 | 25 | 0 | | | | |
| 14937409 | xdiamondssxnh | 5/26/2002 | 5/26/2002 | 7/25/2002 | We are looking for "Triple A" jewelry managers: Are you in the "Top Ten"? | 14937409 | Florida | Tampa | Retail/Wholesale | 857 | 48 | 0 | | | | |
| 15268478 | xdiamondssxnh | 7/2/2002 | 7/2/2002 | 8/31/2002 | We are looking for outstanding | 15268478 | Georgia | Atlanta | Retail/Wholesale | 1315 | 39 | 0 | | | | |
| 15417413 | xdiamondssxnh | 7/19/2002 | 7/19/2002 | 9/17/2002 | Exceptional Jewelry Managers Only For Georgia | 15417413 | Georgia | Atlanta | Retail/Wholesale | 568 | 19 | 0 | | | | |
| 15477317 | xdiamondssxnh | 7/28/2002 | 7/28/2002 | 9/26/2002 | Immediate opening for a SMART Smart Card Manager in the Los Angeles area | 15477317 | California | Los Angeles | Financial Services | 423 | 18 | 0 | | | | |
| 15567541 | xdiamondssxnh | 8/7/2002 | 8/7/2002 | 10/6/2002 | Executive Director of Marketing and Sales | 15567541 | South Dakota | West/Rapid City | Retail/Wholesale | 658 | 6 | 0 | | | | |
| 15602704 | xdiamondssxnh | 8/12/2002 | 8/12/2002 | 10/11/2002 | Assistant Managers, and District Managers for Chicago | 15602704 | Illinois | Chicago | Retail/Wholesale | 484 | 23 | 0 | | | | |
| 15729020 | xdiamondssxnh | 8/27/2002 | 8/27/2002 | 8/29/2002 | Regional Fine Jewelry Directors needed Nation Wide: | 15729020 | Illinois | Chicago | Retail/Wholesale | | | | | | | |
| 15729020 | xdiamondssxnh | 8/27/2002 | 8/29/2002 | 10/28/2002 | Regional Fine Jewelry Directors needed Nation Wide: | 15729020 | Illinois | Chicago | Retail/Wholesale | 739 | 21 | 0 | | | | |
| 15864089 | xdiamondssxnh | 9/12/2002 | 9/12/2002 | 11/11/2002 | Are you a Jewelry Manager Superstar? | 15864089 | Florida | Tampa | Retail/Wholesale | 617 | 18 | 0 | | | | |
| 15971677 | xdiamondssxnh | 9/25/2002 | 9/25/2002 | 11/24/2002 | TOP TALENT Jewelry managers only click here! | 15971677 | Connecticut | Hartford | Retail/Wholesale | 244 | 4 | 0 | | | | |
| 16218607 | xdiamondssxnh | 10/22/2002 | 10/22/2002 | 12/21/2002 | Energetic Jewelry manager needed for Long Island and Gilroy CA. | 16218607 | California | Central Valley | Retail/Wholesale | 191 | 6 | 0 | | | | |
| 16229278 | xdiamondssxnh | 10/23/2002 | 10/23/2002 | 12/22/2002 | What kind of Jewelry Standards do you maintain? | 16229278 | Pennsylvania | Pittsburgh | Retail/Wholesale | 829 | 16 | 0 | | | | |
| 16258373 | xdiamondssxnh | 10/27/2002 | 10/27/2002 | 12/26/2002 | Ambitious, Savvy, Bright, Aggressive.... Is this you? Are you management material? | 16258373 | Arizona | Phoenix | Retail/Wholesale | 1164 | 66 | 0 | | | | |
| 16838467 | xdiamondssxnh | 1/11/2003 | 1/11/2003 | 3/12/2003 | Great Leaders Needed!! | 16838467 | Florida | Tampa | Retail/Wholesale | 1198 | 33 | 0 | | | | |
| 17105620 | xdiamondssxnh | 2/8/2003 | 2/8/2003 | 4/9/2003 | Needed!!! Jewelry Managers who are Great Leaders, Talented Teachers, and Gifted Motivators | 17105620 | Pennsylvania | Pittsburgh | Retail/Wholesale | 448 | 21 | 0 | | | | |
| 17105649 | xdiamondssxnh | 2/8/2003 | 2/8/2003 | 4/9/2003 | Needed!!! Jewelry Managers who are Great Leaders, Talented Teachers, and Gifted Motivators | 17105649 | Pennsylvania | Pittsburgh | Sales | 581 | 18 | 0 | | | | |
| 17206898 | xdiamondssxnh | 2/20/2003 | 2/20/2003 | 4/21/2003 | West and South Western United States: CA, WA, and AZ | 17206898 | California | Silicon Valley/Peninsula | Retail/Wholesale | 266 | 13 | 0 | | | | |
| 17334920 | xdiamondssxnh | 3/6/2003 | 3/6/2003 | 5/5/2003 | Jewelry management career seekers only we need you!! | 17334920 | District of Columbia | Washington/Metro | Retail/Wholesale | 455 | 25 | 0 | | | | |
| 17335276 | xdiamondssxnh | 3/6/2003 | 3/6/2003 | 5/5/2003 | West and South Western United States: CA, WA, and AZ | 17335276 | Washington | Seattle | Retail/Wholesale | 384 | 16 | 0 | | | | |

| ID | Date 1 | Date 2 | Description | State | City | Category | N1 | N2 | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| sxhindmanadx 2032877z | 1/2/2004 | 2/2/2004 | 3/2/2004 Experienced Jewelry Marketing Manager | Rhode Island | Providence | General Management | 835 | 15 | 0 | 0 | 0 | 0 | 0 | 0 |
| sxhindmanadx 2072258 | 1/1/2004 | 3/1/2004 | 3/1/2004 2004! | Arizona | Phoenix | RetailWholesale | 674 | 13 | 0 | 0 | 0 | 0 | 0 | 0 |
| sxhindmanadx 2072352 | 1/1/2004 | 3/1/2004 | 3/1/2004 Golden Sales opportunities for 2004!! Sell your way into a new sales opportunity for | California | Los Angeles | Sales | 765 | 17 | 0 | 0 | 0 | 0 | 0 | 0 |
| sxhindmanadx 2032709 | 12/27/2003 | 12/27/2003 | 2/25/2004 Experienced Director of Graphic Design | Rhode Island | Providence | General Management | 1623 | 41 | 0 | 0 | 0 | 0 | 0 | 0 |
| sxhindmanadx 2032035 | 12/27/2003 | 12/27/2003 | 2/25/2004 Exper. Looking for a golden opportunity with one of the most respected gold companies in the world? | California | Sacramento | Sales | 666 | 9 | 0 | 0 | 0 | 0 | 0 | 0 |
| sxhindmanadx 1972154 | 11/4/2003 | 11/4/2003 | 11/4/2003 Experienced Jewelry Marketing Manager | Rhode Island | Providence | General Management | 0 | 0 | 0 | | | | | |
| sxhindmanadx 1973344 | 11/3/2003 | 11/3/2003 | 1/2/2004 Experienced Jewelry Marketing Manager | Rhode Island | Providence | RetailWholesale | 536 | 6 | 0 | 0 | 0 | 0 | 0 | 0 |
| sxhindmanadx 1973025 | 11/3/2003 | 11/3/2003 | 1/2/2004 Jewelry retailer: General Manager/Controller needed for high end | Colorado | Aurora/Denver | General Management | 1045 | 19 | 0 | 0 | 0 | 0 | 0 | 0 |
| sxhindmanadx 1968921 | 10/29/2003 | 10/29/2003 | 12/28/2003 GA. EXPERIENCED bench jewelers needed for TX, MA, | Texas | Dallas | RetailWholesale | 456 | 7 | 0 | 0 | 0 | 0 | 0 | 0 |
| sxhindmanadx 1968919 | 10/29/2003 | 10/29/2003 | 12/28/2003 needed for Boston Ma. Experienced Graduate Gemologist (G.G.'S) | Massachusetts | Boston | RetailWholesale | 313 | 3 | 0 | 0 | 0 | 0 | 0 | 0 |
| sxhindmanadx 1965461 | 10/26/2003 | 10/26/2003 | 12/25/2003 Experienced Graduate Gemologist Needed! | Massachusetts | Boston South | RetailWholesale | 362 | 2 | 0 | 0 | 0 | 0 | 0 | 0 |
| sxhindmanadx 1960112 | 10/21/2003 | 10/21/2003 | 12/20/2003 Texas and Savannah GA. EXPERIENCED bench jewelers needed in Amarillo | Texas | Amarillo/Lubbock | RetailWholesale | 267 | 3 | 0 | 0 | 0 | 0 | 0 | 0 |
| sxhindmanadx 1972361 | 10/19/2003 | 10/19/2003 | 12/18/2003 Experienced Director of Product Development | New York | New York City | General Management | 1522 | 12 | 0 | 0 | 0 | 0 | 0 | 0 |
| sxhindmanadx 1972334 | 10/19/2003 | 10/19/2003 | 12/18/2003 Experienced Director of Product Development | New York | New York City | RetailWholesale | 710 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| sxhindmanadx 1904510 | 9/7/2003 | 9/7/2003 | 11/6/2003 needed for Western Massachusetts. Experienced Full and Part time Sales Professionals | Massachusetts | Western/Springfield | RetailWholesale | 455 | 9 | | | | | | 0 |
| sxhindmanadx 1904503 | 9/7/2003 | 9/7/2003 | 11/6/2003 Jewelry Manager needed for Chandler AZ. | Arizona | Phoenix | RetailWholesale | 742 | 9 | | | | | | 0 |
| sxhindmanadx 1904502 | 9/7/2003 | 9/7/2003 | 11/6/2003 needed for Savannah, GA. Experienced Graduate Gemologist (G.G.'S) | Georgia | Savannah | RetailWholesale | 301 | 2 | | | | | | 0 |
| sxhindmanadx 1904495 | 9/7/2003 | 9/7/2003 | 11/6/2003 bench jewelers needed in AZ, GA, MA, NH, and ME. EXPERIENCED | Georgia | Savannah | RetailWholesale | 379 | 6 | | | | | | 0 |
| sxhindmanadx 1883596 | 8/17/2003 | 8/17/2003 | 10/16/2003 not. Career seekers only click here! Good jobs are a dime a dozen...Great carers are | California | Los Angeles | RetailWholesale | 813 | 7 | | | | | | 0 |
| sxhindmanadx 1883594 | 8/17/2003 | 8/17/2003 | 10/16/2003 the bottom line." "Leaders keep their eye on the horizon, not just on | Illinois | Chicago | RetailWholesale | 354 | 4 | | | | | | 0 |
| sxhindmanadx 1847727 | 7/13/2003 | 7/13/2003 | 9/11/2003 not. Career seekers only click here! Good jobs are a dime a dozen...Great careers are | Texas | Dallas | RetailWholesale | 1441 | 30 | | | | | | 0 |
| sxhindmanadx 1845284 | 7/10/2003 | 7/10/2003 | 9/8/2003 not. Career seekers only click here! Good jobs are a dime a dozen...Great carers are | Minnesota | Minneapolis | RetailWholesale | 568 | 9 | | | | | | 0 |
| sxhindmanadx 1803325 | 5/26/2003 | 5/26/2003 | 7/25/2003 the best! Embark on a new Jewelry career by joining one of | Arizona | Phoenix | RetailWholesale | 1121 | 15 | | | | | | 0 |
| sxhindmanadx 1803293 | 5/26/2003 | 5/26/2003 | 7/25/2003 stat. Regional Manager trainees needed for CA, WA | California | Los Angeles | RetailWholesale | 1117 | 32 | | | | | | 0 |
| sxhindmanadx 1745359 | 3/19/2003 | 3/19/2003 | 3/19/2003 Are you an ideal cut Jewelry Manger? | California | Orange County | RetailWholesale | 37 | 1 | | | | | | 0 |

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 20588367 xdiamondssxnh | 1/18/2004 | 1/18/2004 | 3/18/2004 | EXPERIENCED bench Jeweler needed for Massachusetts and Arkansas | Massachusetts | Boston South | Retail/Wholesale | 601 | 7 | 0 | 0 | 0 | 0 | 0 |
| 20802886 xdiamondssxnh | 2/3/2004 | 2/3/2004 | 4/3/2004 | Fine Jewelry Super Seller Needed! | Connecticut | Southeast/New London | Retail/Wholesale | 543 | 8 | 0 | 0 | 0 | 0 | 0 |
| 21225412 xdiamondssxnh | 3/7/2004 | 3/7/2004 | 5/6/2004 | most respected gold companies in the world? Exper | Missouri | St. Louis | Sales | 525 | 8 | 0 | 0 | 0 | 0 | 0 |
| 21225471 xdiamondssxnh | 3/7/2004 | 3/7/2004 | 5/6/2004 | Experienced Jewelry Sales Manager and Jewelry Selling Pros needed for one of St. Louis's finest! | Missouri | St. Louis | Retail/Wholesale | 352 | 8 | 0 | 0 | 0 | 0 | 0 |
| 21597860 xdiamondssxnh | 4/3/2004 | 4/3/2004 | 5/13/2004 | Experienced Managers, Assistant Managers and Sales professionals needed for our NEW store openings! | New Jersey | Central | Retail/Wholesale | 645 | 30 | 0 | 0 | 0 | 0 | 0 |
| 21597860 xdiamondssxnh | 4/3/2004 | 5/13/2004 | 5/14/2004 | Experienced Managers, Assistant Managers and Sales professionals needed for our NEW store openings! | New Jersey | Central | Retail/Wholesale | | | | | | | |
| 21866172 xdiamondssxnh | 4/24/2004 | 5/13/2004 | 5/14/2004 | Are you willing to train for a Regional managers career? | California | Sacramento | General Management | | | | | | | |
| 21866172 xdiamondssxnh | 4/24/2004 | 4/24/2004 | 5/13/2004 | Are you willing to train for a Regional managers career? | California | Sacramento | General Management | 1035 | 29 | 0 | 0 | 0 | 0 | 0 |
| 21866201 xdiamondssxnh | 4/24/2004 | 5/13/2004 | 5/14/2004 | There are only a hand full of golden opportunities that come along in life.... this may be one of them | Texas | Dallas | Sales | | | | | | | |
| 21866201 xdiamondssxnh | 4/24/2004 | 4/24/2004 | 5/13/2004 | There are only a hand full of golden opportunities that come along in life.... this may be one of them | Texas | Dallas | Sales | 1024 | 14 | 0 | 0 | 0 | 0 | 0 |
| 21866298 xdiamondssxnh | 4/24/2004 | 5/13/2004 | 5/14/2004 | Experienced Sales Manager needed for Couture retailer in Naples FL. | Florida | Ft. Myers/Naples | General Management | | | | | | | |
| 21866298 xdiamondssxnh | 4/24/2004 | 4/24/2004 | 5/13/2004 | Experienced Sales Manager needed for Couture retailer in Naples FL. | Florida | Ft. Myers/Naples | General Management | 643 | 18 | 0 | 0 | 0 | 0 | 0 |
| 21869693 xdiamondssxnh | 4/25/2004 | 5/13/2004 | 5/14/2004 | Inside Jewelry sales computer geek needed! | Massachusetts | Boston | Computers, Software | | | | | | | |
| 21869693 xdiamondssxnh | 4/25/2004 | 4/25/2004 | 5/13/2004 | Inside Jewelry sales computer geek needed! | Massachusetts | Boston | Computers, Software | 1024 | 24 | 0 | 0 | 0 | 0 | 0 |
| 21869704 xdiamondssxnh | 4/25/2004 | 5/13/2004 | 5/14/2004 | Looking for a new and exciting jewelry career? Click here...the possibilities are endless!! | Massachusetts | Boston | Retail/Wholesale | | | | | | | |
| 21869704 xdiamondssxnh | 4/25/2004 | 4/25/2004 | 5/13/2004 | Looking for a new and exciting jewelry career? Click here...the possibilities are endless!! | Massachusetts | Boston | Retail/Wholesale | 402 | 11 | 0 | 0 | 0 | 0 | 0 |
| 21869734 xdiamondssxnh | 4/25/2004 | 5/13/2004 | 5/14/2004 | Are you willing to train for a Regional managers career? | Massachusetts | Boston North | Retail/Wholesale | | | | | | | |
| 21869734 xdiamondssxnh | 4/25/2004 | 4/25/2004 | 5/13/2004 | Are you willing to train for a Regional managers career? | Massachusetts | Boston North | Retail/Wholesale | 740 | 27 | 0 | 0 | 0 | 0 | 0 |
| 22181691 xdiamondssxnh | 5/14/2004 | 5/14/2004 | 7/13/2004 | Are you willing to train for a Regional managers career? | Massachusetts | Boston North | Retail/Wholesale | 448 | 14 | 0 | 0 | 0 | 0 | 0 |
| 22182912 xdiamondssxnh | 5/14/2004 | 5/14/2004 | 7/13/2004 | Looking for a new and exciting jewelry career? Click here...the possibilities are endless!! | Massachusetts | Boston | Retail/Wholesale | 403 | 13 | 0 | 0 | 0 | 0 | 0 |
| 22182986 xdiamondssxnh | 5/14/2004 | 5/14/2004 | 7/13/2004 | Inside Jewelry sales computer geek needed! | Massachusetts | Boston | Computers, Software | 422 | 7 | 0 | 0 | 0 | 0 | 0 |
| 22183029 xdiamondssxnh | 5/14/2004 | 5/14/2004 | 7/13/2004 | Experienced Sales Manager needed for Couture retailer in Naples FL. | Florida | Ft. Myers/Naples | General Management | 607 | 6 | 0 | 0 | 0 | 0 | 0 |
| 22183096 xdiamondssxnh | 5/14/2004 | 5/14/2004 | 7/13/2004 | There are only a hand full of golden opportunities that come along in life.... this may be one of them | Texas | Dallas | Sales | 414 | 4 | 0 | 0 | 0 | 0 | 0 |

| | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 22183129 | xdiamondssxnh | 5/14/2004 | 5/14/2004 | 7/13/2004 | Are you willing to train for a Regional managers career? | | California | Sacramento | General Management | 858 | 15 | 0 | 0 | 0 | 0 | 0 |
| 22183202 | xdiamondssxnh | 5/14/2004 | 5/14/2004 | 7/13/2004 | Experienced Managers, Assistant Managers and Sales professionals needed for our NEW store openings! | | New Jersey | Central | Retail/Wholesale | 348 | 14 | 0 | 0 | 0 | 0 | 0 |
| 22742150 | xdiamondssxnh | 6/22/2004 | 6/22/2004 | 8/21/2004 | Experienced Jewelry Marketing Manager | | Rhode Island | Providence | Retail/Wholesale | 444 | 9 | 1 | 0 | 1 | 0 | 3 |
| 22812451 | xdiamondssxnh | 6/27/2004 | 6/27/2004 | 8/22/2004 | Professionals needed for high-end luxury retailer in Chicago! | | Illinois | Chicago | Retail/Wholesale | 894 | 48 | 9 | 0 | 4 | 3 | 38 |
| 22812451 | xdiamondssxnh | 6/27/2004 | 8/22/2004 | 10/21/2004 | Fine Jewelry Sales Manager and Sales Professionals needed for high-end luxury retailer in Chicago! | | Illinois | Chicago | Retail/Wholesale | | | | | | | |
| 23070833 | xdiamondssxnh | 7/13/2004 | 7/13/2004 | 9/11/2004 | Jewelry Managers Needed for NB and Iowa! | | Iowa | Central/Des Moines | Retail/Wholesale | 376 | 10 | 0 | 0 | 1 | 7 | 9 |
| 23141400 | xdiamondssxnh | 7/18/2004 | 7/18/2004 | 9/16/2004 | Attention Jewelry Professionals! Diamond Staffing Solutions will be at the GIA Career Fair, July 25! | | New York | New York City | Retail/Wholesale | 341 | 5 | 3 | 0 | 0 | 3 | 17 |
| 23141441 | xdiamondssxnh | 7/18/2004 | 7/18/2004 | 9/16/2004 | Experienced Jewelry Manager needed for small independent jeweler in beautiful Vermont! | | Vermont | Southern | Retail/Wholesale | 365 | 7 | 1 | 0 | 0 | 12 | 8 |
| 23491172 | xdiamondssxnh | 8/9/2004 | 8/9/2004 | 10/8/2004 | Attention!! If you are a high-end jewelry "Selling Superstar," this is the opportunity of a lifetime | | Iowa | Central/Des Moines | Sales | 275 | 5 | 0 | 0 | 3 | 7 | 9 |
| 23736207 | xdiamondssxnh | 8/22/2004 | 8/22/2004 | 10/21/2004 | Calling all veteran jewelry merchandisers: We need a "Pro" for one of the best! | | Illinois | Chicago | Retail/Wholesale | 333 | 6 | 0 | 0 | 6 | 5 | 10 |
| 24053526 | xdiamondssxnh | 9/9/2004 | 9/9/2004 | 11/8/2004 | Experienced Graduate Gemologist Needed | | Massachusetts | Boston South | Retail/Wholesale | 356 | 1 | 0 | 0 | 0 | 2 | 28 |
| 24469609 | xdiamondssxnh | 10/2/2004 | 10/2/2004 | 12/1/2004 | Looking for a new and exciting jewelry career? Click here…the opportunities are endless!! | | Pennsylvania | Philadelphia | Retail/Wholesale | 434 | 19 | 0 | 0 | 10 | 4 | 26 |
| 24469718 | xdiamondssxnh | 10/2/2004 | 10/2/2004 | 12/1/2004 | Regional Jewelry Managers needed for Seattle WA, and Southern Ca. | | California | San Francisco | Retail/Wholesale | 362 | 14 | 1 | 0 | 0 | 6 | 33 |
| 25009194 | xdiamondssxnh | 11/1/2004 | 11/1/2004 | 12/4/2004 | Experienced Graduate Gemologist (G.G.) needed for Detroit, MI and Greenwich, CT. | | Connecticut | Stamford | Retail/Wholesale | 211 | 3 | 0 | 0 | 0 | 0 | 11 |
| 25597836 | xdiamondssxnh | 12/4/2004 | 12/4/2004 | 2/2/2005 | Director of Jewelry Repair needed for one of the "Nation's Finest." | | Missouri | Kansas City/Independence | Retail/Wholesale | 370 | 12 | 1 | 0 | 10 | 3 | 31 |
| 25598094 | xdiamondssxnh | 12/4/2004 | 12/4/2004 | 2/2/2005 | Experienced General Managers needed for three of the nation's finest Couture Jewelers. | | New York | Buffalo | Retail/Wholesale | 277 | 14 | 0 | 0 | 8 | 3 | 22 |
| 25598682 | xdiamondssxnh | 12/4/2004 | 12/4/2004 | 2/2/2005 | Regional Jewelry Managers needed for Seattle WA, and Southern Ca. | | Washington | Seattle | General Management | 473 | 19 | 8 | 0 | 0 | 2 | 22 |
| 25949186 | xdiamondssxnh | 12/27/2004 | 12/27/2004 | 2/25/2005 | Veteran jewelry merchandisers wanted for one of the best! | | Nebraska | Omaha | Retail/Wholesale | 441 | 7 | 3 | 0 | 10 | 5 | 19 |
| 25981759 | xdiamondssxnh | 12/29/2004 | 12/29/2004 | 2/27/2005 | Experienced Buyer needed for an upscale fine jeweler! | Senior Buyer | New Jersey | Central | Retail/Wholesale | 623 | 12 | 2 | 0 | 4 | 2 | 33 |
| 26075036 | xdiamondssxnh | 1/5/2005 | 1/5/2005 | 3/6/2005 | Experienced Bench Jewelers Needed! | | Arizona | Phoenix | Retail/Wholesale | 405 | 13 | 0 | 0 | 12 | 2 | 52 |
| 26708945 | xdiamondssxnh | 1/25/2005 | 1/25/2005 | 3/26/2005 | Jewelry experts in high demand! | | Florida | Ft. Myers/Naples | Retail/Wholesale | 611 | 10 | 1 | 0 | 13 | 7 | 43 |
| 28651055 | xdiamondssxnh | 3/29/2005 | 3/29/2005 | 3/29/2005 | Experienced and entry level bench jewelers needed! | | Arizona | Phoenix | Retail/Wholesale | 676 | 10 | 1 | 0 | 5 | 0 | 22 |
| 28651055 | xdiamondssxnh | 3/29/2005 | 3/29/2005 | 4/9/2005 | Experienced and entry level bench jewelers needed! | | Ohio | Akron | Retail/Wholesale | | | | | | | |
| 28651055 | xdiamondssxnh | 3/29/2005 | 4/13/2005 | 6/12/2005 | Experienced and entry level bench jewelers needed! | | Ohio | Akron | Retail/Wholesale | | | | | | | |
| 28651055 | xdiamondssxnh | 3/29/2005 | 6/3/2005 | 8/2/2005 | Experienced and entry level bench jewelers needed! | | Ohio | Akron | Retail/Wholesale | | | | | | | |

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 28651345 xdiamondssxnh | 3/29/2005 | 3/29/2005 | 4/1/2005 | National Sales Manager Needed For A Fine Jeweler | Ohio | Akron | Retail/Wholesale | 845 | 52 | 16 | 0 | 34 | 6 | 57 |
| 28651345 xdiamondssxnh | 3/29/2005 | 4/13/2005 | 6/12/2005 | National Sales Manager Needed For A Fine Jeweler | Colorado | Aurora/Denver | Retail/Wholesale | | | | | | | |
| 28651345 xdiamondssxnh | 3/29/2005 | 6/3/2005 | 8/2/2005 | National Sales Manager Needed For A Fine Jeweler | Colorado | Aurora/Denver | Retail/Wholesale | | | | | | | |
| 28651345 xdiamondssxnh | 3/29/2005 | 4/1/2005 | 4/9/2005 | National Sales Manager Needed For A Fine Jeweler | Colorado | Aurora/Denver | Retail/Wholesale | | | | | | | |
| 28682930 xdiamondssxnh | 3/30/2005 | 4/13/2005 | 6/12/2005 | Jewelry Selling Superstars Needed! | Iowa | Central/Des Moines | Retail/Wholesale | | | | | | | |
| 28682930 xdiamondssxnh | 3/30/2005 | 6/3/2005 | 8/2/2005 | Jewelry Selling Superstars Needed! | Iowa | Central/Des Moines | Retail/Wholesale | | | | | | | |
| 28682930 xdiamondssxnh | 3/30/2005 | 3/30/2005 | 4/9/2005 | Jewelry Selling Superstars Needed! | Iowa | Central/Des Moines | Retail/Wholesale | 488 | 15 | 3 | 0 | 4 | 1 | 16 |
| 28683386 xdiamondssxnh | 3/30/2005 | 4/13/2005 | 6/12/2005 | Experienced Regional Managers Needed! | Washington | Seattle | Retail/Wholesale | | | | | | | |
| 28683386 xdiamondssxnh | 3/30/2005 | 6/3/2005 | 8/2/2005 | Experienced Regional Managers Needed! | Washington | Seattle | Retail/Wholesale | | | | | | | |
| 28683386 xdiamondssxnh | 3/30/2005 | 3/30/2005 | 4/9/2005 | Experienced Regional Managers Needed! | Washington | Seattle | Retail/Wholesale | 728 | 25 | 4 | 0 | 0 | 3 | 23 |
| 28683667 xdiamondssxnh | 3/30/2005 | 4/13/2005 | 6/12/2005 | General Sales Manager Needed! | New York | Rochester | Retail/Wholesale | | | | | | | |
| 28683667 xdiamondssxnh | 3/30/2005 | 6/3/2005 | 8/2/2005 | General Sales Manager Needed! | New York | Rochester | Retail/Wholesale | | | | | | | |
| 28683667 xdiamondssxnh | 3/30/2005 | 3/30/2005 | 4/9/2005 | General Sales Manager Needed! | New York | Rochester | Retail/Wholesale | 1047 | 18 | 2 | 0 | 9 | 2 | 16 |
| 28720190 xdiamondssxnh | 3/31/2005 | 4/13/2005 | 6/12/2005 | Here it is.. the new and exciting jewelry career you've been looking for! | Missouri | Kansas City/Independence | Retail/Wholesale | | | | | | | |
| 28720190 xdiamondssxnh | 3/31/2005 | 3/31/2005 | 4/9/2005 | Here it is.. the new and exciting jewelry career you've been looking for! | Missouri | Kansas City/Independence | Retail/Wholesale | 723 | 21 | 4 | 0 | 8 | 9 | 38 |
| 29475097 xdiamondssxnh | 4/22/2005 | 6/3/2005 | 8/2/2005 | Watch Guru/Department Manager needed for Colorado,Rochester, and Philadelphia | Pennsylvania | Philadelphia | Retail/Wholesale | | | | | | | |
| 29475097 xdiamondssxnh | 4/22/2005 | 4/22/2005 | 6/21/2005 | Watch Guru/Department Manager needed for Colorado,Rochester, and Philadelphia | Pennsylvania | Philadelphia | Retail/Wholesale | 371 | 5 | 2 | 0 | 3 | 1 | 12 |
| 29526003 xdiamondssxnh | 4/25/2005 | 6/3/2005 | 8/2/2005 | Fine Jewelry Trainer | Pennsylvania | Philadelphia | Retail/Wholesale | | | | | | | |
| 29526003 xdiamondssxnh | 4/25/2005 | 4/25/2005 | 4/27/2005 | Fine Jewelry Trainer | Pennsylvania | Pittsburgh | Retail/Wholesale | 1167 | 36 | 12 | 0 | 0 | 15 | 47 |
| 29526003 xdiamondssxnh | 4/25/2005 | 4/27/2005 | 6/26/2005 | Fine Jewelry Trainer | Pennsylvania | Philadelphia | Retail/Wholesale | | | | | | | |
| 29526218 xdiamondssxnh | 4/25/2005 | 6/3/2005 | 8/2/2005 | Fine Jewelry Field Support Manager | Maryland | Baltimore | Retail/Wholesale | | | | | | | |
| 29526218 xdiamondssxnh | 4/25/2005 | 4/25/2005 | 6/24/2005 | Fine Jewelry Field Support Manager | Maryland | Baltimore | Retail/Wholesale | 611 | 21 | 3 | 0 | 0 | 1 | 15 |
| 29555307 xdiamondssxnh | 4/26/2005 | 6/3/2005 | 8/2/2005 | Fine Jewelry Sales Manager + Sales Pros needed for NJ, PA, AK, MI, NC, CO, NV, AZ, NY, OK, and NE | New Jersey | Central | Retail/Wholesale | | | | | | | |
| 29555307 xdiamondssxnh | 4/26/2005 | 4/26/2005 | 6/25/2005 | Fine Jewelry Sales Manager + Sales Pros needed for NJ, PA, AK, MI, NC, CO, NV, AZ, NY, OK, and NE | New Jersey | Central | Retail/Wholesale | 348 | 17 | 3 | 0 | 6 | 2 | 32 |
| 30177705 xdiamondssxnh | 5/16/2005 | 6/3/2005 | 8/2/2005 | Diamond Super Sellers Needed! | Michigan | Detroit | Retail/Wholesale | | | | | | | |

DSS 000795

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30177705 | xdiamondssxnh | 5/16/2005 | 5/16/2005 | 7/15/2005 | Diamond Super Sellers Needed! | Michigan | Detroit | Retail/Wholesale | 371 | 12 | 1 | 0 | 1 | 0 | 16 |
| 30450213 | xdiamondssxnh | 5/24/2005 | 6/3/2005 | 8/2/2005 | Fine Jewelry Field Support Manager | Kansas | Kansas City | Retail/Wholesale | | | | | | | |
| 30450213 | xdiamondssxnh | 5/24/2005 | 5/24/2005 | 7/23/2005 | Fine Jewelry Field Support Manager | Kansas | Kansas City | Retail/Wholesale | 527 | 4 | 2 | 0 | 0 | 0 | 10 |
| 30450968 | xdiamondssxnh | 5/24/2005 | 6/3/2005 | 8/2/2005 | Experienced Fine Jewelry Regional Support Managers Needed! | Florida | Tampa | Retail/Wholesale | | | | | | | |
| 30450968 | xdiamondssxnh | 5/24/2005 | 5/24/2005 | 7/23/2005 | Experienced Fine Jewelry Regional Support Managers Needed! | Florida | Tampa | Retail/Wholesale | 237 | 12 | 6 | 0 | 0 | 2 | 19 |