UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DIAMOND STAFFING SOLUTIONS, INC.,

Plaintiff,

v.

DIAMOND STAFFING, INC.,

Defendant.

Civil Action No. 05-40046-FDS

## **AFFIDAVIT OF MITCHELL HOROWITZ**

I, Mitchell Horowitz, under oath, depose and say as follows:

1.      I am an adult resident of Texas and make this Affidavit based upon my own knowledge.  This Affidavit is made in support of Plaintiff's Motion for Preliminary Injunction.  I have personal knowledge of the facts set forth in this Affidavit, and would be competent to testify thereto.

2.      From May 1993 to July 2004, I was employed as an Associate Publisher at National Jeweler, located at 770 Broadway, New York, NY 10003.

3.      I am currently employed as a Director of Advertising at JCK Magazine at 2278 Magic Mantle, Lewisville, Texas.  I have worked at JCK Magazine from July 2004 to the present.

4.      Both National Jeweler and JCK Magazine are nationally distributed jewelry trade magazines, including in the Commonwealth of Massachusetts.  Each magazine has a circulation of approximately 30,000 subscribers.  Subscribers to both magazines include jewelry wholesalers, manufacturers, and retailers located across the country.

5.    I have worked with Suzanne DeVries over the course of the last several years, and have helped develop her company's marketing strategy over this period of time.

6.    Since I began working with Ms. DeVries, Diamond Staffing Solutions, Inc. has grown exponentially in both size and reputation. During this period of time, Ms. DeVries has made a substantial effort to promote a conscious connection in the jewelry industry's mind between the terms "Diamond Staffing" and "Diamond Staffing Solutions" and the services offered by the company.

7.    I have helped Ms. DeVries build Diamond Staffing Solutions'$^{SM}$ reputation in the jewelry and giftware industries through advertising, network marketing, and introducing Ms. DeVries to various industry representatives, particularly wholesalers and manufacturers.

8.    Ms. DeVries has attended a number of industry trade shows over the past several years (including the JCK Las Vegas show, the industry's largest), and has made presentations regarding jewelry industry staffing at certain of these shows. Her presentations are typically well attended.

9.    During my tenure at National Jeweler and JCK Magazine, Diamond Staffing Solutions$^{SM}$ has periodically placed advertisements in these publications. These advertisements included large layouts, monthly classified listings, and website postings.

10.    Based on my observation, I believe that Diamond Staffing Solutions$^{SM}$ is one of the fastest -- if not the fastest -- growing companies in jewelry industry staffing, and is one of a handful of significant companies in this area on a national level.

11.    Diamond Staffing Solutions$^{SM}$ has a strong, favorable reputation throughout the jewelry industry as one of the industry's leading, most well-respected staffing services.

Signed under the pains and penalties of perjury this 1st day of July, 2005.

Mitchell Horowitz