UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIAMOND STAFFING SOLUTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> DIAMOND STAFFING, INC., <br><br> Defendant. | Civil Action No. 05-40046-FDS |

### AFFIDAVIT OF JOHN JOSEPH

I, John Joseph, under oath, depose and say as follows:

1. I am an adult resident of Iowa and make this Affidavit based upon my own knowledge. This Affidavit is made in support of Plaintiff's Motion for Preliminary Injunction. I have personal knowledge of the facts set forth in this Affidavit, and would be competent to testify thereto.

2. I am Vice President of Josephs Jewelers, located at 5425 Mills Civic Parkway, West Des Moines, IA 50266.

3. Josephs Jewelers was founded 134 years ago, and currently has three locations in Des Moines, Iowa. Josephs Jewelers is well-known among jewelry suppliers and retailers, and is a member of the Jewelers Research Group, a group of fourteen (14) independent jewelry retailers around the country.

4. In or about October 2004, I started searching for a new diamond buyer. Because this placement was particularly important to the business of the company, I decided to seek help from a professional jewelry staffing service.

BOS1508069.1

5.  During the course of my search, I spoke to many people in the jewelry industry. All of them recommended Ms. DeVries and/or Diamond Staffing Solutions℠ highly, including:

   a.  Kate Peterson from Performance Concepts, a jewelry industry consulting group;

   b.  John Parker, a jewelry staffing recruiter and a competitor of Diamond Staffing Solutions℠; and

   c.  several of my contacts at the Jewelers Research Group.

6.  After obtaining the aforementioned recommendations, I ran a google search on the internet to pull up Diamond Staffing Solutions'℠ contact information.

7.  I then followed a link from the google search to what I believe was the website of the defendant, Diamond Staffing, Inc. ("DSI")

8.  I spent approximately 3-5 minutes on DSI's website, to the best of my recollection. During that period of time, I believed that I was on the correct website, and searched for the contact information for Ms. DeVries and/or Diamond Staffing Solutions.℠

9.  Only after closely examining several different pages of the website did I come to the ultimate realization that I likely had the wrong company.

9.  Thereafter, I ran an additional internet search, and was able to locate the correct contact information of Diamond Staffing Solutions.℠

Signed under the pains and penalties of perjury this 1st day of July, 2005.

_____
John Joseph

2