UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DIAMOND STAFFING SOLUTIONS, INC.,

Plaintiff,

v.

DIAMOND STAFFING, INC.,

Defendant.

Civil Action No. 05-40046-FDS

### AFFIDAVIT OF MARK L. OLSEN

I, Mark L. Olsen, depose and say as follows:

1. I am an adult resident of Minnesota and make this Affidavit based upon my own knowledge. This Affidavit is made in support of Plaintiff's Motion for Preliminary Injunction. I have personal knowledge of the facts set forth in this Affidavit, and would be competent to testify thereto.

2. I am currently employed as a National Sales Manager for the Kirchner Corporation ("Kirchner"), located at 1000 Boone Avenue, North, Suite 900, Minneapolis, MN 55427. Kirchner has been manufacturing jewelry since 1901.

3. As of February 2005, Kirchner was seeking to expand its sales to the west coast of the United States.

4. To facilitate this expansion, Brian Flemming of the Carla Corporation, another jewelry manufacturer, suggested that I contact Suzanne DeVries at "Diamond Staffing," who he highly recommended.

5. I searched the internet for the website of Ms. DeVries' company in order to contact her. I found what I believed to be was her company's website, but was, in fact, the website of Diamond Staffing, Inc. ("DSI").

6. On February 11, 2005, I sent an email to "info@diamondstaffinginc.com." I thought that I was contacting Ms. DeVries, as evidenced by the fact that the email was addressed to her. I later found out that this email was actually directed to DSI.

7. In the email (which is attached hereto as Exhibit 1) I asked for information about how her company could help Kirchner in its search for sales representatives to cover the west coast of the United States.

8. After I sent the email unknowingly to DSI, a woman named "Annie" from DSI contacted me. I now believe this woman's name was Annie Moore.

9. Ms. Moore told me that she was familiar with Carla Corporation and that while her company tended to work on retail placements, she could help me find a sales representative to meet my employment needs.

10. I reiterated to Ms. Moore that I was looking for Ms. DeVries, as she was the person that Carla Corporation recommended.

11. Ms. Moore then provided me with Ms. DeVries' contact information.

12. To the best of my recollection, this was the full extent of our conversation.

Signed under the pains and penalties of perjury this 1st day of July, 2005.

                                                   _____ 7/1/05
                                                   Mark L. Olsen

# EXHIBIT 1

**Suzanne Devries, President**

From: Mark L. Olsen [mlolsen@kirchnercorp.com]
Sent: Friday, February 11, 2005 4:36 PM
To: suzanne@diamondstaffing.com
Subject: FW: Kirchner Corporation

Suzanne:

Thanks for taking time to talk with me.
Mark

---

From: Mark L. Olsen
Sent: Friday, February 11, 2005 12:10 PM
To: 'info@diamondstaffinginc.com'
Subject: Kirchner Corporation

Suzanne DeVires:

I was given your company as well as your name by Brian Flemming of the Carla Corporation.
Kirchner Corporation, located in Minneapolis, MN. has been manufacturing jewelry since 1901.
We are looking for our line to be represented on the West Coast of the United States.

I would like to get information on how your company could help us in our search for sales reps and your fees.
Thank you

Mark Olsen
Kirchner Corporation
National sales Manager
1000 Boone Ave N #900
Minneapolis, MN  55427
763-546-5440
E-mail: mlolsen@kirchnercorp.com

The information contained in this email is legally privileged and confidential information for the sole use of the intended recipient. Any use, distribution, transmittal or retransmittal of information contained in this email by persons who are not intended recipients may be a violation of law and is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.



EXHIBIT
Moore  9
fmc 6-1-05

3/10/2005