UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIAMOND STAFFING SOLUTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> DIAMOND STAFFING, INC., <br><br> Defendant. | Civil Action No. 05-40046-FDS |

## AFFIDAVIT OF AMY WENSLOW

I, Amy Wenslow, under oath, depose and say as follows:

1. I am an adult resident of California and make this Affidavit based upon my own knowledge. This Affidavit is made in support of Plaintiff's Motion for Preliminary Injunction. I have personal knowledge of the facts set forth in this Affidavit, and would be competent to testify thereto.

2. I am currently Director of West Coast Operations for the Manufacturing Jewelers & Suppliers of America ("MJSA"), and have worked for MJSA since October 30, 2001. As of July 1, 2005, MJSA had 1,816 members. The members of its Board of Directors include Tiffany's, Zales, and the Gemological Institute of America - Gem Instruments.

3. I have been employed in different positions in the jewelry industry since 1987, including in sales, management and product development positions. In my experience this industry is uniquely financially and professionally dependent on credibility, reputation and trust at a business to business and business to consumer level.

4. I first met Suzanne DeVries on June 3, 2003, at the JCK National Trade Show held in Las Vegas, Nevada. I was immediately impressed by Ms. DeVries' experience and jewelry industry contacts. At that time, Diamond Staffing Solutions[SM] already had a significant presence in jewelry industry staffing, having placed candidates with reputable national retailers such as Whitehall Jewelers, Helzberg Jewelers and Landstrom's.

5. Shortly after the trade show, Diamond Staffing Solutions[SM] increased their advertising and marketing in key jewelry industry publications such as JCK. On June 4, 2003, Diamond Staffing Solutions[SM] became a member of MJSA and subsequently listed its services in MJSA's Buyers' Guide Referral System, which lists products and services of MJSA members and is searchable at www.mjsainc.com. This referral system had 1.4 million hits in 2004.

6. In late 2003 and early 2004, I participated in the committee formed to compile the agenda for the "Women in the Know" jewelry trade educational event of the Women's Jewelers Association held in March, 2004. The committee included a number of prominent female executives in the jewelry and giftware industries. During committee meetings, Ms. DeVries was repeatedly mentioned as a good resource for the committee. Ms. DeVries was selected to speak at the educational event.

7. In my opinion, Diamond Staffing Solutions[SM] commanded a strong presence in the jewelry industry at the time I met Ms. DeVries in June, 2003 and that presence continues to the present. In my opinion, Diamond Staffing Solutions[SM] is unparalleled as a staffing agency in terms of:

    a. meticulously cultivating a prestigious message and name through effective advertising, marketing and selective promotion;

    b. timely and effective delivery of services; and

    c.    conducting itself with the highest ethical standards.

8.    The basis of the foregoing opinions includes discussions with others in the industry (including representatives from Louisiana-based Stuller's, a 1,100 employee company), overhearing comments made by others, and my own personal observation. I personally have referred companies seeking staffing services and quality candidates seeking positions to Diamond Staffing Solutions$^{SM}$, and have never been disappointed.

9.    Diamond Staffing Solutions$^{SM}$ has a first rate client base, including esteemed clients such as Borsheim's and Traditional Jewelers.

Signed under the pains and penalties of perjury this 7th day of July, 2005.

*Amy Wenslow* (signature)

Amy Wenslow