IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIAMOND STAFFING SOLUTIONS INC ) <br> ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> DIAMOND STAFFING, INC ) <br> ) <br> Defendant ) | CIVIL ACTION NO:05-40046-FDS |

### DEFENDANT, DIAMOND STAFFING, INC.'S CERTIFICATE OF COMPLIANCE WITH THE COURT'S ORDER OF JULY 8, 2005

Now comes Diamond Staffing, Inc. and pursuant to the Court's Order of July 8, 2005 gives notice that it does not intend to plead the defense of reliance on advice of counsel in the trial of the above-captioned matter, and, to the extent that it has been pled prior to this date, said defense is withdrawn.

Respectfully Submitted,
**Diamond Staffing, Inc.**
By its attorney,

Robert N. Meltzer, BBO #564745
P.O. Box 1459
Framingham, MA 01701
Phone: (508) 872-7116

Dated: July 13, 2005

CERTIFICATE OF SERVICE

I, Robert N. Meltzer, do hereby certify that on this day I served a copy of the foregoing by first class mail, postage prepaid, and fax, to:

Nixon Peabody LLP
100 Summer Street
Boston, MA 02110
Attn: Nicholas G. Papastavros, Esq.

Robert N. Meltzer

July 13, 2005