IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIAMOND STAFFING SOLUTIONS INC ) <br> ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> DIAMOND STAFFING, INC ) <br> ) <br> Defendant ) | CIVIL ACTION NO:05-40046-FDS |

OPPOSITION OF DEFENDANT DIAMOND STAFFING, INC.
TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

Now comes the Defendant, Diamond Staffing, Inc. ("Diamond" or "the Defendant") and opposes the Plaintiff's Motion for Preliminary Injunction. In support this Opposition, the Defendant files, and incorporates by reference as the record:

1. Memorandum of Law in Opposition to the Motion for Preliminary Injunction
2. Exhibit A (photocopies of Bates Stamped Documents produced by the Plaintiff)
3. Exhibit B (photocopies of deposition exhibits)
4. Exhibit C (Excerpts from the deposition of Suzanne DeVries)
5. Exhibit D (Excerpts from the deposition of Francis G. Vaccaro)
6. Exhibit E (Copies of Prior Filed Affidavits)
7. Table Summary of Relevant Facts
8. Affidavit of Francis Vaccaro
9. Affidavit of Joan Tancredi
10. Affidavit of Anita Harmon

The Defendant incorporates by reference pleadings filed with the Court prior to this day.

For the reasons supported by this record, the Defendant respectfully requests that this Honorable Court:

1. Deny the Plaintiff's Motion for Preliminary Injunction

2. In the event that this Court sees fit to issue the Order, that this Honorable Court order that the Plaintiff post a bond in the amount of $20,000,000 to provide security to the Defendant for the vast and likely irreparable harm that would result from the issuance of this order.

Respectfully Submitted,
**Diamond Staffing, Inc.**
By its attorneys,

Robert N. Meltzer, BBO #564745
P.O. Box 1459
Framingham, MA 01701
Phone: (508) 872-7116

Mary C. Casey, BBO #636250
Harbor Law Group
48 Maple Avenue
Shrewsbury, MA 01545
Phone: (508) 842-9244

Dated: July 14, 2005

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


CLERK'S NOTICE


This document can not be scanned due to its size, or the way in which it was bound.

The original is available for viewing in the Clerk's Office.