IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIAMOND STAFFING SOLUTIONS INC ) <br> ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> DIAMOND STAFFING, INC ) <br> ) <br> Defendant ) | CIVIL ACTION NO:05-40046-FDS |

### DEFENDANT, DIAMOND STAFFING, INC.'S PETITION FOR LEAVE TO FILE A SHORT REPLY BRIEF TO THE PLAINTIFF'S OPPOSITION TO THE DEFENDANT'S MOTION TO DISMISS PURSUANT TO F.R.C.P. 12(b)(6) OR, IN THE ALTERNATIVE, UNDER F.R.C.P. 56(c), ASSENTED TO BY PLAINTIFF

Now comes Diamond Staffing, Inc. and requests leave of court to file a very short reply brief in response to the Plaintiff's Opposition to the Defendant's Motion to Dismiss. As grounds for this request, Diamond Staffing states as follows:

1. This lawsuit involves allegations of infringement of protected trademark rights.

2. Within a timely period after the filing of this lawsuit, the Defendant filed a motion to dismiss this lawsuit on the grounds that the lawsuit was entirely frivolous.

3. Subsequent to the filing of that motion, but prior to the hearing on that motion, the Court granted the parties the right to conduct a certain degree of discovery.

4. The Plaintiff has filed an opposition to the Defendant's Motion to Dismiss.

5. The Defendant now seeks to reply to the Plaintiff's Opposition in a very limited manner so as to bring that motion current with the developments in the case. The Reply is only two pages long.

6. The Plaintiff, by its counsel, has assented to this motion following a conference as required by Local Rule 7.1(A)(2)

WHEREFORE, the Defendant respectfully requests leave to file the attached Reply

                                               Respectfully Submitted,

                                               **Diamond Staffing, Inc.**
                                               By its attorney,

                                               /s/ Robert N. Meltzer
                                               Robert N. Meltzer, BBO #564745
                                               P.O. Box 1459
                                               Framingham, MA 01701
                                               Phone: (508) 872-7116

Dated: July 14, 2005

## CERTIFICATE OF SERVICE

I, Robert N. Meltzer, do hereby certify that on this day I served a copy of the foregoing by first class mail, postage prepaid, and fax, to:

Nixon Peabody LLP
100 Summer Street
Boston, MA 02110
Attn: Nicholas G. Papastavros, Esq.

_____
Robert N. Meltzer

July 14, 2005

CERTIFICATE OF COMPLIANCE WITH L.R.7.1(A)(2)

Pursuant to Local Rule 7.1(A)(2), Defendant's counsel certifies that he has met and conferred with Plaintiff's counsel pertaining to this motion by telephone, and that Plaintiff's counsel has assented to this motion

                                                      Respectfully Submitted,
                                                      **Diamond Staffing, Inc.**
                                                      By its attorney,

                                                      Robert N. Meltzer, BBO #564745
                                                      P.O. Box 1459
                                                      Framingham, MA 01701
                                                      Phone: (508) 872-7116

Dated: July 14, 2005

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIAMOND STAFFING SOLUTIONS INC ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | CIVIL ACTION NO:05-40046-FDS |
| ) | |
| DIAMOND STAFFING, INC ) | |
| ) | |
| Defendant ) | |

REPLY OF THE DEFENDANT TO PLAINTIFF'S OPPOSITION TO THE
MOTION OF DEFENDANT DIAMOND STAFFING, INC.
TO DISMISS PLAINTIFF'S COMPLAINT FOR FAILURE TO STATE A CLAIM
PURSUANT TO F.R.C.P. 12(b)(6) AND F.R.C.P. 56(c) OR, IN THE ALTERNATIVE, FOR
AN ORDER COMPELLING THE PLAINTIFF TO POST A BOND

Now comes the Defendant, Diamond Staffing, Inc. and replies to the Plaintiff's Opposition to the Defendant's Motion to Dismiss as follows:

1. The Defendant filed this motion to dismiss on the grounds that this lawsuit is entirely frivolous and that no amount of discovery would alter the basic facts that the Plaintiff did not use the Diamond Staffing mark in the same geographic region as the Defendant prior to the Defendant's registration of the Diamond Staffing mark on both a state and federal level, or that the Plaintiff and Defendant do not operate within the same industry or marketing channels, such that no claim for infringement may be brought.

2. Further discovery will be pointless, as further discovery, which will require travel to seven states for depositions, will cost larges sums of money without changing the underlying flaws in the Plaintiff's case. This Court has already granted the Plaintiff limited discovery in preparation for the Motion for Preliminary Injunction, and it should be clear to this Court that further discovery will not change the fact that the Plaintiff's claim must fail due to lack of admissible evidence of key elements.

3. The Defendant therefore requests that the Court deny the request for further discovery under F.R.C.P. 56(f).

4. Finally, the Defendant incorporates by reference its Memorandum of Law in Opposition to the Plaintiff's Motion for Preliminary Injunction in support of its Motion to Dismiss as if restated in its entirety.

Respectfully Submitted,
**Diamond Staffing, Inc.**
By its attorneys,

Robert N. Meltzer, BBO #564745
P.O. Box 1459
Framingham, MA 01701
Phone: (508) 872-7116

Mary O. Casey, BBO #636250
Harbor Law Group
48 Maple Avenue
Shrewsbury, MA 01545
Phone: (508) 842-9244

Dated: July 14, 2005

2

CERTIFICATE OF SERVICE

I, Robert N. Meltzer, do hereby certify that on this day I served a copy of the foregoing by first class mail, postage prepaid, and fax, to:

Nixon Peabody LLP
100 Summer Street
Boston, MA 02110
Attn: Nicholas G. Papastavros, Esq.

Robert N. Meltzer

July 14, 2005