IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF MASSACHUSETTS

DIAMOND STAFFING SOLUTIONS INC )
)
    Plaintiff )
)
v. ) CIVIL ACTION NO:05-40046-FDS
)
DIAMOND STAFFING, INC )
)
    Defendant )

REPLY OF THE DEFENDANT TO PLAINTIFF'S OPPOSITION TO THE
MOTION OF DEFENDANT DIAMOND STAFFING, INC.
TO DISMISS PLAINTIFF'S COMPLAINT FOR FAILURE TO STATE A CLAIM
PURSUANT TO F.R.C.P. 12(b)(6) AND F.R.C.P. 56(c) OR, IN THE ALTERNATIVE, FOR
AN ORDER COMPELLING THE PLAINTIFF TO POST A BOND

Now comes the Defendant, Diamond Staffing, Inc. and replies to the Plaintiff's Opposition to the Defendant's Motion to Dismiss as follows:

1. The Defendant filed this motion to dismiss on the grounds that this lawsuit is entirely frivolous and that no amount of discovery would alter the basic facts that the Plaintiff did not use the Diamond Staffing mark in the same geographic region as the Defendant prior to the Defendant's registration of the Diamond Staffing mark on both a state and federal level, or that the Plaintiff and Defendant do not operate within the same industry or marketing channels, such that no claim for infringement may be brought.

2. Further discovery will be pointless, as further discovery, which will require travel to seven states for depositions, will cost larges sums of money without changing the underlying flaws in the Plaintiff's case. This Court has already granted the Plaintiff limited discovery in preparation for the Motion for Preliminary Injunction, and it should be clear to this Court that further discovery will not change the fact that the Plaintiff's claim must fail due to lack of admissible evidence of key elements.

3. The Defendant therefore requests that the Court deny the request for further discovery under F.R.C.P. 56(f).

4. Finally, the Defendant incorporates by reference its Memorandum of Law in Opposition to the Plaintiff's Motion for Preliminary Injunction in support of its Motion to Dismiss as if restated in its entirety.

                                                Respectfully Submitted,
                                                **Diamond Staffing, Inc.**
                                                By its attorneys,

Robert N. Meltzer, BBO #564745
P.O. Box 1459
Framingham, MA 01701
Phone: (508) 872-7116

Mary O. Casey, BBO #636250
Harbor Law Group
48 Maple Avenue
Shrewsbury, MA 01545
Phone: (508) 842-9244

Dated: July 14, 2005

2

CERTIFICATE OF SERVICE

I, Robert N. Meltzer, do hereby certify that on this day I served a copy of the foregoing by first class mail, postage prepaid, and fax, to:

Nixon Peabody LLP
100 Summer Street
Boston, MA 02110
Attn: Nicholas G. Papastavros, Esq.

Robert N. Meltzer

July 14, 2005