UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DIAMOND STAFFING SOLUTIONS INC.,

Plaintiff,

v.

DIAMOND STAFFING, INC.,

Defendant.

Civil Action No. 05-40046-FDS

## DIAMOND STAFFING SOLUTIONS, INC.'S
## MOTION FOR LEAVE TO FILE AN
## AMENDED COMPLAINT

Plaintiff Diamond Staffing Solutions, Inc.'s ("Diamond Staffing Solutions[SM]") moves pursuant to Fed. R. Civ. P. 15(a) and Fed. R. Civ. P. 15(d) for leave to file the Proposed First Amended Verified Complaint, attached hereto as Exhibit 1. In support of its motion, Diamond Staffing Solutions[SM] relies upon its Memorandum In Support of Its Motion for Leave to File An Amended Complaint, which is filed herewith.

WHEREFORE, Plaintiff, Diamond Staffing Solutions, Inc., respectfully requests that this Court:

A.    Enter and order granting Plaintiff's Motion for Leave to File An Amended Complaint;

B.    File the Proposed First Amended Complaint attached at Exhibit 1, and;

C.    Grant other such relief as the Court deems fair and just.

- 2 -

DIAMOND STAFFING SOLUTIONS, INC.

By its attorneys,

Date:  July 22, 2005

Nicholas G. Papastavros (BBO#635742)
Michael L. Cornell (BBO # 651405)
Nixon Peabody LLP
100 Summer Street
Boston, MA 02110-2131
(617) 345-1000 (telephone)
(617) 345-1300 (facsimile)

## LOCAL RULE 7.1(A)(2) CERTIFICATION

Counsel for Plaintiff Diamond Staffing Solutions, Inc. certifies that they conferred with counsel for Defendant Diamond Staffing, Inc. in a good faith attempt to resolve or narrow the issues presented in this Motion and was unable to do so.

Michael L. Cornell

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above document was served upon all counsel of record by electronic service and upon Robert Meltzer, Esq. by regular mail on July 22, 2005.

Michael L. Cornell

BOS1512426.1

**EXHIBIT 1**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DIAMOND STAFFING SOLUTIONS INC.,

                            Plaintiff,

v.                                                          Civil Action No. 05-40046-FDS

DIAMOND STAFFING, INC.,

                            Defendants.

## [PROPOSED] FIRST AMENDED VERIFIED COMPLAINT

### INTRODUCTION

Since May, 2002, plaintiff Diamond Staffing Solutions, Inc. ("Plaintiff") has quickly grown from a start-up business placing personnel in one chain of jewelry stores to a fast-growing business which places temporary and permanent personnel with wholesale and retail establishments in the jewelry industry nationwide. Plaintiff has now provided staffing services to approximately tens of renowned customers under the Diamond Staffing[SM] mark (hereinafter "Diamond Staffing[SM]") and has been repeatedly profiled in leading jewelry industry publications along with its founder and Chief Executive Officer, Suzanne DeVries.

The Defendant, Diamond Staffing, Inc. ("Defendant") is a company formerly known as Ultimate Personnel. As Plaintiff's business began to blossom in the summer and fall of 2003, Defendant, on information and belief, took note of Plaintiff's success, and, on information and belief, determined to capitalize on Plaintiff's reputation and success by changing its name from Ultimate Personnel to Diamond Staffing, Inc. This

name change is causing substantial confusion in the marketplace, given the identical "Diamond Staffing" name, similar staffing services offered by the companies, and overlapping customer base.

Plaintiff accordingly petitions this Court to enjoin on a preliminary and permanent basis Defendant's service mark infringement, to order impoundment of all infringing items, including labels, brochures, advertisements, and wrappers, and to award Plaintiff damages, including but not limited to damages stemming from Defendant's unfair trade practices.

## JURISDICTION AND VENUE

1.      This Court has federal question jurisdiction over this matter pursuant to 28 U.S.C. §§ 1331 and 1338(a).

2.      Venue is proper in this jurisdiction pursuant to 28 U.S.C. 1391 (b) & (c).

## PARTIES

3.      Plaintiff, Diamond Staffing Solutions, Inc. ("Plaintiff") is a Delaware corporation with a principal place of business at 5 Remington Court, Derry, NH.

4.      Plaintiff is in the business of providing permanent and temporary staffing to retail and wholesale business entities in the jewelry industry.

5.      On information and belief, the Defendant, Diamond Staffing, Inc., is a Massachusetts corporation with a principal place of business at 146 West Boylston Drive, Worcester, MA.

6.      On information and belief, the Defendant is also in the business of providing professional staffing services, to a cross-section of business sectors, including but not limited to companies in the jewelry industry.

## FACTS

7.     Plaintiff first used Diamond Staffing<sup>SM</sup> in commerce in May 2002, in connection with providing staffing services in the jewelry industry.

8.     When Plaintiff first used Diamond Staffing<sup>SM</sup> in commerce in May 2002, Defendant's company was known as "Ultimate Personnel."

9.      Upon information and belief, Defendant changed its name from Ultimate Personnel to Diamond Staffing, Inc. in or about November 2003.

10.     In its applications for federal and state trademark recognition of Diamond Staffing<sup>SM</sup>, Defendant has admitted that it first used Diamond Staffing<sup>SM</sup> on November 8, 2003.

11.     Plaintiff's use of Diamond Staffing<sup>SM</sup> more than 18 months prior to the first use of the mark by the Defendant gives Plaintiff common law rights to the exclusive use of the mark.

12.     Between May 2002 and November 2003, Plaintiff built substantial goodwill and name recognition for Diamond Staffing<sup>SM</sup> in the jewelry industry through news articles, stories and profiles published throughout the U.S., sponsorship and attendance at national trade shows, as well as by virtue of the high quality of its professional staffing services.  Indeed, Plaintiff's founder and President, Suzanne DeVries ("DeVries") is a contributing writer to the jewelry industry trade magazine *Professional Jeweler* and has been quoted as an industry leader in various other major trade publications such as *JCK* and *In Your Store*.  Examples of the goodwill established by Plaintiff prior to the Defendant's first use of Diamond Staffing<sup>SM</sup> in November 2003 are attached hereto at **Exhibit A**.

13.    Moreover, Plaintiff has advertised in print nationally and has been the subject of profiles in a variety of trade publications.  Plaintiff and DeVries have also been the subject of testimonials by leaders in the jewelry industry, including but not limited to, Carla Corp., Evan James, and Helzberg Diamonds.  As a result of these promotional vehicles, Plaintiff developed extensive goodwill and has established a secondary meaning for Diamond Staffing$^{SM}$ to the extent that Plaintiff's services have come to be identified with Diamond Staffing$^{SM}$ in the minds of consumers of professional staffing services.  Examples of Plaintiff's goodwill and reputation are attached hereto as **Exhibit B**.

14.    On December 5, 2003, Plaintiff's prior counsel informed Defendant in writing that Defendant's use of Diamond Staffing$^{SM}$ in connection with its staffing services infringed Plaintiff's rights in the mark.  Plaintiff's prior counsel demanded that, among other things, Defendant cease and desist from using Diamond Staffing$^{SM}$ in connection with staffing services.  A copy of the cease and desist letter is attached hereto as **Exhibit C**.

15.    On December 23, 2003, Defendant, through counsel, responded to Plaintiff's cease and desist letter by refusing to discontinue its use of the mark.  A copy of Defendant's December 23, 2003 response letter is attached hereto as **Exhibit D.**

16.    Since Defendant began using Diamond Staffing$^{SM}$, Plaintiff has received emails intended for Defendant, and Plaintiff is also aware that Defendant has received customer inquiries intended for Plaintiff.  A copy of an email intended for Plaintiff but sent to Defendant by a prospective customer of Plaintiff is attached hereto as **Exhibit E.**  Plaintiff has lost business opportunities as a result of this actual confusion.

17.    In September 2004, Plaintiff was named as a defendant in a discrimination action filed with the Massachusetts Commission Against Discrimination (MCAD). The complainant in MCAD action intended to sue Defendant but, due to the similarity of names, the complainant mistakenly sued the wrong party. In October 2004, the complainant amended her MCAD complaint to dismiss Plaintiff and bring charges of discrimination against Defendant. A copy of a letter to the MCAD outlining the complainant's confusion is attached hereto as **Exhibit F**.

18.    Between December 5, 2003 and the filing of this action, Plaintiff's prior counsel contacted Defendant via email and in writing on multiple occasions in attempts to resolve the confusion and reach a business solution. Defendant refuses to cease and desist from using Diamond Staffing$^{SM}$.

19.    After attempts to resolve this trademark dispute without the need for litigation, Plaintiff opposed Defendant's federal trademark registration by filing a Notice of Opposition with the U.S. Patent and Trademark Office's Trademark Trial and Appeal Board on or about November 3, 2004. A copy of Plaintiff's opposition is attached hereto as **Exhibit G**.

20.    As a result of consumer confusion regarding the identities of the parties and as a result of Defendant's conduct, Plaintiff's goodwill and reputation has been misappropriated by Defendant, causing Plaintiff damages as well as substantial harm which cannot adequately be compensated for by monetary damages.

21.    Defendant currently only conducts business in Massachusetts, New Jersey, Connecticut, Rhode Island, New York, and Pennsylvania. Deposition of Francis G. Vaccaro, dated June 1, 2005 (hereinafter "Vaccaro Dep.") at pp. 46-56. Plaintiff has also

learned that Defendant's use of Diamond Staffing[SM] in each of these states post-dates the Plaintiff's first use of the mark in May 2002.  Id.

22.    Because Defendant intends to expand its business on the east coast of the United States (Vaccaro Dep. at pp.  _____), Plaintiff's rights in Diamond Staffing[SM] are at risk of being infringed upon in each state where Plaintiff currently conducts business and where Defendant intends to expand.

<u>Count I – Trademark Infringement (15 U.S.C. § 1125(a))</u>

23.    Plaintiff repeats and realleges the allegations contained in paragraphs 1-20, <u>supra</u>, as if fully set forth herein.

24.    Plaintiff has used the Diamond Staffing[SM] mark in commerce; the mark, by itself, is not functional in any way; and the mark is distinctive because, at a minimum, it merely suggests the type of services Plaintiff provides.

25.    The Diamond Staffing[SM] mark has also acquired secondary meaning in the minds of consumers in the jewelry industry through Plaintiff's extensive advertising, name recognition and rapidly increasing number of personnel placements.

26.    On information and belief, Defendant has chosen its name with the intention of creating confusion with Plaintiff and to capture goodwill generated by Plaintiff in the temporary and permanent personnel placement industry.

27.    Defendant's provision of services utilizing the name "Diamond Staffing" has caused and is likely to cause confusion, cause mistake, or deceive customers concerning, among other things, the origin, sponsorship or approval of the personnel services being provided.

28.    Plaintiff has suffered, and will continue to suffer, damages as a result of Defendant's conduct, as well as harm which cannot be adequately compensated for by money damages.

Count II – Impoundment and Destruction (15 U.S.C. § 1118)

29.    Plaintiff repeats and realleges the allegations set forth in Paragraphs 1-26, supra, as though fully set forth herein.

30.    Based on Defendant's unlawful activities, Plaintiff understands that Defendant is continuing to infringe Plaintiff's mark.  Plaintiff requests that Defendant be required to retrieve and surrender for destruction all labels, signs, prints, packages, wrappers, receptacles, and advertisements in its possession bearing the infringing mark.

Count III - Unfair and Deceptive Acts and Practices (Mass. Gen. Laws ch. 93A)

31.    Plaintiff repeats and realleges the allegations contained in Paragraphs 1-28, supra, as though fully set forth herein.

32.    Plaintiff and Defendant are engaged in the conduct of trade or commerce within the meaning of Mass. Gen. Laws ch. 93A.

33.    Defendant's unfair and deceptive business practices in the conduct of commercial business occur primarily and substantially in Massachusetts.

34.    The foregoing conduct by Defendant constitutes unfair or deceptive acts and practices within the meaning of Mass. Gen. Laws ch. 93A.

35.    Through the unfair and deceptive acts and practices described herein, Plaintiff has been, and continues to be, damaged by Defendant's activities and conduct. Plaintiff has also suffered damage to its reputation and other nonpecuniary harm.   Unless Defendant's conduct is enjoined, Plaintiff will continue to suffer irreparable injury that

cannot adequately be calculated or compensated for by monetary damages. Accordingly, in addition to damages Plaintiff seeks injunctive relief pursuant to Mass. Gen. Laws ch. 93A, § 11.

36.     By using  Diamond Staffing$^{SM}$ and/or confusingly similar designations in connection with the sale, offering for sale, and/or advertising of services to the general public, Defendant has intentionally and knowingly violated Plaintiff's rights. Accordingly, Plaintiff is entitled to a judgment of up to three times its damages, together with reasonable attorneys' fees, pursuant to Mass. Gen. Laws ch. 93A, § 11.

Count IV – Declaratory Judgment (28 U.S.C. §2201)

37.     Plaintiff repeats and realleges the allegations contained in Paragraphs 1-36, supra, as though fully set forth herein.

38.     Plaintiff's first use of Diamond Staffing$^{SM}$ was in May 2002 and is currently national in scope.

39.     Defendant's first use of Diamond Staffing$^{SM}$ anywhere in the U.S. post-dates the Plaintiff's first use in May 2002.

40.     Defendant currently only conducts business in Massachusetts, New Jersey, Connecticut, Rhode Island, New York, and Pennsylvania.

41.     Because Defendant intends to expand its business on the east coast of the United States, Plaintiff's rights in Diamond Staffing$^{SM}$ are at risk of being infringed upon in each state where Plaintiff currently conducts business and where Defendant intends to expand.

42.    An actual controversy exists sufficient to satisfy the prerequisites set forth in 28 U.S.C. §2201, as defendant has expressed its intention to expand its business to other states on the "east coast" where plaintiff already conducts business.

43.    Plaintiff seeks a declaratory judgment that it has exclusive rights to Diamond Staffing$^{SM}$ in all jurisdictions in which defendant has expressed an intent to conduct business.

**WHEREFORE,** Diamond Staffing Solutions, Inc. respectfully requests that this Court grant the following relief:

(1)    Preliminary and permanent injunctive relief pursuant to 15 U.S.C. § 1125(c) enjoining Diamond Staffing, Inc. from:

- Offering staffing services under the name "Diamond Staffing" or "Diamond Staffing, Inc.", with or without the $^{SM}$ symbol;

- Offering staffing services under such a name as to falsely relate or connect, or tend to relate or connect, such name to Diamond Staffing Solutions, Inc. or Diamond Staffing$^{SM}$;

- Engaging in any other activity calculated to cause purchasers of services to believe that the staffing services offered by Diamond Staffing, Inc. are actually those of Diamond Staffing Solutions, Inc.;

- Directing Diamond Staffing, Inc. to file with the Court and serve upon Diamond Staffing Solutions, Inc. within thirty days from the service on the defendant of such injunction a report in writing under oath setting forth in detail the manner and form in which the defendant has complied with the injunction;

(2)    Order Defendant to retrieve and surrender for destruction all labels, signs, prints, packages, wrappers, receptacles, and advertisements in its possession bearing the infringing mark;

(3)    Enter judgment in Diamond Staffing Solutions, Inc.'s favor on each of the counts asserted herein and award it damages in an amount to be determined at trial,

doubled and trebled where appropriate pursuant to Mass G. L. 93A and/or other applicable law;

(4)    A declaration that Plaintiff has exclusive rights to Diamond Staffing<sup>SM</sup> in all jurisdictions in which defendant has expressed an intent to conduct business.

(5)    Award Diamond Staffing Solutions, Inc. the costs incurred in bringing this action, including its reasonable attorneys' fees;

(6)    Award Plaintiff exclusive rights to Diamond Staffing<sup>SM</sup> in any state where Defendant's use of the mark post-dates Plaintiff's first use of the mark; and

(7)    Award Diamond Staffing Solutions, Inc. such further relief as the Court deems just, proper and equitable.

DIAMOND STAFFING SOLUTIONS, INC.

By its attorneys,

Date:  July 22, 2005

Nicholas G. Papastavros (BBO#635742)
Michael L. Cornell (BBO # 651405)
NIXON PEABODY LLP
100 Summer Street
Boston, MA 02110-2131
(617) 345-1000 (telephone)
(617) 345-1300 (facsimile)

VERIFICATION

I, Suzanne DeVries hereby state under the pains an penalties of perjury that I am the President of Diamond Staffing Solutions, Inc. and that the allegations contained herein are true to the best of my knowledge, except as to those allegations made upon information and belief, and as to those allegations, I believe them to be true.

Suzanne DeVries

Date: 7/22/05

**EXHIBIT A**

## FIRST STEP



**Providing Quality Locking Security...**

*Keeping your merchandise safe*

Display locks and drawer locks keyed to a unique code for your operation. Never worry about an unauthorized duplicate key opening your locks. Visit us at www.mvs-inc.com

**1-800-767-6894**
**medeco** HIGH SECURITY LOCKS
**midwest** Vending Security, Inc.

---

*Showcase Sales Gallery, Inc.*
www.ShowcaseSales.com

800-246-2940
US/Canada
tel 607-988-2883

Store Layout
fax 607-988-9173

---

## WHOLESALE STERLING SILVERWARE,

**CHINA & CRYSTAL FOR SALE!!**
Over 6000 active & discontinued patterns
For "To the trade prices" VISIT:
**WWW.SILVERWHOLESALE.COM**

We also buy!
Strong competitive quotes.

Printed Wholesale catalog also available.

THE **SILVER QUEEN**
OPEN SINCE 1972

1350 West Bay Drive
Largo, FL 33770
(727) 581-6827
Fax: (727) 586-0822
**WWW.SILVERWHOLESALE.COM**

---

**Attn: RETAILERS & WHOLESALERS**
Want to stop paying too much for your jewelry pieces? Well, it's simple!!! All you have to do is either call us or email us, and tell us what pieces you are interested in and we will make it complete for **CHEAPER GUARANTEED!!**

Contact: Sal @ 718-392-5768
Email: samcorp2110@aol.com

---



MEMBER  **GOD'S METALS**  MEMBER

**GOLD • SILVER • PLATINUM**
METAL MILL PRODUCTS

• WIRE ALL SHAPES & COLORS
• SOLDER PLATE • CHOP • WIRE
• TUBING ROUND • SQUARE
• PLATE .008 - .125
• STAMPING VARIOUS SHAPES
• GRAIN ALL KARATS & COLORS
• MASTER ALLOY CASTING & MILLING

10K • 14K • 18K
PLATINUM • STERLING

◄LARGEST SELECTION • FREE CATALOGS►

54 West 47th Street, NY, NY 10036
212-869-1407 • 800-664-7677 • FAX: 212-768-3018

---



## STREET CLOCKS

**$7,500**
NOW ONLY
**$2,495**

2-Sided Wall-Mounted Clock (with arm)

Call: JOE
309-794-3022

---

## POSITIONS AVAILABLE


*diamond* staffing solutions

Your Jewelry Staffing Source.

Focusing exclusively on the jewelry industry, we are dedicated to matching the best talent with the best jewelers.

Many executive and management positions available.

Please call today.
Diamond Staffing Solutions, Inc.
Phone: 603-437-2679  Fax: 603-437-6004
www.diamondstaffing.com

---

### RETAIL SALES

Prestigious independent family owned retail jeweler just north of Atlanta seeking qualified individuals to sell diamonds, fine jewelry and Swiss watches to upscale clientele. Experience required.

Call in confidence.
**TARA FINE JEWELRY**
**800-313-2663**
**770-932-0119**
**Buddy Anderson**

---

### DIAMOND SORTER

Full time. Competitive salary offered. Requires 2 years experience in job. Must have proof of legal authority to work permanently in the U.S. No phone calls. Interested applicants should send resume to: Michael Gale, **Gale Jewelry Brokers, 5 S. Wabash Ave. Suite 704B, Chicago, IL 60603**

---

### TRUNK SHOWS

Leading Special Event / Trunk Show company seeks a representative to travel nationally full time. Must be experienced in travel, professional, goal oriented and responsible. Great benefits, daily allowance, and commission. Fax resume to:
**480-609-8822**

---

**S J A** **SPECIAL EVENTS**

SJA is accepting applications for highly qualified sales professionals and jewelers who are willing to travel. SJA pays the best BUT WANTS ONLY THE BEST. Work only 160 to 200 days per year for the industry leader in special events. Base pay......
• Plus commissions of 4% to 10%
• Plus Bonuses
• Plus Hospitalization
• Plus Air Travel Allowance
• Plus Travel Pay • Plus Meal Allowance
• Plus all other expenses paid.

COMPARE SJA's TOTAL PACKAGE & SEE THE DIFFERENCE
Call 800-257-4109
Or fax resume to 201-837-9484

---

## JOB OPENINGS NATIONWIDE
### PREMIER PLACEMENTS, INC.

**STORE MANAGERS • DISTRICT MANAGERS**
**GG'S • JEWELERS • WATCHMAKERS • SALES**

*call Tom Angelo today!*
**1•800•474•8047**

website: www.jewelryjobs.com    email:jobs@jewelryjobs.com
fax: 1•800•474•8048

•ALL FEES EMPLOYER PAID•    •ALL INQUIRIES CONFIDENTIAL•

---

## GEMSTONES

### DIAMONDS WITH ELEGANCE

Square emerald cut, available in singles, pairs and layouts. Also rounds, princess, trillions, pears, marquis 1/2 ct. +, eye clean and up. Excellent service catering to your needs.
**Alta Diamonds - 800-391-0012**

---

**WWW.SWEETGEMSTONES.COM**
Drusy - natural colors including white, cobaltoan calcite, Uvarovite, Black (dyed), Titanium coated and Specials. Also unusual agates, Boulder Opal, Blue Chalcedony, Dinosaur Bone, Tourmaline, Rutilated Quartz and more. Unusual faceted gemstones.
**201-541-4160**
**www.sweetgemstones.com**

---

## WAX PATTERN

### WHOLESALE WAX PATTERNS

49 Cents • *10,000 styles*
• 3 color catalogs $10.00
Casting and mold services
**Wilson's/TCD - POB 91899**
Lakeland FL 33804
863-686-9738 • www.waxpatterns.com

---

## SITUATION WANTED

**Charlotte CODY**

That's Who... the Fine Jewelry Industry has trusted for over 30 years for all their personnel needs.

Whether you're looking for managers, district managers, buyers, marketing or finance, we offer qualified, results oriented personnel nationwide. So from bench jewelers to corporate officers, there is only one agency to call for all your fine jewelry employment needs.

**CHARLOTTE CODY CONSULTANTS**
P.O. Box 82117, Conyers, GA 30013
770-929-3977  Fax: 770-929-8181
www.codyconsultants.com
E-mail: NormaCody@codyconsultants.com
CharlotteCody@codyconsultants.com



---

## Have a change of *heart.*

Looking for an opportunity to impact a growing business? Then join the team at Helzberg Diamonds, a respected leader in the fine diamond jewelry business. With more than 250 stores nationwide, we rely on ambitious professionals who put their hearts into their careers. We are looking for talented managers to expand our management team.

### DISTRICT MANAGER

You will lead store managers in the pursuit of sales growth and the profitable operation of all stores. Previous experience in multi-unit supervision is required. We need achievement oriented leaders who are committed to a professional work environment. Experienced retail managers with a business, marketing, or retail management degree are preferred.

### STORE MANAGER

This key role oversees all day-to-day store operations and the hiring and development of top performing associates. Previous store management experience, excellent communication skills, and a commitment to customer service are required. Previous store management experience in business, marketing, retail management or related area.

We offer a highly competitive rewards package that includes monthly and annual sales bonuses, 401(k) matching funds up to 4%, annual profit sharing, comprehensive health, dental, and life insurance plan, state of the art training programs, and more. For consideration, please e-mail resume to: storerecruiting@helzberg.com (word docs preferred); fax to: 816-627-1294 or forward your resume to: Helzberg Diamonds, 1825 Swift, North Kansas City, MO 64116. Principles only please. Equal Opportunity Employer Committed to the Value of Workforce Diversity.

**www.helzberg.com**    **HELZBERG DIAMONDS**

## FIRST STEP



**WHOLESALE STERLING SILVERWARE,**
CHINA & CRYSTAL FOR SALE!
Over 6000 active & discontinued patterns
For "To the trade prices" VISIT:
WWW.SILVERWHOLESALE.COM

We also buy! Strong competitive quotes.

Printed Wholesale catalog also available.

OPEN SINCE 1972

**SILVER QUEEN INC.**
1350 West Bay Drive  (727) 581-6827
Largo, FL 33770   Fax: (727) 586-0822
WWW.SILVERWHOLESALE.COM

---

*Providing Quality Locking Security...*



*Keeping your merchandise safe*

Display locks and drawer locks keyed to a unique code for your operation. Order an unauthorized duplicate key opening your locks. Visit us at www.mvs-inc.com

medeco
HIGH SECURITY LOCKS

1-800-767-6894
**midwest**
Vending Security, Inc.

---

**CAD-CAM FOR UNDER $3000**
Make corporate logo jewelry , Initial & Name jewelry, charm, earrings, custom bezels, settings, 3d scanning and much more. Perfect for any size jewelry business.
Visit www.3dwaxmill.com
or call 800-659-4398



---

## GEMSTONES

**DIAMONDS WITH ELEGANCE**
Square emerald cut, available in singles, pairs and layouts. Also rounds, princess, trillions, pears, marquis 1/2 ct. +, eye clean and up. Excellent service catering to your needs.
Alta Diamonds - 800-391-0012

## WAX PATTERN

**WHOLESALE WAX PATTERNS**
49 Cents • 10,000 styles
• 3 color catalogs $10.00
Casting and mold services
Wilson's/TCD - POB 91899
Lakeland FL 33804
863-686-9738 • www.waxpatterns.com



---

**South Sea Cultured Pearls** from SHOGUN



Call **800-458-8004** for Catalog
www.shogunpearl.com

---


**DOSS METALS**
GOLD • SILVER • PLATINUM
METAL MILL PRODUCTS
MEMBER

• WIRE ALL SHAPES & COLORS
• SOLDER PLATE • CHIP • WIRE
• TUBING ROUND • SQUARE
• PLATE .008 - .125
• STAMPING VARIOUS SHAPES
• GRAIN ALL KARATS & COLORS
• MASTER ALLOY CASTING & MILLING

10K • 14K • 18K PLATINUM • STERLING

LARGEST SELECTION • FREE CATALOGS
54 West 47th Street, NY, NY 10036
212-869-1407 • 800-654-7677 • FAX: 212-768-3018

---

STREET CLOCKS



$7,500 NOW ONLY $2,495

2-Sided Wall-Mounted Clock (with arm)

Call: JOE
309-794-3022

---

## SITUATION WANTED

Charlotte
**CODY**
That's Who...
the Fine Jewelry Industry has trusted for over 30 years for all their personnel needs.

Whether you're looking for managers, district managers, buyers, marketing or finance, we offer qualified, results oriented personnel nationwide. So from bench jewelers to corporate officers, there is only one agency to call for all your fine jewelry employment needs.

**CHARLOTTE CODY CONSULTANTS**
P.O. Box 82117, Conyers, GA 30013
770-929-3707  Fax 770-929-8181
www.codyconsultants.com
E-mail: ecodyinc@aol.com
NormaCody@aol.com

---

## POSITIONS AVAILABLE

**ATLANTA – IN-HOUSE SALES**
Crown Diamond is seeking ambitious in-house salesperson. Established accounts supplied, base plus commission, full benefits. No travel required. Computer skills a plus. Please e-mail resume to beth@crowndiamond.com or fax to 404-264-9524.

**TRUNK SHOWS**
Leading Special Event / Trunk Show company seeks a representative to travel nationally full time. Must be experienced in travel, professional, goal oriented and responsible. Great benefits, daily allowance, and commission. Fax resume to:
480-609-8822

**SJA SPECIAL EVENTS**
SJA is accepting applications for highly qualified sales professionals and jewelers who are willing to travel. SJA pays the best BUT WANTS ONLY THE BEST. Work only 160 to 200 days per year for the industry leader in special events. Base pay......
• Plus commissions of 4% to 10%
• Plus Bonuses
• Plus Hospitalization
• Plus Air Travel Allowance
• Plus Travel Pay • Plus Meal Allowance
• Plus all other expenses paid.

COMPARE SJA'S TOTAL PACKAGE & SEE THE DIFFERENCE
Call 800-257-4109
Or fax resume to 201-837-9484

---


**Careers N Jewelry.com**
Welcome
job seekers & employers

*Your future is a click away.*

Special!  Post a job for $99

www.careersNjewelry.com

---

**diamond** staffing solutions

**The success of any good business is its people.**

Do you have the right people in place for your holiday season? Diamond Staffing Solutions can help.

**Call Suzanne today and check out our new web site!**

Diamond Staffing Solutions, Inc.
Phone 603-437-2629  Fax 603-437-6004
email: suzanne@diamondstaffing.com
www.diamondstaffing.com

---

*Want A Better Job?*
......ATTENTION......
Jewelers & Watchmakers

Would you like a great JOB with a leading independent retail jeweler that pays TOP wage?

If you make jewelry, fix jewelry, or repair watches...and you are extremely good at what you do....CALL TODAY!

A better JOB is waiting for you right now. Why wait....make the call.

**Vic Davis & Associates**
866-650-6400 - Toll Free
417-887-5277 . . . . . Fax
Vicsjobs@aol.com
(all calls confidential)

---

**JEWELERS & SALES REPS**
Successful, growing restyle company seeks experienced jewelry sales representatives and bench jewelers who are free to travel and ready for the financial success that working for a great company offers. Salary plus commissions $50K+ to $100K+. Set schedule; no cold calls. 34 weeks per year travel required, security provided. Benefits include bonuses, 401K and profit-sharing plans, dental, paid health and life insurance, commuting allowance, paid travel expenses and vacation.
Contact Marcia at: 800-344-6768
or fax resume to: 770-499-8974
**DANA AUGUSTINE, INC.**
FINE JEWELRY MANUFACTURING SINCE 1981

---

## A GEM OF AN OPPORTUNITY

**ACN**, an established TV shopping network in our tenth year, based in Knoxville, Tennessee is searching for experienced sales professionals to work as on air hosts (Show Hosts). If you've always dreamed of an exciting career in the world of broadcasting, enjoy a fast paced environment and have a proven sales track record, we may have the position for you.
We need individuals who will educate and entertain as well as sell. You will be presenting and selling jewelry and gemstones to a national television audience. Excellent public speaking skills, a professional appearance, and the ability to perform in a high-pressure environment are a must. Broadcasting experience and basic knowledge of jewelry and gemstones is preferred but we will train.
Don't wait! Send your resume and a three-minute video of yourself selling a product of your choice to:

**ACN/Attention:**
HR Department/Show Host Search
10,001 Kingston Pike, Suite 44
Knoxville, TN  37922
No phone calls or emails please.

## FIRST STEP

### DOMAIN NAMES FOR SALE
THERIGHTHANDEDRING.COM
THEERIGHTHANDEDRING.COM
THEERIGHTHANDRING.COM
ARIGHTHANDRING.COM
ARIGHTHANDEDRING.COM
CALL 917-826-5396

### GIVE LAURIE A RING ...
Call today for details on placing your classified ad in our next issue!

800-688-7318 ext. 2

**ROSS METALS**
GOLD · SILVER · PLATINUM
METAL MILL PRODUCTS

• WIRE
  ALL SHAPES & COLORS
• SOLDER
  PLATE • CHOP • WIRE
• TUBING
  ROUND • SQUARE
• PLATE
  .008 - .125
• STAMPING
  VARIOUS SHAPES
• GRAIN
  ALL KARATS & COLORS
• MASTER ALLOY
  CASTING & MILLING

10K • 14K • 18K
PLATINUM • STERLING

• LARGEST SELECTION • FREE CATALOGS •
54 West 47th Street, NY, NY 10036
212-869-1407 • 800-654-7677 • FAX: 212-768-3018

### GEMSTONES

**DIAMONDS WITH ELEGANCE**
Square emerald cut, available in singles, pairs and layouts. Also **rounds, princess,** trillions, pears, marquis 1/2 ct. +, eye clean and up. Excellent service catering to your needs.
**Alta Diamonds - 800-391-0012**

### GEM PORTFOLIO NETWORK
To View Marketing System
Visit our Website: www.triom.org
For More Information Contact
TRIOM
800-969-3545

### WAX PATTERN

**PARADISE WAX PATTERNS**
Free catalog showing 9,000 high-quality "ready-to-cast" wax patterns.
**PARADISE WAX PATTERNS**
P.O. Box 32, Toms River, NJ 08754
Ph 732-244-4950 • Fax 732-244-2622

### POSITIONS AVAILABLE

**CHICAGO - EXECUTIVE ASSISTANT**
Wholesale manufacturer/distributor seeks candidate who is knowledgeable, energetic, resourceful, meticulous & friendly! Fast paced owner needs professional for small office environment: AP/AR, working with inventory, answering phones, correspondence and more. Multi-tasking and a positive attitude to do whatever it takes to get the job done are critical. E-mail your resume to: gina@oneconcepts.com

### JOB OPENINGS NATIONWIDE
PREMIER PLACEMENTS, INC.

**STORE MANAGERS • DISTRICT MANAGERS**
**GG'S • JEWELERS • WATCHMAKERS • SALES**

call Tom Angelo today!
**1•800•474•8047**
website: www.jewelryjobs.com     email:jobs@jewelryjobs.com
fax: 1•800•474•8048
▷ • ALL FEES EMPLOYER PAID •     • ALL INQUIRIES CONFIDENTIAL • ◁

### POSITIONS AVAILABLE

**Goldsmith in Paradise!**
Hawaii custom jewelry store seeks goldsmith skilled in custom design work and repairs. Quality a must. Great environment and benefits.
**Call 808-822-3591   jsaylor@aloha.net**

**JEWELER** to custom design fine gold jewelry including remounting of old jewelry; repair and redesign jewelry articles, adjust sizes, reshape and restyle to customer's order including stone setting, bead work, channel setting, baguette setting, lapping and high polish with rhodium finish. Require: four years of experience in the described job duties. Salary: $16.50 per hour, 9am to 6pm, M-F. Must be authorized to work in the United States. Send resume/work history to: Joyce Pollard, Alabama Employment Service, 2300 Frederick Road, Opelika, AL 36801.
Refer to Job Order AL 3002356.
EOE

**JEWELER** to custom design fine gold jewelry including remounting of old jewelry; repair and redesign jewelry articles, adjust sizes, reshape and restyle to customer's order including stone setting, bead work, channel setting, baguette setting and high polish with rhodium finish. Require: 3 years of experience in the described job duties. Salary: $640 per week, 9am - 6pm, M-F. Must be authorized to work in the United States. Send resume to:
Linda Carrithers
Alabama Employment Service
3440 3rd Avenue South, Birmingham, AL 35222-1712. Refer to Job Order AL 3002288.
EOE

### SJA SPECIAL EVENTS

SJA is accepting applications for highly qualified sales professionals and jewelers who are willing to travel. SJA pays the best BUT WANTS ONLY THE BEST. Work only 160 to 200 days per year for the industry leader in special events. Base pay......
• Plus commissions of 4% to 10%
• Plus Bonuses
• Plus Hospitalization
• Plus Air Travel Allowance
• Plus Travel Pay • Plus Meal Allowance
• Plus all other expenses paid.
COMPARE SJA's TOTAL PACKAGE
& SEE THE DIFFERENCE
Call 800-257-4109
or fax resume to 201-837-9484

### TRUNK SHOWS
Leading Special Event / Trunk Show company seeks a representative to travel nationally full time. Must be experienced in travel, professional, goal oriented and responsible. Great benefits, daily allowance, and commission. Fax resume to:
480-609-8822

**diamond**
staffing solutions

"Opportunities are never lost, they are just found by someone else"

We are looking for experienced jewelry professionals, interested in great new opportunities in the following categories:

• Regional & District Managers
• Buyers
• Jewelers (true craftsmen and women)
• Jewelry Managers and Asst. Managers

Please send your resume today.
suzanne@diamondstaffing.com
Phone: 603-437-2629 / Fax: 603-437-6004
Be sure to check out our new web site!
www.diamondstaffing.com

### Professional Jewelry Personnel
*Needed at once for Nation-wide openings!*
Managers, Graduate Gemologists, Outstanding Guild Sales Persons, Bench Jewelers, Merchandisers, etc...

Great locations, Excellent Salaries
& *future growth opportunities.*
• Call immediately! •
**Charlotte Cody Consultants**
An International Company
Executive Personnel Recruiters
Telephone: 770-929-3707
Fax: 770-929-8181
w w w . c o d y c o n s u l t a n t s . c o m

### FENDI TIMEPIECES
DISTRICT MANAGER
Positions available in Baltimore/DC & Boston/New England. Innovative, results oriented individuals with proven experience in sales and account development. Maintaining & developing a quality independent jewelry store customer base. Send resume to: Taramax U.S.A., Inc. 600 Warren Avenue, Spring Lake Heights, NJ 07762. Fax: 732-282-0841. E-mail: ddaniels@taramax.ch 5 years watch or jewelry sales experience, 3 year salary/compensation history required.

### JEWELERS & SALES REPS
Successful, growing restyle company seeks experienced jewelry sales representatives and bench jewelers who are free to travel and ready for the financial success that working for a great company offers. Salary plus commissions $50K+ to $100K+. Set schedule; no cold calls. 34 weeks per year travel required, security provided. Benefits include bonuses, 401K and profit-sharing plans, dental, paid health and life insurance, commuting allowance, paid travel expenses and vacation.
Contact Marcia at: 800-344-6768
or fax resume to: 770-499-8974
**Dana Augustine, Inc.**
FINE JEWELRY MANUFACTURING SINCE 1981

### DIAMOND SELECTOR to select and examine finished and rough diamonds; detect defects in color, quality and physical structure; size, type, and grade using precision measuring instruments; appraise for optimum value. Require: 3 years of experience in the described job duties. Salary: $16.50 per hour, 9am - 6pm, M-F. Must be authorized to work in the United States. Send resume/ work history to:
Joyce Pollard
Alabama Employment Service
2300 Frederick Road, Opelika, AL 36801
Refer to Job Order AL 3001824.
EOE

### Jewelers & Sales Reps
Experienced Professionals needed for restyling Events. Premier remount line, permanent partner, dedicated territory and opportunity to plan your own travel arrangements.
**Jewelers:** Minimum 2 years trade shop experience in setting, sizing, customizing and customer contact.
**Sales Reps:** Must have retail experience in high volume sales and be customer service oriented.
*Daily show and travel per diem, monthly commission, year end bonus, expense advance with reimbursements, health insurance and 401K.*
**Call: 800-421-8672, ext. 205**
**Or fax resume to: 818-785-3514**
**NOVA-MWI**
E.O.E.


www.national-jeweler.com

## FIRST STEP



GOLD • SILVER • PLATINUM
METAL MILL PRODUCTS

• WIRE
ALL SHAPES & COLORS
• SOLDER
PLATE • CHOP • WIRE
• TUBING
ROUND • SQUARE
• PLATE
.008 - .125
• STAMPING
VARIOUS SHAPES
• GRAIN
ALL KARATS & COLORS
• MASTER ALLOY
CASTING & MILLING

10K • 14K • 18K
PLATINUM • STERLING

• LARGEST SELECTION • FREE CATALOGS •

54 West 47th Street, NY, NY 10036
212-869-1407 • 800-654-7677 • FAX: 212-768-3018

### PAY AS YOU SELL

From a reliable manufacturer, memo goods are available for people with good credit history. A beautiful line of color & diamond jewelry. If interested please fax your letterhead to 212-869-5387 attn: David @ IJM.
**SALES REPS WANTED**

### DOMAIN NAMES FOR SALE

THERIGHTHANDEDRING.COM
THEERIGHTHANDRING.COM
THEERIGHTHANDRING.COM
ARIGHTHANDRING.COM
ARIGHTHANDERING.COM
**CALL 917-826-5396**

### GIVE LAURIE A RING ...

Call today for details on placing your classified ad in our next issue!

**800-688-7318 x2**

### GEMSTONES

**GEM PORTFOLIO NETWORK**
To View Marketing System
Visit our Website: www.triom.org
For More Information Contact
TRIOM
800-969-3545

### WAX PATTERN

**PARADISE WAX PATTERNS**
Free catalog showing 9,000 high-quality "ready-to-cast" wax patterns.
**PARADISE WAX PATTERNS**
P.O. Box 32, Toms River, NJ 08754
Ph 732-244-4950 • Fax 732-244-2622

### POSITIONS AVAILABLE

**Bench Jeweler**
Crown Gold Inc. wants a gold jewelry repairer with 2 years experience required. Excellent pay. Send resume to:
Mr. Isaac Dlavaheri
605 S. Hill St. Suite 503
Los Angeles, CA 90014

## Professional Jewelry Personnel

*Needed at once for Nation-wide openings!*

Managers, Graduate Gemologists, Outstanding Guild Sales Persons, Bench Jewelers, Merchandisers, etc...

Great locations, Excellent Salaries
& future growth opportunities.
• Call immediately! •
**Charlotte Cody Consultants**
An International Company

Executive Personnel Recruiters

Telephone: 770-929-3707
Fax: 770-929-8181

w w w . c o d y c o n s u l t a n t s . c o m



### POSITIONS AVAILABLE

**C.R. Jewelers**
Retail Chain with 19 stores seeks motivated Managers, Assistants and Sales Associates for stores in Concord, NC, Hanover, MD, Tempe, AZ, Knrz, TX, Grapevine, TX, Auburn Hills, MI, Nashville, TN and Woodbridge, VA. Excellent salary, commission and benefit package. Mail resume to:
**3111 N. University Drive #604**
**Coral Springs, Florida 33065**
Fax: 954-796-2066
Ph: 888-796-2060 x124
E-mail: tony@crjewelers.com

### SJA SPECIAL EVENTS



SJA is accepting applications for highly qualified sales professionals and jewelers who are willing to travel. SJA pays the best BUT WANTS ONLY THE BEST. Work only 160 to 200 days per year for the industry leader in special events. Base pay......
• Plus commissions of 4% to 10%
• Plus Bonuses
• Plus Hospitalization
• Plus Air Travel Allowance
• Plus Travel Pay • Plus Meal Allowance
• Plus all other expenses paid.
COMPARE SJA's TOTAL PACKAGE
& SEE THE DIFFERENCE
Call 800-257-4109
or fax resume to 201-837-9484

### LOOKING FOR EXPERIENCED WATCHMAKERS
EAST COAST JEWELRY in S. Florida is looking for the best of the best. Willing to relocate the right people, if you are a talented watchmaker experienced in high end watches, fax resume to:
Michael 954-429-9838

### POSITIONS AVAILABLE



**diamond** staffing solutions

**The success of any good business is its people.**

Do you have the right people in place to make this your best holiday season?

Diamond Staffing Solutions will make sure you do.

Call Suzanne DeVries today.
Diamond Staffing Solutions Inc.
Phone: 603-437-2629 Fax: 603-437-6004
email: suzanne@diamondstaffing.com
www.diamondstaffing.com

### Jewelers & Sales Reps

Experienced Professionals needed for restyling Events. Premier remount line, permanent partner, dedicated territory and opportunity to plan your own travel arrangements.

**Jewelers:** Minimum 2 years trade shop experience in setting, sizing, customizing and customer contact.

**Sales Reps:** Must have retail experience in high volume sales and be customer service oriented.

Daily show and travel per diem, monthly commission, year end bonus, expense advance with reimbursements, health insurance and 401K.

**Call: 800-421-8672, ext. 205**
**Or fax resume to: 818-785-3514**

## Valjean Mfg. Inc.
E.O.E.

### BENCH JEWELER

Well established - Custom Design Jewelry Store has immediate opening for assistant jeweler. All experience levels considered. Fax resume to:
**970-874-6824** or e-mail to:
JEWELMAN57@AOL.COM or
WWW.GOLDENASPEN.COM

### JEWELER WANTED / SUNNY FLORIDA

We are a high volume successful 31 year old business seeking an experienced jeweler. Must know basic repair, stone setting and platinum. Pay commensurate with experience. Paid holidays & health insurance available. Bench test required.
Contact Tracy
Phone: 800-976-2646 • Fax: 850-763-1134
E-mail: coinandbullion@knology.net

### JOB OPENINGS NATIONWIDE
PREMIER PLACEMENTS, INC.

**STORE MANAGERS • DISTRICT MANAGERS**
**GG'S • JEWELERS • WATCHMAKERS • SALES**

call Tom Angelo today!
**1•800•474•8047**

website: www.jewelryjobs.com    email:jobs@jewelryjobs.com
fax: 1•800•474•8048

• ALL FEES EMPLOYER PAID •    • ALL INQUIRIES CONFIDENTIAL •

### POSITIONS AVAILABLE

### JEWELERS & SALES REPS

Successful, growing restyle company seeks experienced jewelry sales representatives and bench jewelers who are free to travel and ready for the financial success that working for a great company offers. Salary plus commissions $50K+ to $100K+. Set schedule; no cold calls. 34 weeks per year travel required, security provided. Benefits include bonuses, 401K and profit-sharing plans, dental, paid health and life insurance, commuting allowance, paid travel expenses and vacation.

Contact Marcia at: 800-344-6768
or fax resume to: 770-499-8974

## DANA AUGUSTINE, INC.

FINE JEWELRY MANUFACTURING SINCE 1981

### REPS WANTED

**Midwest & South Central Sales Reps** wanted to represent fine figurative jewelry designed and produced in California. Extremely high quality niche product. Perfect non-conflicting sideline. Strong independent account base required.
Steven Douglas Co., Inc.   Ph: 888-695-8080
Fax: 310-831-2956  Email: sndco@earthlink.net

### Do You See Color?

Seeking enthusiastic sales rep for colorful, hugely successful line in CA. & West FL. & SE, TX & SW, little line with BIG profit & constant reorder. Track record a must. Contact RHS @
800-642-4041 or Fax resume to 617-523-2185

### EXPERIENCED SALESPERSONS

For a new & exciting diamond watch line. Must have a client base with high-end & department store connections. Local & regional positions. New York based company. Fax resume to: 212-997-1760

### Sales Representatives

A&Z Hayward, an established precious metal manufacturer seeks experienced sales representatives for established territories. Candidates should have a large following of well-rated independent jewelers. Monthly draw with an extremely high commission rate.

Fax resume to 401-438-6970
Attn: Human Resource Department
or email: info@allisonreed.com

## A&Z Hayward
Manufacturers of Fine Jewelry Since 1851
655 Waterman Avenue
East Providence, RI 02914

### ONE OF THE MOST UNIQUE OPPORTUNITIES IN OUR INDUSTRY.

One of the world's largest diamond manufacturers is aggressively expanding in the independent jewelry market.
If you are aggressive hard-working and have an established Independent account base we should talk.

Contact Sales Director at:
LID, LTD.
800-981-7005
Or fax your qualifications to:
212-888-9011

## Jewelers & Sales Reps

*Experienced Professionals needed for restyling Events. Premier remount line, permanent partner, dedicated territory and opportunity to plan your own travel arrangements.*

**Jewelers:** Minimum 2 years trade shop experience in setting, sizing, customizing and customer contact.

**Sales Reps:** Must have retail experience in high volume sales and be customer service oriented.

*Daily show and travel per diem, monthly commission, year end bonus, expense advance with reimbursements, health insurance and 401K.*

**Call: 800-421-8672, ext. 205**
**Or fax resume to: 818-785-3514**

### NOVA-MWI
*E.O.E.*

---

## BENCH JEWELER

Well established - Custom Design Jewelry Store has immediate opening for assistant jeweler. All experience levels considered. Fax resume to:

**970-874-6824** or e-mail to:
**JEWELMAN57@AOL.COM** or
**WWW.GOLDENASPEN.COM**

---

### JEWELER WANTED / SUNNY FLORIDA

We are a high volume successful 31 year old business seeking an experienced jeweler. Must know basic repair, stone setting and platinum. Pay commensurate with experience. Paid holidays & health insurance available. Bench test required.

Contact Tracy
Phone: 800-976-2646  Fax: 850-751-1134
E-mail: coinandbullion@knology.net

---

## diamond
staffing solutions

### Let us show you how we are different...

We confidently place jewelry professionals in positions that maximize their talents and give employers an immediate asset to their business.

Please contact Suzanne today.
suzanne@diamondstaffing.com
Phone: 603-437-2629  Fax: 603-437-6004

We invite you to visit our new web site!
www.diamondstaffing.com

---

### REPS WANTED

#### SALES REPS WANTED
NYC based Diamond Jewelry Wholesaler seeking experienced sales reps with established independent or chain store accounts. Non-conflicting side lines are OK. Applicable for Out of State candidates also. If interested fax or email resumes with references.

**Fax: 212-382-0955**
**Email: auracareers@email.com**
**Tel: 212-382-0954**

---

#### PERFECT SIDELINE
Luxurious Italian gold & diamonds watch line. Territories available. Needed: References. Experience. A smile. Fax resume to **516-374-3264**. E-mail: **info@anellewatches.com** (Attn: Joseph)
**www.anellewatches.com**

---

#### Experienced Sales Reps
Established manufacturer of fine jewelry has position open for a Wholesale Sales Rep. Servicing New Mexico, Arizona and other Western territories. Aggressive candidates can expect competitive salary plus commission. Fax resume to: 713-266-0796 or Email: employment@sbtimports.com

---

## Sales Representatives

A&Z Hayward, an established precious metal manufacturer seeks experienced sales representatives for established territories. Candidates should have a large following of well-rated independent jewelers. Monthly draw with an extremely high commission rate.

### Fax resume to 401-438-6970
Attn: Human Resource Department
or email: info@allisonreed.com

### A&Z Hayward
Manufacturers of Fine Jewelry Since 1851
655 Waterman Avenue
East Providence, RI 02914

---

### ATTENTION HUNGRY SALESPERSONS
W.C. EGDE AND GRAND BAND, TWO OF THE HOTTEST LINES IN THE INDUSTRY ARE LOOKING FOR REPS THROUGHOUT THE UNITED STATES, FAX RESUME TO:
954-921-1441 OR CONTACT
ED GREENBERG AT 800-824-5448
EXT. 130

---

**WANTED:** Experienced Sales Rep is needed by an established growing company to carry an Exclusively represented .925 Sterling Silver line. Salary plus commission. All territories available.

Fax: 212-686-6067
Email: info@balidesignsny.com

---

### Experienced Reps Needed
One of Southeast Asia's largest trading companies has entered the gems business. Both semi-precious and precious stones. Many key territories available. Above average commissions. Please fax resume to: 805-492-9779 or Email: jeweler@strategicsuccess.net

---

### Sales Professional
Thirty-four year old established fine jewelry manufacturer is seeking a sales professional for world-renowned artist's limited edition fine jewelry collection. National distribution position. Must have major better chain, jewelry and better specialty store contacts. Knowledge of art gallery world desirable, but not necessary. Fax resume to 516-781-8635.

---

### Attention Sales Reps
World-class provider of acrylic and leatherette jewelry displays. We are actively seeking to expand sales to independent and multi unit stores. We have several great opportunities for enthusiastic, experienced jewelry representative to work in all regions. Must have established client base with independent clients.
Fax resume to: 718-388-9215
Email resume:
Sales@alldirectinc.com

---

### SALES REPRESENTATIVES
Conservative, Texas-based company looking for long-term prospects, complete diamond jewelry line backed up with new, 48-page digital catalog. Over 50 years in business. Please fax resume to 972-490-4660.

---

### DO YOU HAVE WHAT IT TAKES TO BE PART OF THE SBM TEAM?
SBM Diamonds, the renowned diamond manufacturer and wholesaler, is constantly expanding its offices in NYC and throughout the US. Opportunities include Sales, Telemarketing, Secretarial and Grading/Sorting Positions.

Fax or e-mail resumes to: 212-398-6161 or HR@sbmdiamond.com
or visit our website: www.sbmdiamond.com.

---

### REP NEEDED: Quality Color and Diamond Line
Great values, superior service, excellent selection and terms. High commission paid.
▲ Established territories available.
▲ Once in a lifetime opportunity!
EMG Creations, Inc. 888-EMG-1212

---

### Experienced Sales Reps
New York based diamond jewelry wholesaler with manufacturing facilities in India looking for established reps for delivery line. Several Territories available. Sideline OK
Phone 800-782-7436
Fax resume 212-601-8160

---

## ✧ A GEM OF AN OPPORTUNITY ✧

**ACN,** an established TV shopping network in our tenth year, based in Knoxville, Tennessee is searching for experienced sales professionals to work as on air hosts (Show Hosts). If you've always dreamed of an exciting career in the world of broadcasting, enjoy a fast paced environment and have a proven sales track record, we may have the position for you.

We need individuals who will educate and entertain as well as sell. You will be presenting and selling jewelry and gemstones to a national television audience. Excellent public speaking skills, a professional appearance, and the ability to perform in a high-pressure environment are a must. Broadcasting experience and basic knowledge of jewelry and gemstones is preferred but we will train.

Don't wait! Send your resume and a three-minute video of yourself selling a product of your choice to:

**ACN/Attention:**
**HR Department/Show Host Search**
**10,001 Kingston Pike, Suite 44**
**Knoxville, TN 37922**
No phone calls or emails please.

---

## Have a change of *heart.*

Looking for an opportunity to impact a growing business? Then join the team at Helzberg Diamonds, a respected leader in the fine diamond jewelry business. With more than 250 stores nationwide, we rely on ambitious professionals who put their hearts into their careers. We are looking for talented managers to expand our management team.

### DISTRICT MANAGER

You will lead your teams in the pursuit of sales growth and the profitable operation of all stores. Previous experience in multi-unit supervision is required. We need achievement oriented leaders who are committed to a professional work environment. Experienced retail managers with a business, marketing, or retail management degree are preferred.

### STORE MANAGER

This key role oversees all day-to-day store operations and the hiring and development of top performing associates. Previous store management experience, excellent communication skills, and a commitment to customer service are required. Prefer degree in business, marketing, retail management or related area.

We offer a highly competitive rewards package that includes monthly and annual sales bonuses, 401(k) matching funds up to 4%, annual profit sharing, comprehensive health, dental, and life insurance plan, state of the art training programs, and more. For consideration, please e-mail resume to: storerecruiting@helzberg.com (word docs preferred); fax to: 816-627-1294 or forward your resume to: Helzberg Diamonds, 1825 Swift, North Kansas City, MO 64116. Principles only please. Equal Opportunity Employer Committed to the Value of Workforce Diversity.

**www.helzberg.com**

→ ### HELZBERG DIAMONDS

---

### ATLANTA – IN-HOUSE SALES
Crown Diamond is seeking ambitious in-house salesperson. Established accounts supplied, base plus commission, full benefits. No travel required. Computer skills a plus. Please e-mail resume to beth@crowndiamond.com or fax to 404-264-9524.

---

## JOB SEEKERS
Visit: www.jewelryheadhunter.com
for a listing of all our *current positions* available. We are specialized in recruitment for the watch and jewelry industry.

## GOLDSMITH IN TROPICAL PARADISE!

Successful, growing jewelry store seeks an experienced bench jeweler for an expanding operation. Must be proficient in fancy stone setting – repairs – and custom work. Three years experience in described job duties required. If you are interested in our outstanding benefits including top pay, 401K, and paid vacation, contact Merritt at:

239-277-1011 or
fax your resume to 239-277-9565

---

## JEWELERS & SALES REPS

Successful, growing restyle company seeks experienced jewelry sales representatives and bench jewelers who are free to travel and ready for the financial success that working for a great company offers. Salary plus commissions $50K+ to $100K+. Set schedule; no cold calls. 34 weeks per year travel required, security provided. Benefits include bonuses, 401K and profit-sharing plans, dental, paid health and life insurance, commuting allowance, paid travel expenses and vacation.

Contact Marcia at: 800-344-6768
or fax resume to: 770-499-8974

### DANA AUGUSTINE, INC.
FINE JEWELRY MANUFACTURING SINCE 1981

---

## RETAIL SALES

Prestigious independent family owned retail jeweler just north of Atlanta seeking qualified individuals to sell diamonds, fine jewelry and Swiss watches to upscale clientele. Experience required.

Call in confidence.
TARA FINE JEWELRY
800-313-2663
770-932-0119
Buddy Anderson

---

## C.R. Jewelers

Retail Chain with 19 stores seeks motivated Managers, Assistants and Sales Associates for stores in Concord, NC, Hanover, MD, Tempe, AZ, Katy, TX, Grapevine, TX, Auburn Hills, MI, Nashville, TN and Woodbridge, VA. Excellent salary, commission and benefit package. Mail resume to:

3111 N. University Drive #604
Coral Springs, Florida 33065
Fax: 954-796-2066
Ph: 888-796-2060 x124
E-mail: tony@crjewelers.com

---

## IMMEDIATE OPENING
PHOENIX, AZ

Fast paced, customer service oriented jewelry repair franchise seeks an experienced bench jeweler. Must be skilled at stone setting and repairs. Requires a minimum of 5 years experience. Excellent pay and bonuses.

Fast Fix Jewelry Repair
Phone: 602-494-0773  Fax: 602-404-8449

---



### diamond
staffing solutions

## Is Your Store Fully Staffed for the Holiday Season?

We Offer:
◆ In-Store Hiring Services
◆ The Most Extensive Database of Successful Jewelry Candidates. Full-Time, Part-Time or Seasonal
◆ A Peaceful Night's Sleep

Call Suzanne DeVries today.
Diamond Staffing Solutions, Inc.
Phone: 601-437-2629  Fax: 601-437-6004
email: suzanne@diamondstaffing.com
www.diamondstaffing.com

---

## Bench Jeweler

Crown Gold Inc. wants a gold jewelry repairer with 2 years experience required. Excellent pay. Send resume to:

Mr. Isaac Diavaheri
606 S. Hill St. Suite 503
Los Angeles, CA 90014

---



## Careers N Jewelry.com

### Welcome
job seekers & employers

Your future is a click away.

Special! Post a job for $99

www.careersNjewelry.com

---

 
Victorian Collection      TECH LINE      Mirabelle

One Company ... Many Visions
## EXPERIENCED REPS NEEDED

A unique opportunity to Rep one of the most exciting lines of jewelry that the whole country is talking about. Major West Coast jewelry manufacturer is looking for established reps. Several territories available. Our reps earn six figures and above. If you are fully motivated to succeed, we will guide you to reach the promised land. Please fax resume & references in complete confidence to: 213-622-1373 or call Raphael at 800-466-0656.

Techline Jewelry Corporation

---

## Delivery Goods Salesperson

Large high volume manufacturer of diamond, precious and semi-precious gold and platinum mass market jewelry seeks a seasoned professional to sell to smaller chain and regional stores.
Fax resume to MT @ 718-482-1620.

---

## Qualified Sales Reps Only, Please...

A unique opportunity to sell high-end diamond jewelry from a very well known strongly advertised jewelry firm. We seek talented sales reps with established territories and impressive retail contacts. Must be proficient at moving items of $1000+. For a confidential interview fax your resume to Joe:

212-840-0228

---

## Manufacturers Representative

Lifetime opportunity for an experienced salesperson to represent Breuning's line in the West: AZ, CA (S. of Fresno), NM, UT & NV. Non-conflicting line assured.
Fax resume to 678-377-1674
or email to info@breuning.us

### BREUNING
www.breuning.com

---

## SALES REPS WANTED

NYC based Diamond Jewelry Wholesaler seeking experienced sales reps with established independent or chain store accounts. Non-conflicting side lines are OK. Applicable for Out of State candidates also. If interested fax or email resumes with references.
Fax: 212-382-0955
Email: auracareers@email.com
Tel: 212-382-0954

---

## Sales Representatives

A&Z Hayward, an established precious metal manufacturer seeks experienced sales representatives for established territories. Candidates should have a large following of well-rated independent jewelers. Monthly draw with an extremely high commission rate.

Fax resume to 401-438-6970
Attn: Human Resource Department
or email: info@allisonreed.com

### A&Z Hayward
Manufacturers of Fine Jewelry Since 1851
655 Waterman Avenue
East Providence, RI 02914

---

## Top Grade Sales Rep

Established and growing New York manufacturer of quality diamond bracelets, solitaires, pendants, and earrings is looking to break out. If you think you are the right person, fax your resume in strictest confidence to:

212-997-8656

---

WANTED: Experienced Sales Rep is needed by an established growing company to carry an Exclusively represented .925 Sterling Silver line. Salary plus commission.
All territories available.
Fax: 212-686-6067
Email: info@balidesignsny.com

---

Sales Rep Wanted: Experienced Sales Rep is needed by an established growing company in NY. Team up with a reliable supplier of fine and price point oriented jewelry with solid loose diamond support and liberal dating options. Excellent compensation. Please fax resume to
212-317-0400 or call 888-317-3800

---

## Professional Sales Representatives Wanted!

Work with one of the leading U.S. Colored Stone Manufacturers. Want to sell quality-trademarked merchandise that bring reorders, and offer great profit margins for your customers?

Columbia Gem House/Trigem Designs is looking for someone like you!

We Offer: Quality Colored Stone & Pearl Rings, Pendants, Earrings & Bracelets. Top quality trademarked color stones. Grape Garnet, Seafoam Tourmaline, Fire Citrine, Spice Pearls to name a few. Order & delivery lines. Fantastic price points in all categories. Training. Sales support. Educational materials. ad slicks, flyers. Great compensation package.

You offer: Willingness to work assigned territory daily. Knowledge of assigned territory. Honesty. Dependability. Organized.

Territories Available January 1, 2004
Please call us at: 800-888-2444
Fax: 360-514-0575
- All inquiries are confidential -

---

## ONE OF THE MOST UNIQUE OPPORTUNITIES IN OUR INDUSTRY.

One of the world's largest diamond manufacturers is aggressively expanding in the independent jewelry market. If you are aggressive hard-working and have an established independent account base we should talk.

Contact Sales Director at:
LID, LTD.
800-981-7005
Or fax your qualifications to:
212-888-9011

---

## ◆ A GEM OF AN OPPORTUNITY ◆

ACN, an established TV shopping network in our tenth year, based in Knoxville, Tennessee is searching for experienced sales professionals to work as on air hosts (Show Hosts). If you've always dreamed of an exciting career in the world of broadcasting, enjoy a fast paced environment and have a proven sales track record, we may have the position for you.

We need individuals who will educate and entertain as well as sell. You will be presenting and selling jewelry and gemstones to a national television audience. Excellent public speaking skills, a professional appearance, and the ability to perform in a high-pressure environment are a must. Broadcasting experience and basic knowledge of jewelry and gemstones is preferred but we will train.

Don't wait! Send your resume and a three-minute video of yourself selling a product of your choice to:

ACN/Attention:
HR Department/Show Host Search
10,001 Kingston Pike, Suite 44
Knoxville, TN  37922
No phone calls or emails please.

## FIRST STEP



**GOLD • SILVER • PLATINUM**
ROSS METALS
METAL MILL PRODUCTS

- WIRE ALL SHAPES & COLORS
- SOLDER PLATE • CHOP • WIRE
- TUBING ROUND • SQUARE
- PLATE .008 - .125
- STAMPING VARIOUS SHAPES
- GRAIN ALL KARATS & COLORS
- MASTER ALLOY CASTING & MILLING

10K • 14K • 18K
PLATINUM • STERLING

*LARGEST SELECTION • FREE CATALOGS*

54 West 47th Street, NY, NY 10036
212-869-1407 • 800-654-7677 • FAX: 212-768-3018

### DOMAIN NAMES FOR SALE
THERIGHTHANDEDRING.COM
THEEIGHTHANDEDRING.COM
THEERIGHTHANDEDRING.COM
ARIGHTHANDEDRING.COM
ARIGHTHANDEDRING.COM
**CALL 917-826-5396**

### GIVE LAURIE A RING ...
Call today for details on placing your classified ad in the next issue of National Jeweler or to set up your 2004 advertising schedule!

**800-688-7318**
x2

### WAX PATTERN

**PARADISE WAX PATTERNS**
Free catalog showing approximately 4.5% high-quality "ready-to-cast" wax patterns.
**PARADISE WAX PATTERNS**
P.O. Box 32, Toms River, NJ 08754
Ph 732-244-4950 • Fax 732-244-2622

### GEMSTONES

**GEM PORTFOLIO NETWORK**
To View Marketing System
Visit our Website: www.triom.org
For More Information Contact
TRIOM
800-969-3545

### AUCTIONS

**US MARSHALS SERVICE**
**JEWELRY AUCTION**
10 AM Saturday, December 6, 2003
1111 Houston Street, Room 203
Fort Worth Convention Center
**Jewelry:** Diamond rings with individual diamonds weighing approximately 6.15 cts., 3.80 cts., 3.70 cts., 3.50 cts., 3.48 cts., and 2.46 cts. Earrings with diamonds weighing 5.33 & 5.26 cts., Diamond bracelets including a Platinum diamond bracelet TWA 6.00 cts., 18K W diamond bracelet with 11.50 cts. (Princess cut) and 2.25 cts. (round brilliant cut); Approximately 100 parcels of loose gemstones, including 60 parcels of emeralds, plus diamonds, aquamarine, citrine, tourmaline, amethyst, beryl, ametrine and topaz. **Watches:** Over 15 Rolex watches plus Jacob & Company, Breitling and Gucci; Over 1,840 Gold Coins: Artwork & MUCH MORE!
**Optional:** Send $10 for each catalog, CD or video (cashier's check, money order or check in US funds) to Lone Star Auctioneers, Inc., 4629 Mark IV Parkway, Fort Worth, TX 76106. "As Is, Where Is."

**Lone Star Auctioneers, Inc.**
817-740-9400  Burgess 7878
**For webcast display & terms:**
www.lonestarauctioneers.com

### POSITIONS AVAILABLE

**Jewelers & Sales Reps**
Experienced Professionals needed for restyling Events. Premier remount line, permanent partner, dedicated territory and opportunity to plan your own travel arrangements.
**Jewelers:** Minimum 2 years trade shop experience in setting, sizing, customizing and customer contact.
**Sales Reps:** Must have retail experience in high volume sales and be customer service oriented.

*Daily show and travel per diem, monthly commission, year end bonus, expense advance with reimbursements, health insurance and 401K.*

**Call:** 800-421-8672, ext. 205
**Or fax resume to:** 818-785-3514

**Valjean Mfg. Inc.**
E.O.E.


**diamond**
staffing solutions

**Jewelers Last Minute Holiday Checklist:**
☑ Extra Inventory Purchased
☑ Store Decorated
☑ 4th Quarter Projections & Goals
☑ Associate Sales Projections & Goals
☐ Holiday Team Hired?

Do you have your holiday team hired to achieve your sales goals?

Diamond Staffing Solutions will help provide solutions for all of your last minute holiday staffing needs!

Call us today for your personal in-store consultation.

Diamond Staffing Solutions, Inc.
Phone: 603-437-2629  Fax: 603-437-6004
email: suzanne@diamondstaffing.com
www.diamondstaffing.com

### POSITIONS AVAILABLE

**REEDS**
*Jewelers*
Make a Simply Beautiful career choice.

**Color Gemstone Buyer**
A leader in the fine jewelry industry, REEDS Jewelers offers a comprehensive compensation program that includes Health/Dental, Life & LTD, 401K/Profit Sharing, incentives, employee purchase discounts and career growth opportunities.

Email resume to jobs@reeds.com
Fax resume to 910.350.3311

*SIMPLY BEAUTIFUL*

**SALES / TRAINING**
World's leading jewelry/gift personalization system. Tremendous growth requires additional salespeople in Dallas, Houston, Los Angeles, San Francisco, Chicago, Boston, and DC, for sales to jewelry stores of computerized engraving equipment. Trade shows, customer training & support, superior phone skills required. Salary + commission. E-mail resume with compensation history to:
ECParent@Signature-Engravers.com

**Bench Jeweler**
Crown Gold Inc. wants a gold jewelry repairer with 2 years experience required. Excellent pay. Send resume to:
**Mr. Isaac Dlavaheri**
606 S. Hill St. Suite 503
Los Angeles, CA 90014

**Goldsmith in Paradise!**
Hawaii custom jewelry store seeks goldsmith skilled in custom design work and repairs. Quality a must. Great environment and benefits.
**Call 808-822-3591** jsaylor@aloha.net

**GOLDSMITH WANTED**
Successful, growing jewelry store seeks an experienced bench jeweler for an expanding operation. Must be proficient in fancy stone setting, repairs, and custom work. Three years of experience in described job duties required.
If you are interested in our outstanding benefits including top pay, 401K and paid vacation, send resume to:
**Dunkin's Diamonds**
2298 Elida Rd.
Lima, OH 45805
**Or fax to: 419-331-3525**

**C.R. Jewelers**
Retail Chain with 19 stores seeks motivated Managers, Assistants and Sales Associates for stores in Concord, NC, Hanover, MD, Tempe, AZ, Katy, TX, Grapevine, TX, Auburn Hills, MI, Nashville, TN and Woodbridge, VA. Excellent salary, commission and benefit package. Mail resume to:
3111 N. University Drive #604
Coral Springs, Florida 33065
Fax: 954-796-2066
Ph: 888-796-2060 x124
E-mail: tony@crjewelers.com

**JEWELERS & SALES REPS**
Successful, growing restyle company seeks experienced jewelry sales representatives and bench jewelers who are free to travel and ready for the financial success that working for a great company offers. Salary plus commissions $50K+ to $100K+. Set schedule; no cold calls. 34 weeks per year travel required, security provided. Benefits include bonuses, 401K and profit-sharing plans, dental, paid health and life insurance, commuting allowance, paid travel expenses and vacation.
Contact Marcia at: 800-344-6768
or fax resume to: 770-499-8974

**DANA AUGUSTINE, INC.**
FINE JEWELRY MANUFACTURING SINCE 1981

**JOB OPENINGS NATIONWIDE**
Premier Placements, Inc.
**STORE MANAGERS • DISTRICT MANAGERS**
**GG'S • JEWELERS • WATCHMAKERS • SALES**
*call Tom Angelo today!*
**1•800•474•8047**
website: www.jewelryjobs.com    email:jobs@jewelryjobs.com
fax: 1•800•474•8048
◆ALL FEES EMPLOYER PAID◆    ◆ALL INQUIRIES CONFIDENTIAL◆

**SJA SPECIAL EVENTS**
SJA is accepting applications for highly qualified sales professionals and jewelers who are willing to travel. SJA pays the best BUT WANTS ONLY THE BEST. Work only 160 to 200 days per year for the industry leader in special events. Base pay......
• Plus commissions of 4% to 10%
• Plus Bonuses
• Plus Hospitalization
• Plus Air Travel Allowance
• Plus Travel Pay • Plus Meal Allowance
• Plus all other expenses paid.
COMPARE SJA'S TOTAL PACKAGE
& SEE THE DIFFERENCE
Call 800-257-4109
Or fax resume to 201-837-9484

**JEWELER WANTED / SUNNY FLORIDA**
We are a high volume successful 31 year old business seeking an experienced jeweler. Must know basic repair, stone setting and platinum. Pay commensurate with experience. Paid holidays & health insurance available. Bench test required.
Contact Tracy
Phone: 800-976-2646 • Fax: 850-763-1134
E-mail: coinandbullion@knology.net

**NATIONAL JEWELER CLASSIFIED SECTION REALLY WORKS!**
OUR PRODUCTION DEPARTMENT WILL TYPESET YOUR AD FOR *FREE!*
Fax your ad copy to 214-290-9980.




## CAREER OPPORTUNITIES

### GOLDSMITHS (1 - 2 year contract)
### CAPE TOWN, SOUTH AFRICA

Live in one of the world's most beautiful cities, while utilizing your talents as a qualified Goldsmith with South Africa's largest jewellery manufacturer-ORO AFRICA.

You will work alongside a young, innovative Research and Development team, creating jewellery ranges from commercial to branded, young and funky products, and Africa-inspired jewellery.

We seek your young, creative mind and attitude, passion for your work and accuracy. You will use your talent in manufacturing handmade silver models and prototypes. You will need to have a good understanding of jewellery design and the jewellery industry, whilst knowledge of stone setting would be advantageous.

In return, we offer you a 1-2 year contract, with an attractive, negotiable package. Assistance with work permits and accommodation will be given.

You will work in the shadow of Table Mountain, in the heart of Cape Town, and a mere stones' throw from its golden beaches. THE LAB at ORO AFRICA and its team of 10 creators will welcome you in its modern environment with CAD/CAM facility, a small casting setup and laser welding technology.

Prospects for future growth and development exist for the right candidate.

Feeling the buzz? ... then send us your detailed CV, including references available for contact, to hr@oroafrica.co.za.

For more information about the company visit www.oroafrica.co.za

---

### Director of Gemological Services

American Gem Society Laboratories, known for it's diamond cut grade and cut grade research, is currently looking for a senior level executive to implement growth plans, develop lab products and services, and maintain AGS diamond grading standards. Must have exceptional gemological knowledge and experience. BS in business and/or 10-15 years of management experience in a related field. Excellent benefits. Drug free environment. Fax resume to (702) 233-6126 or email careers@agslab.com

---

## CAREER OPPORTUNITIES



*diamond*

Your Jewelry Staffing Source

Manage executive and management positions available.

Call Suzanne DeVries today.

www.diamondstaffing.com

---

World renowned for brilliant jewels and exquisite gifts, Borsheim's is looking for a **Shop Manager** to help fulfill our company mission of exemplary customer service. Manage approximately 20 associates, including 10-12 jewelers. Assign work and provide training / development to jewelers, appraisal lab associates, and support staff. Responsible for shop inventory including control and purchasing, as well as all stages of production and quality control. Qualified candidate will be familiar with a variety of shop functions including stone setting, general jewelry repairs, wax carving, and custom design. Shop management or retail management experience required. Highly competitive salary and benefits.

Contact (800)642-GIFT, ext. 163 or e-mail resume to careers@bor-sheims.com

---

### Manager of Education Services
### American Gem Society

The AGS Education Department is seeking a Graduate Gemologist with industry experience and effective oral communication skills. This person will produce and present gemological seminars. A public speaking and/or teaching experience is a plus. Travel is required. Must be computer literate. Willing to relocate to Las Vegas. Excellent benefits. Drug free. Fax resume to (702) 255-7420 or email agsjobs@jvcm.com

www.jckgroup.com

---

## EQUIPMENT FOR SALE



www.HalogenLamps.com

"The Best Prices are on the Web"

USA Light & Electric   800-854-8794

---

SAFES-Used and repossessed ULTRTL-30x6/ULTL30(6). UL Modular Vaults. Great savings. We deliver anywhere in the U.S.A. Call - Harwoods Miami Safe 1-800-852-8577 or 305-262-6762.

---



Diamond Sales Gallery, Inc.

---

## GENERAL HELP WANTED

### PERFECT SIDE LINE
Italian gold & diamonds watch line available. Good commission. Needed: Experience. References. A smile. Fax Resume: 516-374-3264 e-mail: info@anellewatches.com www.anellewatches.com

---

## PRODUCT FOR SALE



### STREET CLOCKS

4 Sided $30,000 now only $7,495   *Ultimate Landmark*

Call: Jack 309-794-3022

---

# JCK Classified Works!

**THE #1 MAGAZINE IN THE INDUSTRY • AFFORDABLE • FAR-REACHING • EFFECTIVE**

**FOR RATES, CONSULTATION AND TO PLACE YOUR CLASSIFIED AD:**
Contact Laura Riazek
877-884-0083 Toll-free
815-838-9000
815-838-0901 Fax
jckclassified@reedbusiness.com

**HOW TO PLACE YOUR AD**
Fax or email your ad copy, along with the following:
• contact name
• company name
• address
• phone
• fax
or call for more information

**DEADLINES**
25th of second month preceding issue date.
September 25 is the deadline for the November issue.

**CHANGES OR CANCELLATIONS**
Must be made before the published deadline for that appropriate issue.

**JCK BOX REPLIES**
Send responses to JCK Box numbers to:
JCK Box #____
Attn: Kathleen Elia
1018 West 9th Avenue
King of Prussia, PA 19406

---

## BUSINESS FOR SALE

**Fabulous Opportunity**
Midwest based jewelry importer, wholesaler with rep organization in business since 1975 with yearly sales of $800,000. Send inquiries to: ASH/PHK, 1247 Waukegan Road, Suite 100, Glenview IL 60025

**An Excellent Opportunity**
World's largest jewelry and watch repair franchise has excellent opportunities available in major malls nationwide. Own your own high-profit, recession resistant franchise. Multi-billion dollar industry with gross margins of 70-80%. Full training, no exp. nec. 19 yr. proven concept. Single/Multiple locations avail. nationwide.
**FAST-FIX JEWELRY REPAIRS**
1 (800) 359-0407 www.fastfix.com

## CAREER OPPORTUNITIES

**JOB SEEKERS**
Visit www.jewelryheadhunter.com for a listing of all our current positions available. We are specialized in recruitment for the watch and jewelry industry.

---

## CAREER OPPORTUNITIES

### JEWELERS & SALES REPRESENTATIVES

Successful, growing restyle company seeks experienced jewelry sales representatives and bench jewelers who are free to travel and ready for the financial success that working for a great company offers. Salary plus commissions $50K+ to $100K+. Set schedule; no cold calls. 34 weeks per year travel required, security provided. Benefits include bonuses, 401(k) and profit-sharing plans, dental, paid health and life insurance, commuting allowance, paid travel expenses and vacation.

**DANA AUGUSTINE, INC.**

**Contact Marcia at 1-800-344-6768 or fax resume to 770-499-8974.**

Diamond Jewelry, Designer & Merchandiser wanted. Fax resume to Gary J. Gayer @ (954) 821-1441. WC Edge div of Mayers of Hollywood.

### MERCHANDISER / DESIGNER

N.Y. BASED LARGE MFG. CO. OF JEWELRY & DIAMONDS NEED EXPERIENCED & INNOVATIVE MERCH/DESIGNER FOR AMERICAN MARKET. A QUALIFIED PERSON WITH 3-5 YEARS WORKING EXPERIENCE LOOKING FOR MOTIVATING WORK ENVIRONMENT MAY FAX RESUME TO 212-921-8767.

---

## CAREER OPPORTUNITIES

### SJA SPECIAL EVENTS

SJA is accepting applications for highly qualified sales professionals & jewelers who are willing to travel. SJA PAYS THE BEST! Work only 160 to 200 days per year for the industry leader in special events. Base pay............
• Plus Commissions of 4% to 10%
• Plus Bonuses
• Plus Hospitalization
• Plus Air Travel Allowance
• Plus Travel Pay • Plus Meal Allowance
• Plus all other expenses paid
**COMPARE SJA's TOTAL PACKAGE & SEE THE DIFFERENCE**
Call 800-257-4109
Or FAX RESUME to 201-837-9464



**The success of any good business is its people.**

Do you have the right people in place for your holiday season? Diamond Staffing Solutions can help.

**Call Suzanne today and check out our new web site!**

www.diamondstaffing.com

# JCK Classified Works!

**THE #1 MAGAZINE IN THE INDUSTRY • AFFORDABLE • FAR-REACHING • EFFECTIVE**

**FOR RATES, CONSULTATION AND TO PLACE YOUR CLASSIFIED AD:**

Contact Laura Rezak
877-834-0683 Toll-free
815-838-9900
815-838-9901 Fax
jckclassified@reedbusiness.com

**HOW TO PLACE YOUR AD**

Fax or email your ad copy, along with the following:
• contact name
• company name
• address
• phone and fax
• or call for more information

**DEADLINES**

26th of second month preceding issue date.
October 25th is the deadline for the December issue.

**CHANGES OR CANCELLATIONS**

Must be made before the published deadline for that appropriate issue.

**JCK BOX REPLIES**

Send response to JCK Box numbers to:
JCK Box #____
Attn: Kathleen Ellis
1016 West 9th Avenue
King of Prussia PA 19406

---

## BUSINESS OPPORTUNITIES

**An Excellent Opportunity**
World's largest jewelry and watch repair franchise has excellent opportunities available in major malls nationwide. Own your own high-profit, recession resistant franchise. Multi-billion dollar industry with gross margins of 70-80%. Full training, no exp. nec. 19 yr. proven concept. Single/Multiple locations avail. nationwide.
FAST-FIX JEWELRY REPAIRS
1 (800) 359-0407 www.fastfix.com

## CAREER OPPORTUNITIES

**DO YOU WANT TO EARN MORE MONEY?**

**ARE YOU CALLING ON MANUFACTURING JEWELERS?**
Contact Joe Rosen, General Manager, for more information about our new, exciting designer alloys. Call 858-455-7900 or email jrosen@argen.com. Opportunities are available nationwide.
THE ARGEN CORPORATION
Jewelry Division-Designer Alloys

Master Jeweler for immediate hire. Must be expert in all areas of fabrication, stone setting and repair. Skilled at casting and knowledge of design and wax work. Top hourly pay relative to skill level. Full medical provided. Vacation pay. Call 816-587-6020. Ask for Morgan

## CAREER OPPORTUNITIES

### JEWELERS & SALES REPRESENTATIVES

Successful, growing restyle company seeks experienced jewelry sales representatives and bench jewelers who are free to travel and ready for the financial success that working for a great company offers. Salary plus commission $50K+ to $100K+. Set schedule: no cold calls. 34 weeks per year travel required, security provided. Benefits include bonuses, 401(k) and profit-sharing plans, dental, paid health and life insurance, commuting allowance, paid travel expenses and vacation.

**DANA AUGUSTINE, INC.**

THE JEWELRY MANUFACTURING SINCE 1941

Contact Marcin at 1-800-344-6768
or fax resume to 770-499-8974.

### MERCHANDISER / DESIGNER

N.Y. BASED LARGE MFG. CO. OF JEWELRY & DIAMONDS NEED EXPERIENCED & INNOVATIVE MERCH/DESIGNER FOR AMERICAN MARKET. A QUALIFIED PERSON WITH 3-5 YEARS WORKING EXPERIENCE LOOKING FOR MOTIVATING WORK ENVIRONMENT MAY FAX RESUME TO 212-921-8767.

### JOB SEEKERS

Visit www.jewelryheadhunter.com for a listing of all our current positions available. We are specialized in recruitment for the watch and jewelry industry.

## CAREER OPPORTUNITIES



**diamond**

Who will be taking care of your valued customers this Holiday Season?

Diamond Staffing Solutions is dedicated to matching the best talent with the best jewelers.

Please contact Suzanne today.
Phone: 401-447-2021 Fax: 401-447-0039
www.diamondstaffing.com

### SJA SPECIAL EVENTS

SJA is accepting applications for highly qualified sales professionals & jewelers who are willing to travel. SJA PAYS THE BEST, but WANTS ONLY THE BEST! Work only 160 to 200 days per year for the industry leader in special events. Base pay.............
• Plus Commissions of 4% to 10%
• Plus Bonuses
• Plus Hospitalization
• Plus Air Travel Allowance
• Plus Travel Pay • Plus Meal Allowance
• Plus all other expenses paid
COMPARE SJA's TOTAL PACKAGE & SEE THE DIFFERENCE
Call 800-257-4109
Or FAX RESUME to 201-837-9484

# JCK Careers & Classified Works!

THE #1 MAGAZINE IN THE INDUSTRY • AFFORDABLE • FAR-REACHING • EFFECTIVE

**FOR RATES, CONSULTATION AND TO PLACE YOUR CLASSIFIED AD:**

Contact Laura Rezza

877-934-0683 Toll-free

816-838-9800

816-838-8401 Fax

jckclassified@reedbusiness.com

**HOW TO PLACE YOUR AD**

Fax or email your ad copy, along with the following:

• contact name
• company name
• address
• phone & fax
• or call for more information.

**DEADLINES**

25th of second month preceding issue date.

November 25 is the deadline for the January issue.

**CHANGES OR CANCELLATIONS**

Must be made before the published deadline for that appropriate issue.

**JCK BOX REPLIES**

Send responses to JCK Box numbers to:

JCK Box #____

Attn: Kathleen Ellis

1018 West 9th Avenue

King of Prussia, PA 19406

## BUSINESS FOR SALE

**An Excellent Opportunity**
World's largest jewelry and watch repair franchise has excellent opportunities available in major malls nationwide. Own your own high-profit, recession resistant franchise. Multi-billion dollar industry with gross margins of 70-80%. Full training, no exp. nec. 19 yr. proven concept. Single/Multiple locations avail. nationwide.
**FAST-FIX JEWELRY REPAIRS**
1 (800) 359-0407 www.fastfix.com

**DIAMOND & FINE CUSTOM SHOP IN SCOTTSDALE, AZ**
Great location in Fine Arts District. On-Premise Jeweler & Repairs. 1,360-sq.ft. With or Without Inventory. December is Yours!! Owner Available for Transition. Contact Laura @ (602) 595-3862 or leopardi@cox.net

**JEWELRY STORE**
Sale or partner - Katy Mills Mall (outside of Houston TX in Katy). Prime location, large 1820 sf. Safe, Cameras, Showcases, etc. Potential of $1M sales! Only $55K
Don 800-455-5660 ext. 117
www.crjewelers.com
donald@crjewelers.com

**ROCKPORT, MASS**
Existing jewelry store for lease, with or without fixtures. Good tourist trade, excellent location, SOUND business!
Call 978-546-3521

**NAPLES FLORIDA**
Finest address in Naples! Long lease — 3000 square feet Lease + Inventory
Fax: 941-637-0511

## CAREER OPPORTUNITIES

**diamond** staffing solutions

For Diamond Staffing Solutions Inc.
Phone: 800-457-5034  Fax: 800-457-5034
email: suzanne@diamondstaffing.com
www.diamondstaffing.com

**JEWELERS & SALES REPRESENTATIVES**
Successful, growing restyle company seeks experienced jewelry sales representatives and bench jewelers who are free to travel and ready for the financial success that working for a great company offers. Salary plus commissions $50K + to $100K +. Pre-set schedule; no cold calls. 34 weeks per year travel required, security provided. Benefits include bonuses, 401(k) and profit-sharing plans, dental, paid health and life insurance, commuting allowance, paid travel expenses and vacation.

**DANA AUGUSTINE, INC.**
FINE JEWELRY MANUFACTURER SINCE 1948

Contact Marcia at 1-800-344-6768
or fax resume to 770-499-8974.

**EMPLOYERS**
Call Harold L. Rapp Associates for your personnel and executive needs: new positions, replacements or upgrades. Minimum fuss.
516-625-4341

## CAREER OPPORTUNITIES

**Your Jewelry Staffing Source for the Holidays**

Focusing exclusively on the jewelry industry we are dedicated to matching the best talent with the best jewelers.

• Many executive and management positions available.

**Call Suzanne DeVries today.**

**SJA SPECIAL EVENTS**
SJA is accepting applications for highly qualified sales professionals & jewelers who are willing to travel. SJA PAYS THE BEST, but WANTS ONLY THE BEST!! Work only 160 to 200 days per year for the industry leader in special events. Base pay............
> Plus Commission of 4% to 10%
> Plus Bonuses
• Plus Hospitalization
• Plus Air Travel Allowance
• Plus Travel Pay • Plus Meal Allowance
• Plus all other expenses paid
COMPARE SJA's TOTAL PACKAGE
& SEE THE DIFFERENCE
Call 800-257-4109
Or FAX RESUME to 201-837-9484

## EQUIP/FURNITURE FOR SALE



www.HalogenLamps.com

"The Best Prices are on the Web"

USA Light & Electric   800-854-8794

# *In Store Magazine*

## *Providing Solutions for Your Jewelry Staffing Needs*



### Jewelers' Last Minute Holiday Check List:

- ■ Inventory Purchased
- ■ Store Decorated
- ■ Sales Projections Completed
- ☑ Extra Staff hired?

Proud Couture Diamond Conference
Sponsor NY - Oct 13 -14 2004

Diamond Staffing Solutions, Inc.
Phone: 1-877-396-6377 Fax: 603-437-6004
www.diamondstaffing.com

All the inventory in the world, in a beautiful store will not ensure a great holiday season... but a great selling staff will! Let our staffing experts help!

**OCTOBER 2003**



### Who will be helping your preferred customers this holiday season?

Let Diamond Staffing help you protect your most valuable asset. The math is simple:

**GREAT CUSTOMER SERVICE = REPEAT BUSINESS**

Don't risk loosing business because you are understaffed. Let the experts at Diamond staffing Solutions ensure your repeat business. Call today!

Diamond Staffing Solutions, Inc.
Phone: 1-877-396-6377 Fax: 603-437-6004
www.diamondstaffing.com

**SEPTEMBER 2004**



www.diamondstaffing.com    1-877-396-6377

# *Professional Jeweler*

## *Providing Solutions for Your Jewelry Staffing Needs*



### Your Jewelry Staffing Source for the Holidays.
Focusing exclusively on the jewelry industry, we are dedicated to matching the best talent with the best jewelers.

♦ Many executive and management positions available.

**Call Suzanne DeVries today.**

Diamond Staffing Solutions. Inc.
Phone: 603-437-2629  Fax: 603-437-6004
email: suzanne@diamondstaffing.com
**www.diamondstaffing.com**

**NOVEMBER 2003**



### Your Jewelry Staffing Source for the Holidays.
Focusing exclusively on the jewelry industry, we are dedicated to matching the best talent with the best jewelers.

♦ Many executive and management positions available.

**Call Suzanne DeVries today.**

Diamond Staffing Solutions. Inc.
Phone: 603-437-2629  Fax: 603-437-6004
email: suzanne@diamondstaffing.com
**www.diamondstaffing.com**

**DECEMBER 2003**



**www.diamondstaffing.com    1-877-396-6377**

# Modern Jeweler

## Providing Solutions for Your Jewelry Staffing Needs



## diamond
staffing solutions

### Goals for 2004:

- ☑ Reevaluate Last Year's Sale Profits and Sales Staff's Goals
- ☑ Increase Sales Volume by 12%
- ☑ Increase Profit Margin by 15%
- ☑ Increase Special Event Sales by 25%
- ☑ Update Store Interior for a Fresh Look in 2004
- ☐ **Hire additional staff to ensure goals are met!**

Make Diamond Staffing Solutions part of your New Year's Resolution. We'll help you hire the right talent so you will reach and exceed your goals!

**Call us today for your personal in-store consultation.**

Diamond Staffing Solutions, Inc.
Ph: 603-437-2629  Fax: 603-437-6004
email: suzanne@diamondstaffing.com
www.diamondstaffing.com

**FEBRURAY 2004**



## diamond
staffing solutions



Suzanne DeVries
President

Diamond Staffing Solutions, Inc.
Phone: 603-437-2629 Fax: 603-437-6004
www.diamondstaffing.com

### Are you ready for the Las Vegas Experience?

You are cordially invited to a FREE 1/2 hour staffing consultation from the jewelry staffing experts.

Sessions, by appointment only on Friday, Saturday and Sunday, will be held offsite. Limousine service will be provided from the Sands Convention Center to our luxurious location.

**Please call today to reserve your individual appointment with our executive team!**

ON THE CUTTING EDGE IN THE JEWELRY PLACEMENT INDUSTRY

**MAY 2004**

## diamond
staffing solutions

Diamond Staffing Solutions, Inc.
Phone: 603-437-2629  Fax: 603-437-6004
email: suzanne@diamondstaffing.com
www.diamondstaffing.com

### Your Jewelry Staffing Source for the Holidays.

Focusing exclusively on the jewelry industry, we are dedicated to matching the best talent with the best jewelers.

◆ Many executive and management positions available.

**Call Suzanne DeVries today.**

**OCTOBER 2003**





## diamond
staffing solutions™

www.diamondstaffing.com    1-877-396-6377

ON THE CUTTING EDGE IN THE JEWELRY PLACEMENT INDUSTR

# DAY'S
*Jewelers*

## is Coming to Town, and We're Hiring.

Our new location is at 18 March Avenue in the old Service Merchandise location.
The following positions are currently being filled through Diamond Staffing Solutions:

- Salespeople
- Manager trainees
- Jewelers
- Service Staffers
- Bookkeepers

All inquiries go through Diamond Staffing Solutions.

**603-437-2629 ◆ Call today!**



*diamond*
staffing solutions



Focusing exclusively on the jewelry industry, we are dedicated to matching the best talent with the best jewelers.

Diamond Staffing Solutions, Inc.
Phone: 603-437-2629  Fax: 603-437-6004
email: summer@diamondstaffing.com
www.diamondstaffing.com



## *diamond*
s t a f f i n g   s o l u t i o n s

### *Day's Schedule for Week of September 14, 2003*

Schedule for Monday September 15, 2003

6:00 PM.  Joan Flynn (JC Penney) 622-1335    Reschedule
8:00 PM.  Steve Vlaches (No)
9:00 PM.  Dan Marten 603-232-4137 (891-1521) Wilson Leather (Show-Maybe)

Tuesday September 16, 2003

10:00 AM.  Aurta (Sears) Yes
12:00 PM.  Jay Fauvel Show Maybe
2:00 PM.    Kathy Flighty (Naser)
4:00 PM.    Stephen Tatro 891-0900 Zales Nashua
6:00 PM.
8:00 PM.


Wednesday:  September 17, 2003

10:00 AM  Pat Webster 625-5898 Naser
Deloris Perros JC Penney
12:00 PM Denise Noyse SMC
3:00 PM    Cori Beldens Cell 264-3969 Home: 425-1784 ☺
5:30 PM Joan Flynn JC Penney
7:00 PM
9:00 PM

Thursday: September 18, 2003
8:00 AM Joe Bodwell (Jeweler)
10:00 AM Man Utah
12:00 PM Eunice (Second Interview)
3:30 Habib
5:00 PM
7:00 PM

Friday: September 19, 2003
8:00 AM Bruce Smith Zales Cell 898-4155 Home 881-5336
10:00 AM
12:00 PM
Call  Michael Hallmark Buffalo New York

Candidates Interviewed and Interested in:

1. Sherry Richards (Service Manager) Yes*****
2. Steve Vlaches Furniture store (No)
3. Dan Marden (Wilson Leather) Maybe
4. Aruta-Sears Yes ****
5. Jay Fauvel Maybe *
6. Bonnie Spencer Yes?
7. Eunice Yes! *****
8. Habib (Jeweler) Yes
9. Deloris Perros Maybe
10.

Possibilities:

1. Audrey Gagne (Office manager) 434-4844
2. Carol Barstowitz 623-2404
3. Karen Groele (Left Message)
4. Caryn Loose (Left message)
5. John Castro (Left Message)
6. Bob Gimmard
7. Janice Dunkin
8.



# DAY'S
## *Jewelers*

### is Coming to Town, and We're Hiring.

Our new location is at 18 March Avenue in the old Service Merchandise location.
The following positions are currently being filled through Diamond Staffing Solutions:

- Office Manager
- Service Manager
- Sales Associates

- Service Specialist
- Bench Jewelers

All inquiries go through Diamond Staffing Solutions. Inc. Interviews by appointment only.

### 603-437-2629 ◆ Call today!



**Focusing exclusively on the jewelry industry, we are dedicated to matching the best talent with the best jewelers.**

Diamond Staffing Solutions Inc
Phone: 603-437-2629  Fax: 603-437-6004
email: suzanne@diamondstaffing.com
www.diamondstaffing.com



*staffing solutions*

*Schedule for Week of September 22, 2003*

### Monday September 22, 2003

7:00 PM Carol Bartowitz 623-2404

5:30 PM Dana Depue 429-1948 Cell 493-7464

### Tuesday September 23, 2003

*8:00 Am Katie Felton 673-0698 Cell 289-0995*
*10:00 AM* Johanna (Princess Jewelers) Paperwork
10:00 AM Lee Silverstein (Part-time) Interview
*10:00 AM* Helene Coulbe (Part time) Paperwork

11:00 AM Michelle Kapos 603-483-8740 Office Manager

12:00 PM Joe Pilion (Reference from Travis)

2:00 PM Rosie (Service Position)

4:00 PM Grace Jenkins 668-8292 Service

6:00 PM. Micki Maceachern Zales: Cell: 661-3012 Home: 753-2134 Zales: 225-2100 Manager

### Wednesday September 24, 2003

8:00 AM Darcy Varny Home: 484-4519 or Cell: 219-3125

11:00 AM Wes Garnett (Works with Travis)

2:00 PM Michael Hallmark Sales Buffalo New York 716-674-3974

4:00 PM Grace Jenkins (Service Position) 668-8292

6:00 PM. Ellens Sears 232-4584 Service

Thursday: September 25, 2003

10:00 A.M.  Tom Johnson 603-753-4531 Jeweler

12:00 Jay Fauvel 603 622-4005 Cell 2nd Interview Sales

2:00 Kent Carlson 603-429-0814 Car Sales and Nice man

To

Kent Carlson 603-429-0814

Leads:

Bill Scott:  429-0070 Beldens

EXHIBIT B

Published by
Reed Business Information

# JCK

## A QUESTION OF ETHICS

### DECO DESIGN
### FINDING AND KEEPING GOOD SALESPEOPLE
### GLOBAL WATCH: CHINA AND DIAMONDS

# Finding Good Salespeople

Many jewelers depend on walk-ins and referrals to find good salespeople. But 'people shopping' is more effective, say jewelry job recruiters.

BY WILLIAM GEORGE SHUSTER, SENIOR EDITOR



Good help is hard to find, according to the majority of independent jewelers polled nationally by *JCK* in April. Three out of four say that's it tougher now to find good employees, especially salespeople, than just five years ago.

Yet *JCK*'s survey also found that most jewelers wait passively for potential employees to find them, depending on recommendations from others, job seekers who come in, or even hiring their own customers. That strategy is wrong, or at least incomplete, say veteran

jewelry job recruiters Suzanne DeVries, president of Diamond Staffing Solutions, and Dave Richardson, head of the Richardson Resource Group. Both urge jewelers to go "people shopping," rather than hope that good salespeople will walk through their doors.

There are plenty of effective methods for finding good jewelry store employees, especially salespeople, say the experts—and many jewelers surveyed by *JCK* agree. Here's their advice.

**Standard sources.** *JCK*'s survey revealed that jewelers use few of the usual means to find employees. The one most used is the newspaper: One in four (22%) place "Help Wanted" ads in local papers. However, notes Richardson, "Most people who read want ads are already out of work or dissatisfied with what they do"—not necessarily the best groups from which to draw jewelry salespeople.

In addition, a jeweler's ad is only one among hundreds. Both Richardson and DeVries suggest jewelers put their ads on the fashion pages, where they'll get more attention from people a jeweler wants. Another good ad spot is the sports section, especially closer to the holidays when more part-time help is needed.

DeVries advises, "Don't generalize [in the ads]. Be specific about job requirements and salary." Richardson suggests having applicants fax their résumés, rather than reply by phone or come to the store, so the jeweler can review them first.

According to the survey, few independent jewelers make use of organizations or companies that specialize in helping businesses find new employees. Only 3% have used the Gemological Institute of America (GIA) or its Career Fairs—even though, says DeVries, "that's where you'll find the jewelry business

> According to a veteran jewelry job recruiter, "Jewelers should look for salespeople where people really have to sell, and know how to sell."

talent"—and only 1% admit to using an employment agency or search/recruitment firm.

**Casual networking.** An overwhelming number of jewelers (more than 80%) use informal networking and casual—even circumstantial—methods to find potential staffers. Three out of five (59%) polled by *JCK* say they rely on recommendations or referrals from family, friends, staffers, and occasionally "outside" sources (such as suppliers or jewelry



Suzanne DeVries

instructors at local vocational/technical schools).

One in five jewelers (21%) have hired customers, especially repeat customers and those "who love jewelry." But while that has worked for some jewelers, both DeVries and Richardson warn of pitfalls.

"I've seen it work both ways," says DeVries, who has 30 years of jewelry sales and management experience. "Hire a customer as an employee and you lose a customer. Fire that person, and you've lost both a employee and a customer." And Richardson points out, a love of jewelry isn't enough to make someone great salesperson. "Do they know how to sell jewelry, how to pick up phone and call customers about h he asks. "Do they know how to re to consumers who say they can jewelry cheaper elsewhere or on Internet? In these competitive tim a jeweler needs good salespeople do such things. And jewelers often reluctant to fire someone w a former customer—meaning th stuck with someone who's weight."

Some jewelers say their best have been "walk-ins"—people were referred to the store or kne reputation and came seeking Underwood Jewelers in Jackson Fla., has a waiting list of p wanting to work there "becar our reputation," says own Clayton Bromberg. A St. Loui eler keeps "a file of informat people who come in interes working here" and refers to t when there's an opening.

**Sales and service.** An easy for salespeople, say some jew another local jeweler, includir pendents, department store mall stores. One in 10 (11 *JCK* they've poached on othe ers' territory for their top However, there's a downsid

## What are the prerequisites for a sales job in your store?

High school/college education 53%

41%

Prior jewelry business experience 19%

College education 10%

GIA education 9%

Good "people skills" 7%

Honesty/integrity 5%

Good attitude/personality 5%

Intelligent 5%

Enthusiasm (outgoing) 3%

Good appearance 3%

Willing to learn/trainable 3%

Loves jewelry 2%

*Source: JCK Retail Panel, April 2004*

Richardson. A top salesperson recruited from another jeweler may become "a prima donna and difficult to integrate into your store's team."

Far better sources, say DeVries and Richardson, are non-jewelry retailers and service organizations, because their people must be service- and sales-oriented and usually work on commission. "Jewelers should look for salespeople where people really have to sell and know how to sell," says Richardson.

Jon Parker, senior vice president, DJP Executive Search Inc., Virginia Beach, Va., agrees. He says a good hire "could be a salesperson at a cosmetics counter or a bank teller." Other examples include upscale apparel stores like Victoria's Secret, shoe stores, menswear shops, waiters and waitresses, and hotel service desk staffs. Stores that sell eyeglasses and cell phones also are good sources, says DeVries, because their training programs "teach [employees] how to work with customers, add on sales, and do multiple sales."

Key employees of Racine, Wis., jeweler Bill Sustachek include a former travel agent and a one-time waitress. Judy Rusconi, in Eureka, Calif., looks for "anyone patient who's working in a service industry, like retail salespeople, waitresses, or floral designers." Bill Nusser in Iowa City, Iowa, "regularly shops higher-end stores, soliciting salespeople who do extraordinarily well in providing sales and service," while David Mazer in Landenberg, Pa., is "alert for people in retail selling who give superlative service."

"You want a person who understands the business of selling," stresses Richardson. "You can always teach them what they need to know about jewelry."

**Making contact.** When the jeweler finds a prospect, "don't just hand that person your card and say 'Call me sometime,' " Richardson advises. "Introduce yourself, say how impressed you are with how they made a sale or worked with a customer, and ask if he or she has considered a career in selling jewelry.

"Tell him or her where your store

is, give your card, and invite the person to come by today when finished work—or make an appointment soon—'so we can talk further about your opportunities.' " Such an approach significantly increases the chances the person will come to see you, Richardson says.

Parker suggests asking some questions on the spot, such as "Are you always this happy? What drives your positive attitude? Why do you like to make others happy?" If the answers indicate a positive outlook on life and not just a one-day occasion for joy, consider pursuing more specific questions such as, "Do you work full- or part-time? Are you in college? What are your thoughts regarding a career? Do you like jewelry? Have you ever thought about a career in jewelry?"

DeVries also suggests "writing a thank-you note to someone who's impressed you, saying, 'It was great meeting you. Let's have lunch and talk further about a career with us in jewelry sales.' That gets you to meet the person again and increases the chances he or she will come to your business."

**Job prerequisites.** What do jewelers look for in a potential jewelry salesperson? Surprisingly, it's education: Three out of five jewelers (59%) polled by *JCK* put a high school diploma or college degree at the top of their list. Professional training, on the other hand, ranks far down the list. Less than one in 10 cite GIA education as a prerequisite, though a few say they enroll salespeople in GIA after they hire them.

Sales experience, though cited by only two out of five (41%), ranks second. Coming in a distant third (19%) is prior jewelry business experience. Characteristics of effective salespeople—for example, good "people skills," an upbeat attitude, enthusiasm—are at the bottom of the list (see chart).

However, according to Richardson

## Are good employees harder to find today than five years ago?

Yes 74%

No 26%

*Source: JCK Retail Panel, April 2004*

and DeVries, sales skills, presentation, and good old-fashioned "people skills" should be among the top "must-have" criteria.

"You want someone who focuses on the customer," says DeVries. "Do they greet you within five seconds of entering the store or their section? If they're busy, do they acknowledge you immediately and say, 'I'll be right with you?' If you say, 'I'm just looking,' do they leave you alone—or do they try to get some merchandise into your hands to see, feel, and try on?

"Jewelry retailing is an image business," she continues, "so how does that person dress and present himself or herself? Do they make eye contact? Generally, people won't buy from someone who's sloppy or downbeat. They want someone energetic and passionate about what they're doing."

Richardson adds, "Look, too, at how people relate to customers. Do they have a nice smile? Do they listen? Are they pleasant, outgoing, and know customers' names? In this competitive era, jewelry stores must establish close relationships with customers."

The degree to which someone in a non-jewelry business knows his or her products is important, too, notes DeVries. "I want someone who understands what they're selling and can present it well. If I'm in a shoe store, I want to know why a running shoe is a better buy than competing brands, why it uses the materials it does, and how it affects my running." A salesperson who knows how to present another product can transfer that skill to selling jewelry, she says.

**The right questions.** On-site evaluations are only part of the process in finding potential salespeople. The job interview is important, too—though as *JCK*'s survey found, many jewelers are vague about their criteria.

"You must have a clear idea of what you're looking for," says DeVries. "So, first make a list of your top 10 hiring criteria."

"Don't be dazzled by a candidate with a big smile who's well-dressed," warns Richardson. "Keep in mind in your interview that they must sell you on hiring them."

He also advises having a set of specific questions for job candidates, in addition to a formal job application.

"Many jewelers hire the wrong employees—people who may be nice but can't sell or pull their weight—because they didn't ask the right questions in the job interview," he notes. "Those should be tough, practical questions—not hypothetical ones—that tell you about the person.

"For example, ask about their current job and what two things they would change about it, if they could. Ask about their most difficult sale and how they closed it. Ask them to tell you about their current manager, and how—if they were manager—they would do things differently. Ask about their biggest mistake on the job and what they learned. Ask how they get add-on sales, if they have a 'customer book,' and how often they call customers or invite them in.

"Remember, you want someone who understands this business of selling," says Richardson. "Someone with those skills can always be taught about jewelry."

DeVries also asks candidates about what she calls "clienteling." "I ask them to tell me about customers they turned into repeat customers and how did they that. I ask how often they contact them, what items they buy, and how much they spend. I ask them about their customer lists and how they use them. I ask what drives them as a salesperson. If they don't say 'money'—because making money should drive a salesperson—

then they're not right for the job of salesperson."

**Always looking.** Don't wait until someone leaves to go "people shopping," say the experts. Too many jewelers do that and then hurry to find someone—anyone—to fill a vacancy. "Be continually on the alert for good salespeople for your store," says Richardson. "Always be recruiting, always be looking," adds DeVries. "When someone impresses you, always get their business card or résumé, and keep a bank of information for use when you need it."

Get all the store's employees involved in this ongoing search, says Richardson, who suggests using financial rewards. "Tell them, 'If you recommend someone I hire and they stay with us at least six months, you'll get a $500 bonus plus 1% of their sales for those first six months.' That keeps your staff always looking specifically for people who sell well."    ✦



**How do you find your best employees?**

Other • "Someone impressed me" • GIA 3% • 4% Family members • 1% Internet advertising

9%

10%

Hire from another jeweler 11%

Former customers 21%

Newspaper advertising 22%

A recommendation 59%

*Source: JCK Retail Panel, April 2004*



# Keeping Good Salespeople

Jewelers can take some specific steps to help keep top performers happy on the job.

BY WILLIAM GEORGE SHUSTER, SENIOR EDITOR

Good help is not only hard to find but also hard to keep. Most jewelers (54%) polled in a new *JCK* national survey say they've lost good salespeople in recent years, often for reasons over which the jeweler has no control, such as health or family issues (e.g., having a baby, relocating) or getting a job in another industry. But two out of five (38%) cite two reasons jewelers can control.

Almost one-fifth of jewelers polled said that in the past five years they had fired a good salesperson "for cause." Experts say there are a few ways to prevent such a situation, or at least reduce the chances that it will happen.

One is better scrutiny before hiring, says jewelry job recruiter Suzanne DeVries, president of Diamond Staffing Solutions. She does credit and background checks and drug tests "on every single candidate we interview for our jeweler clients, something all better retailers do. I tell applicants during interviews that we do this and ask their permission. Of course, if they refuse,

that tells you something right there." A number of companies are available to run such checks for jewelers, she says, such as Security Services of America in Raleigh, N.C. Background checks usually take three day and cost about $150 per candidate—"a small investment to avoid a big problem later," DeVries says.

DeVries also advises paying more attention to character—only one in 20 jewelers polled listed "honesty" or "integrity" as a prerequisite for salespeople—and intuition. "If your gut feeling about someone is uncertain, but you hire that person anyway, you'll probably pay for that later," she warns.

To prevent problems, jewelers also must enforce their own polices, says Dave Richardson, head of the Richardson Resource Group. "Any salesperson, no matter how good, is part of a team," Richardson says. "If a top salesperson is often late coming in or makes too many personal calls, many jewelers ignore it because they don't want to lose that person. But when other staff people see that,

they start doing the same things. So the jeweler must bring [the offender] in and say frankly, 'These are our policies, and I need you as a leader in this store to follow them.' "

**Better jobs.** Almost one in six jewelers (18%) have lost good salespeople because they got better jobs at another jeweler. "That's a management problem," Richardson says. "Why would people leave if they're happy working for you? Review your policies."

Develop a compensation structure for great salespeople. Most jewelers don't pay full commission, just flat salary. But good salespeople need to be motivated and paid for what they sell, says Richardson. A "team bonus"—i.e., everyone gets extra money if a store or department quota is met—isn't enough, he says, "because often someone produces 200% to meet the goal while others hold back or don't produce. Good salespeople should be paid for what they do," he says. "That doesn't necessarily mean straight commission, but it does means paying commis-

sions to those who do their jobs well."

DeVries agrees, noting that commissions not only motivate but also spotlight a store's top salespeople, "separating the girls from the women and the boys from the men." She also suggests keeping people happy by paying salaries that are commensurate with or better than those of competitors. "A jeweler should know what the competition is offering," she says.

Give people recognition for their work. A good salesperson wants to be recognized—especially in front of coworkers, says Richardson. Praise should be specific. Don't just say, "Good work," but point out what they do well, such as, "I like the way you made that watch sale by telling him the weight of the watch will help his golf swing," or "I liked the way you helped that man looking at a diamond for an engagement ring come up with new ways to propose." If you pat someone on the back for specific actions, they'll do the same next time for a similar sale—and so will other salespeople who hear your praise.

"Constantly reward top performers with spiffs—dinners out, trips, gift cards, or cash perks." DeVries advises. And show good salespeople you value them and what they do for the business, says Richardson, with a promotion, a title, or additional responsibilities—for example, making them an assistant manager or floor manager. "Employee loyalty is earned; it's not a given," he says. "Give your people reasons to be loyal to you."                    ✦

## MᴄTEIGUE
### — SINCE 1895 —



### DIAMONDS, PRECIOUS STONES & ESTATE JEWELRY

1-800-628-5250    INFO@MCTEIGUE.COM

### Have you lost good salespeople in the past five years?

Yes  53.9%
No   46.1%

### If yes, why?



29.30%

19.80%

Better job with another jeweler 17.98%

Moved/spouse transferred 8.49%

Other** 5.62%

*  Includes maternity and deaths
** Includes starting own business, hired by GIA, unhappy with job
*Source: JCK Retail Panel, April 2004*

## LUX MILLENNIUM™ The Only True
## DIAMOND WHITE
### Light

• 6 Year Warranty
• 4100 & 3100 Color K

Imagine a Light so Pure, so Bright, so White that it adds no color whatsoever. Now Imagine that Light shining on Diamonds and Precious Stones with a luminance so Clear and Intense that their "true beauty" is radiated right in your display case.

That Lighting Technology is Metal Halide and is now available for your Jewelry Store. Safe, Economical, and ready to install into your existing Track Light. Also Available For Recessed Applications.

Seeing is Believing!

Available only from FUTURE DESIGNS by Lobliof

4121 N.W. 27th St., Miami, FL 33142
Tel: (305) 871-8774 • Fax: (305) 871-8786

The Purest White Light Ever Created for Jewelry

Order Today
Call Toll Free
1-800-326-4256
U.S. Patent #6,174,074

# There is No Better Way to Buy DIAMONDS

## 30-50% off RAP
## FREE Next Day Shipping
## 10 Day Memo

*Get to know our expert sales staff to better assist you with your diamond purchase.*

Marlene   Megan   Bob

ext. 107    ext.126    ext.110



# RDI DIAMONDS

For the *Right* Diamonds...*Right* Here, *Right* Now.

## 800-874-8768

*www.rdidiamonds.com*



# ask instore

EMAIL YOUR QUESTIONS TO ASK@INSTOREMAG.COM

## staff

**It is so tough getting good seasonal help — and every year, we pretty much have to start from scratch finding and training seasonal people. Now that the holidays are over, how can we ensure that the best of this year's seasonal staffers come back to work for us next holiday season?**

Here's one tip: if at all possible, do not let your most valuable short-timers go right after the holidays. January is a critical time to evaluate your staff and start ramping up for Valentine's Day, and to make the most of this important period, you will need all the staffing help you can get, says Suzanne DeVries, president of Diamond Staffing Solutions, Inc.

According to DeVries, January is the time when many unhappy employees start to "look around" for other opportunities. It is also the time when jewelers should be assessing their own staff needs. In doing so, you might discover that your best move is to bring a top seasonal person aboard on a part-time or even a full-time basis.

"If you are carrying any full-time underperformers, take a closer look at your seasonal people," she advises. "You just may find a better performer that is already trained, knows you, your staff and customers, and can hit the ground running."

Meanwhile, with Valentine's Day coming up, retailers should be doing all they can to ensure that business does not drop off right after Christmas. This means advertising and direct mail, tying in special events like remountings and designer trunk shows, and following up with holiday customers to see if there is an opportunity for repeat or add-on business. If you are doing these kinds of things to boost your Valentine's Day sales, you also will need extra staff.

**So the holidays are over and it's time to let go all the seasonal help? Think hard before you say goodbye.**

"A lot of retailers are shell-shocked after the holidays and do not capitalize on Valentine's Day," DeVries observes. "But if you have incorporated it into your business plan and treat it as a major selling season, you can keep your holiday sales momentum going right through February. So do not even think of cutting your seasonal staff before then."

Even after Valentine's Day, retailers should still keep their best seasonal people close at hand. DeVries notes that they can help out on weekends and other peak times during the year; fill in for staffers on vacation; lend extra support for special events, promotions and other selling seasons; make marketing calls to existing customers; and handle other important functions your regular staff may not have time for.

"When I was in retail, we were giving our best seasonal people about 12 hours a week," DeVries recalls. "For most of them, this was a second job, so we used them to help out on weekends. This kept them happy and ensured they were there when we needed them in the fall."



*Please see ASK on Page 53*

# the store | managing

YOUR STAFF

# Hiring Winners

*Don't take this process lightly. Sales associates can make or break your business*

BY SUZANNE DEVRIES

Hiring the right people and building a cohesive team are among the most difficult challenges you face. This is more important than ever because the market is ultracompetitive and crowded.

In reality, you can have the most magnificent store with extraordinary merchandise and it won't matter if you don't have people in place who can convey your high service standards. They also must be able to articulately address and overcome objections from educated customers.

Here's how to manage the interview and hiring process to help you find and hire the best jewelry professionals for your business.

## Key Questions

‹ JOB HISTORY: Design questions that reveal the candidate's experience, skill base, job and salary history and reasons for leaving his or her previous positions. Other key questions include what the applicant liked most and least about previous positions and mentors, greatest professional successes, greatest professional challenges and how he or she overcame them.

‹ PRODUCT KNOWLEDGE: Jewelry customers are far more educated about the product than ever before. Many use the Internet to preshop and educate themselves before ever walking into your store. Therefore, you have to make sure your employees know more about your products than your customers so they can answer questions. To test a job candidate's product knowledge, have him or her "sell" you a diamond or a piece of jewelry.

‹ SELLING SKILLS: During the selling process, note whether the candidate included a warm greeting, an expert presentation and an introduction to the store. Did she get the jewelry in your hand to create desire? Did he use a jewelry pad and velvet cloth? Could she tell you specifics about the gem or jewelry? Did he preclose the sale, ask for the sale and look for add-on opportunities? Did she add you to her client book?

‹ SERVICE: The objective is to hire sales professionals who have the ability to build relationships with customers, address product questions and follow up with customers to ensure their satisfaction for future business. Your goal is to hire sales professionals who have natural warmth and who care about your customers as much as you do.

‹ SOLVING PROBLEMS: Design some problem-solving questions to determine the job candidate's intelligence and common sense in reacting to challenges. This includes role-play to determine how he or she would handle specific challenging situations in your store. Try role-playing the most knowledgeable web-savvy diamond buyer you've encountered and see how the candidate copes.

‹ MOTIVATION: Determine what motivates and drives the candidate and what would make him or her love the job – whether earning commissions or adoring jewelry.

‹ VALUES: Uncover whether the candidate can embrace your culture and values and mix well with your other team members. Excellent jewelry stores are built on integrity, honesty, a strong work ethic, uncompromising values and dependability. If you compromise in any of these areas when hiring, you set yourself up for disappointment.

‹ DIRECT QUESTIONS: Sometimes the simplest and most direct questions yield the most telling information about a candidate. "Why should I hire you?" "Why do you feel you would make a good employee?" The candidate's answers can be revealing and show his or her priorities.

## Sell Your Company

Too often, you forget that just as you are interviewing job candidates, they are interviewing you. A good candidate who understands his or her worth will want to make sure your company is the right "fit."

Talk to the candidate about your company's history, your

goals for the next three to five years, the successes and challenges you have faced over the years, your business philosophy and your ethical standards. Talk about your expert, experienced staff and how you value your employees. Share some anecdotes about their personal successes. The bottom line: when you sell the candidate on the merits of your company, you create the desire for him or her to be part of your team.

### References, Background & Credit Checks

It's easy for an applicant to pad a résumé or hide unfavorable information, so do your due diligence. Always check three to five professional references, even if you're sure you're going to hire the person. Check references the candidate furnishes – which are usually positive – and dig for other references.

Ask references to assess the candidate's performance in such areas as attendance, dependability, responsibility, ability to get along with other staffers and whether the candidate is a team player. Most importantly, ask former managers whether they would rehire this person.

Hire a professional security company that conducts background/credit checks. Set up credit guidelines for what's acceptable and not acceptable for a candidate. If you don't perform these steps, you set yourself up for potential theft.

### Second Interview

Always bring a serious candidate back for a second interview and have another member of your staff interview the candidate too. Your colleague may see something you missed. You'll be surprised at how differently candidates interview the second time around. Now that you're on somewhat more familiar terms, you also may want to consider taking the candidate to lunch so you can see his or her personal side.

### Write a Formal Offer Letter

If all goes well during the previous steps, you should be ready to make the candidate an offer. To avoid possible misunderstandings later, always put the offer in writing. The letter should include starting salary, a description of the benefits program and when the candidate would become eligible, along with his or her starting date. You also might consider hiring a labor attorney to construct a well-written offer letter that will comply with your state's labor laws. ▣



Look closely at your job candidate's background to ensure integrity and a good fit with the rest of your staff.

*Suzanne DeVries is president and founder of Diamond Staffing Solutions Inc.,SM a national placement service that focuses exclusively on the jewelry industry. DeVries has 35 years of experience in the retail and wholesale jewelry fields and is affiliated with the American Gem Society. She also is an official sponsor at Couture shows and conferences. Contact her at (877) 396-6377, Suzanne@diamond-staffing.com.*

*diamond*
**staffing solutions**

# Carla Corp. Staffs Up Through Diamond Staffing Solutions, Inc.[SM]

When leading 14-karat-gold jewelry manufacturer Carla Corp. needed to fill several sales positions around the country earlier this year, the company turned to Diamond Staffing Solutions, Inc.[SM] and got phenomenal results.

The East Providence, R.I.-based supplier had used Diamond Staffing Solutions, Inc.[SM] before, so it wasn't a surprise that the company ultimately chose the industry's leading staffing and career consulting firm to fill the critical posts.

"I was trying to fill four sales rep positions and wasn't having much luck," recalled Ron Rappoport, vice president of sales for Carla Corp. "I had never used Diamond Staffing Solutions, Inc.[SM] before, but our president had used them to fill a managerial position. He was very pleased with the results, so he turned them over to me."

Rappoport acknowledged that he first tried some of the more traditional employee search strategies. Job ads placed in regional newspapers in the territories he was trying to fill weren't producing the caliber of candidates he was looking for. Classified ads placed in major industry trade magazines generated zero response. As for the Internet job sites, Rappoport said that, while they may produce hundreds, or even thousands of resumes, "99 percent are meaningless."

When Rappoport finally hooked up with Suzanne DeVries, president and founder of Derry, N.H.-based Diamond Staffing Solutions, Inc.[SM], things immediately began to heat up for Carla Corp. in the job search. "I told Suzanne my needs, we sat down together, and she did a profile of what I needed," he said. "Based on that research, she presented me with four candidates. I interviewed them and made the decision to hire three. I was extremely pleased with the quality of her candidates and her success rate."

The way Rappoport sees it, one main edge that DeVries and Diamond Staffing Solutions, Inc.[SM] has over most of the other staffing agencies is that she deals strictly with the jewelry business. "She doesn't wear nine hats, so she can really focus on this industry," he noted. "With more than 30 years experience working in this industry herself, DeVries has a deep understanding of the business and the unique needs of her jewelry clients."

The bottom line for Rappoport – and Carla Corp. – is that there's no reason to go through the uncertainty and expense of traditional newspaper ads in future job searches when you can utilize the targeted, knowledgeable, hands-on, service-oriented approach to hiring that DeVries and Diamond Staffing Solutions, Inc.[SM] offers.

"Suzanne has been nothing but a pleasure to work with," he said. "She's very accessible, and she's a consummate professional who delivers on what she says she'll do – and in a timely manner. That's very refreshing today."

*diamond*
**staffing solutions**

**Evan James Finds Perfect Store Manager
Through Diamond Staffing Solutions, Inc.**[SM]

When Evan James Ltd. Fine Jewelers lost its long-time store manager in the summer of 2004, the owner knew he needed to get a quality replacement – and fast.

"Our old store manager had been with us for 10 years," noted Evan James Deutsch, president of the Brattleboro, Vt.-based jewelry store. "This was a key position for us, and it was critical to find the right person to fill it."

The retailer placed help wanted ads in newspapers and received lots of responses – although none of them seemed to be the right fit. It wasn't until Deutsch saw an ad for **Diamond Staffing Solutions, Inc.**[SM] in a trade magazine that the job search really heated up for his company. "We saw the ad, and realized it made sense to call in an expert. So we contacted **Suzanne DeVries**."

DeVries, the President and Founder of **Diamond Staffing Solutions, Inc.**[SM], met with Deutsch, learned about his company and its specific needs, and went to work seeking the best possible candidate to fill the position. She quickly found the perfect match – and Evan James had a new store manager within six weeks of the old manager's departure.

"Suzanne found us the best store manager we ever had," Deutsch said. "Because of Suzanne, we didn't just fill the position; we upgraded the position. And the irony is that she found us someone who was only 30 miles away."

Deutsch said he was truly impressed with the professionalism, dedication and true concern for the customer displayed by DeVries and her staff.

"Suzanne was just great – she was professional, courteous and easy to work with," he said. "She understood our situation, was sympathetic to our needs and concerns, stayed on top of the situation, and remained very positive and eager to get the position filled."

Deutsch added that he would not hesitate to call on DeVries and **Diamond Staffing Solutions, Inc.**[SM] in the future. Nor would he have any reservations about recommending DeVries and her firm to industry colleagues. "I would use Suzanne again in a minute," he said. "The investment you make in her services is well worth the cost."

---------------------------------------------------------------------------------------------

*Diamond Staffing Solutions, Inc.*[SM] *is a national placement service that focuses exclusively on the jewelry industry. The firm is dedicated to bringing the best candidates and clients together, and strives to develop long-term relationships based on integrity, honesty, and chemistry.*

*Suzanne DeVries, President and Founder of Diamond Staffing Solutions, Inc.*[SM]*, has over 30 years of experience in the retail and wholesale jewelry fields. Her business has been built on working with the crème de la crème – both clients and candidates. Her knowledge, experience and personalized service appeal to the market's most prestigious leaders. Diamond Staffing Solutions, Inc.*[SM] *works with many of the most successful and exclusive jewelers in the country.*

*Contact: Suzanne DeVries at 877-396-6377, E-mail: Suzanne@diamondstaffing.com*

**diamond**
**staffing solutions**

"Suzanne has taken a great deal of time to learn about the culture of our organization and understands the skill set that a candidate needs to be successful here. Suzanne represents our company very professionally. She thoroughly pre-screens all candidates before presenting them, and as a result consistently provides quality candidates. Suzanne's response time and work ethic has been unmatched by other firms that we have worked with. It is a pleasure to work with Suzanne and I would recommend the services of Diamond Staffing Solutions$^{SM}$ for your recruiting needs."

- Helzberg Diamonds



*diamond*
s t a f f i n g   s o l u t i o n s

FOR IMMEDIATE RELEASE

# DIAMOND STAFFING SOLUTIONS, INC.ˢᴹ TO ADDRESS STAFFING, COMPETITIVE ISSUES AT COUTURE CONFERENCE

NEW YORK (Aug. 4, 2004) – Diamond Staffing Solutions, Inc.ˢᴹ, the leading placement agency serving the jewelry industry, will address how high-end jewelers should go about "Building the Right Team" in this competitive retail environment, during the Couture Diamond Leadership Conference in New York City on Oct. 13-14.

Diamond Staffing Solutions, Inc.ˢᴹ, a sponsor of the invitation-only Conference, will offer the presentation during a session called "Innovations in Lux Training." The session will be held at the Plaza Hotel on Oct. 14, from 1 p.m. to 2:15 p.m., in the Baroque Room. Diamond Staffing Solutions, Inc.ˢᴹ is one of several firms that will speak at the session. Other speakers include training representatives from the Ritz Carlton hotel chain, Bentley Motors, Hearts on Fire and Tivol Inc.

According to Suzanne DeVries, President and Founder of Diamond Staffing Solutions, Inc.ˢᴹ, her presentation will focus on the concerns of many traditional guild jewelry stores over competing against today's Internet retailers. The key, DeVries stresses, is assembling a strong staff and having them focus on areas of your business where online jewelers can't effectively match up, such as selling unique merchandise, providing well-educated, highly trained salespeople, offering superior customer service, and developing lasting personal relationships with your customers.

"If you have good people around you, and your salespeople are doing the right thing, you really don't have to worry about the Internet or other forms of mass competition," DeVries said. "That's why effective staff placement is so critical. Besides, the person shopping for jewelry on the Internet generally isn't the same person who comes into your store to buy jewelry. You need to focus on your core customers and cultivate them."

Diamond Staffing Solutions, Inc.ˢᴹ is a national placement service that focuses exclusively on the jewelry industry. The firm is dedicated to bringing the best candidates and clients together, and strives to develop long-term relationships based on integrity, honesty, and chemistry.

Suzanne DeVries, President and Founder of Diamond Staffing Solutions, Inc.ˢᴹ, has over 30 years of experience in the retail and wholesale jewelry fields. Her business has been built on working with the crème de la crème – both clients and candidates. Her knowledge, experience and personalized service appeal to the market's most prestigious leaders. Diamond Staffing Solutions, Inc.ˢᴹ works with many of the most successful and exclusive jewelers in the country.

Contact: Suzanne DeVries at 877-396-6377, E-mail: Suzanne@diamondstaffing.com

5 Remington Court. Derry, NH. 03038    603.437.2629 Fax 603.437.6004
E-Mail: Suzanne@diamondstaffing.com   www.diamondstaffing.com

# *diamond*
## s t a f f i n g   s o l u t i o n s

FOR IMMEDIATE RELEASE

## DIAMOND STAFFING SOLUTIONS, INC.ᔆᴹ ENJOYS HUGE SUCCESS AT ITS FIRST GIA CAREER FAIR

NEW YORK (Aug. 2, 2004) – More jewelry companies and candidates should take advantage of GIA's Jewelry Career Fair, one of the industry's best job networking events, advised Suzanne DeVries, a leading staffing and career consultant to the jewelry industry.

DeVries, the President and Founder of Diamond Staffing Solutions, Inc.ᔆᴹ, the leading placement agency serving the jewelry industry, participated in GIA's 14th annual Jewelry Career Fair in New York City on July 23. This was her first time at the noted event – and DeVries said she came away highly impressed with the fair's organization, professionalism, information, and the quality of its participants.

"The speeches were well organized, the career counseling for candidates was invaluable, and the fair was a great place to network with industry peers and find a job," DeVries noted. "GIA did a phenomenal job planning the event."

According to DeVries, a candidate's ability to network is perhaps the single best indicator of how successful they will be in their job search. That's what makes an event like GIA's Jewelry Career Fair so important. "We didn't really realize how powerful this event was until we participated," she added.

DeVries certainly practices what she preaches. Not only did she network with many of her existing clients at the fair, she also met many potential new clients, and was able to match up a number of companies with top candidates she had just found at the event. And she added a "whole stack of talent" to her firm's database. "We had the busiest table at the fair," she observed. "The fair was a tremendous success for us."

Because of the rousing success that DeVries and her firm enjoyed at the event, she said that Diamond Staffing Solutions, Inc.ᔆᴹ will definitely be participating in GIA's next Jewelry Career Fair on Oct. 15 in Carlsbad, Calif. – as well as other GIA Jewelry Career Fairs in the years to come.

Diamond Staffing Solutions, Inc.ᔆᴹ is a national placement service that focuses exclusively on the jewelry industry. The firm is dedicated to bringing the best candidates and clients together, and strives to develop long-term relationships based on integrity, honesty, and chemistry.

- more -

5 Remington Court. Derry, NH. 03038   603.437.2629 Fax 603.437.6004
E-Mail: Suzanne@diamondstaffing.com   www.diamondstaffing.com

# *diamond*

s t a f f i n g   s o l u t i o n s

Suzanne DeVries, President and Founder of Diamond Staffing Solutions, Inc.$^{SM}$, has over 30 years of experience in the retail and wholesale jewelry fields. Her business has been built on working with the crème de la crème – both clients and candidates. Her knowledge, experience and personalized service appeal to the market's most prestigious leaders. Diamond Staffing Solutions, Inc.$^{SM}$ works with many of the most successful and exclusive jewelers in the country.

**Contact: Suzanne DeVries at 877-396-6377, E-mail: Suzanne@diamondstaffing.com**

# # #



## JA SHOW PERFECT TIME TO FIND NEW STAFFERS, ACCORDING TO DIAMOND STAFFING SOLUTIONS, INC.℠

FOR IMMEDIATE RELEASE

NEW YORK (Aug. 2, 2004) – Events like the recent JA New York Summer Show in New York City can and should be much more than just a venue for buying and selling product. These events also present participating companies with golden networking opportunities that can result in the discovery of their next staff superstars, according to Suzanne DeVries, a leading staffing and career consultant to the jewelry industry.

DeVries, the President and Founder of Diamond Staffing Solutions, Inc.℠, the leading placement agency serving the jewelry industry, points to her own company's tremendous success at the JA Show, July 25-28, as an indicator of how shows and other events can lead jewelers to find that "perfect employee."

First of all, Diamond Staffing Solutions, Inc.℠ participated in GIA's 14th annual Jewelry Career Fair, held just prior to the JA Show on July 23. DeVries, a first-time participant in the fair, noted that there was tremendous interest in her services at the event, with her firm networking with existing clients, making countless new contacts, matching companies and candidates on the spot, and also setting up numerous appointments over the next few days at the JA Show.

During the show itself, Diamond Staffing Solutions, Inc.℠ sponsored a luncheon at the Couture Club on July 25 that featured an economic forecast by Steve Forbes, president/CEO of Forbes, Inc. and editor-in-chief of *Forbes* magazine. Although only 100 guests were initially expected, 250 couture jewelers and other industry professionals attended, making the event a tremendous networking success. DeVries also utilized the Couture Club as a "home base" for meeting with new contacts and matching up top candidates with prospective employers.

"We hooked up a number of candidates with clients who were looking for sales reps and other positions to fill," DeVries said. "I was literally getting ready to leave the show, and in the 11th hour, I came across a candidate moving back here from Taiwan who was the perfect match for a client looking for a product developer."

The phenomenal demand for DeVries' services at the JA Show clearly illustrates that jewelry professionals who aren't thinking "outside the box" and using these types of events as a job network/career center are missing out on a valuable industry resource.

- more -



*diamond*
s t a f f i n g   s o l u t i o n s

"If you want to pore over dozens of unknown resumes, your best bet is to post a job ad on a job site," DeVries said. "But at an event like the JA Show, candidates and prospective employers can actually meet and network in a neutral industry setting. This is a perfect venue for Diamond Staffing Solutions, Inc.SM, because we make it a point to visit businesses and really get to know our clients and their needs. We'll find you 2-3 great candidates, and you *will* get a match."

Diamond Staffing Solutions, Inc.SM is a national placement service that focuses exclusively on the jewelry industry. The firm is dedicated to bringing the best candidates and clients together, and strives to develop long-term relationships based on integrity, honesty, and chemistry.

Suzanne DeVries, President and Founder of Diamond Staffing Solutions, Inc.SM, has over 30 years of experience in the retail and wholesale jewelry fields. Her business has been built on working with the crème de la crème – both clients and candidates. Her knowledge, experience and personalized service appeal to the market's most prestigious leaders. Diamond Staffing Solutions, Inc.SM works with many of the most successful and exclusive jewelers in the country.

**Contact: Suzanne DeVries at 877-396-6377, E-mail: Suzanne@diamondstaffing.com**

# # #

EXHIBIT C

# DALY, CROWLEY & MOFFORD, LLP

275 TURNPIKE STREET - SUITE 101
CANTON, MASSACHUSETTS 02021-2354

TELEPHONE: 781-401-9988                    FACSIMILE: 781-401-9966

KERMIT ROBINSON
DAVID W. ROUILLE
ROBERT V. KLAUZINSKI

CHRISTOPHER S. DALY
JUDITH C. CROWLEY
DONALD F. MOFFORD
PAUL D. DURKEE

www.dc-m.com

OF COUNSEL
RICHARD M. SHARKANSKY
CATHY L. PETERSON

Via Certified Mail No.: 7002 2410 0002 6786 5484
Return Receipt Requested
December 5, 2003

President
Diamond Staffing, Inc.
146 West Boylston Drive
Worcester, MA  01606-2799

Re:    Diamond Staffing Trademark Controversy
       Our File No.: DIAM-002MUS

Dear Sir or Madam:

   This firm represents Diamond Staffing Solutions, Inc., of Derry, New Hampshire in its trademark matters.  In that capacity, we have been authorized to notify you that a serious matter of trademark infringement has occurred as result of your use of the mark DIAMOND STAFFING in connection with your recruiting services.

   Since at least May 6, 2002, Diamond Staffing Solutions, Inc has used the mark DIAMOND STAFFING in conjunction with providing professional staffing services.  Diamond Staffing Solutions, Inc. has developed significant goodwill associated with its DIAMOND STAFFING mark throughout the United States, and the mark is well-known to the consuming public as a source identifier for those services.

   We are aware that you recently began using the identical mark DIAMOND STAFFING in conjunction with identical services. Your use of the identical mark for identical services is bound to cause confusion, mistake, and deception of the consuming public as to the source of your client's services. Customers and potential customers will believe that your client's services emanate from, or are licensed or approved by, Diamond Staffing Solutions, Inc. The plethora of e-mail Diamond Staffing Solutions, Inc has been receiving is demonstrating the likelihood of confusion by the public. Any dissatisfaction with your client's services will reflect upon and irreparably damage our client's hard-won reputation embodied in its DIAMOND STAFFING mark.

02/03/2005  16:45   DCM, LLP                                      PAGE  13/13

DALY, CROWLEY & MOFFORD, LLP

Diamond Staffing, Inc
146 West Boylston Drive
Worcester, MA 01606-2799
December 5, 2003
Page 2

Your use of the DIAMOND STAFFING mark constitutes, *inter alia*, a blatant infringement of Diamond Staffing Solutions, Inc's trademark rights under state law, and a clear violation of Section 43(a) of the Lanham Act. As you surely know, by reason of its illegal actions, you could be subject to an injunction against further use of the mark, liability to Diamond Staffing Solutions, Inc for damages and profits resulting from the infringement, and costs and attorney's fees incurred in halting that infringement.

Diamond Staffing, Inc. is willing, however, to resolve this matter amicably on the following terms: You must promptly confirm in writing: (1) that you will take *immediate* steps to discontinue use of the DIAMOND STAFFING mark in connection with staffing services (2) that you will not hereafter use a mark confusingly similar to Diamond Staffing Solutions Inc's DIAMOND STAFFING mark, and (3) that you will immediately file a change of name for your incorporation. Diamond Staffing Solutions, Inc. will, in turn, sign a mutual release that will exempt you from liability for past infringement of the DIAMOND STAFFING mark.

If you do not agree to these terms, Diamond Staffing Solutions, Inc. will take legal action to enforce its rights in the DIAMOND STAFFING mark, and will seek all injunctive and monetary relief to which it is entitled.

Please contact me with in the next ten (ten) business days to advise as to your intentions.

This letter is written without prejudice to my client's legal rights and remedies, all of which are specifically reserved.

Very truly yours,

Donald F. Mofford
*dfm@dc-m.com*

DFM/pam
cc:  Ms. Suzanne DeVries
Q:\diam-002mus\ltr to pres diamond staffing, inc.doc

**EXHIBIT D**

02/03/2005   16:12     7814019966



### THE HARBOR LAW GROUP

48 Maple Avenue • Shrewsbury, MA 01545 • Phone (508) 842-9244 • Fax (508) 842-9311 • www.harborlaw.com

Sent via facsimile (781) 401-9966
and regular mail

December 23, 2003

Donald F. Mofford, Esq.
Daly, Crowley & Mofford, LLP
275 Turnpike Street – Suite 101
Canton, Massachusetts 02021-2354

Re:     Diamond Staffing, Inc.
         Your File No. DIAM-002MUS

Dear Mr. Mofford:

This firm represents Diamond Staffing, Inc. of Worcester, Massachusetts. This is in response to your letter of December 5, 2003 regarding your client's claim of alleged trademark infringement.

Our client has applied for Federal Trademark protection (Serial # 78326647), which was filed on November 12, 2003, as well as received State Trademark protection (#63699) on the mark "Diamond Staffing" Before using the name and applying for protection a diligent search was conducted on the Patent and Trademark Office's database for any federally protected use of the mark "Diamond + Staffing" and no live mark was found. A similar search was conducted with the Massachusetts Secretary of State's office. An Internet search to determine if there was common law usage found several similar marks, including Diamond Medical Staffing, supporting the medical industry, and Diamond Staffing Solutions, Inc., servicing the jewelry industry exclusively. A more recent search reveals that your client, Diamond Staffing Solutions, Inc. filed for trademark protection after our client, on November 20, 2003.

You indicate in your letter that our client is in violation by using the mark "Diamond Staffing." in conjunction with identical services as your client's. I respectfully maintain that this, in fact, is not the case. According to your client's own website, Diamond Staffing Solutions, Inc. deals exclusively in the recruitment and placement of personnel for the jewelry and diamond business. Our client, Diamond Staffing, Inc., is not a service provider exclusively to the jewelry business. Your client's use of the word "Diamond" in his mark certainly does not constitute a strong trademark. His use is

arguably descriptive, thereby rendering his mark weak in terms of meeting trademark requirements.

The "plethora" of email your client claims to have received were, most likely, not business related, but quasi-internal "friendly" but misdirected messages due to incorrectly addressed email by some individuals connected with Diamond Staffing, Inc. In fact, on or about mid-November, when Ken Peterson (representing your client) called, he indicated that his company provided staffing to the jewelry industry exclusively. His only objection was to the verbiage, "cutting edge solution." We concluded our conversation amicably and I stated that if my client did use the phrase we would omit it from any further documentation. This usage, however, did not appear on my client's website, nor is it the exact phrase used on your client's website. I expected the matter to be resolved and was surprised to have received your letter.

We do not believe that our client is in violation of the Lanham Act. Neither the marks nor the services are identical. In fact, as the principal registrant of the mark, we believe that our client has prior constructive use rights to the mark under the law, and that our client's mark is stronger.

Our client, Diamond Staffing, Inc., is also very willing to resolve this matter amicably. We suggest that you call this office so that we may explore a fair and practical solution that will meet the needs of both our clients.

I look forward to hearing from you.

Sincerely,

Mary Casey,
Managing Attorney

MCC: ah

**EXHIBIT E**

## Suzanne Devries, President

**From:** Mark L. Olsen [mlolsen@kirchnercorp.com]

**Sent:** Friday, February 11, 2005 4:36 PM

**To:** suzanne@diamondstaffing.com

**Subject:** FW: Kirchner Corporation

Suzanne:

Thanks for taking time to talk with me.
Mark

**From:** Mark L. Olsen
**Sent:** Friday, February 11, 2005 12:10 PM
**To:** 'info@diamondstaffinginc.com'
**Subject:** Kirchner Corporation

Suzanne DeVires:

I was given your company as well as your name by Brian Flemming of the Carla Corporation.
Kirchner Corporation, located in Minneapolis, MN. has been manufacturing jewelry since 1901.
We are looking for our line to be represented on the West Coast of the United States.

I would like to get information on how your company could help us in our search for sales reps and your fees.
Thank you

Mark Olsen
Kirchner Corporation
National sales Manager
1000 Boone Ave N #900
Minneapolis, MN  55427
763-546-5440
E-mail: mlolsen@kirchnercorp.com

The information contained in this email is legally privileged and confidential information for the sole use of the intended recipient. Any use, distribution, transmittal or retransmittal of information contained in this email by persons who are not intended recipients may be a violation of law and is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.

3/10/2005

**EXHIBIT F**

02/03/2005  16:39    7014019566                                                         PAGE    02

11/05/2004  17:07    6036660505              TAMZARIAN

# Rainer, Walsh & O'Connor, LLP
*Attorneys at Law*
## 60 Veteran of Foreign Wars Parkway
### Revere, Massachusetts 02151

Telephone (781) 289-7900
Facsimile        (781) 485-0624
Toll Free        (800)-451-2220
www.rainerlaw.com

Robert K. Rainer
Thomas F. Walsh
Christopher S. O'Connor
Daniel C. Federico
Edwin W. Barrett III
Ryan J. Matthews
Michael Antoniello, M. D.
Ronald H. Rainer (Retired)

October 27, 2004

Mass Commission Against Discrimination
Attn: Carolyn Packard
One Ashburton Place
Boston. MA 02108

Re:    Yolanda Wilder vs. Fast Lanes, Mass. Turnpike Authroity, Diamond Staffing
       Solutions, and Transcorp, Inc.
       MCAD Docket No.: 04-BEM-02800

Dear Ms. Packard

        It has come to my attention that we have filed the charge in the above referenced matter with
the wrong address for Diamond Staffing. Apparently, there are two companies named Diamond
Staffing which are currently embroiled in a licensing dispute. On our charge we provided the address of
Diamond Staffing in Derry New Hampshire which staffs jewelry stores. My client alleges sexual
harassment against Diamond Staffing located at 146 West Boylston Drive in Worcester, MA which
staffs offices. My client has never worked in a jewelry store, clearly we have provided the wrong
address.

        Please advise as to how I can properly correct this misunderstanding. Thank you for your
attention to this matter.

                                                            Best wishes,

                                                            Ryan J. Matthews

Cc:    Vaughn Tamzarian. Esq.
       53 Bay Street
       Manchester, NH 03104-3005

Nov 08 04 11:01a     Suzanne DeVries

**EXHIBIT G**

USPTO. ESTTA. Receipt



**United States Patent and Trademark Office**

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help



*Electronic System for Trademark Trials and Appeals*

# Receipt

Your submission has been received by the USPTO.
The content of your submission is listed below.
You may print a copy of this receipt for your records.

ESTTA Tracking number: **ESTTA18604**

Filing date: **11/03/2004**

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD

## Notice of Opposition

Notice is hereby given that the following party opposes registration of the indicated application.

### Opposer Information

| Name | Diamond Staffing Solutions, Inc | | |
|------|--------------------------------|---------------|----------|
| Entity | Corporation | Citizenship | Delaware |
| Address | 5 Remington Court<br>Derry, NH 03038<br>UNITED STATES | | |

| Attorney information | Donald F. Mofford<br>Daly, Crowley & Mofford, LLP<br>275 Turnpike Street - Suite 101<br>Canton, MA 02021-2310<br>UNITED STATES<br>dfm@dc-m.com, pam@dc-m.com Phone:781-401-9988 x13 |
|----------------------|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|

### Applicant Information

| Application No | 78326647 | Publication date | 10/05/2004 |
|----------------|----------|------------------|------------|
| Opposition Filing Date | 11/03/2004 | Opposition Period Ends | 11/04/2004 |

USPTO. ESTTA. Receipt

| Applicant | Diamond Staffing, Inc.<br>146 West Boylston Drive<br>Worcester, MA 01609<br>UNITED STATES |
|---|---|

## Goods/Services Affected by Opposition

Class 035. First Use: 20031108First Use In Commerce: 20031108
All goods and sevices in the class are opposed, namely: Employment hiring, recruiting,
placement and staffing services

| Attachments | Opposition in text form.txt ( 2 pages )<br>Exhibits.pdf ( 6 pages ) |
|---|---|

| Signature | //signed// |
|---|---|
| Name | Donald F. Mofford |
| Date | 11/03/2004 |

## Return to ESTTA home page    Start another ESTTA filing

| .HOME | INDEX| SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT

opposition in text form.txt

The grounds for opposition are as follows:

1.  Opposer has used the mark DIAMOND STAFFING, in connection with professional staffing services prior to any use of the DIAMOND STAFFING mark by Applicant.

2.  Opposer is using and intends to continue to use the above mark in connection with the goods described in Paragraph 1 above.

3.  Through news articles, stories and profiles published throughout the United States, and by virtue of the high quality of its professional staffing services, Opposer has garnered a valuable reputation for its DIAMOND STAFFING mark. See Exhibits A-F.

4.  Through the above means, Opposer has developed extensive goodwill throughout the United States with respect to its DIAMOND STAFFING mark.

5.  As a result of the above uses, Opposer has become identified with the mark DIAMOND STAFFING in the minds of consumers, and has developed substantial common law rights in the mark.

6.  Applicant filed Application Serial No. 78/326,647 on November 12, 2003 seeking to register the mark DIAMOND STAFFING as a service mark in International Class 35 for use with Employment hiring, recruiting, placement and staffing services.

7.  Priority is not an issue. While Applicant filed Application Serial No. 78/326,647 as an actual use application on November 12, 2003 claiming a date of first use of November 8, 2003, Opposer has been using the mark DIAMOND STAFFING in commerce since at least as early as May 6, 2002 as evidenced in Opposer's trademark application Serial No. 78/331,011 filed on November 20, 2003. Opposer's use of the mark DIAMOND STAFFING thus clearly precedes any use by Applicant.

8.  The mark proposed for registration by Applicant in Application Serial No. 78/326,647 is identical in appearance, connotation, sound and commercial impression to the marks used by Opposer in connection with its services, described in Paragraph 1 above.

9.  Upon information and belief, Applicant's services that are the services recited in Application Serial No. 78/326,647 are advertised and provided in similar channels of trade and to similar customers as Opposer's services.

10.  Applicant's use of the mark DIAMOND STAFFING in connection with the services recited in Application Serial No. 78/326,647 interferes with Opposer's use of its DIAMOND STAFFING mark and is likely to cause the public to believe that the services of Applicant originate with Opposer, or that Applicant is owned or controlled by or in some manner affiliated or associated with Opposer, or vice versa, and is otherwise likely to cause confusion, cause mistake or deceive as to the source of such services.

11.  Any defect, inadequacy or deficiency found in Applicant's services marketed under the DIAMOND STAFFING mark would reflect negatively upon and seriously injure the reputation and goodwill associated with the services marketed by Opposer and provided in connection with its DIAMOND STAFFING mark.

12.  If Applicant is permitted to register the DIAMOND STAFFING mark for its services, as specified in the application herein

Page 1

opposition in text form.txt

opposed, such use and registration would result in a likelihood of confusion in the trade by reason of the similarity between Applicant's DIAMOND STAFFING mark and Opposer's marks, thereby damaging and injuring Opposer. Any such likelihood of confusion may result in the loss of business to Opposer. Furthermore, any defect, objection, or fault found with Applicant's services marketed under the DIAMOND STAFFING mark may reflect upon and injure the reputation which Opposer has established for its goods and services in association with Opposer's marks.

13. If Applicant is granted a registration based on Application Serial No. 78/326,647, Applicant would thereby obtain at least a prima facie exclusive right to use the DIAMOND STAFFING mark in connection with staffing services. Any such registration would be a source of damage and injury to Opposer and its customers.

WHEREFORE, Opposer requests that Application Serial No. 78/326,647 be rejected, that no registration be issued thereon to Applicant, that registration of the mark DIAMOND STAFFING for the services specified therein be denied and refused, and that this opposition be sustained in favor of Opposer.

Instore Magazine - Advertiser Links

**Cassa Ciemme**
New York, NY, USA
Tel: (877) 398-9666
Fax: (212) 840-5680
URL: http://www.cmahendra.com
Details: Cassa Ciemme is a diamond wholesaler company that was formed in 1974. After years of growth, the company became a DTC sightholder in 1991. As a preferred client of the DTC, Cassa Ciemme has a consistent supply of "conflict free", top-quality diamonds.

**Crown diamond**
Atlanta, GA, USA
Tel: (404) 266-2818
Email: beth@crowndiamond.com
URL: http://ww.crowndiamond.com
Details: Doron Franco created Crown Diamond in 1987 to integrate Internet technology with business practices rooted in the traditional diamond industry. Inventory ranges from one-grainers to diamonds over 10 carats.

**David W. Richardson**
Scottsdale, AZ, USA
Tel: (800) 338-5831
Email: info@jewelrysalestraining.com
URL: http://www.jewelrysalestraining.com
Details: David W. Richardson, CSP, international award-winning professional business presenter, brings his 20 years of real world jewelry sales and management experience to your company and aims his proven tactics, strategies, and best practices directly at your bottom line.

**Diamond Staffing Solutions**
Derry, NH, USA
Tel: (603) 437-2629
Email: Suzanne@DiamondStaffing.com
URL: http://www.DiamondStaffing.com
Details: Suzanne DeVries, president of Diamond Staffing Solutions, has over thirty years of staffing experience in all areas of the retail and wholesale jewelry industry. Diamond Staffing Solutions, Inc. also features individualized markets searches, security and background checks, personality profiling and fixed-fee schedules that ensure across the board quality service.

**Gemex systems**
Mequon, WI, USA
Tel: (888) 292-1191
Email: gemex@gemex.com
URL: http://www.gemex.com
Details: GemEx produces the Brilliance Scope (TM) and the Light Performance (TM) Report. The GemEx Report has been proven to dramatically increase diamond sales in chain stores and independent jewelers by making Light Performance (TM) the primary buying criteria for the customer.

**GIA**
Carlsbad, CA, USA
Tel: (760) 603-4001
Email: cduinfo@gia.edu
URL: http://www.gia.edu
Details: Since 1931, GIA has translated its expert knowledge of diamonds and gemstones into the most respected education available in the industry. The Institute's world-renowned curriculum is developed to help jewelers and their customers deal in a mutually assured spirit of professionalism and trust, while its gemological research and

11/1/2004

*Exhibit B*

 **First National**
Merchant Solutions

**First National.**
Providing the best payment
solutions to the jewelry industry.

## Ten Staffing Tips Part 1 of 2

 Maintaining a solid selling and managerial staff is absolutely one of the most challenging opportunities that jewelers face every day. So how do you find and maintain your greatest asset – your people? Listed below are the ten staffing tips, which will help save your store potentially thousands of dollars.

1. Build staffing needs into your business plan. Your staffing needs and their associated cost, including your time for recruitment and turnover cost, should be part of your yearly business plan. Each position turned over in your store will cost you between 1.5 and 3 times the salary to replace. 80% of turnover is due to "bad hiring," so having good recruit strategies are essential.

- 2. Make recruiting a part of your weekly "to do" list. Recruiting should also be part of your daily routine. You should always have your eyes peeled for good talent. You've heard the term "Always be selling." N add, "Always be recruiting."

- 3. Plan well in advance for Christmas, Mother's Day and Valentine's Day. These are the times when you need additional staff, so do not fool yourself into thinking that you can hire qualified jewelry selling staff and train them in a month. Budget for more positions, and allow a few months for training, and company culture adjustments. This way you will not be left stranded during your most critical times of the year.

- 4. Offer recruiting bonuses to employees. Offer incentives and contests to encourage current employees to recruit and you will be surprised at how many potential employees will be found. Make your incentives generous enough to motivate your employees. If you are unsure of what to offer, ask your team how much they feel would be fair. You may want to offer additional incentives for the "most recruits in a month" as well.

- 5. Keep employees involved in the process. Send your sales people out in teams, preferably male-female to shop your competition. Devise a report form and a scoring system on elements including customer service, greeting, sales techniques, and product knowledge. Ask your team whom they would hire and why. Discussing the findings at meetings helps your employees gauge their own strengths and provides way for them and for you to determine your business's staffing needs. This saves you time in recruiting right people and cuts down on hiring mistakes.

**Suzanne DeVries,
President
Diamond Staffing Solutions**

Have a question for Suzie? CLICK HERE or call 877.396.6377

DIAMONDSTAFFING.COM »

11/1/2004

GFeNEWS Jewelry Industry  `ne

Exhibit C

---

## Diamond Staffing - JCK Invitation

**Diamond Staffing Solutions To Offer Free Staffing Consultations In Las Vegas Jun 4-6.**



Derry, N.H. - April 1, 2004 – Diamond Staffing Solutions Inc. will be offering free half-hour staffing consultations in Las Vegas on Friday, June 4, Saturday, June 5 and Sunday, Jur 6. Limousine transportation will be provided from the Sands Convention Center to Diamo Staffing's luxurious business conference location, allowing jewelers a respite from the jewelry show and a place to focus exclusively on staffing concerns.

*"We want to make this a place where jewelers can come to put their feet up, have a cappuccino or San Pellegrino, and relax,"* says Suzanne DeVries, President of Diamond Staffing Solutions Inc. *"We're excited to be in Las Vegas, and we are prepared to help everyone, from small independents to large jewelry companies."*

Diamond Staffing Solutions is a national placement service that focuses exclusively on the jewelry industry and dedicated to bringing clients the best talent in the industry. Consultations will be by appointment only. To facilit the consultations, jewelers can choose to fill out a questionnaire prior to meeting with Diamond Staffing Solutio This will help identify and prioritize the most important staffing challenges and enable jewelers to make the mo of the consultation.

To set up a consultation or for more information on services, including store visits, **contact Diamond Staffing Solutions, Inc.** at 603.437.2629 or E-MAIL **CLICK HERE.**



**Suzanne DeVries,**
**President**
**Diamond Staffing Solutions**

Have a question for Suzie? CLICK HERE or call 877.396.6377

DIAMONDSTAFFING.COM

CLICK HERE TO PRINT ARTICLE »

---



---

## Jeweler Profit - Tip # 5 - Part 2 of 2

Exhibit D

# Modern Jeweler



**MARCH 2004**

*diamond*
*staffing solutions*

**Opportunity is never lost.
It's just found by someone else.**

We've found great jewelry talent. Take the opportunity to hire them. Don't let your competition get the advantage.

● Sales Reps and Bench Jewelers Needed

Call Diamond Staffing Solutions today to learn about more opportunities in the jewelry industry.

---

*diamond*
*staffing solutions*

## Goals for 2004:

☑ Increase ...
☑ Increase ...
☑ ...
☑ ...
☑ ...
☐ **Hire additional staff to ensure goals are met!**

Let Diamond Staffing Solutions...

Call us today for your personnel...

**FEBRUARY 2004**

---

*diamond*
*staffing solutions*

**Your Jewelry Staffing Source for the Holidays.**

Focusing exclusively on the jewelry industry, we are dedicated to matching the best talent with the best jewelers.

● Many executive and management positions available.

Call Suzanne DeVries today.

www.diamondstaffing.com

**OCTOBER 2003**

*Exhibit E*







AUGUST 1, 2003



SEPTEMBER 1, 2003



OCTOBER 1, 2003