UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DIAMOND STAFFING SOLUTIONS, INC.,

Plaintiff,

v.

DIAMOND STAFFING, INC.,

Defendant.

Civil Action No. 05-40046-FDS

**PLAINTIFF DIAMOND STAFFING SOLUTIONS, INC.'S MOTION FOR LEAVE TO
FILE REPLY BRIEF IN FURTHER SUPPORT OF ITS
MOTION FOR PRELIMINARY INJUNCTION**

Plaintiff Diamond Staffing Solutions, Inc. ("Diamond Staffing Solutions$^{SM}$")

hereby moves this Court, pursuant to L.R. 7.1(B)(3), for leave to file the enclosed reply brief,

which is submitted in further support of Plaintiff's Motion for Preliminary Injunction. Diamond

Staffing Solutions$^{SM}$ is submitting its reply brief principally to counter certain factual and legal

misstatements and mischaracterizations set forth in Defendant Diamond Staffing, Inc.'s ("DSI")

Opposition to Diamond Staffing Solutions'$^{SM}$ Motion for Preliminary Injunction.

Defendant filed its opposition to Plaintiff's motion for summary judgment eight days ago

(July 18, 2005). This motion for leave to file a brief reply is being filed the day before the Court's

scheduled hearing on Plaintiff's motion for preliminary injunction because principal counsel for

Diamond Staffing Solutions,$^{SM}$ Nicholas Papastavros, has been in deposition preparation and/or

depositions for five of the past six business days and was unable to adequately respond to factual

and legal misstatements in Defendant's opposition papers until now.

WHEREFORE, Diamond Staffing Solutions<sup>SM</sup> respectfully requests this Court to grant it leave to file the enclosed reply brief.

DIAMOND STAFFING SOLUTIONS, INC.

By its attorneys,

_____

Nicholas G. Papastavros (BBO#635742)
Michael L. Cornell (BBO # 651405)
NIXON PEABODY LLP
100 Summer Street
Boston, MA 02110-2131
(617) 345-1000 (telephone)
(617) 345-1300 (facsimile)

Date:  July 26, 2005

## LOCAL RULE 7.1(A)(2) CERTIFICATION

Counsel for Plaintiff Diamond Staffing Solutions, Inc. certifies that they conferred with counsel for Defendant Diamond Staffing, Inc. in a good faith attempt to resolve or narrow the issues presented in this Motion and was unable to do so.

_____

Michael L. Cornell

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above document was served upon all counsel of record by electronic service and upon Robert Meltzer, Esq. by courier on July 26, 2005.

_____

Michael L. Cornell