UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DIAMOND STAFFING SOLUTIONS, INC.,

Plaintiff,

v.

DIAMOND STAFFING, INC.,

Defendant.

Civil Action No. 05-40046-FDS

## AFFIDAVIT OF EMILY MURPHY

I, Emily Murphy, under oath, depose and say as follows:

1.       I am a resident of the State of New Hampshire, and make this Affidavit based upon my own knowledge.  This Affidavit is made in support of Plaintiff's Motion for Preliminary Injunction.  I have personal knowledge of the facts set forth in this Affidavit, and would be competent to testify thereto.

2.       I am employed at  Diamond Staffing Solutions,$^{SM}$ a company located at 5 Remington Court, Derry, New Hampshire.

3.       On July 19, 2005, a gentleman called Diamond Staffing Solutions$^{SM}$ asking for an "Annie Moore."  I answered "I'm sorry we don't have anyone at this office by the name of Annie Moore, can I ask what this is regarding?"  The caller replied "About employment, I'm looking for employment…you are a staffing firm, right?"  I replied "Yes, we are Diamond Staffing Solutions, not to be confused with Diamond Staffing, Inc.  Do you think that's who you could have been trying to contact?"  The caller replied "Yeah, that's probably it" and asked, "Do

- 2 -

you have the number for Diamond Staffing, Inc.?" I replied that I did not. The caller thanked me and hung up.

Signed under the pains and penalties of perjury this $20$<sup>th</sup> day of July, 2005.

Emily Murphy