UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIAMOND STAFFING SOLUTIONS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>DIAMOND STAFFING, INC.,<br><br>Defendant. | Civil Action No. 05-40046-FDS |

### SECOND AFFIDAVIT OF MICHAEL L. CORNELL IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

I, Michael L. Cornell, hereby depose and say as follows:

1. I am an associate in the law firm of Nixon Peabody LLP. I am one of the counsel of record for the Plaintiff, Diamond Staffing Solutions, Inc. ("Diamond Staffing Solutions$^{SM}$") in this matter, a member in good standing of the bar of the Commonwealth of Massachusetts, and admitted to practice in the U.S. District Court for the District of Massachusetts. I am familiar with the facts set forth herein as a matter of personal knowledge or review of the pleadings and other files in this matter.

2. This affidavit is offered in support of Plaintiff's Motion for a Preliminary Junction.

3. Attached hereto as Exhibit 1 are true and accurate copies of documents produced to Diamond Staffing Solutions$^{SM}$ by Defendant Diamond Staffing, Inc.

BOS1508072.1

Signed under the pains and penalties of perjury this 26th day of July, 2005.

_____
Michael L. Cornell

BOS1508072.1

# EXHIBIT 1

FROM : PATRIOT
FAX NO. : 5089438784    May. 25 2005 03:24PM P15

...for 1/2
1 cord sea-
woods 1 28
-754-9687.
3/2

state - Ox-
three mod-
lntum type
d (2) 4,626
bined. Ex-
than 10
ter, just off
modern of-
bay ware-
ight manu-
tion. Spa-
docks and
t $4.50 per
Call Peter

a lowrider
mint condi-
st. Call for
0. Call 508-
ge all calls

ir salon in
rent, up and
er shop. 1-
8-728-0805.

panies des-
yees to as-
home. No
500 weekly
-646-1700

50 4x4 runs
a little tlc.
Grand Am.
$500 firm.
aded $3000
work van w/
. cell #774-

nents
e

ow has
s. Lots of
urriculum.
rafts.
ome as
y area on
et.
ncluded.
xperience.
d days.
-1341 for

---

**PLACEMENT PROS**
*THE FUTURE OF STAFFING*

**TELESALES REPS/ Customer Service**

5 Immediate Openings

30K Base + Commission
Temp to hire w/benefits
Resume and references a must.

Contact Jeff at
**PLACEMENT PROS**
508-792-5888 or
Fax Resume to
508-791-0980

---

**DIAMOND STAFFING INC.**

Just some of the new positions we receive every day!!!

Woodworkers
1 yr. exp.
2nd shift - $10

Injection Molding
All shifts - $8.60-$9

Assemblers
All shifts $8-$9

Draw Tower Operators
All Shifts $9-$10

Machine Operators (CNC)
All shifts $8-$10

55 East Main Street
Webster, MA 01570
Phone 508-671-0009
Fax 508-671-0079

---



Hop Down and Order your Pierogi's
Pickup Date march 23
Now Taking Orders for Easter
Easter Pierogi's
$7.00 ½ Doz
$12.00 1 Doz
Cabbage & Cheese
For Take Out Call 508-943-9798
ONLY at THE Liberty Club
103 North Main St Webster MA
We Have KENO

---



# William Jolda & Son, Inc.

**HEATING OILS - PLUMBING & HEATING**

•Notice to our customers•
2 Licensed Plumbers Available
For all your Plumbing needs
Call 508-943-0780 for
24-Hour Emergency Burner Service
Office Hours:
Mon.-Fri. 8:00 a.m. to 5:00 p.m.

EST. 1935

Conveniently located at
6 Oxford Ave., Dudley, MA * 508-943-0780
*Our family has been serving the community since 1935*



3/2/05



CASON FOSTER PHOTOGRAPHERS

FROM : PATRIOT          FAX NO. : 5089438784          May. 25 2005

---

**5/25/05**

# DIAMOND STAFFING INC.

Just some of the new positions we receive every day!!!

**Warehouse**
Connecticut area.
All shifts
$8.50-10.50

**Woodworkers**
Putnam area,
measuring, lifting,
table saws, nail
guns, 2nd shift, $10

**Production/Assembly**
Webster area,
12 hour shifts,
weekends required,
no exp., $8-9

**Machine Operator**
Webster Co.,
heavy lifting,
math test,
1st shift, $10

55 East Main Street
Webster, MA 01570
Phone 508-671-0009

---

**5/18/05**

# DIAMOND STAFFING INC.

Just some of the new positions we receive every day!!!

**Shipper**
Southbridge area,
UPS - Fed-Ex
online 1-2 yrs.
experience $10

**Woodworkers**
Putnam area,
measuring, lifting,
table saws, nail
guns, 2nd shift, $10

**Production/Assembly**
Webster area,
12 hour shifts,
weekends required,
no exp., $8-9

**Machine Operator**
Webster Co.,
heavy lifting,
math test,
1st shift, $10

**Customer Service**
Spencer area,
good phone skills,
data entry, P.C.
literate $10

55 East Main Street
Webster, MA 01570
Phone 508-671-0009

---

**5/11/05**

# DIAMOND STAFFING INC.

Just some of the new positions we receive every day!!!

**Shipper**
Southbridge area,
UPS - Fed-Ex
online 1-2 yrs.
experience $10

**Woodworkers**
Putnam area,
measuring, lifting,
table saws, nail guns,
2nd shift, $10

**Production/Assembly**
Webster area,
12 hour shifts,
weekends required,
no exp., $8-9

**Machine Operator**
Webster Co.,
heavy lifting,
math test,
1st shift, $10

**Customer Service**
Spencer area,
good phone skills,
data entry, P.C.
literate $10

55 East Main Street
Webster, MA 01570
Phone 508-671-0009

---

**5/4/05**

# DIAMOND STAFFING INC.

Just some of the new positions we receive every day!!!

**Microscope Assembly**
Southbridge, 1st shift,
epoxy/adhesives, some
grinding, 1-2 yrs exp.
$13-15

**Woodworkers**
Putnam area,
measuring, lifting,
table saws, nail guns,
2nd shift, $10

**Production/Assembly**
Webster area,
12 hour shifts,
weekends required,
no exp., $8-9

**Machine Operator**
Webster Co.,
heavy lifting,
math test,
1st shift, $10

**Weekend/
Machine Operator**
Part time hours,
2nd shift,
$10

55 East Main Street
Webster, MA 01570
Phone 508-671-0009

PAGE 05         DIAMOND         05/25/2005 15:27   15086710079

DIAMOND STAFFING, 146
WEST BOYLSTON DRIVE,.
WORCESTER, MA 01605
9783654672
Order   Number:   940260
Classification: 510 - HELP
WANTED-GENERAL

**Industrial Spray Painter**
Experience a must.
2nd shift. $11. Temp/Hire
Call (978)365-4672
Diamond Staffing, Inc.

10/03/04

DIAMOND STAFFING, 146
WEST BOYLSTON DRIVE, ,
WORCESTER, MA  01605
9783654672
Order Number: 940255
Classification: 510 - HELP
WANTED-GENERAL

**TOOLING ASSISTANT**
Mold repair, maintenance,
cleaning. 1st and 2nd shift
available.Temp/Hire. Shirley.
Call (978)365-4672
Diamond Staffing, Inc.

10/03/04

DIAMOND STAFFING, 146 WEST BOYLSTON DRIVE,, WORCESTER, MA 01606
9783654672
Order Number: 940248
Classification: 510 - HELP WANTED-GENERAL
**MATERIAL HANDLER**
Cycle counting, color mixes, labeling, weighing product, shipping/receiving, forklift. 7am-3:30pm, temp-hire. $12 Diamond Staffing, Inc.
Call 978-365-4672

10/03/04