UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DIAMOND STAFFING SOLUTIONS, INC.,

Plaintiff,

v.

DIAMOND STAFFING, INC.,

Defendant.

Civil Action No. 05-40046-FDS

## **FOURTH AFFIDAVIT OF SUZANNE DEVRIES**

I, Suzanne DeVries, under oath, depose and say as follows:

1.      I am an adult resident of the State of New Hampshire, and make this Affidavit based upon my own knowledge. This Affidavit is made in support of Plaintiff's Motion for Preliminary Injunction. I have knowledge of the facts set forth in this Affidavit, and would be competent to testify thereto.

2.      I am the founder and President of Diamond Staffing Solutions,$^{SM}$ a company located at 5 Remington Court, Derry, New Hampshire.

3.      It is my understanding from the pleadings filed in this litigation and with the U.S. Patent and Trademark Office that the Defendant, Diamond Staffing, Inc. ("DSI"), first used the name "Diamond Staffing" in commerce in November 2003. I founded Diamond Staffing Solutions$^{SM}$ in May 2002. Since the time of its founding, Diamond Staffing Solutions$^{SM}$ has focused on placing candidates in employment opportunities with Diamond Staffing Solutions'$^{SM}$ clients, principally in the jewelry and giftware businesses. Diamond Staffing Solutions$^{SM}$ has

used the "Diamond Staffing Solutions^SM" and "Diamond Staffing^SM" service marks (collectively,

the "Marks") in commerce since May 2002.

4.      The advertisements at **Exhibit A** are true and accurate copies of advertisements

that Diamond Staffing Solutions^SM placed in various national publications between May 2002 and

November 2003.

5.      In addition to the national advertising described above, the advertisements on

www.monster.com and the placement of candidates in Massachusetts as described in my

previous affidavits in this litigation, Diamond Staffing Solutions^SM also placed candidates in New

Hampshire prior to DSI's alleged first use of the name "Diamond Staffing" in New Hampshire in

August 2004.  Specifically, in or about September 2003, Diamond Staffing Solutions^SM conducted

an extensive search and placed Bruce Smith, Cory Taylor, Sherry Richards, and Helen Coulbe

with Day's Jewelers in New Hampshire.

6.      Diamond Staffing Solutions^SM also placed candidates in Connecticut prior to DSI's

alleged first use of the name "Diamond Staffing" in Connecticut in March, 2004.  Specifically,

Diamond Staffing Solutions^SM placed Laura Rivera (agreement on November 6, 2003; placement

on April 11, 2004) and a temporary seasonal employee (placement in December 2003) with J.

Albert Johnson Jewelers.  Diamond Staffing Solutions^SM also conducted an extensive search to

place candidates in one or more Helzberg Diamonds stores in Connecticut in 2002.

7.      Diamond Staffing Solutions^SM also placed candidates in New York prior to DSI's

alleged first use of the name "Diamond Staffing" in New York in 2004.  Specifically, Diamond

Staffing Solutions^SM placed Robert Howe with D'Errico Jewelry in December 2003.

8.      Diamond Staffing Solutions^SM also placed candidates in Rhode Island prior to

DSI's first use of the name "Diamond Staffing" in Rhode Island in December 2003.

Specifically, Diamond Staffing Solutions℠ posted an advertisement on www.monster.com on October 19, 2003, for both Director of Marketing and Director of Product Development positions at Carla Corporation. Diamond Staffing Solutions℠ reached an agreement with Carla Corporation on October 27, 2003 for the placement of Jason Lague in December 2003. Mr. Lague eventually decided not to take the Carla Corporation position when his employer at the time offered him more money to stay. When he notified Carla Corporation that he was withdrawing his acceptance of their employment offer, Mr. Lague referred another candidate for the position directly to Carla Corporation. Carla Corporation and Diamond Staffing Solutions℠ split the fee for the referral of the candidate referred by Mr. Lague. Additionally, Diamond Staffing Solutions℠ reached an agreement on January 20, 2004, for the placement of Barry Sherman with Laser Star. Finally, I, on behalf of Diamond Staffing Solutions,℠ visited A&H Manufacturing in Rhode Island in November, 2003, and reached an agreement with them for the recruitment of a candidate.

9.    On Saturday, July 16, 2005, Diamond Staffing Solutions℠ received a "contact request" addressed to request@diamondstaffing.com. It was submitted by a person named Rob Camarata via an online "Diamond Staffing Contact Form." The contact form is attached hereto as **Exhibit B**.

10.    In a follow-up phone conversation with Mr. Camarata, I understand that Diamond Staffing Solutions℠ contacted Mr. Camarata on or about Friday, July 22, 2005, and asked him what he was looking for and how he got Diamond Staffing Solutions'℠ email address. Mr. Camarata said that his friend told him to call " Diamond Staffing", so he "Googled" Diamond Staffing, found Diamond Staffing Solutions℠ website, and sent us an email. I believe that Mr.

Camarata was looking for DSI, given his comments and the companies he was interested in considering (which Diamond Staffing Solutions[SM] does not place with).

10.    Diamond Staffing Solutions[SM] hired Idea Outfitters, a graphic design firm, to develop a design and logo for the company. Diamond Staffing Solutions[SM] has also created branded business cards, stationary and envelopes; has worked with a communications firm to put together a comprehensive press/marketing kit that includes a background/fact sheet, a personal bio, testimonial profiles and press releases; and has become involved with organizations such as the Women's Jewelry Association, the Manufacturing Jewelers and Suppliers of America, the Continental Buying Group and the American Gem Society.

11.    In or about July, 2004, I placed a sales executive with the firm ASC Software in Boston, Massachusetts.

Signed under the pains and penalties of perjury this 20th day of July, 2005

Suzanne DeVries

4

# EXHIBIT A

# THE MARKETPLACE

## FIRST STEP

### Providing Quality Locking Security...



*Keeping your merchandise safe*

Display locks and drawer locks keyed to a unique code for your operation. Never worry about an unauthorized duplicate key opening your locks. Visit us at www.mvs-inc.com

**1-800-767-6894**

medeco
HIGH SECURITY LOCKS

**midwest**
Vending Security, Inc.



Showcase Sales Gallery, Inc.
www.ShowcaseSales.com

800-246-2940
US/Canada
tel 607-988-2883

Store Layout
fax 607-988-9173

### WHOLESALE STERLING SILVERWARE,

CHINA & CRYSTAL FOR SALE!
Over 6000 active & discontinued patterns
For "To the trade prices" VISIT:
WWW.SILVERWHOLESALE.COM

We also buy!
Strong competitive quotes.

Printed Wholesale catalog also available.

OPEN SINCE 1972

THE SILVER QUEEN

1350 West Bay Drive
Largo, FL 33770
(727) 581-6827
(727) 586-0822
WWW.SILVERWHOLESALE.COM

---

**Attn: RETAILERS & WHOLESALERS**
Want to stop paying too much for your jewelry pieces? Well, it's simple!!! All you have to do is either call us or email us, and tell us what pieces you are interested in and we will make it complete for **CHEAPER GUARANTEED!!!**

Contact: Sal @ 718-392-5768
Email: samcorp2110@aol.com

MEMBER    ROSS METALS    MEMBER

**GOLD • SILVER • PLATINUM**
METAL MILL PRODUCTS

• WIRE
  ALL SHAPES & COLORS
• SOLDER
  PLATE • CHOP • WIRE
• TUBING
  ROUND • SQUARE
• PLATE
  .008 - .125
• STAMPING
  VARIOUS SHAPES
• GRAIN
  ALL KARATS & COLORS
• MASTER ALLOY
  CASTING & MILLING

10K • 14K • 18K
PLATINUM • STERLING

— LARGEST SELECTION • FREE CATALOGS —

54 West 47th Street, NY, NY 10036
212-869-1407 • 800-654-7677 • FAX: 212-768-3018

---

### STREET CLOCKS

$7,500
NOW ONLY
$2,495

2-Sided Wall-Mounted Clock (with arm)

Call: JOE
309-794-3022

---

## POSITIONS AVAILABLE



diamond
staffing solutions

Your Jewelry Staffing Source.

Focusing exclusively on the jewelry industry, we are dedicated to matching the best talent with the best jewelers.

Many executive and management positions available.

Please call today.

Diamond Staffing Solutions, Inc.
Phone: 603-437-2629  Fax: 603-437-6004
www.diamondstaffing.com

---

### RETAIL SALES

Prestigious independent family owned retail jeweler just north of Atlanta seeking qualified individuals to sell diamonds, fine jewelry and Swiss watches to upscale clientele. Experience required.

Call in confidence.
**TARA FINE JEWELRY**
**800-313-2663**
**770-932-0119**
**Buddy Anderson**

---

### DIAMOND SORTER

Full time. Competitive salary offered. Requires 2 years experience in job. Must have proof of legal authority to work permanently in the U.S. No phone calls. Interested applicants should send resume to: Michael Gale, **Gale Jewelry Brokers, 5 S. Wabash Ave. Suite 704B, Chicago, IL 60603**

### TRUNK SHOWS

Leading Special Event / Trunk Show company seeks a representative to travel nationally full time. Must be experienced in travel, professional, goal oriented and responsible. Great benefits, daily allowance, and commission. Fax resume to:
480-609-8822

### SJA SPECIAL EVENTS

SJA is accepting applications for highly qualified sales professionals and jewelers who are willing to travel. SJA pays the best BUT WANTS ONLY THE BEST. Work only 160 to 200 days per year for the industry leader in special events. Base pay......
• Plus commissions of 4% to 10%
• Plus Bonuses
• Plus Hospitalization
• Plus Air Travel Allowance
• Plus Travel Pay • Plus Meal Allowance
• Plus all other expenses paid.

COMPARE SJA's TOTAL PACKAGE & SEE THE DIFFERENCE

Call 800-257-4109
Or fax resume to 201-837-9484

---

## JOB OPENINGS NATIONWIDE
### PREMIER PLACEMENTS, INC.

**STORE MANAGERS • DISTRICT MANAGERS**
**GG'S • JEWELERS • WATCHMAKERS • SALES**

call Tom Angelo today!

**1•800•474•8047**

website: www.jewelryjobs.com    email:jobs@jewelryjobs.com
fax: 1•800•474•8048

•ALL FEES EMPLOYER PAID•    •ALL INQUIRIES CONFIDENTIAL•

---

## GEMSTONES

### DIAMONDS WITH ELEGANCE

Square emerald cut, available in singles, pairs and layouts. Also **rounds**, **princess**, trillions, pears, marquis 1/2 ct. +, eye clean and up. Excellent service catering to your needs.
**Alta Diamonds - 800-391-0012**

### WWW.SWEETGEMSTONES.COM

Drusy - natural colors including white, cobaltoan calcite, Uvarovite, Black (dyed), Titanium coated and Specials. Also unusual agates, Boulder Opal, Blue Chalcedony, Dinosaur Bone, Tourmaline, Rutilated Quartz and more. Unusual faceted gemstones.
201-541-4160
www.sweetgemstones.com

## WAX PATTERN

### WHOLESALE WAX PATTERNS

49 Cents • 10,000 styles
• 3 color catalogs $10.00
Casting and mold services
Wilson's/TCD - POB 91899
Lakeland FL 33804
863-686-9738 • www.waxpatterns.com

---

## SITUATION WANTED

### Charlotte CODY

*That's Who...*
the Fine Jewelry Industry has trusted for over 30 years for all their personnel needs.

Whether you're looking for managers, district managers, buyers, marketing or finance, we offer qualified, results oriented personnel nationwide. So from bench jewelers to corporate officers, there is only one agency to call for all your fine jewelry employment needs.

**CHARLOTTE CODY CONSULTANTS**
P.O. Box 82117, Conyers, GA 30013
770-929-3707  Fax: 770-929-8181
www.codyconsultants.com
E-mail: NormaCody@codyconsultants.com
CharlotteCody@codyconsultants.com

---

## Have a change of *heart.*

Looking for an opportunity to impact a growing business? Then join the team at Helzberg Diamonds, a respected leader in the fine diamond jewelry business. With more than 250 stores nationwide, we rely on ambitious professionals who put their hearts into their careers. We are looking for talented managers to expand our management team.

### DISTRICT MANAGER

You will lead store managers in the pursuit of sales growth and the profitable operation of all stores. Previous experience in multi-unit supervision is required. We need achievement oriented leaders who are committed to a professional work environment. Experienced retail managers with a business, marketing, or retail management degree are preferred.

### STORE MANAGER

This key role oversees all day-to-day store operations and the hiring and development of top performing associates. Previous store management experience, excellent communication skills, and a commitment to customer service are required. Prefer degree in business, marketing, retail management or related area.

We offer a highly competitive rewards package that includes monthly and annual sales bonuses, 401(k) matching funds up to 4%, annual profit sharing, comprehensive health, dental, and life insurance plan, state of the art training programs, and more. For consideration, please e-mail resume to: storerecruiting@helzberg.com (word docs preferred); fax to: 816-627-1294 or forward your resume to: Helzberg Diamonds, 1825 Swift, North Kansas City, MO 64116. Principles only please. Equal Opportunity Employer Committed to the Value of Workforce Diversity.

**www.helzberg.com**

## HELZBERG DIAMONDS

# THE MARKETPLACE

## FIRST STEP



### WHOLESALE STERLING SILVERWARE,
CHINA & CRYSTAL FOR SALE!
Over 6000 active & discontinued patterns
For "To the trade discos" VISIT:
WWW.SILVERWHOLESALE.COM

We also buy! Strong competitive quotes.

Printed Wholesale catalog also available.

OPEN SINCE 1972

THE SILVER QUEEN INC.
1350 West Bay Drive    (727) 581-6827
Largo, FL 33770    FAX: (727) 586-0822
WWW.SILVERWHOLESALE.COM

---

*Providing Quality Locking Security...*

Keeping your merchandise safe



Display locks and drawer locks keyed to a unique code for your operation. Never worry about an unauthorized duplicate key opening your locks. Visit us at www.mvs-inc.com

1-800-767-6894
medeco    midwest
Vending Security, Inc.

---

### CAD-CAM FOR UNDER $3000
Make corporate logo jewelry , Initial & Name jewelry, charm, earrings, custom bezels, settings, 3d scanning and much more. Perfect for any size jewelry business.

Visit www.3dwaxmill.com
or call 800-659-4398

---

## GEMSTONES

### DIAMONDS WITH ELEGANCE
Square emerald cut, available in singles, pairs and layouts. Also rounds, princess, trillions, pears, marquis 1/2 ct. +, eye clean and up. Exclusive service catering to your needs.
Alta Diamonds - 800-391-0012

---

## WAX PATTERN

### WHOLESALE WAX PATTERNS
49 Cents • 10,000 styles
• 3 color catalogs $10.00
Casting and mold services
Wilson's/TCD - POB 91899
Lakeland FL 33804
863-686-9738 • www.waxpatterns.com

---

South Sea Cultured Pearls
from SHOGUN



Call 800-458-8004 for Catalog
www.shogunpearl.com

---


MEMBER    ROSS METALS    MEMBER

### GOLD • SILVER • PLATINUM
METAL MILL PRODUCTS



• WIRE ALL SHAPES & COLORS
• SOLDER PLATE • CHOP • WIRE
• TUBING ROUND • SQUARE
• PLATE .008 - .125
• STAMPING VARIOUS SHAPES
• GRAIN ALL KARATS & COLORS
• MASTER ALLOY CASTING & MILLING

10K • 14K • 18K
PLATINUM • STERLING

LARGEST SELECTION • FREE CATALOGS

54 West 47th Street, NY, NY 10036
212-869-1407 • 800-654-7677 • FAX: 212-768-3018

---

### STREET CLOCKS

$7.500
NOW ONLY
$2,495

2-Sided Wall-Mounted Clock (with arm)

Call: JOE
309-794-3022

---

## SITUATION WANTED

### Charlotte CODY

That's Who...
the Fine Jewelry Industry has trusted for over 30 years for all their personnel needs.

Whether you're looking for managers, district managers, buyers, marketing or finance, we offer qualified, results oriented personnel nationwide. So from bench jewelers to corporate officers, there is only one agency to call for all your fine jewelry employment needs.

### CHARLOTTE CODY CONSULTANTS
P.O. Box 82117, Conyers, GA 30013
770-929-3707  Fax 770-929-8181
www.codyconsultants.com
E-mail: ccodync@aol.com
NormaCody@aol.com

---

## POSITIONS AVAILABLE

### ATLANTA – IN-HOUSE SALES
Crown Diamond is seeking ambitious in-house salesperson. Established accounts supplied, base plus commission, full benefits. No travel required. Computer skills a plus. Please e-mail resume to beth@crowndiamond.com or fax to 404-264-9524.

---

### TRUNK SHOWS
Leading Special Event / Trunk Show company seeks a representative to travel nationally full time. Must be experienced in travel, professional, goal oriented and responsible. Great benefits, daily allowance, and commission. Fax resume to:
480-609-8822

---

### SJA SPECIAL EVENTS

SJA is accepting applications for highly qualified sales professionals and jewelers who are willing to travel. SJA pays the best BUT WANTS ONLY THE BEST. Work only 160 to 200 days per year for the industry leader in special events. Base pay......
• Plus commissions of 4% to 10%
• Plus Bonuses
• Plus Hospitalization
• Plus Air Travel Allowance
• Plus Travel Pay • Plus Meal Allowance
• Plus all other expenses paid.

COMPARE SJA's TOTAL PACKAGE
& SEE THE DIFFERENCE

Call 800-257-4109
Or fax resume to 201-837-9484

---



Careers N Jewelry.com

Welcome
job seekers & employers

*Your future is a click away.*

Special! Post a job for $99
www.careersNjewelry.com

---

### diamond
staffing solutions



The success of any good business is its people.

Do you have the right people in place for your holiday season? Diamond Staffing Solutions can help.

Call Suzanne today and check out our new web site!

Diamond Staffing Solutions
Phone: 603-437-2629  Fax: 603-437-6004
email: suzanne@diamondstaffing.com
www.diamondstaffing.com

---

### Want A Better Job?
.......ATTENTION......
Jewelers & Watchmakers

Would you like a great JOB with a leading independent retail jeweler that pays TOP wage?

If you make jewelry, fix jewelry, or repair watches...and you are extremely good at what you do...CALL TODAY!

A better JOB is waiting for you right now. Why wait.....make the call.

Vic Davis & Associates
866-650-6400 - Toll Free
417-887-5277 . . . . . Fax
Vicsjobs@aol.com
(all calls confidential)

---

### JEWELERS & SALES REPS
Successful, growing restyle company seeks experienced jewelry sales representatives and bench jewelers who are free to travel and ready for the financial success that working for a great company offers. Salary plus commissions $50K+ to $100K+. Set schedule; no cold calls. 34 weeks per year travel required, security provided. Benefits include bonuses, 401K and profit-sharing plans, dental, paid health and life insurance, commuting allowance, paid travel expenses and vacation.

Contact Marcia at: 800-344-6768
or fax resume to: 770-499-8974

### DANA AUGUSTINE, INC.
FINE JEWELRY MANUFACTURING SINCE 1981

---

## ◆ A GEM OF AN OPPORTUNITY ◆

**ACN,** an established TV shopping network in our tenth year, based in Knoxville, Tennessee is searching for experienced sales professionals to work as on air hosts (Show Hosts). If you've always dreamed of an exciting career in the world of broadcasting, enjoy a fast paced environment and have a proven sales track record, we may have the position for you.

We need individuals who will educate and entertain as well as sell. You will be presenting and selling jewelry and gemstones to a national television audience. Excellent public speaking skills, a professional appearance, and the ability to perform in a high-pressure environment are a must. Broadcasting experience and basic knowledge of jewelry and gemstones is preferred but we will train.

Don't wait! Send your resume and a three-minute video of yourself selling a product of your choice to:

ACN/Attention:
HR Department/Show Host Search
10,001 Kingston Pike, Suite 44
Knoxville, TN  37922
No phone calls or emails please.

---

68 NATIONAL JEWELER September 1, 2003    www.national-jeweler.com; user name **jewelry**, password **trade**

# THE MARKETPLACE

## FIRST STEP

### DOMAIN NAMES FOR SALE
THERIGHTHANDRING.COM
THERIGHTHANDRING.COM
THERIGHTHANDRING.COM
ARIGHTHANDRING.COM
ARIGHTHANDRING.COM
CALL 917-826-5396



### GIVE LAURIE A RING ...
Call today for details on placing your classified ad in our next issue!

800-688-7318 ext. 2



**ROSS METALS**
MEMBER
GOLD • SILVER • PLATINUM
METAL MILL PRODUCTS

• WIRE — ALL SHAPES & COLORS
• SOLDER — PLATE • CHIP • WIRE
• TUBING — ROUND • SQUARE
• PLATE — .125
• STAMPING — VARIOUS SHAPES
• GRAIN — ALL KARATS & COLORS
• MASTER ALLOY CASTING & MILLING

10K • 14K • 18K
PLATINUM • STERLING

LARGEST SELECTION • FREE CATALOGS

54 West 47th Street, NY, NY 10036
212-869-1407 • 800-654-7677 • FAX: 212-768-3018

## GEMSTONES

### DIAMONDS WITH ELEGANCE
Square emerald cut, available in singles, pairs and layouts. Also **rounds**, **princess**, **trillions**, pears, marquis 1/2 ct. +, eye clean and up. Excellent service catering to your needs.
**Alta Diamonds – 800-391-0012**

### GEM PORTFOLIO NETWORK
**To View Marketing System**
Visit our Website: www.triom.org
**For More Information Contact**
**TRIOM**
**800-969-3545**

## WAX PATTERN

### PARADISE WAX PATTERNS
Free catalog showing 9,000 high-quality "ready-to-cast" wax patterns.
**PARADISE WAX PATTERNS**
P.O. Box 32, Toms River, NJ 08754
Ph 732-244-4950 • Fax 732-244-2622

## POSITIONS AVAILABLE

### CHICAGO - EXECUTIVE ASSISTANT
Wholesale manufacturer/distributor seeks candidate who is knowledgeable, energetic, resourceful, meticulous & friendly! Fast paced owner needs professional for small office environment: AP/AR, working with inventory, answering phones, correspondence and more. Multi-tasking and a positive attitude to do whatever it takes to get the job done are critical. E-mail your resume to: gina@oneconcepts.com

## JOB OPENINGS NATIONWIDE
### PREMIER PLACEMENTS, INC.

**STORE MANAGERS • DISTRICT MANAGERS**
**GG'S • JEWELERS • WATCHMAKERS • SALES**

call Tom Angelo today!
**1•800•474•8047**
website: www.jewelryjobs.com    email:jobs@jewelryjobs.com
fax: 1•800•474•8048
• ALL FEES EMPLOYER PAID •    • ALL INQUIRIES CONFIDENTIAL •

## POSITIONS AVAILABLE

### Goldsmith in Paradise!
Hawaii custom jewelry store seeks goldsmith skilled in custom design work and repairs. Quality a must. Great environment and benefits.
**Call 808-822-3591**    jsaylor@aloha.net

JEWELER to custom design fine gold jewelry including remounting of old jewelry; repair and redesign jewelry articles, adjust sizes, reshape and restyle to customer's order including stone setting, bead work, channel setting, baguette setting, lapping and high polish with rhodium finish. Require: four years of experience in the described job duties. Salary: $16.50 per hour, 9am to 6pm, M-F, Must be authorized to work in the United States. Send resume/work history to: Joyce Pollard, Alabama Employment Service, 2300 Frederick Road, Opelika, AL 36801. Refer to Job Order AL 3002356.
*EOE*

### POSITIONS AVAILABLE

JEWELER to custom design fine gold jewelry including remounting of old jewelry; repair and redesign jewelry articles, adjust sizes, reshape and restyle to customer's order including stone setting, bead work, channel setting, baguette setting, lapping and high polish with rhodium finish. Require: 3 years of experience in the described job duties. Salary: $640 per week, 9am - 6pm, M-F. Must be authorized to work in the United States. Send resume $50K or more to:
Linda Carrithers
Alabama Employment Service
3440 3rd Avenue South, Birmingham, AL 35222-1712. Refer to Job Order AL 3002288.
*EOE*

### SJA SPECIAL EVENTS

SJA is accepting applications for highly qualified sales professionals and jewelers who are willing to travel. SJA pays the best BUT WANTS ONLY THE BEST. Work only 160 to 200 days per year for the industry leader in special events. Base pay......
• Plus commissions of 4% to 10%
• Plus Bonuses
• Plus Hospitalization
• Plus Air Travel Allowance
• Plus Travel Pay • Plus Meal Allowance
• Plus all other expenses paid.
COMPARE SJA'S TOTAL PACKAGE & SEE THE DIFFERENCE
Call 800-257-4109
Or fax resume to 201-837-9484

### TRUNK SHOWS
Leading Special Event / Trunk Show company seeks a representative to travel nationally full time. Must be experienced in travel, professional, goal oriented and responsible. Great benefits, daily allowance, and commission. Fax resume to:
480-609-8822



**diamond**
staffing solutions

**"Opportunities are never lost, they are just found by someone else"**

We are looking for experienced jewelry professionals, interested in great new opportunities in the following categories:

• Regional & District Managers
• Buyers
• Jewelers (true craftsmen and women)
• Jewelry Managers and Asst. Managers

**Please send your resume today.**
suzanne@diamondstaffing.com
Phone: 603-437-2629  Fax: 603-437-6004
Be sure to check out our new web site!
**www.diamondstaffing.com**

## Professional Jewelry Personnel
*Needed at once for Nation-wide openings!*

Managers, Graduate Gemologists, Outstanding Guild Sales Persons, Bench Jewelers, Merchandisers, etc...

Great locations, Excellent Salaries
*& future growth opportunities.*
• **Call immediately!** •
**Charlotte Cody Consultants**
An International Company

Executive Personnel Recruiters
Telephone: 770-929-3707
Fax: 770-929-8181

www.codyconsultants.com

## POSITIONS AVAILABLE

### FENDI TIMEPIECES DISTRICT MANAGER
Positions available in Baltimore/DC & Boston/New England, Innovative, results oriented individuals with proven experience in sales and account development. Maintaining & developing a quality independent jewelry store customer base. Send resume to: **Taramax U.S.A., Inc.** 600 Warren Avenue, Spring Lake Heights, NJ 07762. Fax: 732-282-0841. E-mail: ddaniele@taramax.ch 5 years watch or jewelry sales experience, 3 year salary/compensation history required.

### JEWELERS & SALES REPS
Successful, growing restyle company seeks experienced jewelry sales representatives and bench jewelers who are free to travel and ready for the financial success that working for a great company offers. Salary plus commissions $50K+ to $100K+. Set schedule; no cold calls. 34 weeks per year travel required, security provided. Benefits include bonuses, 401K and profit-sharing plans, dental, paid health and life insurance, commuting allowance, paid travel expenses and vacation.
Contact Marcia at **800-344-6768** or fax resume to **770-499-8974**
**DANA AUGUSTINE, INC.**
DIAMONDS ❖ SPECIAL EVENTS
FINE JEWELRY MANUFACTURING SINCE 1981

DIAMOND SELECTOR to select and examine finished and rough diamonds; detect defects in color, quality and physical structure; size, type, and grade using precision measuring instruments; appraise for optimum value. Require: 3 years of experience in the described job duties. Salary: $16.50 per hour, 9am - 6pm, M-F. Must be authorized to work in the United States. Send resume/work history to:
Joyce Pollard
Alabama Employment Service
2300 Frederick Road, Opelika, AL 36801
Refer to Job Order AL 3001824.
*EOE*

### Jewelers & Sales Reps
Experienced Professionals needed for restyling Events. Partner remount line, permanent partner, dedicated territory and opportunity to plan your own travel arrangements.
**Jewelers:** Minimum 2 years shop experience in setting, sizing, customizing and customer contact.
**Sales Reps:** Must have retail experience in high volume sales and the customer service oriented.
Daily show and travel per diem, monthly commission, year end bonus, expense advance with reimbursements, health insurance and 401K.
**Call:** 800-421-8672, ext. 205
**Or fax resume to:** 818-785-3514
**NOVA-MWI**
E.O.E.


**www.national-jeweler.com**

50 NATIONAL JEWELER September 16, 2003    **www.national-jeweler.com**; user name **jewelry**, password **trade**

# THE MARKETPLACE

## FIRST STEP




**GOLD • SILVER • PLATINUM**
METAL MILL PRODUCTS

• WIRE
  ALL SHAPES & COLORS
• SOLDER
  PLATE • CHOP • WIRE
• TUBING
  ROUND • SQUARE
• PLATE
  .008 - .125
• STAMPING
  VARIOUS SHAPES
• GRAIN
  ALL KARATS & COLORS

10K • 14K • 18K
PLATINUM • STERLING

• MASTER ALLOY
  CASTING & MILLING

• LARGEST SELECTION • FREE CATALOGS •

54 West 47th Street, NY, NY 10036
212-869-1407 • 800-654-7677 • FAX: 212-768-3018

### PAY AS YOU SELL
From a reliable manufacturer, memo goods are available for people with good credit history. A beautiful line of color & diamond jewelry. If interested please fax your letterhead to 212-869-5387 attn: David @ IJM.
**SALES REPS WANTED**

### DOMAIN NAMES FOR SALE
THERIGHTHANDEDRING.COM
THEERIGHTHANDRING.COM
THEERIGHTHANDERING.COM
ARIGHTHANDEDRING.COM
ARIGHTHANDEDRING.COM
**CALL 917-826-5396**

### GIVE LAURIE A RING ...
Call today for details on placing your classified ad in our next issue!
**800-688-7318 x2**

### GEMSTONES
**GEM PORTFOLIO NETWORK**
To View Marketing System
Visit our Website: www.triom.org
For More Information Contact
TRIOM
**800-969-3545**

### WAX PATTERN
**PARADISE WAX PATTERNS**
Free catalog showing 9,000 high-quality "ready-to-cast" wax patterns.
**PARADISE WAX PATTERNS**
P.O. Box 32, Toms River, NJ 08754
Ph 732-244-4950 • Fax 732-244-2622

### POSITIONS AVAILABLE
**Bench Jeweler**
Crown Gold Inc. wants a gold jewelry repairer with 2 years experience required. Excellent pay. Send resume to:
Mr. Isaac Dlavaheri
606 S. Hill St. Suite 503
Los Angeles, CA 90014

## Professional Jewelry Personnel
*Needed at once for Nation-wide openings!*
Managers, Graduate Gemologists, Outstanding Guild Sales Persons, Bench Jewelers, Merchandisers, etc...

Great locations, Excellent Salaries
*& future growth opportunities.*
**Charlotte Cody Consultants**
An International Company

Executive Personnel Recruiters
Telephone: 770-929-3707
Fax: 770-929-8181

www.codyconsultants.com

### POSITIONS AVAILABLE
## C.R. Jewelers
Retail Chain with 19 stores seeks motivated Managers, Assistants and Sales Associates for stores in Concord, NC, Hanover, MD, Tempe, AZ, Katy, TX, Grapevine, TX, Auburn Hills, MI, Nashville, TN and Woodbridge, VA. Excellent salary, commission and benefit package. Mail resume to:
3111 N. University Drive #604
Coral Springs, Florida 33065
Fax: 954-796-2066
Ph: 888-796-2060 x124
E-mail: tony@crjewelers.com

## SJA SPECIAL EVENTS
SJA is accepting applications from highly qualified sales professionals and jewelers who are willing to travel. SJA pays the least BUT WANTS ONLY THE BEST. Work only 160 to 200 days per year for the industry leader in special events. Base pay......
• Plus commissions of 4% to 10%
  • Plus Bonuses
  • Plus Hospitalization
• Plus Air Travel Allowance
• Plus Travel Pay • Plus Meal Allowance
  • Plus all other expenses paid.
COMPARE SJA's TOTAL PACKAGE
& SEE THE DIFFERENCE
Call 800-257-4109
Or fax resume to 201-837-9484

### LOOKING FOR EXPERIENCED WATCHMAKERS
EAST COAST JEWELRY in S. Florida is looking for the best of the best. Willing to relocate the right people, if you are a talented watchmaker experienced in high end watches, fax resume to:
Michael 954-429-9838

### POSITIONS AVAILABLE

**diamond** staffing solutions

**The success of any good business is its people.**
Do you have the right people in place to make this your best holiday season?
Diamond Staffing Solutions will make sure you do.

Call Suzanne DeVries today.
Diamond Staffing Solutions
Phone: 603-437-2629 Fax: 603-437-6004
email: suzannc@diamondstaffing.com
www.diamondstaffing.com

## Jewelers & Sales Reps
*Experienced Professionals needed for restyling Events. Premier remount line, permanent partner, dedicated territory and opportunity to plan your own travel arrangements.*
**Jewelers:** Minimum 2 years trade shop experience in setting, sizing, customizing and customer contact.
**Sales Reps:** Must have retail experience in high volume sales and be customer service oriented.
*Daily show and travel per diem, monthly commission, year end bonus, expense advance with reimbursements, health insurance and 401K.*
**Call:** 800-421-8672, ext. 205
**Or fax resume to:** 818-785-3514
## Valjean Mfg. Inc.
E.O.E.

## BENCH JEWELER
Well established - Custom Design Jewelry Store has immediate opening for assistant jeweler. All experience levels considered. Fax resume to:
**970-874-6824** or e-mail to:
JEWELMAN57@AOL.COM or
WWW.GOLDENASPEN.COM

### JEWELER WANTED / SUNNY FLORIDA
We are a high volume successful 31 year old business seeking an experienced jeweler. Must know basic repair, stone setting and platinum. Pay commensurate with experience. Paid holidays & health insurance available. Bench test required.
Contact Tracy
Phone: 800-976-2646 • Fax: 850-763-1134
E-mail: coinandbullion@knology.net

## JOB OPENINGS NATIONWIDE
PREMIER PLACEMENTS, INC.

**STORE MANAGERS • DISTRICT MANAGERS GG'S • JEWELERS • WATCHMAKERS • SALES**
*call Tom Angelo today!*
**1•800•474•8047**
website: www.jewelryjobs.com    email:jobs@jewelryjobs.com
fax: 1•800•474•8048
•ALL FEES EMPLOYER PAID•    • ALL INQUIRIES CONFIDENTIAL •

### POSITIONS AVAILABLE
## JEWELERS & SALES REPS
Successful, growing restyle company seeks experienced jewelry sales representatives and bench jewelers who are free to travel and ready for the financial success that working for a great company offers. Salary plus commissions $50K+ to $100K+. Set schedule; no cold calls. 34 weeks per year travel required, security provided. Benefits include bonuses, 401K and profit-sharing plans, dental, paid health and life insurance, commuting allowance, paid travel expenses and vacation.
Contact Marcia at: 800-344-6768
or fax resume to: 770-499-8974
## DANA AUGUSTINE, INC.
FINE JEWELRY MANUFACTURING SINCE 1981

### REPS WANTED
**Midwest & South Central Sales Reps Needed** to represent fine figurative jewelry designed and produced in California. Extremely high quality niche product. Perfect non-conflicting sideline. Strong independent account base required.
Steven Douglas Co., Inc.   Ph: 888-695-8080
Fax: 310-831-2956 Email: sndco@earthlink.net

### Do You See Color?
Seeking enthusiastic sales rep for colorful, hugely successful line in CA. & West FL. & SE, TX & SW, little line with BIG profit & constant reorder. Track record a must. Contact RHS @ 800-642-4041 or Fax resume to 617-523-2185

### EXPERIENCED SALESPERSONS
For a new & exciting diamond watch line. Must have a client base with high-end & department store connections. Local & regional positions. New York based company. Fax resume to: 212-997-1760

## Sales Representatives
A&Z Hayward, an established precious metal manufacturer seeks experienced sales representatives for established territories. Candidates should have a large following of well-rated independent jewelers. Monthly draw with an extremely high commission rate.

Fax resume to 401-438-6970
Attn: Human Resource Department
or email: info@allisonreed.com
## A&Z Hayward
Manufacturers of Fine Jewelry Since 1851
655 Waterman Avenue
East Providence, RI 02914

### ONE OF THE MOST UNIQUE OPPORTUNITIES IN OUR INDUSTRY.
One of the world's largest diamond manufacturers is aggressively expanding in the independent jewelry market.
If you are aggressive hard-working and have an established Independent account base we should talk.
Contact Sales Director at:
## LID, LTD.
800-981-7005
Or fax your qualifications to:
212-888-9011

**POSITIONS AVAILABLE**

## Jewelers & Sales Reps

*Experienced Professionals needed for restyling Events. Premier remount line, permanent partner, dedicated territory and opportunity to plan your own travel arrangements.*

*Jewelers:* Minimum 2 years trade shop experience in setting, sizing, customizing and customer contact.

*Sales Reps:* Must have retail experience in high volume sales and be customer service oriented.

*Daily show and travel per diem, monthly commission, year end bonus, expense advance with reimbursements, health insurance and 401K.*

**Call: 800-421-8672, ext. 205**
**Or fax resume to: 818-785-3514**

## NOVA-MWI
*E.O.E.*

---

### BENCH JEWELER[1]
Well established - Custom Design Jewelry Store has immediate opening for assistant jeweler. All experience levels considered. Fax resume to:

**970-874-6824** or e-mail to
**JEWELMAN57@AOL.COM** or
**WWW.GOLDENASPEN.COM**

---

### JEWELER WANTED / SUNNY FLORIDA
We are a high volume successful 31 year old business seeking an experienced jeweler. Must know basic repair, stone setting and platinum. Pay commensurate with experience. Paid holidays & health insurance available. Bench test required.

Contact Nancy
**Phone: 800-976-2646  Fax: 850-763-1134**
**E-mail: coinandbullion@knology.net**

---

## ✧ A GEM OF AN OPPORTUNITY ✧

**ACN**, an established TV shopping network in our tenth year, based in Knoxville, Tennessee is searching for experienced sales professionals to work as on air hosts (Show Hosts). If you've always dreamed of an exciting career in the world of broadcasting, enjoy a fast paced environment and have a proven sales track record, we may have the position for you.

We need individuals who will educate and entertain as well as sell. You will be presenting and selling jewelry and gemstones to a national television audience. Excellent public speaking skills, a professional appearance, and the ability to perform in a high-pressure environment are a must. Broadcasting experience and basic knowledge of jewelry and gemstones is preferred but we will train.

Don't wait! Send your resume and a three-minute video of yourself selling a product of your choice to:

**ACN/Attention:**
**HR Department/Show Host Search**
**10,001 Kingston Pike, Suite 44**
**Knoxville, TN  37922**
No phone calls or emails please.

---

# Have a change of *heart.*

Looking for an opportunity to impact a growing business? Then join the team at Helzberg Diamonds, a respected leader in the fine diamond jewelry business. With more than 250 stores nationwide, we rely on ambitious professionals who put their hearts into their careers. We are looking for talented managers to expand our management team.

## DISTRICT MANAGER

You will lead store managers in the pursuit of sales growth and the profitable operation of all stores. Previous experience in multi-unit supervision is required. We need achievement oriented leaders who are committed to a professional work environment. Experienced retail managers with a business, marketing, or retail management degree are preferred.

## STORE MANAGER

This key role oversees all day-to-day store operations and the hiring and development of top performing associates. Previous store management experience, excellent communication skills, and a commitment to customer service are required. Prefer degree in business, marketing, retail management or related area.

We offer a highly competitive rewards package that includes monthly and annual sales bonuses, 401(k) matching funds up to 4%, annual profit sharing, comprehensive health, dental, and life insurance plan, state of the art training programs, and more. For consideration, please e-mail resume to: storerecruiting@helzberg.com (word docs preferred); fax to: 816-627-1294 or forward your resume to: Helzberg Diamonds, 1825 Swift, North Kansas City, MO 64116. Principles only please. Equal Opportunity Employer Committed to the Value of Workforce Diversity.

**www.helzberg.com** ➤

# HELZBERG DIAMONDS

---

### ATLANTA – IN-HOUSE SALES
Crown Diamond is seeking ambitious in-house salesperson. Established accounts supplied, plus commission, full benefits. No travel required. Computer skills a plus. Please e-mail resume to beth@crowndiamond.com or fax to 404-264-9524.

---

# JOB SEEKERS
Visit: **www.jewelryheadhunter.com**
for a listing of all our *current positions* available. We are specialized in recruitment for the watch and jewelry industry.

---

**diamond**
staffing solutions

### Let us show you how we are different...

We confidently place jewelry professionals in positions that maximize their talents and give employers an immediate asset to many businesses.

Please contact Suzanne today.
suzanne@diamondstaffing.com
Phone: 603-437-2629  Fax: 603-437-6004
We invite you to visit our new web site!
**www.diamondstaffing.com**

---

**REPS WANTED**

### SALES REPS WANTED
NYC based Diamond Jewelry Wholesaler seeking experienced sales reps with established independent or chain store accounts. Non-conflicting side lines are OK. Applicable for Out of State candidates also. If interested fax or email resumes with references.

**Fax: 212-382-0955**
**Email: auracareers@aol.com**
**Tel: 212-382-0954**

---

### PERFECT SIDELINE
Luxurious Italian gold & diamonds watch line. Territories available. Needed: References. Experience. A smile. Fax resume to **516-374-3264**. E-mail: **info@anellewatches.com** (Attn: Joseph)
**www.anellewatches.com**

---

### Experienced Sales Reps
Established manufacturer of fine jewelry has position open for a Wholesale Sales Rep. Servicing New Mexico, Arizona and other Western territories. Aggressive candidates can expect competitive salary plus commission.
Fax resume to: 713-266-0796
or Email: employment@sbtimports.com

---

# Sales Representatives

A&Z Hayward, an established precious metal manufacturer seeks experienced sales representatives for established territories. Candidates should have a large following of well-rated independent jewelers. Monthly draw with an extremely high commission rate.

**Fax resume to 401-438-6970**
**Attn: Human Resource Department**
**or email: info@allisonreed.com**

# A&Z Hayward

*Manufacturers of Fine Jewelry Since 1851*
**655 Waterman Avenue**
**East Providence, RI 02914**

---

### ATTENTION HUNGRY SALESPERSONS
W.C. ECDE AND GRAND BAND, TWO OF THE HOTTEST LINES IN THE INDUSTRY ARE LOOKING FOR REPS THROUGHOUT THE UNITED STATES, FAX RESUME TO: **954-921-1441** OR CONTACT ED GREENBERG AT 800-824-5448 EXT. 130

---

**REPS WANTED**

**WANTED:** Experienced Sales Rep is needed by an established growing company to carry an Exclusively represented .925 Sterling Silver line. Salary plus commission. All territories available.

**Fax: 212-686-6067**
**Email: info@balidesignsny.com**

---

### Experienced Reps Needed
One of Southeast Asia's largest trading companies has entered the gems business. Both semi-precious and precious stones. Many key territories available. Above average commissions. Please fax resume to: 805-492-9779 or Email: jeweler@strategicsuccess.net

---

### Sales Professional
Thirty-four year old established fine jewelry manufacturer is seeking a sales professional for world-renowned artist's limited edition fine jewelry collection. National distribution position. Must have major better chain, jewelry and better specialty store contacts. Knowledge of art gallery world desirable, but not necessary. Fax resume to 516-781-8635.

---

### Attention Sales Reps
World-class provider of acrylic and leatherette jewelry displays. We are actively seeking to expand sales to independent and multi unit stores. We have several great opportunities for enthusiastic, experienced jewelry representative to work in all regions. Must have established client base with independent jewelers.
Fax resume to: 718-388-9215
Email resume:
**Sales@alldirectinc.com**

---

### SALES REPRESENTATIVES
Conservative, Texas-based company looking for long-term prospects, complete diamond jewelry line backed up with new, 48-page digital catalog. Over 50 years in business. Please fax resume to 972-490-4660.

---

### DO YOU HAVE WHAT IT TAKES TO BE PART OF THE SBM TEAM?
SBM Diamonds, the renowned diamond manufacturer and wholesaler, is constantly expanding its offices in NYC and throughout the US. Opportunities include **Sales, Telemarketing, Secretarial and Grading/Sorting Positions.**

Fax or e-mail resumes to: 212-398-6161 or **HR@sbmdiamond.com**
or visit our website: **www.sbmdiamond.com.**

---

**REP NEEDED:** Quality Color and Diamond Line Great values, superior service, excellent selection and terms. High commission paid.
➤ Established territories available.
➤ Once in a lifetime opportunity!
**EMG Creations, Inc. 888-EMG-1212**

---

### Experienced Sales Reps
New York based diamond jewelry wholesaler with manufacturing facilities in India looking for established reps for delivery line. Several Territories available. Sideline OK
**Phone 800-782-7436**
**Fax resume 212-661-8160**

**POSITIONS AVAILABLE**

**REPS WANTED**

## ❄ GOLDSMITH IN TROPICAL PARADISE! ❄

Successful, growing jewelry store seeks an experienced bench jeweler for an expanding operation. Must be proficient in fancy stone setting – repairs – and custom work. Three years experience in described job duties required. If you are interested in our outstanding benefits including top pay, 401K, and paid vacation, contact Merritt at:
**239-277-1011** or
fax your resume to **239-277-9565**

---

## JEWELERS & SALES REPS

Successful, growing restyle company seeks experienced jewelry sales representatives and bench jewelers who are free to travel and ready for the financial success that working for a great company offers. Salary plus commissions $50K+ to $100K+. Set schedule; no cold calls. 34 weeks per year travel required, security provided. Benefits include bonuses, 401K and profit-sharing plans, dental, paid health and life insurance, commuting allowance, paid travel expenses and vacation.

Contact Marcie at: **800-344-6768**
or fax resume to: **770-499-8974**

## DANA AUGUSTINE, INC.
DIVISION D.C.I.    SPECIAL EVENTS
FINE JEWELRY MANUFACTURING SINCE 1981

---

## RETAIL SALES

Prestigious independent family owned retail jeweler just north of Atlanta seeking qualified individuals to sell diamonds, fine jewelry and Swiss watches to upscale clientele. Experience required.

Call in confidence.
**TARA FINE JEWELRY**
**800-313-2663**
**770-932-0119**
**Buddy Anderson**

---

## C.R. Jewelers

Retail Chain with 19 stores seeks motivated Managers, Assistants and Sales Associates for stores in Concord, NC, Hanover, MD, Tempe, AZ, Katy, TX, Grapevine, TX, Auburn Hills, MI, Nashville, TN and Woodbridge, VA. Excellent salary, commission and benefit package. Mail resume to:
**3111 N. University Drive #604**
**Coral Springs, Florida 33065**
Fax: 954-796-2066
Ph: 888-796-2060 x124
E-mail: tony@crjewelers.com

---

## ◇ A GEM OF AN OPPORTUNITY ◇

**ACN**, an established TV shopping network in our tenth year, based in Knoxville, Tennessee is searching for experienced sales professionals to work as on air hosts (Show Hosts). If you've always dreamed of an exciting career in the world of broadcasting, enjoy a fast paced environment and have a proven sales track record, we may have the position for you.

We need individuals who will educate and entertain as well as sell. You will be presenting and selling jewelry and gemstones to a national television audience. Excellent public speaking skills, a professional appearance, and the ability to perform in a high-pressure environment are a must. Broadcasting experience and basic knowledge of jewelry and gemstones is preferred but we will train.

Don't wait! Send your resume and a three-minute video of yourself selling a product of your choice to:

**ACN/Attention:**
**HR Department/Show Host Search**
**10,001 Kingston Pike, Suite 44**
**Knoxville, TN 37922**
No phone calls or emails please.

---

## IMMEDIATE OPENING
### PHOENIX, AZ

Fast paced, customer service oriented jewelry repair franchise seeks an experienced bench jeweler. Must be skilled at stone setting and repairs. Requires a minimum of 5 years experience. Excellent pay and bonuses.

**Fast Fix Jewelry Repair**
Phone: 602-494-0773 • Fax: 602-404-8449

---

## diamond
staffing solutions

### Is Your Store Fully Staffed for the Holiday Season?

We Offer:
◆ In-Store Hiring Services
◆ The Most Extensive Database of Successful Jewelry Candidates. Full-Time, Part-Time & Seasonal
◆ A Peaceful Night's Sleep

**Call Suzanne DeVries today.**
Diamond Staffing Solutions, Inc.
Phone: 603 437-2629  Fax: 603 437-6004
email: suzanne@diamondstaffing.com
www.diamondstaffing.com

---

## Bench Jeweler

Crown Gold Inc. wants a gold jewelry repairer with 2 years experience required. Excellent pay. Send resume to:
**Mr. Isaac Dlavaheri**
**606 S. Hill St. Suite 503**
**Los Angeles, CA 90014**

---



# Careers N Jewelry.com

## Welcome
job seekers & employers

*Your future is a click away.*

Special! Post a job for $99
www.careersNjewelry.com



---

## Victorian Collection   TECH-LINE    Mirabelle 

### One Company ... Many Visions
## EXPERIENCED REPS NEEDED

A unique opportunity to Rep one of the most exciting lines of jewelry that the whole country is talking about. Major West Coast jewelry manufacturer is looking for established reps. Several territories available. Our reps earn six figures and above. If you are fully motivated to succeed, we will guide you to reach the promised land. Please fax resume & references in complete confidence to: **213-622-1373** or call Raphael at **800-466-0656**.

**Techline Jewelry Corporation**

---

## Delivery Goods Salesperson

Large high volume manufacturer of diamond, precious and semi-precious gold and platinum mass market jewelry seeks a seasoned professional to sell to smaller chain and regional stores.
**Fax resume to MT @ 718-482-1620.**

---

## Qualified Sales Reps Only, Please...

A unique opportunity to sell high-end diamond jewelry from a very well known strongly advertised jewelry firm. We seek talented sales reps with established territories and impressive retail contacts. Must be proficient at moving items of $1000+. For a confidential interview fax your resume to Joe:

**212-840-0228**

---

## Manufacturers Representative

Lifetime opportunity for an experienced salesperson to represent Breuning's line in the West: AZ, CA (S. of Fresno), NM, UT & NV. Non-conflicting line acceptable.

**Fax resume to 678-377-1674**
or email to info@breuning.us

## BREUNING
www.breuning.com

---

## SALES REPS WANTED

NYC based Diamond Jewelry Wholesaler seeking experienced sales reps with established independent or chain store accounts. Non-conflicting side lines are OK. Applicable for Out of State candidates also. If interested fax or email resumes with references.

**Fax: 212-382-0955**
**Email: auracareers@email.com**
**Tel: 212-382-0954**

---

## Sales Representatives

A&Z Hayward, an established precious metal manufacturer seeks experienced sales representatives for established territories. Candidates should have a large following of well-rated independent jewelers. Monthly draw with an extremely high commission rate.

Fax resume to **401-438-6970**
Attn: Human Resource Department
or email: info@allisonreed.com

## A&Z Hayward
Manufacturers of Fine Jewelry Since 1851
**655 Waterman Avenue**
**East Providence, RI 02914**

---

## Top Grade Sales Rep

Established and growing New York manufacturer of quality diamond bracelets, solitaires, pendants, and earrings is looking to break out. If you think you are the right person, fax your resume in strictest confidence to:
**212-997-8656**

---

**WANTED:** Experienced Sales Rep is needed by an established growing company to carry an Exclusively represented .925 Sterling Silver line. Salary plus commission.
All territories available.
Fax: **212-686-6067**
Email: info@balidesignsny.com

---

**Sales Reps Wanted:** Experienced Sales Reps is needed by an established growing company in NY. Team up with a reliable supplier of fine and price point oriented jewelry with solid loose diamond support and liberal dating options. Excellent compensation. Please fax resume to
**212-317-0400** or call **888-317-3800**

---

## Professional Sales Representatives Wanted!

Work with one of the leading U.S. Colored Stone Manufacturers. Want to sell *quality-trademarked merchandise* that bring reorders, and offer *great profit margins* for your customers?

*Columbia Gem House/Trigem Designs is looking for someone like you!*

**We Offer:** Quality Colored Stone & Pearl Rings, Pendants, Earrings & Bracelets. Top quality trademarked color stones. Grape Garnet, Seafoam Tourmaline, Fire Citrine, Spice Pearls to name a few. Order & delivery lines. Fantastic price points in all categories. Training, Sales support, Educational materials, ad slicks, flyers. Great compensation package.

**You offer:** Willingness to work assigned territory daily. Knowledge of assigned territory. Honesty, Dependability, Organized.

**Territories Available January 1, 2004**
Please call us at: **800-888-2444**
Fax: **360-514-0575**
*- All inquiries are confidential -*

---

## ONE OF THE MOST UNIQUE OPPORTUNITIES IN OUR INDUSTRY.

One of the world's largest diamond manufacturers is aggressively expanding in the independent jewelry market.

If you are aggressive hard-working and have an established Independent account base we should talk.

Contact Sales Director at:
**LID, LTD.**
**800-981-7005**
Or fax your qualifications to:
**212-888-9011**

# THE MARKETPLACE

## FIRST STEP



**MEMBER** **ROSS METALS** **MEMBER**

**GOLD • SILVER • PLATINUM**
**METAL MILL PRODUCTS**

- **WIRE**
  ALL SHAPES & COLORS
- **SOLDER**
  PLATE • CHOP • WIRE
- **TUBING**
  ROUND • SQUARE
- **PLATE**
  .008 – .125
- **STAMPING**
  VARIOUS SHAPES
- **GRAIN**
  ALL KARATS & COLORS
- **MASTER ALLOY**
  CASTING & MILLING

10K • 14K • 18K
PLATINUM • STERLING

★ LARGEST SELECTION • FREE CATALOGS ★

54 West 47th Street, NY, NY 10036
212-869-1407 • 800-654-7677 • FAX: 212-768-3018

---

### DOMAIN NAMES FOR SALE
THERIGHTHANDRING.COM
THEERIGHTHANDRING.COM
THEERIGHTHANDRING.COM
ARIGHTHANDRING.COM
ARIGHTHANDRING.COM
**CALL 917-826-5396**

### GIVE LAURIE A RING ...

Call today for details on placing your
classified ad in the next issue of
National Jeweler or to set up your 2004
advertising schedule!

**800-688-7318**
**x2**

---

## WAX PATTERN

### PARADISE WAX PATTERNS
Free catalog showing 9,000 high-quality
"ready-to-cast" wax patterns.
**PARADISE WAX PATTERNS**
P.O. Box 32, Toms River, NJ 08754
**Ph 732-244-4950 • Fax 732-244-2622**

## GEMSTONES

### GEM PORTFOLIO NETWORK
**To View Marketing System**
Visit our Website: www.triom.org
**For More Information Contact**
**TRIOM**
**800-969-3545**

## AUCTIONS

### U.S. MARSHALS SERVICE
**JEWELRY AUCTION**
10 AM Saturday, December 6, 2003
1111 Houston Street, Room 203
Fort Worth Convention Center
**Jewelry:** Diamond rings with individual
diamonds weighing approximately 6.15
cts., 3.80 cts., 3.70 cts., 3.50 cts., 3.48 cts.,
and 2.46 cts. Earrings with diamonds
weighing 5.33 & 5.26 cts., Diamond
bracelets including a Platinum diamond
bracelet TWA 6.00 cts., 18K W diamond
bracelet with 11.50 cts. (Princess cut) and 2.25
cts. (round brilliant cut); Approximately
100 parcels of loose gemstones, including
60 parcels of emeralds, plus diamonds,
aquamarine, citrine, tourmaline, amethyst,
beryl, ametrine and topaz. **Watches:** Over
15 Rolex watches plus Jacob & Company,
Breitling and Gucci; Over 1,840 Gold
Coins: Artwork & MUCH MORE!
**Optional:** Send $10 for each catalog, CD
or video (cashier's check, money order or
check in US funds) to Lone Star
Auctioneers, Inc., 4629 Mark IV Parkway,
Fort Worth, TX 76106. "As Is, Where Is."

Lone Star Auctioneers, Inc.
**817-740-9400   Burgess 7878**
**For webcast display & terms:**
www.lonestarauctioneers.com

---

## POSITIONS AVAILABLE

### Jewelers & Sales Reps
*Experienced Professionals needed
for restyling Events. Premier
remount line, permanent partner,
dedicated territory and opportunity to
plan your own travel arrangements.*
**Jewelers:** Minimum 2 years trade shop
experience in setting, sizing, customizing
and customer contact.
**Sales Reps:** Must have retail experience in
high volume sales and be customer service
oriented.
*Daily show and travel per diem, monthly
commission, year end bonus, expense
advance with reimbursements, health
insurance and 401K.*
**Call: 800-421-8672, ext. 205**
**Or fax resume to: 818-785-3514**

### Valjean Mfg. Inc.
E.O.E.

---



**diamond**
staffing solutions

### Jewelers Last Minute
### Holiday Checklist:

☑ Extra Inventory Purchased
☑ Store Decorated
☑ 4th Quarter Projections & Goals
☑ Associate Sales Projections & Goals
☐ **Holiday Team Hired?**

Do you have your holiday team
hired to achieve your sales goals?

Diamond Staffing Solutions will help
provide solutions for all of your last
minute holiday staffing needs!

**Call us today for your personal
in-store consultation.**

Diamond Staffing Solutions, Inc.
Phone: 603-437-2629  Fax: 603-437-6004
email: suzanne@diamondstaffing.com
**www.diamondstaffing.com**



---

## POSITIONS AVAILABLE

### REEDS Jewelers
**Make a Simply Beautiful**
career choice.

**Color Gemstone Buyer**

A leader in the retail jewelry industry,
REEDS Jewelers offers a
comprehensive compensation program
that includes Health/Dental, Life & LTD,
401K/Profit Sharing,
incentives, employee purchase discounts
and career growth opportunities.

Email resume to jobs@reeds.com
Fax resume to 910.350.3311

**S I M P L Y   B E A U T I F U L.**

---

### SALES / TRAINING
World's leading jewelry/gift personalization
system. Tremendous growth requires
additional salespeople in Dallas, Houston,
Los Angeles, San Francisco, Chicago, Boston, and
DC for sales to jewelry stores of computerized
engraving equipment. Trade shows, customer
training & support, superior phone skills
required. Salary + commission. E-mail resume
with compensation history to:
**ECParent@Signature-Engravers.com**

### Bench Jeweler
Crown Gold Inc. wants a gold jewelry
repairer with 2 years experience required.
Excellent pay. Send resume to:
**Mr. Isaac Diavaheri**
**606 S. Hill St. Suite 503**
**Los Angeles, CA 90014**

### Goldsmith in Paradise!
Hawaii custom jewelry store seeks
goldsmith skilled in custom design
work and repairs. Quality a must.
Great environment and benefits.
**Call 808-822-3591   jsaylor@aloha.net**

---

### JOB OPENINGS NATIONWIDE
Premier Placements, Inc.

**STORE MANAGERS • DISTRICT MANAGERS**
**GG'S • JEWELERS • WATCHMAKERS • SALES**

call Tom Angelo today!
**1•800•474•8047**

website: www.jewelryjobs.com    email:jobs@jewelryjobs.com
fax: 1•800•474•8048

• ALL FEES EMPLOYER PAID •          • ALL INQUIRIES CONFIDENTIAL •

---

### SJA SPECIAL EVENTS

SJA is accepting applications for highly
qualified sales professionals and jewelers
who are willing to travel. SJA pays the best
BUT WANTS ONLY THE BEST. Work only
160 to 200 days per year for the industry
leader in special events. Base pay......
• Plus commissions of 4% to 10%
• Plus Bonuses
• Plus Hospitalization
• Plus Air Travel Allowance
• Plus Travel Pay • Plus Meal Allowance
• Plus all other expenses paid.

**COMPARE SJA's TOTAL PACKAGE**
**& SEE THE DIFFERENCE**

Call 800-257-4109
Or fax resume to 201-837-9484

---

### GOLDSMITH WANTED
Successful, growing jewelry store seeks
an experienced bench jeweler for an expanding
operation. Must be proficient in fancy stone
setting, repairs, and custom work. Three
years of experience in described job duties
required.
If you are interested in our outstanding
benefits including top pay, 401K and paid
vacation, send resume to:
**Dunkin's Diamonds**
**2298 Elida Rd.**
**Lima, OH 45805**
**Or fax to: 419-331-3525**

### C.R. Jewelers
Retail Chain with 19 stores seeks motivated
Managers, Assistants and Sales Associates
for stores in Concord, NC, Hanover, MD,
Tempe, AZ, Katy, TX, Grapevine, TX,
Auburn Hills, MI, Nashville, TN and
Woodbridge, VA. Excellent salary, commission
and benefit package. Mail resume to:
**3111 N. University Drive #604**
**Coral Springs, Florida 33065**
**Fax: 954-796-2066**
**Ph: 888-796-2060 x124**
**E-mail: tony@crjewelers.com**

### JEWELERS & SALES REPS
Successful, growing restyle company seeks
experienced jewelry sales representatives
and bench jewelers who are free to travel
and ready for the financial success that
working for a great company offers. Salary
plus commissions $50K+ to $100K+. Set
schedule; no cold calls. 34 weeks per year
travel required, security provided. Benefits
include bonuses, 401K and profit-sharing
plans, dental, paid health and life insurance,
commuting allowance, paid travel expenses
and vacation.

Contact Marcia at: 800-344-6768
or fax resume to: 770-499-8974

### DANA AUGUSTINE, INC.
FINE JEWELRY MANUFACTURING SINCE 1981

---

### JEWELER WANTED / SUNNY FLORIDA
We are a high volume successful 31 year old
business seeking an experienced jeweler. Must
know basic repair, stone setting and platinum.
Pay commensurate with experience. Paid holidays
& health insurance available. Bench test required.

Contact Tracy
Phone: 800-976-2646  Fax: 850-763-1134
E-mail: coinandbullion@knology.net

### NATIONAL JEWELER CLASSIFIED
### SECTION REALLY WORKS!
OUR PRODUCTION DEPARTMENT WILL
TYPESET YOUR AD FOR FREE!
Fax your ad copy to 214-290-9980.

---

**CAREER OPPORTUNITIES**

**GOLDSMITHS (1 - 2 year contract)**
**CAPE TOWN, SOUTH AFRICA**

Live in one of the world's most beautiful cities, while utilizing your talents as a qualified Goldsmith with South Africa's largest jewellery manufacturer-ORO AFRICA.

You will work alongside a young, innovative Research and Development team, creating jewellery ranges from commercial to branded, young and funky products, and Africa-inspired jewellery.

We seek your young, creative mind and attitude, passion for your work and accuracy. You will use your talent in manufacturing handmade silver models and prototypes. You will need to have a good understanding of jewellery design and the jewellery industry, whilst knowledge of stone setting would be advantageous.

In return, we offer you a 1-2 year contract, with an attractive, negotiable package. Assistance with work permits and accommodation will be given.

You will work in the shadow of Table Mountain, in the heart of Cape Town, and a mere stones' throw from its golden beaches. THE LAB at ORO AFRICA and its team of 10 creators will welcome you in its modern environment with CAD/CAM facility, a small casting setup and laser welding technology.

Prospects for future growth and development exist for the right candidate.

Feeling the buzz? ... then send us your detailed CV, including references available for contact, to hr@oroafrica.co.za.

For more information about the company visit www.oroafrica.co.za

---

Director of Gemological Services

American Gem Society Laboratories, known for it's diamond cut grade and cut grade research, is currently looking for a senior level executive to implement growth plans, develop lab products and services, and maintain AGS diamond grading standards. Must have exceptional gemological knowledge and experience. BS in business and/or 10-15 years of management experience in a related field. Excellent benefits. Drug free environment. Fax resume to (702) 238-6126 or email careers@agslab.com

**CAREER OPPORTUNITIES**

*diamond*
staffing solutions

A true Jewelry Staffing Source

Focusing exclusively on the jewelry industry, we are dedicated to matching the best talent with the best jewelers.

Many executive and management positions available.

**Call Suzanne DeVries today.**

www.diamondstaffing.com

---

World renowned for brilliant jewels and exquisite gifts, Borsheim's is looking for a Shop Manager to help fulfill our company mission of exemplary customer service. Manage approximately 20 associates including 10-12 jewelers. Assign work and provide training / development to jewelers, appraisal lab associates, and support staff. Responsible for shop inventory including control and purchasing, as well as all stages of production and quality control. Qualified candidates will be familiar with a variety of shop functions including stone setting, general jewelry repairs, wax carving, and custom design. Shop management or retail management experience required. Highly competitive salary and benefits.

Contact (800)642-GIFT, ext. 183 or e-mail resume to careers@borsheims.com

---

Manager of Education Services
American Gem Society

The AGS Education Department is seeking a Graduate Gemologist with industry experience and effective oral communication skills. This person will produce and present gemological seminars. A public speaking and/or teaching experience is a plus. Travel is required. Must be computer literate. Willing to relocate to Las Vegas. Excellent benefits. Drug free. Fax resume to (702) 255-7420 or email agsjobs@jvcm.com

www.jckgroup.com

**EQUIPMENT FOR SALE**



www.HalogenLamps.com
"The Best Prices are on the Web"
USA Light & Electric   800-854-8794

---

SAFES-Used and repossessed ULTRTL-30x6/ULTL30(6), UL Modular Vaults. Great savings. We deliver anywhere in the U.S.A. Call - Harwoods Miami Safe 1-800-852-8577 or 305-262-6762.

---

*Jewelry Sales Gallery, Inc.*

Store Layout

---

**GENERAL HELP WANTED**

PERFECT SIDE LINE
Italian gold & diamonds watch line available. Good commission. Needed: Experience. References. A smile. Fax Resume: 516-374-3264 e-mail: info@anelliewatches.com www.anelliewatches.com

---

**PRODUCT FOR SALE**



STREET CLOCKS
4 Sided
$30,000
now only
$7,495   *Ultimate Landmark*

Call: Jack 309-794-3022

# JCK Classified Works!

**THE #1 MAGAZINE IN THE INDUSTRY • AFFORDABLE • FAR-REACHING • EFFECTIVE**

**FOR RATES, CONSULTATION AND TO PLACE YOUR CLASSIFIED AD:**

Contact Laura Rezek
877-894-0883 Toll-free
815-838-9900
815-838-9901 Fax
jckclassified@medbusiness.com

**HOW TO PLACE YOUR AD**

Fax or email your ad copy, along with the following:
- contact name
- company name
- address
- phone
- fax

or call for more information

**DEADLINES**

25th of second month preceding issue date.
September 25th is the deadline for the November issue.

**CHANGES OR CANCELLATIONS**

Must be made before the published deadline for that appropriate issue.

**JCK BOX REPLIES**

Send responses to JCK Box numbers to:
JCK Box #____
Attn: Kathleen Ella
1018 West 9th Avenue
King of Prussia, PA 19406

---

## BUSINESS FOR SALE

**Fabulous Opportunity**
Midwest based jewelry importer, wholesaler with rep organization in business since 1975 with yearly sales of $800,000. Send inquiries to: ASH/PHK, 1247 Waukegan Road, Suite 100, Glenview IL 60025

**An Excellent Opportunity**
World's largest jewelry and watch repair franchise has excellent opportunities available in major malls nationwide. Own your own high-profit, recession resistant franchise. Multi-billion dollar industry with gross margins of 70-80%. Full training, no exp. nec. 19 yr. proven concept. Single/Multiple locations avail. nationwide.
FAST-FIX JEWELRY REPAIRS
1 (800) 359-0407 www.fastfix.com

## CAREER OPPORTUNITIES

**JOB SEEKERS**

Visit www.jewelryheadhunter.com for a listing of all our current positions available. We are specialized in recruitment for the watch and jewelry industry.

---

## CAREER OPPORTUNITIES

### JEWELERS & SALES REPRESENTATIVES

Successful, growing restyle company seeks experienced jewelry sales representatives and bench jewelers who are free to travel and ready for the financial success that working for a great company offers. Salary plus commissions $50K+ to $100K+. Set schedule; no cold calls. 34 weeks per year travel required, security provided. Benefits include bonuses, 401(k) and profit-sharing plans, dental, paid health and life insurance, commuting allowance, paid travel expenses and vacation.

**DANA AUGUSTINE, INC.**

FINE JEWELRY MANUFACTURING SINCE 1981

**Contact Marcia at 1-800-344-6768 or fax resume to 770-499-8974.**

Diamond Jewelry, Designer & Merchandiser wanted. Fax resume to Gary J. Gayer @ (954) 921-1441. WC Edge div of Mayers of Hollywood.

**MERCHANDISER / DESIGNER**

N.Y. BASED LARGE MFG. CO. OF JEWELRY & DIAMONDS NEED EXPERIENCED & INNOVATIVE MERCH/DESIGNER FOR AMERICAN MARKET. A QUALIFIED PERSON WITH 3-5 YEARS WORKING EXPERIENCE LOOKING FOR MOTIVATING WORK ENVIRONMENT MAY FAX RESUME TO 212-921-8767.

---

## CAREER OPPORTUNITIES

**S J A**
**SPECIAL EVENTS**

SJA is accepting applications for highly qualified sales professionals & jewelers who are willing to travel. SJA PAYS THE BEST, but WANTS ONLY THE BEST! Work only 160 to 200 days per year for the industry leader in special events. Base pay...............
- **Plus Commissions of 4% to 10%**
  - **Plus Bonuses**
  - **Plus Hospitalization**
  - **Plus Air Travel Allowance**
- **Plus Travel Pay • Plus Meal Allowance**
  - **Plus all other expenses paid**
**COMPARE SJA's TOTAL PACKAGE & SEE THE DIFFERENCE**
Call 800-257-4109
Or FAX RESUME to 201-837-9484



**diamond**
staffing solutions

**The success of any good business is its people.**

Do you have the right people in place for your holiday season? Diamond Staffing Solutions can help

**Call Suzanne today and check out our new web site!**

Diamond Staffing Solutions Inc.
Phone: 866-472-2624 Fax: 973-473-6004
www.diamondstaffing.com

# JCK Classified Works!

THE #1 MAGAZINE IN THE INDUSTRY • AFFORDABLE • FAR-REACHING • EFFECTIVE

**FOR RATES, CONSULTATION AND TO PLACE YOUR CLASSIFIED AD:**

Contact Laura Rezek

877-984-0683 Toll-free

815-838-9900

815-838-9901 Fax

jckclassified@reedbusiness.com

**HOW TO PLACE YOUR AD**

Fax or email your ad copy, along with the following:

- contact name
- company name
- address
- phone and fax
- or call for more information

**DEADLINES**

28th of second month preceding issue date.

October 28th is the deadline for the December issue.

**CHANGES OR CANCELLATIONS**

Must be made before the published deadline for that appropriate issue.

**JCK BOX REPLIES**

Send response to JCK Box numbers to:

JCK Box #____

Attn: Kathleen Ellis

1018 West 9th Avenue

King of Prussia, PA 19406

---

## BUSINESS OPPORTUNITIES

**An Excellent Opportunity**

World's largest jewelry and watch repair franchise has excellent opportunities available in major malls nationwide. Own your own high-profit, recession resistant franchise. Multi-billion dollar industry with gross margins of 70-80%. Full training; no exp. nec. 19 yr. proven concept. Single/Multiple locations avail. nationwide.

FAST-FIX JEWELRY REPAIRS
1 (800) 359-0407 www.fastfix.com

## CAREER OPPORTUNITIES

**DO YOU WANT TO EARN MORE MONEY?**

**ARE YOU CALLING ON MANUFACTURING JEWELERS?**

Contact Joe Rosen, General Manager, for more information about our new, exciting designer alloys. Call 858-455-7900 or email jrosen@argen.com. Opportunities are available nationwide.
**THE ARGEN CORPORATION Jewelry Division-Designer Alloys**

Master Jeweler for immediate hire. Must be expert in all areas of fabrication, stone setting and repair. Skilled at casting and knowledge of design and wax work. Top hourly pay relative to skill level. Full medical provided. Vacation pay. Call 816-587-6020. Ask for Morgan.

## CAREER OPPORTUNITIES

### JEWELERS & SALES REPRESENTATIVES

Successful, growing restyle company seeks experienced jewelry sales representatives and bench jewelers who are free to travel and ready for the financial success that working for a great company offers. Salary plus commissions $50K+ to $100K+. Set schedule; no cold calls. 34 weeks per year travel required, security provided. Benefits include bonuses, 401(k) and profit-sharing plans, dental, paid health and life insurance, commuting allowance, paid travel expenses and vacation.

### DANA AUGUSTINE, INC.

FINE JEWELRY MANUFACTURING SINCE 1981

Contact Marcin at 1-800-344-6768 or fax resume to 770-499-8974.

### MERCHANDISER / DESIGNER

N.Y. BASED LARGE MFG. CO. OF JEWELRY & DIAMONDS NEED EXPERIENCED & INNOVATIVE MERCH/DESIGNER FOR AMERICAN MARKET. A QUALIFIED PERSON WITH 3-5 YEARS WORKING EXPERIENCE LOOKING FOR MOTIVATING WORK ENVIRONMENT MAY FAX RESUME TO 212-921-8767.

### JOB SEEKERS

Visit www.jewelryheadhunter.com for a listing of all our current positions available. We are specialized in recruitment for the watch and jewelry industry.

## CAREER OPPORTUNITIES



**Who will be taking care of your valued customers this Holiday Season?**

Diamond Staffing Solutions is dedicated to matching the best talent with the best jewelers.

Please contact Suzanne today:
suzanne@diamondstaffing.com
Phone: 603/487-2629  Fax: 603/487-0004
We invite you to visit our brand new website!
www.diamondstaffing.com

### SJa    SPECIAL EVENTS

SJA is accepting applications for highly qualified sales professionals & jewelers who are willing to travel. SJA PAYS THE BEST, but WANTS ONLY THE BEST! Work only 160 to 200 days per year for the industry leader in special events. Base pay...............

- Plus Commissions of 4% to 10%
- Plus Bonuses
- Plus Hospitalization
- Plus Air Travel Allowance
- Plus Travel Pay • Plus Meal Allowance
- Plus all other expenses paid

**COMPARE SJA's TOTAL PACKAGE & SEE THE DIFFERENCE**

Call 800-257-4109
Or FAX RESUME to 201-837-9484

# JCK Careers & Classified Works!

THE #1 MAGAZINE IN THE INDUSTRY • AFFORDABLE • FAR-REACHING • EFFECTIVE

**FOR RATES, CONSULTATION AND TO PLACE YOUR CLASSIFIED AD:**

Contact Laura Rezek

877-834-0033 Toll-free

815-838-9800

815-838-9901 Fax

jckclassified@reedbusiness.com

**HOW TO PLACE YOUR AD**

Fax or email your ad copy, along with the following:

- contact name
- company name
- address
- phone & fax

or call for more information.

**DEADLINES**

25th of second month preceding issue date.

November 25 th is the deadline for the January issue.

**CHANGES OR CANCELLATIONS**

Must be made before the published deadline for that appropriate issue.

**JCK BOX REPLIES**

Send responses to JCK Box numbers to:

JCK Box #___

Attn: Kathleen Ellis

1018 West 9th Avenue

King of Prussia, PA 19406

## BUSINESS FOR SALE

**An Excellent Opportunity**
World's largest jewelry and watch repair franchise has excellent opportunities available in major malls nationwide. Own your own high-profit, recession resistant franchise. Multi-billion dollar industry with gross margins of 70-80%. Full training, no exp. nec. 19 yr. proven concept. Single/Multiple locations avail. nationwide.
**FAST-FIX JEWELRY REPAIRS**
1 (800) 359-0407 www.fastfix.com

**DIAMOND & FINE CUSTOM SHOP IN SCOTTSDALE, AZ**

Great location in Fine Arts District. On-Premise Jeweler & Repairs. 1,360-sq.ft. With or Without Inventory. December is Yours!! Owner Available for Transition. Contact Laura @ (602) 595-3962 or ileopardi@cox.net

**JEWELRY STORE**
Sale or partner - Katy Mills Mall (outside of Houston TX in Katy). Prime location, large 1820 sf. Safe, Cameras, Showcases, etc. Potential of $1M sales! Only $55K
Don 800-455-5660 ext. 117
www.crjewelers.com
donald@crjewelers.com

**ROCKPORT, MASS**
Existing jewelry store for lease, with or without fixtures. Good tourist trade, excellent location, SOUND business!
Call 978-546-3521

**NAPLES FLORIDA**
Finest address in Naples! Long lease --- 3000 square feet Lease + Inventory
Fax: 941-637-0511

## CAREER OPPORTUNITIES

**diamond**
staffing solutions

Diamond Staffing Solutions Inc.
Phone: 602-437-2624  Fax: 602-437-0394
email: suzie@diamondstaffing.com
www.diamondstaffing.com

## JEWELERS & SALES REPRESENTATIVES

Successful, growing restyle company seeks experienced jewelry sales representatives and bench jewelers who are free to travel and ready for the financial success that working for a great company offers. Salary plus commissions $50K + to $100K +. Pre-set schedule, no cold calls. 34 weeks per year travel required, security provided. Benefits include bonuses, 401(k) and profit-sharing plans, dental, paid health and life insurance, commuting allowance, paid travel expenses and vacation.

**DANA AUGUSTINE, INC.**
FINE JEWELRY MANUFACTURER SINCE 1981

Contact Marcia at 1-800-344-6768 or fax resume to 770-499-8974.

## EMPLOYERS

**Call Harold L. Rapp Associates for your personnel and executive needs:** new positions, replacements or upgrades. Minimum fuss.
516-625-4341

## CAREER OPPORTUNITIES

**Your Jewelry Staffing Source for the Holidays.**

Focusing exclusively on the jewelry industry we are dedicated to matching the best talent with the best jewelers.

- Many executive and management positions available.

**Call Suzanne DeVries today.**

**SJA    SPECIAL EVENTS**

SJA is accepting applications for highly qualified sales professionals & jewelers who are willing to travel. **SJA PAYS THE BEST, but WANTS ONLY THE BEST!** Work only 160 to 200 days per year for the industry leader in special events. Base pay...............
- **Plus Commissions of 4% to 10%**
- **Plus Bonuses**
- **Plus Hospitalization**
- **Plus Air Travel Allowance**
- **Plus Travel Pay • Plus Meal Allowance**
- **Plus all other expenses paid**
**COMPARE SJA's TOTAL PACKAGE & SEE THE DIFFERENCE**
Call 800-257-4109
Or FAX RESUME to 201-837-9484

## EQUIP/FURNITURE FOR SALE

**www.HalogenLamps.com**
"The Best Prices are on the Web"

**USA Light & Electric   800-854-8794**

# *In Store Magazine*

## *Providing Solutions for Your Jewelry Staffing Needs*



### Jewelers' Last Minute Holiday Check List:

- ■ Inventory Purchased
- ■ Store Decorated
- ■ Sales Projections Completed
- ☑ Extra Staff hired?

Proud Couture Diamond Conference Sponsor NY · Oct.13 -14, 2004

All the inventory in the world, in a beautiful store will not ensure a great holiday season... but a great selling staff will! Let our staffing experts help!

Diamond Staffing Solutions, Inc.
Phone:1-877-396-6377 Fax: 603-437-6004
www.diamondstaffing.com

OCTOBER 2003



### Who will be helping your preferred customers this holiday season?

Let Diamond Staffing help you protect your most valuable asset. The math is simple:

**GREAT CUSTOMER SERVICE = REPEAT BUSINESS**

Don't risk loosing business because you are understaffed. Let the experts at Diamond staffing Solutions ensure your repeat business. Call today!

Diamond Staffing Solutions, Inc.
Phone:1-877-396-6377 Fax: 603-437-6004
www.diamondstaffing.com

SEPTEMBER 2004



# *Professional Jeweler*

## *Providing Solutions for Your Jewelry Staffing Needs*



### Your Jewelry Staffing Source for the Holidays.

Focusing exclusively on the jewelry industry, we are dedicated to matching the best talent with the best jewelers.

◆ Many executive and management positions available.

**Call Suzanne DeVries today.**

Diamond Staffing Solutions. Inc.
Phone: 603-437-2629  Fax: 603-437-6004
email: suzanne@diamondstaffing.com
www.diamondstaffing.com

**NOVEMBER 2003**



### Your Jewelry Staffing Source for the Holidays.

Focusing exclusively on the jewelry industry, we are dedicated to matching the best talent with the best jewelers.

◆ Many executive and management positions available.

**Call Suzanne DeVries today.**

Diamond Staffing Solutions. Inc.
Phone: 603-437-2629  Fax: 603-437-6004
email: suzanne@diamondstaffing.com
www.diamondstaffing.com

**DECEMBER 2003**



www.diamondstaffing.com     1-877-396-6377

# Modern Jeweler

## Providing Solutions for Your Jewelry Staffing Needs



### Goals for 2004:

☑ Reevaluate Last Year's Sale Profits and Sales Staff's Goals

☑ Increase Sales Volume by 12%

☑ Increase Profit Margin by 15%

☑ Increase Special Event Sales by 25%

☑ Update Store Interior for a Fresh Look in 2004

☐ **Hire additional staff to ensure goals are met!**

Make Diamond Staffing Solutions part of your New Year's Resolution. We'll help you hire the right talent so you will reach and exceed your goals!

**Call us today for your personal in-store consultation.**

Diamond Staffing Solutions, Inc.
Phone: 603-437-2629  Fax: 603-437-6004
email: suzanne@diamondstaffing.com
**www.diamondstaffing.com**

**FEBRURAY 2004**





Suzanne DeVries
President

### Are you ready for the Las Vegas Experience?

You are cordially invited to a FREE 1/2 hour staffing consultation from the jewelry staffing experts.

Sessions, by appointment only on Friday, Saturday and Sunday, will be held offsite. Limousine service will be provided from the Sands Convention Center to our luxurious location.

**Please call today to reserve your individual appointment with our executive team!**

Diamond Staffing Solutions, Inc.
Phone: 603-437-2629  Fax: 603-437-6004
**www.diamondstaffing.com**

ON THE CUTTING EDGE IN THE JEWELRY PLACEMENT INDUSTRY

**MAY 2004**



### Your Jewelry Staffing Source for the Holidays.

Focusing exclusively on the jewelry industry, we are dedicated to matching the best talent with the best jewelers.

♦ Many executive and management positions available.

**Call Suzanne DeVries today.**

Diamond Staffing Solutions, Inc.
Phone: 603-437-2629
email: suzanne@diamondstaffing.com
**www.diamondstaffing.com**

**OCTOBER 2003**



**www.diamondstaffing.com    1-877-396-6377**

ON THE CUTTING EDGE IN THE JEWELRY PLACEMENT INDUSTRY

# EXHIBIT B

**Papastavros, Nicholas**

**Subject:**              FW: Contact Request

```
-----Original Message-----
From: Diamond Staffing Contact Form [mailto:robcam66@aol.com]
Sent: Saturday, July 16, 2005 10:24 AM
To: request@diamondstaffing.com; dh@cvwp.com; ray@cvwp.com
Subject: Contact Requeste


Below is the result of your feedback form.  It was submitted by
Diamond Staffing Contact Form (robcam66@aol.com) on Saturday, July 16, 2005
at 10:24:15
--------------------------------------------------------------------------

name: Rob Camarata

address: 12 Munroe St

city: Northampton

state: MA

zip: 01060

phone: 413-218-0009

how_did_you_hear_about_us: a friend

best_time_to_contact: 8AM-12PM

comments: Looking for a solid sales position. History of success in sales
and very motivated, educated, able. Would prefer pharmeceuticals,
recruiting, or finance. Would consider Mass Mutual, United Technologies,
etc. Thanks very much. I look forward to hearing from you


--------------------------------------------------------------------------
```