UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIAMOND STAFFING SOLUTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> DIAMOND STAFFING, INC., <br><br> Defendant. | Civil Action No. 05-40046-FDS |

### AFFIDAVIT OF PATRICIA FERLAND

I, Patricia Ferland, under oath, depose and say as follows:

1. I am an adult resident of the State of New Hampshire, and make this Affidavit based upon my own knowledge. This Affidavit is made in support of Plaintiff's Motion for Preliminary Injunction. I have knowledge of the facts set forth in this Affidavit, and would be competent to testify thereto.

2. I am employed by Diamond Staffing Solutions,$^{SM}$ a company located at 5 Remington Court, Derry, New Hampshire.

3. On July 8, 2005, at 8:18 a.m., I received a voicemail message on Diamond Staffing Solutions'$^{SM}$ voicemail system, which stated, "Hi, this is Andrea Christian at the Premier Insurance Company calling for Gloria Little, payroll coordinator regarding information on a Melissa Harrington who worked for Diamond Staffing and we have some information from you on her employment and her wages. She's had a auto accident and is collecting some benefits under the auto policy of our insured. I needed a little clarification on that and I wondered if you could give me a call? My number is 978-750-3349 and I'm in the office until 5 PM."

BOS1514271.1

4.  On July 27, 2005 at 3:14 p.m., while Diamond Staffing Solutions'<sup>SM</sup> founder and President, Suzanne DeVries, was in court for a hearing on Diamond Staffing Solutions'<sup>SM</sup> motion for preliminary injunction, I received a telephone call from Andrea Christian from Premier Insurance Company. Ms. Christian indicated that she was looking to speak to Gloria Little, the payroll coordinator for Diamond Staffing. When I asked her what this was regarding, she told me it was regarding a former employee Melissa Harrington. I asked Ms. Christian how she got this phone number and she said she "Googled" Diamond Staffing and got our number from our web site. I explained that we are Diamond Staffing Solutions, not Diamond Staffing, Inc., and that we do not have any employees by the name of Gloria Little or Melissa Harrington. She apologized and said that she will have to search for the right company.

5.  Diamond Staffing Solutions,<sup>SM</sup> does not have any relationship, business or otherwise, with Premier Insurance Company. It is my understanding from my telephone conversation with Ms. Christian that Premier Insurance Company was seeking to contact the Defendant Diamond Staffing, Inc.

Signed under the pains and penalties of perjury this 28th day of July, 2005.

*Patricia Ferland*
Patricia Ferland