UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ) | |
| **DIAMOND STAFFING SOLUTIONS, INC.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | Civil Action No. |
| v. ) | 05-40046-FDS |
| ) | |
| **DIAMOND STAFFING, INC.,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**MEMORANDUM AND ORDER ON DEFENDANT'S MOTION TO
DISMISS FOR FAILURE TO STATE A CLAIM OR FOR SUMMARY JUDGMENT**

**SAYLOR, J.**

Currently pending before the Court is a motion by defendant Diamond Staffing, Inc. ("DSI"), to dismiss the complaint of plaintiff Diamond Staffing Solutions, Inc. ("DSS"), for failure to state a claim pursuant to Fed. R. Civ. P. 12(b)(6) or for summary judgment pursuant to Fed. R. Civ. P. 56(c), or in the alternative, for an order compelling plaintiff to post a bond.  For the reasons set forth below, the motion is denied.

First, defendant's 12(b)(6) motion does *not* allege that the complaint fails to state a claim upon which relief can be granted.  Instead, DSI presents affidavits and other evidence outside the pleadings in support of its contention that DSS is unable to prove one or more essential elements of its trademark infringement claim.  DSI's motion is therefore a motion for summary judgment. *See* Rule 12(b).

Second, a motion for summary judgment motion is, at the very least, premature. Discovery has not been completed, and given the present posture of the case, it is likely that there will be substantial legal and factual disputes that should be resolved on summary judgment, if at

all, only with the benefit of a complete record. Accordingly, defendant's motion for summary judgment is denied without prejudice to its renewal after the close of discovery.

Third, DSI has requested that DSS be required to post a multi-million dollar bond before being permitted to litigate this case. DSI's request is unsupported by the Federal Rules of Civil Procedure and, indeed, is frivolous under the circumstances.

For the foregoing reasons, defendant's motion to dismiss under Rule 12(b)(6) is DENIED; defendant's motion for summary judgment is DENIED without prejudice; and defendant's motion for an order compelling plaintiff to post a bond is DENIED.

**So Ordered.**

                                          /s/ F. Dennis Saylor
                                          F. Dennis Saylor IV
                                          United States District Judge

Dated: October 4, 2005