UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIAMOND STAFFING SOLUTIONS INC., <br><br> Plaintiff, <br><br> v. <br><br> DIAMOND STAFFING, INC., <br><br> Defendant. | Civil Action No. 05-40046-FDS |

**JOINT MOTION TO AMEND THE
DATE OF THE SCHEDULING CONFERENCE**

Plaintiff Diamond Staffing Solutions Inc. ("Diamond Staffing Solutions$^{SM}$") and Defendant Diamond Staffing, Inc. ("DSI") have conferred and jointly move this Court to amend the date of the Scheduling Conference in this case from Monday, October 17, 2005 to Tuesday, November 8, 2005.

In support of this Motion, the parties state as follows:

1. On September 16, 2005, the Court ordered the parties to appear for a Scheduling Conference on October 17, 2005.

2. Despite their best efforts, counsel for both parties are unable to amend their schedules such that they are available to appear before the Court at 3:15 p.m. on October 17, 2005.

3. The parties have conferred and agree to move the date of the Scheduling Conference to November 8, 2005, and understand from a conversation with the Court's docket clerk that this date is convenient for the Court.

BOS1534043.1

2

4.  As a result of amending the date for the Scheduling Conference, the parties will use November 8, 2005 to set all deadlines to meet the full requirements of Local Rule 16.1 pursuant to the Notice of Scheduling Conference dated September 16, 2005.

WHEREFORE, Diamond Staffing Solutions$^{SM}$ and DSI respectfully request this Court to:

(1)  Enter an Order amending the date of the Scheduling Conference from October 17, 2005 to November 8, 2005; and

(2)  Grant such further relief that this Court deems just and appropriate.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| DIAMOND STAFFING SOLUTIONS, INC. | DIAMOND STAFFING, INC. |
| By its attorneys, | By Its Attorneys, |
| /s/ Gina M. McCreadie | /s/ Robert N. Meltzer (*with permission*) |
| Nicholas G. Papastavros (BBO#635742) | Robert N. Meltzer, BBO #564745 |
| Michael L. Cornell (BBO # 651405) | P.O. Box 1459 |
| Gina M. McCreadie (BBO # 661107) | Framingham, MA  01701 |
| NIXON PEABODY LLP | Phone: (508) 872-7116 |
| 100 Summer Street | |
| Boston, MA 02110-2131 | Mary C. Casey, BBO #636250 |
| (617) 345-1000 (telephone) | Harbor Law Group |
| (617) 345-1300 (facsimile) | 48 Maple Avenue |
| | Shrewsbury, MA  01545 |
| | Phone: (508) 842-9244 |
| Dated:  October 7, 2005 | Dated:  October 7, 2005 |