IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIAMOND STAFFING SOLUTIONS INC ) <br> ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> DIAMOND STAFFING, INC ) <br> ) <br> Defendant ) | CIVIL ACTION NO:05-40046-FDS |

## JOINT MOTION TO AMEND THE
## DATE OF THE SCHEDULING CONFERENCE

Now comes the Defendant, Diamond Staffing, Inc. and Plaintiff Diamond Staffing Solutions Inc. and jointly move this Court to amend the date of the Scheduling Conference in this case from Tuesday November 8, 2005 to Tuesday, November 15, 2005.

As grounds for this Motion, the parties state as follows:

1. This matter was scheduled for a Scheduling Conference on October 17, 2005.

2. By agreement of the parties, and based upon scheduling conflicts, this hearing was rescheduled for November 8, 2005.

3. A similar scheduling conflict has occurred that presents difficulties for the November 8, 2005 date.

4. The parties have met and conferred on this issue, and have agreed to move the date of the Scheduling Conference to November 15, 2005 at 10:30. The Clerk's office has confirmed that this time is available for the Court.

BOS1534043.1

WHEREFORE, the parties respectfully request this Court to enter an Order amending the date of the Scheduling Conference from November 8, 2005 to November 15, 2005.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| DIAMOND STAFFING SOLUTIONS, INC. | DIAMOND STAFFING, INC. |
| By its attorneys, | By Its Attorneys, |
| *Michael Cornell/KNM (w/ auth)* | *[signature]* |
| Nicholas G. Papastavros (BBO#635742) | Robert N. Meltzer, BBO #564745 |
| Michael L. Cornell (BBO # 651405) | P.O. Box 1459 |
| Nixon Peabody LLP | Framingham, MA 01701 |
| 100 Summer Street | Phone: (508) 872-7116 |
| Boston, MA 02110-2131 | |
| Phone: (617) 345-1000 | Mary C. Casey, BBO #636250 |
| | Harbor Law Group |
| | 48 Maple Avenue |
| | Shrewsbury, MA 01545 |
| | Phone: (508) 842-9244 |
| Dated: November 2, 2005 | Dated: November 2, 2005 |

2