UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIAMOND STAFFING SOLUTIONS INC., <br><br> Plaintiff, <br><br> v. <br><br> DIAMOND STAFFING, INC., <br><br> Defendant. | Civil Action No. 05-40046-FDS |

## PLAINTIFF'S LOCAL RULE 16.1(D)(3) CERTIFICATION

We, the undersigned, hereby certify that we have conferred in this matter:

(a)  with a view to establishing a budget for the costs of conducting the full course and various alternative courses of the litigation; and

(b)  to consider the resolution of the litigation through the use of alternative dispute resolution programs, such as those outlined in Local Rule 16.4.

DIAMOND STAFFING SOLUTIONS, INC.

_____
Suzanne DeVries, President
Diamond Staffing Solutions, Inc.
5 Remington Court
Derry, NH

Its attorneys,

_____
Nicholas G. Papastavros (BBO#635742)
Michael L. Cornell (BBO # 651405)
Gina M. McCreadie (BBO # 661107)
Nixon Peabody LLP
100 Summer Street
Boston, MA 02110-2131
(617) 345-1000

Date: November 14, 2005

BOS1543827.1

**CERTIFICATE OF SERVICE**

    I hereby certify that a true copy of the above document was served upon the attorney of record for each party by electronic notification via the Court's electronic filing system.

                                               */s/ Gina M. McCreadie*
                                               Gina M. McCreadie