UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DIAMOND STAFFING SOLUTIONS, INC.,

        Plaintiff,

v.

        Civil Action No. 05-40046-FDS

DIAMOND STAFFING, INC.,

        Defendant.

**PLAINTIFF'S ASSENTED-TO MOTION TO EXTEND THE DEADLINE FOR RESPONDING TO DEFENDANT'S MOTION TO IMPLEAD ADDITIONAL PARTIES**

Defendant, Diamond Staffing, Inc. ("DSI") has filed a Motion To Implead Diamond Staffing, Inc (NH) and Suzanne Devries, Individually as Counterclaim Defendants ("the Motion"). The deadline for Plaintiff, Diamond Staffing Solutions, Inc. ("DSS") to oppose the Motion is December 28, 2005. After consultation between counsel for the parties, DSI has assented to grant until January 10, 2006, to oppose the Motion.

        DIAMOND STAFFING SOLUTIONS, INC.

        By its attorneys,

        s// Michael L. Cornell
        Nicholas G. Papastavros (BBO#635742)
        Michael L. Cornell (BBO # 651405)
        Gina M. McCreadie (BBO # 661107)
        NIXON PEABODY LLP
        100 Summer Street
        Boston, MA 02110-2131
        (617) 345-1000 (telephone)
        (617) 345-1300 (facsimile)

Date: December 28, 2005

## LOCAL RULE 7.1(A)(2) CERTIFICATION

Counsel for Plaintiff Diamond Staffing Solutions, Inc. certifies that they conferred with counsel for Defendant Diamond Staffing, Inc. and the parties each assent to the filing of this motion.

                                                **s// Michael L. Cornell**
                                                Michael L. Cornell

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for Defendant by electronic service on December 28, 2005.

                                                **s// Michael L. Cornell**
                                                Michael L. Cornell