UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____

DIAMOND STAFFING SOLUTIONS, INC.,

                            Plaintiff,

v.

                                                    Civil Action No. 05-40046-FDS

DIAMOND STAFFING, INC.,

                            Defendant.

_____

### PLAINTIFF'S MOTION TO FURTHER EXTEND THE DEADLINE FOR RESPONDING TO DEFENDANT'S MOTION TO IMPLEAD ADDITIONAL PARTIES

Defendant Diamond Staffing, Inc. ("DSI") filed a Motion To Implead Diamond Staffing, Inc (NH) and Suzanne Devries, Individually as Counterclaim Defendants ("the Motion") on December 13, 2005. The deadline for Plaintiff Diamond Staffing Solutions, Inc. ("DSS") to oppose the Motion was December 28, 2005. On December 28, 2005, the parties filed an assented-to motion to grant DSI until January 10, 2006 to oppose the Motion, which the Court granted by electronic order that same day.

As the parties are currently engaged in settlement discussions, DSI now requests the Court to further extend the time for it to respond to the Motion by two additional weeks -- up to and including January 24, 2006.

BOS1558497.1

Respectfully submitted,

DIAMOND STAFFING SOLUTIONS, INC.

By its attorneys,

 /s/ Gina M. McCreadie
Nicholas G. Papastavros (BBO # 635742)
Michael L. Cornell (BBO # 651405)
Gina M. McCreadie (BBO # 661107)
NIXON PEABODY LLP
100 Summer Street
Boston, MA 02110-2131
(617) 345-1000 (telephone)
(617) 345-1300 (facsimile)

Date:  January 10, 2006

## LOCAL RULE 7.1(A)(2) CERTIFICATION

Counsel for Plaintiff Diamond Staffing Solutions, Inc. certifies that Michael L. Cornell, Esq. attempted to contact Robert Meltzer, Esq., counsel for Defendant Diamond Staffing, Inc., by telephone on January 10, 2005 in a good faith effort to obtain his assent to this motion and was unable to speak with Mr. Meltzer prior to the deadline to file this motion.

 /s/ Gina M. McCreadie
Gina M. McCreadie

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for Defendant by electronic service on January 10, 2006.

 /s/ Gina M. McCreadie
Gina M. McCreadie