UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DIAMOND STAFFING SOLUTIONS, INC.,

    Plaintiff,

v.

DIAMOND STAFFING, INC.,

    Defendant.

Civil Action No. 05-40046-FDS

**PLAINTIFF'S AMENDED MOTION TO FURTHER EXTEND THE DEADLINE FOR RESPONDING TO DEFENDANT'S MOTION TO IMPLEAD ADDITIONAL PARTIES**

    Defendant Diamond Staffing, Inc. ("DSI") filed a Motion To Implead Diamond Staffing, Inc. (NH) and Suzanne Devries, Individually as Counterclaim Defendants ("the Motion") on December 13, 2005. The deadline for Plaintiff Diamond Staffing Solutions, Inc. ("DSS") to oppose the Motion was December 28, 2005. On December 28, 2005, the parties filed an assented-to motion to grant DSS until January 10, 2006 to oppose the Motion, which the Court granted by electronic order that same day. On January 11, 2006, the Court granted DSS a further extension of time, up to and including January 24, 2006, to respond to the Motion.

    As of January 25, 2006, the parties continue to pursue settlement negotiations. In addition, Nixon Peabody LLP, with the consent of DSS, intends to file a motion for leave to withdraw as DSS' counsel. In light of the foregoing, DSS requests the Court to extend the time for it to respond to the Motion up to and including February 28, 2006 to allow the parties to continue their settlement discussions and to grant successor counsel sufficient time to respond to the Motion.

BOS1561817.2

Respectfully submitted,

DIAMOND STAFFING SOLUTIONS, INC.

By its attorneys,

 /s/ Gina M. McCreadie
Nicholas G. Papastavros (BBO # 635742)
Michael L. Cornell (BBO # 651405)
Gina M. McCreadie (BBO # 661107)
NIXON PEABODY LLP
100 Summer Street
Boston, MA 02110-2131
(617) 345-1000 (telephone)
(617) 345-1300 (facsimile)

Date:  January 25, 2006

## LOCAL RULE 7.1(A)(2) CERTIFICATION

I hereby certify that I attempted to contact Robert Meltzer, Esq., counsel for Defendant Diamond Staffing, Inc., by telephone on January 24, 2005 in a good faith effort to obtain his assent to this motion and was unable to speak with Mr. Meltzer prior to the deadline to file this motion.

 /s/ Gina M. McCreadie
Gina M. McCreadie

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for Defendant by electronic service on January 25, 2006.

 /s/ Gina M. McCreadie
Gina M. McCreadie