UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIAMOND STAFFING SOLUTIONS, INC.,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>DIAMOND STAFFING, INC.,<br><br>　　　　　　　　　　　　Defendant. | Civil Action No. 05-40046-FDS |

**JOINT MOTION TO FURTHER EXTEND THE DEADLINE FOR
RESPONDING TO DEFENDANT'S MOTION TO IMPLEAD ADDITIONAL PARTIES**

　　　　Defendant Diamond Staffing, Inc. ("DSI") filed a Motion to Implead Diamond Staffing, Inc. (NH) and Suzanne Devries, Individually, as Counterclaim Defendants ("the Motion") on December 13, 2005.  The deadline for Plaintiff Diamond Staffing Solutions, Inc. ("DSS") to oppose the Motion was December 28, 2005.  On December 28, 2005, the parties filed an assented-to motion to grant DSS until January 10, 2006 to oppose the Motion, which the Court granted by electronic order that same day.  On January 11, 2006, the Court granted DSS a further extension of time, up to and including January 24, 2006, to respond to the Motion.  On February 3, 2006, the Court granted DSS a further extension of time, up to and including February 28, 2006, to respond to the Motion.

　　　　As of February 28, 2006, the parties have reached a settlement agreement in principle.  In light of the foregoing, the parties jointly move the Court to grant a two-week extension, up to and including March 14, 2006, for DSS to respond to the Motion to allow the parties sufficient time to consummate the settlement agreement.

BOS1572483.1

Respectfully submitted,

DIAMOND STAFFING SOLUTIONS, INC.

By its attorneys,

 /s/ Gina M. McCreadie
Nicholas G. Papastavros (BBO#635742)
Michael L. Cornell (BBO # 651405)
Gina M. McCreadie (BBO # 661107)
NIXON PEABODY LLP
100 Summer Street
Boston, MA 02110-2131
(617) 345-1000 (telephone)
(617) 345-1300 (facsimile)

Respectfully submitted,

DIAMOND STAFFING, INC.

By Its Attorneys,

 /s/ Robert N. Meltzer (*with permission*)
Robert N. Meltzer, BBO #564745
P.O. Box 1459
Framingham, MA  01701
Phone: (508) 872-7116

Mary C. Casey, BBO #636250
Harbor Law Group
48 Maple Avenue
Shrewsbury, MA  01545
Phone: (508) 842-9244

Date:  February 28, 2006

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for Defendant by electronic service on February 28, 2006.

 /s/ Gina M. McCreadie
Gina M. McCreadie