IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIAMOND STAFFING SOLUTIONS INC ) <br> ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> DIAMOND STAFFING, INC ) <br> ) <br> Defendant ) | CIVIL ACTION NO:05-40046-FDS |

### STIPULATION OF DISMISSAL

Now comes the Defendant, Diamond Staffing, Inc. and Plaintiff Diamond Staffing Solutions Inc. and stipulate that this matter be dismissed, with prejudice and all appeals waived, pursuant to F.R.C.P. 41(a)

Respectfully submitted,                    Respectfully submitted,

| DIAMOND STAFFING SOLUTIONS, INC. | DIAMOND STAFFING, INC. |
|---|---|
| By its attorneys, <br><br> *[signature]* <br> Nicholas G. Papastavros (BBO#635742) <br> Michael L. Cornell (BBO # 651405) <br> Nixon Peabody LLP <br> 100 Summer Street <br> Boston, MA 02110-2131 <br> Phone: (617) 345-1000 <br><br><br><br><br> Dated: April 5 , 2006 | By Its Attorneys, <br><br> *[signature]* Robert N Meltzer (mcc) <br> Robert N. Meltzer, BBO #564745 <br> P.O. Box 1459 <br> Framingham, MA 01701 <br> Phone: (508) 872-7116 <br><br> *[signature]* <br> Mary C. Casey, BBO #636250 <br> Harbor Law Group <br> 48 Maple Avenue <br> Shrewsbury, MA 01545 <br> Phone: (508) 842-9244 <br><br> Dated: April 5, 2006 |